| | |
|---|---|
| Name | Daniel B. Bernardone |
| Bar # | 033256 |
| Firm | Rusing Lopez Lizardi PLLC |
| Address | 7047 E. Greenway Parkway |
| | Suite 400 |
| | Scottsdale, Arizona 85254 |
| Telephone | (480) 663-9800 |

# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ARIZONA

James Edwards

    Plaintiff,

vs.

Tony Samojen

    Defendant.

**Case No.** 3:25-cv-08174-SPL

**Diversity** ▼ **Disclosure Statement**

This **Diversity** ▼ Disclosure Statement is filed on behalf of **Plaintiff James Edwards** in compliance with the provisions of (*check one*):

☐ Rule 7.1(a)(1), Federal Rules of Civil Procedure, a nongovernmental corporate party or a nongovernmental corporation that seeks to intervene in an action in a district court must file a statement that identifies any parent corporation and any publicly held corporation that owns 10% or more of its stock or states that there is no such corporation.

☑ Rule 7.1(a)(2), Federal Rules of Civil Procedure, in an action in which jurisdiction is based on diversity under 28 U.S.C. § 1332(a), a party or intervenor must, unless the court orders otherwise, file a disclosure statement. The statement must name and identify the citizenship of every individual or entity whose citizenship is attributed to that party or intervenor when the action is filed in or removed to federal court, and when any later event occurs that could affect the court's jurisdiction under § 1332(a).

☐ Rule 12.4(a)(1), Federal Rule of Criminal Procedure, any nongovernmental corporate party to a proceeding in a district court must file a statement that identifies any parent corporation and any publicly held corporation that owns 10% or more of its stock or states that there is no such corporation.

☐ Rule 12.4(a)(2), Federal Rule of Criminal Procedure, if an organizational victim of alleged criminal activity is a corporation the government must file a statement identifying the victim and the statement must also disclose the information required by Rule 12.4(a)(1).

**The filing party hereby declares as follows:**

☐ No such corporation.

☐ Party is a parent, subsidiary or other affiliate of a publicly owned corporation as listed below. (Attach additional pages if needed.)

_____ Relationship_____

☐ Publicly held corporation, not a party to the case, with a financial interest in the outcome. List identity of corporation and the nature of financial interest. (Attach additional pages if needed.)

_____ Relationship_____

☑ Other(please explain):
_____
_____

☑ Diversity case. (Attach additional pages if needed.)

| Party name and Party Role: | State: |
|---|---|
| Plaintiff James Edwards | Arizona |
| Defendant Tony Samojen | California |

**A supplemental disclosure statement will be filed upon any change in the information provided herein.**

Dated this  3rd   day of  September  ,  2025  .

Daniel B. Bernardone
Counsel of Record

- 2 -

Certificate of Service:

The undersigned hereby certifies that the foregoing document was filed with this Court on this 3rd day of September, 2025, using the Court's electronic filing system for filing and transmittal of Notice of Electronic filing to the following CM/ECF registrants.

The undersigned hereby certifies that the foregoing document was mailed to the last known address of Defendant Tony Samojen on this 3rd day of September, 2025 as follows:

Tony Samojen
140 Estaban Dr
Camarilla, CA 93010

s/ Alexis Adelman