**Rusing Lopez & Lizardi, P.L.L.C.**
7047 E. Greenway Parkway, Suite 400
Scottsdale, Arizona 85254
Telephone: (480) 663-9800
Facsimile: (520) 529-4262
dbernardone@rllaz.com
aclark@rllaz.com
*Attorneys for James Edwards*

Daniel B. Bernardone
State Bar No. 033256
Aaron Clark
State Bar No. 038534

Michael Croghan (ARDC #6312601)
Patrick O'Meara (ARDC # 6317487)
McDonald Hopkins LLC
300 North LaSalle St., Suite 1400
Chicago, IL 60654
phone (312) 280-0111
mcroghan@mcdonaldhopkins.com
pomeara@mcdonaldhopkins.com
*Attorneys for James Edwards*
*Pro Hac Vice Request Forthcoming*

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| James Edwards,<br><br>                Plaintiff,<br><br>vs.<br><br>Tony Samojen,<br><br>                Defendant. | Case No. 3:25-cv-08174-SPL<br><br>**NOTICE OF SERVICE OF PRELIMINARY ORDER** |

Plaintiff James Edwards ("**Plaintiff**"), by and through undersigned counsel, hereby files this Notice of Service of Preliminary Order.

On August 27, 2025, this Court issued its Preliminary Order. (**Doc. 6**.) The Preliminary Order orders, *inter alia*, that "Plaintiff must promptly serve a copy of this Order on Defendant(s) and file notice of service with the Clerk of Court." (**Doc. 6** at 5:19–20.)

On August 29, 2025, Plaintiff's process server personally served Defendant Tony Samojen with copies of the (i) the Preliminary Order, (ii) Complaint, and (iii) Summons. Plaintiff hereby provides notice of that service of those documents pursuant to the Court's Preliminary Order. Contemporaneously with this filing, Plaintiff is also filing a copy of its process server's Affidavit of Service.

DATED this 3rd day of September 2025.

                              RUSING LOPEZ & LIZARDI, P.L.L.C.

                              *s/ Daniel B. Bernardone*
                              Daniel B. Bernardone
                              Aaron R. Clark
                              *Attorneys for Plaintiffs*

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that the foregoing document was filed with this Court on this 3rd day of September 2025, using the Court's electronic filing system for filing, and mailed to the following:

Tony Samojen
140 Estaban Dr.
Camarillo, CA 93010
*Defendant*

By: *s/ Alexis Adelman*