## AFFIDAVIT OF SERVICE

| Case:<br>3:25-cv-08174-SPL | Court:<br>IN THE UNITED STATES DISTRICT COURT<br>FOR THE DISTRICT OF ARIZONA | County: | Job:<br>14017966 (26159120) |
|---|---|---|---|
| **Plaintiff / Petitioner:**<br>James Edwards | | **Defendant / Respondent:**<br>Tony Samojen | |
| **Received by:**<br>InfoTrack US, Inc. | | **For:**<br>McDonald Hopkins | |
| **To be served upon:**<br>Tony Samojen | | | |

Recipient Name:      Tony Samojen
Recipient Address:   Home: 140 Estaban Dr, Camarillo, CA 93010
Manner of Service:   Personal Service, Aug 29, 2025, 4:22 pm PDT
Documents:           Complaint, Summons, Civil Case Cover Sheet, Preliminary Order

Diligence / Comments:
1) Unsuccessful Attempt: Aug 27, 2025, 12:27 pm PDT at Home: 140 Estaban Dr, Camarillo, CA 93010
No response. No sound. Furnished home.
2) Successful Attempt: Aug 29, 2025, 4:22 pm PDT at Home: 140 Estaban Dr, Camarillo, CA 93010 received by Tony Samojen. Age: 65-75; Ethnicity: Caucasian; Gender: Male; Weight: 185; Height: 5'6"; Hair: White; Eyes: Blue;

Statement(s):
I, Randolph Wright, being duly sworn, depose and say: I am over the age of 18 years and not a party to this action, and that within the boundaries of the state where service was effected, I was authorized by law to make service of the documents and informed said person of the contents herein.

*[signature]*                              09/02/2025

Randolph Wright                            Date

InfoTrack US, Inc. - P000634
1400 North McDowell Blvd Suite 300,
Petaluma, CA  94954
800-938-8815