**Silence Law Group PLLC**
20235 N. Cave Creek Rd. Ste 104 # 460
Phoenix, AZ 85024
**Jeffrey Silence** (029143)
Direct Dial: (602) 932-8358
Email: jeff@silencelaw.com
**Trevor Cook** (037952)
Direct Dial: (602) 932-5868
Email: trevor@silencelaw.com
*Attorneys for Defendant*

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| James Edwards, | Case No. 3:25-CV-08174-SPL |
|     Plaintiff, | |
| | **NOTICE OF APPEARANCE** |
| v. | |
| Tony Samojen, | (Hon. Steven Paul Logan) |
|     Defendant. | |

    Jeffrey Silence and Trevor Cook notice their entry of appearance as counsel for Defendant Tony Samojen. Their contact information is as follows:

**Silence Law Group**
20235 N. Cave Creek Rd. Ste. 104 # 460
Phoenix, AZ 85024
Jeffrey Silence
jeff@silencelaw.com
602-932-8358
Trevor Cook
trevor@silencelaw.com
602-932-5868

    DATED this 12th day of September, 2025.

                                          **Silence Law Group PLLC**

                                          */s/ Trevor Cook*
                                          Trevor Cook
                                          Jeffrey Silence
                                          *Attorneys for Defendant*

SILENCE LAW GROUP