**Silence Law Group PLLC**
20235 N. Cave Creek Rd. Ste 104 # 460
Phoenix, AZ 85024
**Jeffrey Silence** (029143)
Direct Dial: (602) 932-8358
Email: jeff@silencelaw.com
**Trevor Cook** (037952)
Direct Dial: (602) 932-5868
Email: trevor@silencelaw.com
*Attorneys for Defendant*

# UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| James Edwards, | Case No.  3:25-CV-08174-SPL |
| Plaintiff, | |
| v. | **STIPULATION FOR EXTENSION OF TIME TO ANSWER** (First Request) |
| Tony Samojen, | |
| Defendant. | (Hon. Steven Paul Logan) |

The Parties stipulate to extend the deadline to respond to Plaintiff's Complaint from Friday, September 19, 2025, to Friday, October 3, 2025, and request that the Court enter an order effecting the requested extension. A proposed order is attached.

Defendant recently engaged counsel, and the extended deadline corresponds to the response time Defendant and his counsel would have had to respond if he had been represented at the time he was served with the Complaint.

RESPECTFULLY SUBMITTED this 15th day of September, 2025.

**McDonald Hopkins LLC**                          **Silence Law Group PLLC**
300 N. LaSalle St., Suite 1400
Chicago, IL 60654
312-280-0111
mcroghan@mcdonaldhopkins.com

*s/ Michael Croghan* (with permission)          *s/ Trevor Cook*
Michael Croghan                                         Jeffrey Silence
*Attorney for Defendant*                              *Attorney for Defendant*

SILENCE LAW GROUP