UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| James Edwards, | Case No. 3:25-CV-08174-SPL |
|---|---|
| Plaintiff, | |
| v. | **ORDER EXTENDING TIME TO ANSWER** |
| Tony Samojen, | |
| Defendant. | (Hon. Steven Paul Logan) |

The Court has reviewed the Parties' Stipulation for Extension of Time to Answer, and, good cause appearing,

**IT IS ORDERED** extending Defendant's time to answer Plaintiff's Complaint to Friday, October 3, 2025. Defendant must file and serve his responsive pleading on or before that date.