IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| James Edwards,<br><br>    Plaintiff,<br><br>vs.<br><br>Tony Samojen,<br><br>    Defendant. | No. CV-25-08174-PCT-SPL<br><br>**ORDER** |

  Before the Court is the parties' Stipulation (Doc. 10), in which they move for an extension of the deadline for Defendant to file an answer. Having considered this first request,

  **IT IS ORDERED** that the Stipulation (Doc. 10) is **granted**. Defendant shall have until **October 3, 2025**, to file an answer to the Complaint or otherwise respond as provided by Rule 12 of the Federal Rules of Civil Procedure.

  Dated this 15th day of September, 2025.

                  Honorable Steven P. Logan
                  United States District Judge