**Silence Law Group PLLC**
20235 N. Cave Creek Rd. Ste 104 # 460
Phoenix, AZ 85024
**Jeffrey Silence** (029143)
Direct Dial: (602) 932-8358
Email: jeff@silencelaw.com
**Trevor Cook** (037952)
Direct Dial: (602) 932-5868
Email: trevor@silencelaw.com
*Attorneys for Defendant*

# UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| James Edwards,<br><br>                    Plaintiff,<br><br>          v.<br><br>Tony Samojen,<br><br>                    Defendant. | Case No.  3:25-CV-08174-SPL<br><br>**NOTICE OF SERVICE OF INITIAL DISCLOSURE**<br><br>(Hon. Steven Paul Logan) |

        Pursuant to LRCiv. 5.2, Defendant Tony Samojen hereby gives notice that he served his Rule 26(a) Initial Disclosure on counsel for Plaintiff via email on October 30, 2025

        DATED this 30th day of October, 2025.

                              **Silence Law Group PLLC**


                              */S/ Trevor Cook*
                              Jeffrey Silence
                              Trevor Cook
                              *Attorneys for Defendant*

SILENCE LAW GROUP