**Rusing Lopez & Lizardi, P.L.L.C.**
7047 E. Greenway Parkway, Suite 400
Scottsdale, Arizona 85254
Telephone: (480) 663-9800
Facsimile: (520) 529-4262
dbernardone@rllaz.com
aclark@rllaz.com
*Attorneys for James Edwards*

Daniel B. Bernardone
State Bar No. 033256
Aaron Clark
State Bar No. 038534

Michael Croghan (ARDC #6312601)
Patrick O'Meara (ARDC # 6317487)
McDonald Hopkins LLC
300 North LaSalle St., Suite 1400
Chicago, IL 60654
Telephone: (312) 280-0111
mcroghan@mcdonaldhopkins.com
pomeara@mcdonaldhopkins.com
*Attorneys for James Edwards*
*Admitted Pro Hac Vice*

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| James Edwards,<br><br>　　　　　　Plaintiff,<br><br>vs.<br><br>Tony Samojen,<br><br>　　　　　　Defendant. | Case No. 3:25-cv-08174-SPL<br><br>**NOTICE OF SERVICE OF DISCLOSURE** |

Pursuant to LRCiv. 5.2, Plaintiff James Edwards hereby gives notice that he served his Rule 26(a) Initial Disclosure on counsel for Defendant via email and First Class Mail on October 30, 2025.

DATED this 31st day of October, 2025.

          RUSING LOPEZ & LIZARDI, P.L.L.C.

          *s/ Daniel B. Bernardone*
          Daniel B. Bernardone
          Aaron R. Clark
          *Attorneys for Plaintiffs*