**Rusing Lopez & Lizardi, P.L.L.C.**
7047 E. Greenway Parkway, Suite 400
Scottsdale, Arizona 85254
Telephone: (480) 663-9800
Facsimile: (520) 529-4262
dbernardone@rllaz.com
aclark@rllaz.com
*Attorneys for James Edwards*

Daniel B. Bernardone
State Bar No. 033256
Aaron Clark
State Bar No. 038534

Michael Croghan (ARDC #6312601)
Patrick O'Meara (ARDC # 6317487)
McDonald Hopkins LLC
300 North LaSalle St., Suite 1400
Chicago, IL 60654
phone (312) 280-0111
mcroghan@mcdonaldhopkins.com
pomeara@mcdonaldhopkins.com
*Attorneys for James Edwards*
*Admitted Pro Hac Vice*

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| James Edwards,<br><br>　　　　　　　Plaintiff,<br><br>vs.<br><br>Tony Samojen,<br><br>　　　　　　　Defendant. | Case No. 3:25-cv-08174-SPL<br><br>**JOINT RULE 26(f) REPORT AND PROPOSED SCHEDULING ORDER** |

　　　　Plaintiff James Edwards ("Plaintiff") and Defendant Tony Samojen ("Defendant" and together with Plaintiff, the "Parties"), by and through undersigned counsel, enter into

this stipulation to affirm *Joint Rule 26(f) Report and Proposed Scheduling Order* and hereby stipulate and agree as follows:

1. The Parties held their Rule 26(f) conference on October 16, 2025.
2. Two weeks later, the Parties filed a Joint Rule 26(f) Case Management Report (ECF 15) along with a Proposed Case Management Order (ECF 15-1).
3. The Parties also exchanged initial disclosures the same day.
4. On December 1, 2025, the Court entered an Order setting a Rule 16 Case Management Conference and directing the Parties to meet and confer pursuant to Rule 26(f) and jointly file a Case Management Report no later than January 9, 2026 (ECF 18).
5. The Parties agree and stipulate to affirm the Joint Rule 26(f) Case Management Report (ECF 15) and Proposed Case Management Order (ECF 15-1) attached to the Report.

DATED this 6th day of January 2026.

**RUSING LOPEZ & LIZARDI, P.L.L.C.**

*s/ Daniel B. Bernardone*
Daniel B. Bernardone
Aaron R. Clark
*Attorneys for Plaintiff*

**SILENCE LAW GROUP**

*s/ Trevor Cook (With Permission)*
Jeffrey Silence
Trevor Cook
*Attorneys for Defendant*

2