IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| James Edwards,<br><br>                  Plaintiff,<br>vs.<br><br>Tony Samojen,<br><br>                  Defendant. | No.  CV-25-08174-PCT-SPL<br><br>**ORDER** |

Having reviewed the parties' Joint Rule 26(f) Case Management Report and Proposed Rule 16 Case Management Order,

**IT IS ORDERED** the Rule 16 Case Management Conference, presently set for January 21, 2026 before Honorable Steven P. Logan, is **vacated**.

Dated this 7th day of January, 2026.

Honorable Steven P. Logan
United States District Judge