**Silence Law Group PLLC**
20235 N. Cave Creek Rd. Ste 104 # 460
Phoenix, AZ 85024
**Jeffrey Silence** (029143)
Direct Dial: (602) 932-8358
Email: jeff@silencelaw.com
**Trevor Cook** (037952)
Direct Dial: (602) 932-5868
Email: trevor@silencelaw.com
*Attorneys for Defendant*

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| James Edwards,<br><br>　　　　Plaintiff,<br><br>v.<br><br>Tony Samojen,<br><br>　　　　Defendant. | Case No. 3:25-CV-08174-SPL<br><br>**NOTICE OF SERVICE OF DISCOVERY**<br><br>(Hon. Steven Paul Logan) |

　　Pursuant to LRCiv. 5.2, Plaintiff James Edwards hereby gives notice that he served his First Set of Requests for Production by email on counsel for Plaintiff on January 9, 2026.

　　DATED this 15th day of January, 2026.

　　　　　　　　　　　　　　**Silence Law Group PLLC**


　　　　　　　　　　　　　　*/S/ Trevor Cook*
　　　　　　　　　　　　　　Jeffrey Silence
　　　　　　　　　　　　　　Trevor Cook
　　　　　　　　　　　　　　*Attorneys for Defendant*