**Silence Law Group PLLC**
20235 N. Cave Creek Rd. Ste 104 # 460
Phoenix, AZ 85024
**Jeffrey Silence** (029143)
Direct Dial: (602) 932-8358
Email: jeff@silencelaw.com
**Trevor Cook** (037952)
Direct Dial: (602) 932-5868
Email: trevor@silencelaw.com
*Attorneys for Defendant*

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| James Edwards, <br><br> Plaintiff, <br><br> v. <br><br> Tony Samojen, <br><br> Defendant. | Case No. 3:25-CV-08174-SPL <br><br> **NOTICE OF ERRATA** <br><br> (Hon. Steven Paul Logan) |

On January 15, 2026, counsel for Defendant filed a notice of discovery, [Doc. 23], mistakenly identifying Plaintiff James Edwards as serving discovery. The notice should have stated as follows:

"Pursuant to LRCiv. 5.2, Defendant Tony Samojen hereby gives notice that he served his First Set of Requests for Production by email on counsel for Plaintiff on January 9, 2026."

DATED this 20th day of January, 2026.

**Silence Law Group PLLC**

*/S/ Trevor Cook*
Jeffrey Silence
Trevor Cook
*Attorneys for Defendant*