**Rusing Lopez & Lizardi, P.L.L.C.**
7047 E. Greenway Parkway, Suite 400
Scottsdale, Arizona 85254
Telephone: (480) 663-9800
Facsimile: (520) 529-4262
dbernardone@rllaz.com
aclark@rllaz.com
*Attorneys for James Edwards*

Daniel B. Bernardone
State Bar No. 033256
Aaron Clark
State Bar No. 038534

Michael Croghan (ARDC #6312601)
Patrick O'Meara (ARDC # 6317487)
McDonald Hopkins LLC
300 North LaSalle St., Suite 1400
Chicago, IL 60654
Telephone: (312) 280-0111
mcroghan@mcdonaldhopkins.com
pomeara@mcdonaldhopkins.com
*Attorneys for James Edwards*
*Admitted Pro Hac Vice*

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| James Edwards,<br><br>Plaintiff,<br><br>vs.<br><br>Tony Samojen,<br><br>Defendant. | Case No. 3:25-cv-08174-SPL<br><br>**NOTICE OF SERVICE OF DISCOVERY** |

Pursuant to LRCiv. 5.2, Plaintiff James Edwards hereby gives notice that he served Plaintiff's Responses to Defendant's Amended First Set of Requests for Production on counsel for Defendant on February 13, 2026.

DATED this 13th day of February, 2026.

                    RUSING LOPEZ & LIZARDI, P.L.L.C.

                    *s/ Daniel B. Bernardone*
                    Daniel B. Bernardone
                    Aaron R. Clark
                    *Attorneys for Plaintiffs*

## **CERTIFICATE OF SERVICE**

I certify that on February 13, 2026, I electronically transmitted the attached document to the Clerk's office using the CM/ECF system for filing and transmittal of a Notice of Electronic Filing to all counsel of record, with a copy to:

Jeffrey Silence
Trevor Cook
Silence Law Group
20235 N. Cave Creek Rd. Ste. 104, # 460
Phoenix, AZ 85024
jeff@silencelaw.com
trevor@silencelaw.com
*Attorneys for Defendant*

By: *J. Harris*