**Silence Law Group PLLC**
20235 N. Cave Creek Rd. Ste 104 # 460
Phoenix, AZ 85024

**Jeffrey Silence** (029143)
Direct Dial: (602) 932-8358
Email: jeff@silencelaw.com

**Trevor Cook** (037952)
Direct Dial: (602) 932-5868
Email: trevor@silencelaw.com

*Attorneys for Defendant*

# UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| James Edwards,<br><br>               Plaintiff,<br><br>    v.<br><br>Tony Samojen,<br><br>               Defendant. | Case No.  3:25-CV-08174-SPL<br><br>**NOTICE OF SERVICE OF DISCOVERY**<br><br>(Hon. Steven Paul Logan) |

Pursuant to LRCiv. 5.2, Defendant Tony Samojen hereby gives notice that he served his third set of interrogatories by email on counsel for Plaintiff on March 19, 2026.

DATED this 19th day of March, 2026.

           **Silence Law Group PLLC**

           */S/ Trevor Cook*
           Jeffrey Silence
           Trevor Cook
           *Attorneys for Defendant*

SILENCE LAW GROUP