**Silence Law Group PLLC**
20235 N. Cave Creek Rd. Ste 104 # 460
Phoenix, AZ 85024

**Jeffrey Silence** (029143)
Direct Dial: (602) 932-8358
Email: jeff@silencelaw.com

**Trevor Cook** (037952)
Direct Dial: (602) 932-5868
Email: trevor@silencelaw.com

*Attorneys for Defendant*

# UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| James Edwards, | Case No.  3:25-CV-08174-SPL |
| Plaintiff, | |
| v. | **NOTICE OF SERVICE OF DISCOVERY** |
| Tony Samojen, | |
| Defendant. | (Hon. Steven Paul Logan) |

Pursuant to LRCiv. 5.2, Defendant Tony Samojen hereby gives notice that he served his response to Plaintiff's first requests for inspection by email on counsel for Plaintiff on March 13, 2026.

He also gives notice that he served his response to Plaintiff's request for inspection served on January 15, 2026, by email on counsel for Plaintiff on January 23, 2026, in which he suggested times available for the requested inspection.

DATED this 24th day of March, 2026.

**Silence Law Group PLLC**

*/S/ Trevor Cook*
Jeffrey Silence
Trevor Cook
*Attorneys for Defendant*

SILENCE LAW GROUP