**Silence Law Group PLLC**
20235 N. Cave Creek Rd. Ste 104 # 460
Phoenix, AZ 85024

**Jeffrey Silence** (029143)
Direct Dial: (602) 932-8358
Email: jeff@silencelaw.com

**Trevor Cook** (037952)
Direct Dial: (602) 932-5868
Email: trevor@silencelaw.com

*Attorneys for Defendant*

# UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| James Edwards,<br><br>        Plaintiff,<br><br>    v.<br><br>Tony Samojen,<br><br>        Defendant. | Case No.  3:25-CV-08174-SPL<br><br>**NOTICE OF SERVICE OF DISCOVERY**<br><br>(Hon. Steven Paul Logan) |

Pursuant to LRCiv. 5.2, Defendant Tony Samojen hereby gives notice that he served his response to Plaintiff's second set of requests for production by email on counsel for Plaintiff on April 1, 2026.

DATED this 1st day of April, 2026.

**Silence Law Group PLLC**

/S/ Trevor Cook
Jeffrey Silence
Trevor Cook
*Attorneys for Defendant*