**Silence Law Group PLLC**
20235 N. Cave Creek Rd. Ste 104 # 460
Phoenix, AZ 85024

**Jeffrey Silence** (029143)
Direct Dial: (602) 932-8358
Email: jeff@silencelaw.com

**Trevor Cook** (037952)
Direct Dial: (602) 932-5868
Email: trevor@silencelaw.com

*Attorneys for Defendant*

# UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| James Edwards,<br><br>        Plaintiff,<br><br>  v.<br><br>Tony Samojen,<br><br>        Defendant. | Case No.  3:25-CV-08174-SPL<br><br>**NOTICE OF FILING FIRST AMENDED ANSWER**<br><br>(Hon. Steven Paul Logan) |

Defendant Tony Samojen notices the Court that he filed a First Amended Answer. A redlined copy of the First Amended Answer showing the amendments to the original Answer is attached. The amendments are all on page 12.

Undersigned counsel certifies he obtained Plaintiff Jame's Edwards's consent to file the amended pleading through his counsel Michael McCroghan via email on March 25, 2026, in response to email requests sent on March 19 and 25, 2026.

DATED this 15th day of April, 2026.

        **Silence Law Group PLLC**


        */s/ Trevor Cook*
        Jeffrey Silence
        Trevor Cook
        *Attorneys for Defendant*

SILENCE LAW GROUP