**Silence Law Group PLLC**
20235 N. Cave Creek Rd. Ste 104 # 460
Phoenix, AZ 85024
**Jeffrey Silence** (029143)
Direct Dial: (602) 932-8358
Email: jeff@silencelaw.com
**Trevor Cook** (037952)
Direct Dial: (602) 932-5868
Email: trevor@silencelaw.com
*Attorneys for Defendant*

# UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| James Edwards, | Case No.  3:25-CV-08174-SPL |
| Plaintiff, | |
| v. | **NOTICE OF ERRATA** |
| Tony Samojen, | (Hon. Steven Paul Logan) |
| Defendant. | |

Defendant Tony Samojen notices the Court that he inadvertently misnamed Plaintiff's counsel in his Notice of Filing Amended Pleading, Doc. 40. The second paragraph of that notice should read as follows:

Undersigned counsel certifies he obtained Plaintiff Jame's Edwards's consent to file the amended pleading through his counsel Michael Croghan via email on March 25, 2026, in response to email requests sent on March 19 and 25, 2026.

DATED this 15th day of April, 2026.

**Silence Law Group PLLC**

*/s/ Trevor Cook*
Jeffrey Silence
Trevor Cook
*Attorneys for Defendant*

SILENCE LAW GROUP