**Silence Law Group PLLC**
20235 N. Cave Creek Rd. Ste 104 # 460
Phoenix, AZ 85024

**Jeffrey Silence** (029143)
Direct Dial: (602) 932-8358
Email: jeff@silencelaw.com

**Trevor Cook** (037952)
Direct Dial: (602) 932-5868
Email: trevor@silencelaw.com

*Attorneys for Defendant*

# UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| James Edwards,<br><br>        Plaintiff,<br><br>  v.<br><br>Tony Samojen,<br><br>        Defendant. | Case No. 3:25-CV-08174-SPL<br><br>**NOTICE OF SERVICE OF DISCOVERY**<br><br>(Hon. Steven Paul Logan) |

Pursuant to LRCiv. 5.2, Defendant Tony Samojen hereby gives notice that he served the following on Plaintiff's counsel by email on April 15, 2026:

Defendant's Second Request for Inspection;

Defendant's Fourth Set of Requests for Production; and

Notice of the Deposition of Plaintiff James Edwards.

DATED this 15th day of April, 2026.

               **Silence Law Group PLLC**

               */S/ Trevor Cook*
               Jeffrey Silence
               Trevor Cook
               *Attorneys for Defendant*

SILENCE LAW GROUP