**Silence Law Group PLLC**
20235 N. Cave Creek Rd. Ste 104 # 460
Phoenix, AZ 85024

**Jeffrey Silence** (029143)
Direct Dial: (602) 932-8358
Email: jeff@silencelaw.com

**Trevor Cook** (037952)
Direct Dial: (602) 932-5868
Email: trevor@silencelaw.com

*Attorneys for Defendant*

# UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| James Edwards, | Case No.  3:25-CV-08174-SPL |
| Plaintiff, | |
| v. | **NOTICE OF SERVICE OF DISCOVERY** |
| Tony Samojen, | |
| Defendant. | (Hon. Steven Paul Logan) |

Pursuant to LRCiv. 5.2, Defendant Tony Samojen hereby gives notice that on April 17, 2026, he withdrew the Notice of Deposition of Plaintiff James Edwards served on April 15, 2026, and served a new Notice of Deposition of Plaintiff James Edwards on Plaintiff's counsel by email.

DATED this 17th day of April, 2026.

**Silence Law Group PLLC**

*/S/ Trevor Cook*
Jeffrey Silence
Trevor Cook

*Attorneys for Defendant*

SILENCE LAW GROUP