**Silence Law Group PLLC**
20235 N. Cave Creek Rd. Ste 104 # 460
Phoenix, AZ 85024

**Jeffrey Silence** (029143)
Direct Dial: (602) 932-8358
Email: jeff@silencelaw.com

**Trevor Cook** (037952)
Direct Dial: (602) 932-5868
Email: trevor@silencelaw.com

*Attorneys for Defendant*

**UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| James Edwards, | Case No.  3:25-CV-08174-SPL |
| Plaintiff, | |
| v. | **STIPULATION TO EXTEND EXPERT DISCLOSURE DEADLINES** (First Request) |
| Tony Samojen, | |
| Defendant. | (Hon. Steven Paul Logan) |

Pursuant to Fed. R. Civ. P. 29, on April 3, 2026, the Parties stipulated to extend the deadline of expert disclosures in this case from April 21, 2026, to May 21, 2026, and—correspondingly—the rebuttal expert disclosure deadline from May 21, 2026, to June 4, 2026. Defendant requested the extension in order to facilitate an expert investigation of the items at issue in light of further discovery responses, and Plaintiff agreed. The proposed new deadlines do not affect any other discovery or other court-appointed deadlines.

The parties now request, in accordance with the case management order, the Court's granting of these stipulated extensions by order. A proposed order is attached.

RESPECTFULLY SUBMITTED this 20th day of April, 2026.

SILENCE LAW GROUP

RUSING LOPEZ & LIZARDI, P.L.L.C.    **Silence Law Group PLLC**

*/s/  Daniel Bernardone (with permission)*    */s/ Trevor Cook*
Daniel Bernardone                               Jeffrey Silence
Michael Croghan                                 Trevor Cook
Rachel Dudley
Patric O'Meara                                  *Attorneys for Defendant*

*Attorneys for Plaintiff*

2