

**UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| James Edwards, | Case No.  3:25-CV-08174-SPL |
| Plaintiff, | |
| v. | **ORDER EXTENDING EXPERT DISCLOSURE DEADLINES** |
| Tony Samojen, | |
| Defendant. | (Hon. Steven Paul Logan) |

The Court has reviewed the Parties' Stipulation to Extend Expert Disclosure Deadlines. Good cause appearing,

**IT IS ORDERED** extending the expert disclosure deadline from April 21, 2026, to May 21, 2026, and the rebuttal expert disclosure deadline from May 21, 2026, to June 4, 2026.

**IT IS FURTHER ORDERED** the parties shall provide full and complete expert disclosures as required by Rule 26(a)(2)(A)-(C) of the Federal Rules of Civil Procedure no later than **May 21, 2026**. Rebuttal expert disclosures, if any, shall be made no later than **June 4, 2026**. Rebuttal experts shall be limited to responding to opinions stated by initial experts. Absent truly extraordinary circumstances, parties will not be permitted to supplement their expert reports after these dates.