IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| James Edwards, ) | No.  CV-25-08174-PCT-SPL |
| ) | |
| Plaintiff, ) | **ORDER** |
| vs. ) | |
| ) | |
| Tony Samojen, ) | |
| ) | |
| Defendant. ) | |
| ) | |

Before the Court is the parties' Stipulation to Extend (Doc. 44), in which the parties request an extension of the expert disclosure deadlines. Finding good cause appearing, and that the requested extension would not otherwise delay this action, the stipulation will be granted. Accordingly,

**IT IS ORDERED** that the Stipulation to Extend (Doc. 44) is **granted**.

**IT IS FURTHER ORDERED** that the deadlines are modified as follows:

1.  Expert Disclosure shall be due by **May 21, 2026**; and

2.  Rebuttal Expert Disclosure shall be due by **June 4, 2026**.

Dated this 27th day of April, 2026.

Honorable Steven P. Logan
United States District Judge