# UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| James Edwards, | Case No. 3:25-CV-08174-SPL |
| Plaintiff, | |
| v. | **ORDER** |
| Tony Samojen, | (Hon. Steven Paul Logan) |
| Defendant. | |

Before the Court is Defendant's Rule 16 Motion to Amend Case Management Order (Doc. 48), in which Plaintiff seeks an extension of the expert disclosure deadlines. Finding good cause appearing, and that the requested extensions would not otherwise delay this action, the motion will be granted. Accordingly,

**IT IS ORDERED** that Defendant's Motion to Amend Case Management Order (Doc. 48) is **granted**.

**IT IS FURTHER ORDERED** that the deadlines are modified as follows:

1.     Defendant's inspection of the items at issue shall be completed within 30 days after entry of this order.

2.     Expert Disclosure shall be due 45 days after entry of this order.

3.     Rebuttal Expert Disclosure shall be due 14 days after the Expert Disclosure deadline.

4.    Expert Depositions shall be completed no later than 47 days after the Rebuttal Expert Disclosure deadline. Expert depositions shall be scheduled to commence at least **five (5) working days** before the deadline.

5.    Dispositive Motions shall be filed no later than 38 days after Expert Depositions deadline.

6.    All other discovery deadlines in the Case Management Order (Doc. 22) remain, except that deadlines for items specified in this order will supersede the discovery deadline of July 21, 2026, for those items only.

Dated this XX day of X, 2026.