**Silence Law Group PLLC**
20235 N. Cave Creek Rd. Ste 104 # 460
Phoenix, AZ 85024

**Jeffrey Silence** (029143)
Direct Dial: (602) 932-8358
Email: jeff@silencelaw.com

**Trevor Cook** (037952)
Direct Dial: (602) 932-5868
Email: trevor@silencelaw.com

*Attorneys for Defendant*

# UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| James Edwards, | Case No.  3:25-CV-08174-SPL |
| Plaintiff, | |
| v. | **NOTICE OF SERVICE OF DISCOVERY** |
| Tony Samojen, | |
| Defendant. | (Hon. Steven Paul Logan) |

Pursuant to LRCiv. 5.2, Defendant Tony Samojen hereby gives notice that he withdrew the outstanding Notice of Deposition of Jim Edwards served on April 15, 2026, and has served the following on Plaintiff's counsel by email on the corresponding dates:

| | |
|---|---|
| Notice of Subpoena of J. E. Patrick Motorsports, Ltd. | May 6, 2026 |
| Notice of Subpoena of Kerry Morse | May 6, 2026 |
| Defendant's Amended Second Requests for Inspection | May 13, 2026 |
| Notice of Deposition of James Edwards | May 13, 2026 |
| Defendant's Second Supplemental Disclosure Statement | May 14, 2026 |

SILENCE LAW GROUP

DATED this 15th day of May, 2026.

**Silence Law Group PLLC**

*/S/ Trevor Cook*
Jeffrey Silence
Trevor Cook
*Attorneys for Defendant*

SILENCE LAW GROUP