**Rusing Lopez Lizardi & Saffer, P.L.L.C.**
7047 E. Greenway Parkway, Suite 400
Scottsdale, Arizona 85254
Telephone: (480) 663-9800
Facsimile: (520) 529-4262
dbernardone@rllsaz.com
aclark@rllsaz.com
*Attorneys for James Edwards*

Daniel B. Bernardone
State Bar No. 033256
Aaron Clark
State Bar No. 038534

Michael Croghan (ARDC #6312601)
Patrick O'Meara (ARDC # 6317487)
McDonald Hopkins LLC
300 North LaSalle St., Suite 1400
Chicago, IL 60654
Telephone: (312) 280-0111
mcroghan@mcdonaldhopkins.com
pomeara@mcdonaldhopkins.com
*Attorneys for James Edwards*
*Admitted Pro Hac Vice*

# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| James Edwards, | Case No. 3:25-cv-08174-SPL |
| Plaintiff, | **NOTICE OF SERVICE OF DISCOVERY** |
| vs. | |
| Tony Samojen, | |
| Defendant. | |

Pursuant to LRCiv. 5.2, Plaintiff James Edwards hereby gives notice that he served Plaintiff's Responses to Defendant's Fourth Set of Requests for Production on counsel for Defendant on May 15, 2026.

DATED this 15th day of May, 2026.

RUSING LOPEZ LIZARDI & SAFFER, P.L.L.C.

*s/ Daniel B. Bernardone*

Daniel B. Bernardone
Aaron R. Clark
*Attorneys for Plaintiffs*