**Silence Law Group PLLC**
20235 N. Cave Creek Rd. Ste 104 # 460
Phoenix, AZ 85024

**Jeffrey Silence** (029143)
Direct Dial: (602) 932-8358
Email: jeff@silencelaw.com

**Trevor Cook** (037952)
Direct Dial: (602) 932-5868
Email: trevor@silencelaw.com

*Attorneys for Defendant*

# UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| James Edwards,<br><br>        Plaintiff,<br><br>  v.<br><br>Tony Samojen,<br><br>        Defendant. | Case No.  3:25-CV-08174-SPL<br><br>**NOTICE OF SERVICE OF DISCOVERY**<br><br>(Hon. Steven Paul Logan) |

Pursuant to LRCiv. 5.2, Defendant Tony Samojen hereby gives notice that he served a notice of subpoena of RM Auctions Arizona, Inc., on Plaintiff's counsel by email on May 21, 2026.

DATED this 21st day of May, 2026.

                          **Silence Law Group PLLC**

                          */s/ Trevor Cook*
                          Jeffrey Silence
                          Trevor Cook
                          *Attorneys for Defendant*

SILENCE LAW GROUP