**Silence Law Group PLLC**
20235 N. Cave Creek Rd. Ste 104 # 460
Phoenix, AZ 85024
**Jeffrey Silence** (029143)
Direct Dial: (602) 932-8358
Email: jeff@silencelaw.com
**Trevor Cook** (037952)
Direct Dial: (602) 932-5868
Email: trevor@silencelaw.com
*Attorneys for Defendant*

# UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| James Edwards,<br><br>               Plaintiff,<br><br>     v.<br><br>Tony Samojen,<br><br>               Defendant. | Case No.  3:25-CV-08174-SPL<br><br>**STIPULATION TO EXTEND EXPERT DISCLOSURE DEADLINES** (Third Request)<br><br>(Hon. Steven Paul Logan) |

Pursuant to Fed. R. Civ. P. 29, on My 27, 2026, the Parties stipulated to extend the deadline of expert disclosures in this case for one week, from June 11, 2026, to June 18, 2026.

After the Court granted Defendant's request for a second inspection and extended the expert disclosure deadline to June 11, 2026, *see* Doc. 51, the soonest Plaintiff could accommodate the inspection was June 5, 2026, leaving insufficient time after the inspection for Defendant's expert to complete a report. Accordingly, Plaintiff agreed to stipulate to and jointly request this one-week extension.

The Parties now request, pursuant to the Case Management Order, *see* Doc. 22 at 8:1–5, that the Court enter an order granting the agreed extension. A proposed order is attached.

SILENCE LAW GROUP

RESPECTFULLY SUBMITTED this 28th day of May, 2026.

MCDONALD HOPKINS LLC        **Silence Law Group, PLLC**

_/s/ Michael Croghan (with permission)_    _/s/ Trevor Cook_
Daniel Bernardone                          Jeffrey Silence
Michael Croghan                       Trevor Cook
Rachel Dudley
Patric O'Meara                       _Attorneys for Defendant_

_Attorneys for Plaintiff_

SILENCE LAW GROUP

2