**UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| James Edwards,<br><br>                    Plaintiff,<br><br>          v.<br><br>Tony Samojen,<br><br>                    Defendant. | Case No.  3:25-CV-08174-SPL<br><br>**ORDER EXTENDING EXPERT DISCLOSURE DEADLINES**<br><br>(Hon. Steven Paul Logan) |

Before the Court is the parties' Stipulation to Extend (Doc. 54), in which the parties request an extension of the expert disclosure deadlines. Finding good cause appearing, and that the requested extension would not otherwise delay this action, the stipulation will be granted. Accordingly,

**IT IS ORDERED** that the Stipulation to Extend (Doc. 54) is **granted**.

**IT IS FURTHER ORDERED** the deadlines are modified as follows:

1.  Expert Disclosure shall be due by **June 18, 2026**.