**Silence Law Group, PLLC**
20235 N. Cave Creek Rd. Ste 104 # 460
Phoenix, AZ 85024

**Jeffrey Silence** (029143)
Direct Dial: (602) 932-8358
Email: jeff@silencelaw.com

**Trevor Cook** (037952)
Direct Dial: (602) 932-5868
Email: trevor@silencelaw.com

*Attorneys for Defendant*

**UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| James Edwards, <br><br> Plaintiff, <br><br> v. <br><br> Tony Samojen, <br><br> Defendant. | Case No.  3:25-CV-08174-SPL <br><br> **NOTICE OF EXPEDITED CONSIDERATION** <br><br> (Hon. Steven Paul Logan) |

Defendant Tony Samojen requests expedited consideration of the Parties' Stipulation to Extend Expert Disclosure Deadlines (Doc. 54).

The current expert disclosure deadline is June 11, 2026, which the Court extended after granting Defendant a second inspection of the items at issue in this case. *See* Doc. 51. Both Parties worked diligently to schedule the inspection but could only arrange it as early as on June 6, 2026, leaving Defendant's expert too little time to complete a report before the deadline. The Stipulation reflects the Parties' agreement about the nature of the situation and that the extra week is sufficient for the expert to complete his report without affecting any other deadlines in this litigation.

Defendant requests expedited consideration of the Stipulation so the Parties may know the Court's decision before the existing deadline passes to foreclose ambiguity and prevent future disputes over discovery timing.

SILENCE LAW GROUP

SILENCE LAW GROUP

RESPECTFULLY SUBMITTED this 28th day of May, 2026.

**Silence Law Group, PLLC**

/S/ Trevor Cook
Jeffrey Silence
Trevor Cook

*Attorneys for Defendant*