**UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| James Edwards,<br><br>            Plaintiff,<br><br>    v.<br><br>Tony Samojen,<br><br>            Defendant. | Case No.  3:25-CV-08174-SPL<br><br>**ORDER GRANTING MOTION FOR ORDER TO SHOW CAUSE**<br><br>(Hon. Steven Paul Logan) |

Before the Court is Defendant's Motion for Order to Show Cause Doc. 56. Good cause appearing,

**IT IS ORDERED** that Defendant's Motion, Doc. 56, is **GRANTED**.

**IT IS FURTHER ORDERED that J. E. Patrick Motorsports, Ltd.**, is hereby **ORDERED** to **SHOW CAUSE** why it should not be held in contempt and sanctioned for its failure to comply with the subpoena served May 11, 2026. The Court will allow Patrick Motorsports fourteen (14) days after it is served with this Order to show cause why it should not be held in contempt and sanctioned for its refusal to comply with the subpoena served upon it on May 11, 2026. If Patrick Motorsports has an explanation for its noncompliance, it may present such justification by written notification to the Court. In lieu of a written explanation, Patrick Motorsports may produce the requested documents to Plaintiff in compliance with the subpoena, provide notice to this Court that it has responded to the subpoena, and request that this matter be disposed. **Should Patrick Motorsports fail to respond to this Order to Show Cause within the aforementioned**

deadline, it will be directed to personally appear before this Court and show cause why it should not be held in contempt of court and appropriate sanctions imposed. Any willful failure to comply with this Order to Show Cause may subject Patrick Motorsports to contempt sanctions.