**Silence Law Group PLLC**
20235 N. Cave Creek Rd. Ste 104 # 460
Phoenix, AZ 85024

**Jeffrey Silence** (029143)
Direct Dial: (602) 932-8358
Email: jeff@silencelaw.com

**Trevor Cook** (037952)
Direct Dial: (602) 932-5868
Email: trevor@silencelaw.com

*Attorneys for Defendant*

# UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

James Edwards,

                Plaintiff,

    v.

Tony Samojen,

                Defendant.

Case No.  3:25-CV-08174-SPL

**NOTICE OF SERVICE OF DISCOVERY**

(Hon. Steven Paul Logan)

Pursuant to LRCiv. 5.2, Defendant Tony Samojen hereby gives notice that he served on Plaintiff's counsel by email supplemental responses to Plaintiff's First Set of Interrogatories on May 26, 2026, and a notice of deposition of Plaintiff James Edwards on June 2, 2026.

DATED this 2d day of June, 2026.

**Silence Law Group PLLC**

*/s/ Trevor Cook*
Jeffrey Silence
Trevor Cook

*Attorneys for Defendant*

SILENCE LAW GROUP