IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| James Edwards, | No.  CV-25-08174-PCT-SPL |
| Plaintiff, | **ORDER** |
| vs. | |
| Tony Samojen, | |
| Defendant. | |

Before the Court is the parties' Stipulation (Doc. 54), in which they jointly move for an extension of the expert disclosure deadline to accommodate Defendant's expert's inspection. Having considered this request,

**IT IS ORDERED** that the Stipulation (Doc. 54) is **granted**. Expert disclosure shall be due by **June 18, 2026**. All other deadlines remain unchanged.

**IT IS FURTHER ORDERED** that the Motion for Expedited Consideration (Doc. 55) is **denied as moot**.

Dated this 2nd day of June, 2026.

Honorable Steven P. Logan
United States District Judge