# Liddy Legal Support Services

PO Box 2007, Phoenix, AZ 85001
63 E. Pennington St., #102, Tucson, AZ 85702
2700 Woodlands Village Blvd., #300-420, Flagstaff, AZ 86001
Phoenix 602-297-0676, Tucson 520-628-2824, Flagstaff 928-225-7737

Client Matter
Account      # 1323
Invoice      # 170697
Liddy        # 524212-1

**UNITED STATES DISTRICT COURT, STATE OF ARIZONA**
**401 W. Washington Street, Ste 130, SPC 1, Phoenix, AZ 85003**

James Edwards,

Plaintiff(s) / Petitioner(s),

vs

Tony Samojen,

Defendant(s) / Respondent(s).

**CERTIFICATE OF SERVICE**
**BY PRIVATE PROCESS SERVER**
**Case No. 3:25-CV-08174-SPL**

ORIGINAL

**ENTITY/PERSON TO BE SERVED:** J. E. Patrick Motorsports, Ltd. c/o Margo Allen, Statutory Agent

**PLACE OF SERVICE:** 393 E. Palm Ln., Phoenix, AZ, 85004

**DATE OF SERVICE:** On the ___1st___ day of ___June___, 2026 at ___3:56___ PM    County ___Maricopa___

[ ] PERSONAL SERVICE  [X] Left a copy with a person authorized to accept service.    [ ] At this usual place of abode, I left a copy with a person of suitable age and discretion residing therein.

**Name of Person Served and Relationship/Title**    Served on Margo Allen, Statutory Agent.

on ___05/01/2026___ we received the following documents for service:
Motion for Order to Show Cause, Exhibits to Motion to Show Cause, and Proposed Order for Motion to Show Cause

**Received from SILENCE LAW GROUP, ( Trevor Cook #037952 )**

PROCESS SERVER: Colton Joralmon #8743

**The undersigned states: That I am a certified private process server in the county of Maricopa and am an Officer of the Court.**

SIGNATURE OF PROCESS SERVER: _____    Date: 6/2/2026

| Item | Amount |
|---|---|
| Service of Process | $22.00 |
| Minimum Mileage | $40.00 |
| Copies | $11.50 |
| Doc. Prep Fee | $15.00 |

**Tax ID#** 90-0533870
I declare under penalty of perjury that the foregoing is true and correct and was executed on this date.

Total    $88.50