IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| James Edwards, | No.  CV-25-08174-PCT-SPL |
| Plaintiff, | **ORDER** |
| vs. | |
| Tony Samojen, | |
| Defendant. | |

The Court has been notified via voicemail that the parties have an additional unresolved discovery dispute. The parties are reminded that they shall not present any discovery dispute without first seeking to resolve the matter through personal consultation and sincere effort as required by LRCiv 7.2(j).  If a dispute remains after complying with LRCiv 7.2(j), the parties may file a Joint Motion for Discovery Dispute Resolution.

**IT IS ORDERED** that the parties may file a Joint Motion for Discovery Dispute Resolution prior to the Court setting a discovery dispute hearing.  Any Joint Motion shall not exceed three (3) pages in length.

Dated this 15th day of June, 2026.

Honorable Steven P. Logan
United States District Judge