**Silence Law Group PLLC**
20235 N. Cave Creek Rd. Ste 104 # 460
Phoenix, AZ 85024
**Jeffrey Silence** (029143)
Direct Dial: (602) 932-8358
Email: jeff@silencelaw.com
**Trevor Cook** (037952)
Direct Dial: (602) 932-5868
Email: trevor@silencelaw.com
*Attorneys for Defendant*

**UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| James Edwards, | Case No.  3:25-CV-08174-SPL |
|          Plaintiff, | |
|    v. | **STIPULATION TO ALLOW REMOTE DEPOSITIONS** |
| Tony Samojen, | |
|          Defendant. | (Hon. Steven Paul Logan) |

The Plaintiff, Defendant, and Plaintiff's counsel all reside in different states. In order to facilitate the just, speedy, and inexpensive determination of this action, the Parties stipulate pursuant to Federal Rule of Procedure 30(b)(4) that all depositions taken in this action may be conducted remotely by videoconference, with any or all of the deponent, counsel, the court reporter, and the videographer (if any) able to appear remotely. The Parties further stipulate that if a deposition is taken in person, it will be arranged so that Parties may attend and their counsel may attend and participate remotely. The Parties may deviate from this portion of the stipulation only on a showing of good cause.

Pursuant to Rule 30(b)(4), each remote deposition will take place for the purposes of Rules 28(a), 30, 37(a)(2), and 37(b)(1) in the place where the deponent answers the questions. The Parties agree the court reporter is authorized to administer the oath to the deponent remotely, and the parties waive any objection to the validity of the oath, the

SILENCE LAW GROUP

deposition, or the resulting transcript or recording on the ground that the oath was administered remotely or that any participant appeared from a location different from the deponent's. Exhibits may be presented, marked, and exchanged electronically, and the parties waive any objection to the use of electronically marked exhibits at the deposition or at trial on that basis alone.

The Parties request that the Court enter the attached proposed order binding the Parties to the terms of this stipulation.

RESPECTFULLY SUBMITTED this 17th day of June, 2026.

**McDonald Hopkins LLC**          **Silence Law Group PLLC**

/s/  Michael Croghan  (with permission)          /s/ Trevor Cook
Daniel Bernardone          Jeffrey Silence
Michael Croghan          Trevor Cook
Rachel Dudley
Patric O'Meara          *Attorneys for Defendant*

*Attorneys for Plaintiff*

2