**UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| James Edwards,<br><br>            Plaintiff,<br><br>      v.<br><br>Tony Samojen,<br><br>            Defendant. | Case No.  3:25-CV-08174-SPL<br><br>**ORDER ALLOWING REMOTE DEPOSITIONS**<br><br>(Hon. Steven Paul Logan) |

The Court has reviewed the Parties' Stipulation to Allow Remote Depositions. Good cause appearing,

**IT IS ORDERED** that all depositions taken in this action may be conducted remotely by videoconference, with any or all of the deponent, counsel, the court reporter, and the videographer (if any) able to appear remotely; that if a deposition is taken in person, it will be arranged so that Parties may attend and their counsel may attend and participate remotely; and that the Parties may be allowed to deviate from this portion of this order only on a showing of good cause.

**IT IS FURTHER ORDERED** that each remote deposition will take place for the purposes of Rules 28(a), 30, 37(a)(2), and 37(b)(1) in the place where the deponent answers the questions; that the court reporter is authorized to administer the oath to the deponent remotely; and that exhibits may be presented, marked, and exchanged electronically.

**IT IS FURTHER ORDERED** that the Parties by stipulation may not object to the validity of the oath, the deposition, or the resulting transcript or recording on the ground that the oath was administered remotely or that any participant appeared from a location different from the deponent's

**IT IS FURTHER ORDERED** that the Parties by stipulation may not object to the use of electronically marked exhibits at the deposition or at trial on that basis alone.