**Silence Law Group PLLC**
20235 N. Cave Creek Rd. Ste 104 # 460
Phoenix, AZ 85024
**Jeffrey Silence** (029143)
Direct Dial: (602) 932-8358
Email: jeff@silencelaw.com
**Trevor Cook** (037952)
Direct Dial: (602) 932-5868
Email: trevor@silencelaw.com
*Attorneys for Defendant*

# UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| James Edwards, | Case No.  3:25-CV-08174-SPL |
| Plaintiff, | |
| v. | **NOTICE OF SERVICE OF DISCOVERY** |
| Tony Samojen, | |
| Defendant. | (Hon. Steven Paul Logan) |

Pursuant to LRCiv. 5.2, Defendant Tony Samojen hereby gives notice that on June 18, 2026, he served on Plaintiff's counsel by email Defendant's initial expert disclosure and Defendant's Third Supplemental Disclosure Statement.

DATED this 20th day of June, 2026.

**Silence Law Group PLLC**

*/s/ Trevor Cook*
Jeffrey Silence
Trevor Cook

*Attorneys for Defendant*

SILENCE LAW GROUP