IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

James Edwards,                )      No. CV-25-08174-PCT-SPL
                              )
                Plaintiff,    )
                              )      **ORDER**
vs.                           )
                              )
Tony Samojen,                 )
                              )
                Defendant.    )
                              )

The Court has been notified via voicemail that the parties have an additional unresolved discovery dispute. This is the third notice of discovery dispute in this matter in less than two months. The Court resolved the parties' first Joint Motion for Discovery Dispute Resolution in its May 15, 2026 Order. (Doc. 51). On June 16, 2026 the parties filed a second Joint Motion for Discovery Dispute Resolution, which is pending on the docket. (Doc. 61). In addition, Defendant filed a Motion on June 1, 2026 asking the Court to issue an order "directing non-party J.E. Patrick Motorsports, Ltd., to show cause why it should not be held in contempt for ignoring a validly served subpoena for documents." (Doc. 56 at 1). Now, the parties have informed the Court of a third discovery dispute for which they are seeking Court intervention.

The Court is concerned by the number of discovery disputes that have arisen in this matter in such a short period of time. The parties are reminded that they must first attempt to resolve the matter through personal consultation and *sincere effort* as required by LRCiv 7.2(j) (emphasis added). Only if a dispute remains after such efforts are made may the

parties file a Joint Motion for Discovery Dispute Resolution.

**IT IS ORDERED** that the parties shall consult in attempt to resolve the discovery dispute at hand, as well as those that are currently pending before the Court. If the parties come to an agreement about a dispute that is currently pending before the Court, they may file a Joint Notice informing the Court that they have resolved the dispute.

**IT IS FURTHER ORDERED** that if the parties cannot resolve the matter without Court intervention, they may file a Joint Motion for Discovery Dispute Resolution prior to the Court setting a discovery dispute hearing.  Any Joint Motion shall not exceed three (3) pages in length.

Dated this 18th day of June, 2026.

Honorable Steven P. Logan
United States District Judge