✓ FILED ____ LODGED
____ RECEIVED ____ COPY

JUN 1 6 2026

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY _____ DEPUTY

**J.E. Patrick Motorsports, Ltd.**
James E. Patrick III, President
4114 E. Washington Street
Phoenix, AZ 85034
Phone: 602-244-0911
Email: **jepiii@patrickmotorsports.com**
Non-Party Respondent

# UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| **James Edwards,**<br>**Plaintiff,**<br><br>V.<br><br>**Tony Samojen,**<br>**Defendant.** | Case No. 3:25-CV-08174-SPL<br><br>**NOTICE OF COMPLIANCE WITH SUBPOENA**<br><br>(Hon. Steven Paul Logan) |

James E. Patrick, III, President of J.E. PATRICK MOTORSPORTS, LTD, hereby provides notice of compliance with the Subpoena issued on May 11, 2026. On June 2, 2026, James E. Patrick, III, on behalf of J.E. PATRICK MOTORSPORTS, LTD fully complied with said Subpoena by serving true and correct copies of the requested documents, items, or information upon:

Silence Law Group, PLLC
Attn: Trevor Cook, Esq.
60 E. Rio Salado Parkway, Ste. 900
Tempe, AZ 85281
trevor@silencelaw.com

The responsive materials were delivered via email to trevor@silencelaw.com.

RESPECTFULLY SUBMITTED this ___ day of June, 2026.

By_____
James E. Patrick, III, for
J.E. Patrick Motorsports, Ltd.

## CERTIFICATE OF SERVICE

I, James E. Patrick, III, president of J.E. Patrick Motorsports, Ltd. hereby certify that on this ___ day of _____, 2026, a true and correct copy of the foregoing Notice of Compliance with Subpoena was filed with the Clerk of the Court and served via email to the issuing counsel listed below:

Original of the foregoing filed
this ___ day of June, 2026 with:

Filed with the Clerk of
United States District Court for the District of Arizona
401 W. Washington St., Suite 130, SPC 1
Phoenix, AZ 85003-2118

Copy of the foregoing emailed
this ___ day of June, 2026, to:

Silence Law Group, PLLC
Attn: Trevor Cook, Esq.
60 E. Rio Salado Parkway, Ste. 900
Tempe, AZ 85281
trevor@silencelaw.com
Attorney for Defendant

By_____