# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| James Edwards, | Case No.  3:25-CV-08174-SPL |
| Plaintiff, | |
| v. | **ORDER EXTENDING REBUTTAL EXPERT DISCLOSURE DEADLINES** |
| Tony Samojen, | |
| Defendant. | (Hon. Steven Paul Logan) |

Before the Court is the parties' Stipulation to Extend (Doc. XX), in which the parties request an extension of the rebuttal expert disclosure deadlines. Finding good cause appearing, and that the requested extension would not otherwise delay this action, the stipulation will be granted. Accordingly,

**IT IS ORDERED** that the Stipulation to Extend (Doc. XX) is **granted**.

**IT IS FURTHER ORDERED** that the deadlines are modified as follows:

1.  Rebuttal Expert Disclosure shall be due by **July 10, 2026**.


Dated this                    2026.