IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

James Edwards,

               Plaintiff,

vs.

Tony Samojen,

               Defendant.

No.  CV-25-08174-PCT-SPL

**ORDER**

In light of the Notice of Compliance (Doc. 66),

**IT IS ORDERED** that the Motion for Order to Show Cause (Doc. 56) is **denied as moot** with leave to refile.

Dated this 23rd day of June, 2026.

_____
Honorable Steven P. Logan
United States District Judge