SILENCE LAW GROUP

**EXHIBIT INDEX**

NONPARTY CHRIS SAMOJEN'S MOTION FOR PROTECTIVE ORDER

**Exhibit A**          **Declaration of Chris Samojen**

A-1 Cruise Booking Confirmation

A-2 Flight Booking Confirmation

A-3 Flight Status

A-4 First Subpoena Email

A-5 Emailed Subpoena

A-6 Croghan Subpoena Email

A-7 Chris Response to Subpoena Email

A-8 Subpoena as Personally Served

**Exhibit B**          **Declaration of Trevor Cook**

B-1 Email Chain

# EXHIBIT A

# Declaration of Chris Samojen

1.     I am over the age of 18 and have personal knowledge of the facts in this Declaration unless otherwise stated.

2.     On July 7, 2024, I booked a seven-day Mediterranean cruise departing from Barcelona, Spain, for me and my family. **Exhibit A-1** is a true and correct copy of the booking confirmation.

3.     On November 16, 2025, I booked round-trip flights to Barcelona, Spain, for us to get to and return from the cruise. **Exhibit A-2** is a true and correct copy of the booking confirmation.

4.     After the initial flight booking, the airline changed the flight details twice, most recently within the last couple weeks. **Exhibit A-3** is a true and correct copy of a screen shot from the airline website showing the current flight information, including departure from Los Angeles on July 2, 2026, and a return to Los Angeles on July 13, 2026.

5.     On Tuesday, June 23, 2026, Rachel Dudley emailed me a Subpoena to Testify at a Deposition in a Civil Action at 9:00 a.m. on July 6, 2026, issued by Michael Croghan on June 22, 2026. **Exhibit A-4**, is a true and correct copy of the delivery email, and **Exhibit A-5** is a true and correct copy of the attached subpoena and accompanying documents.

Chris Samojen – 1

6.      On Thursday, June 25, 2026, Michael Croghan replied to that email and asked me to accept service of the subpoena by mail. He said my father's attorney informed him that the deposition may need to be rescheduled, but he asked me to confirm that I would accept service of the subpoena by mail. **Exhibit A-6** is a true and correct copy of that email.

7.      I responded the next day that I did not accept service of the subpoena by email or mail and explained my vacation situation and provided dates when I would be available for deposition. **Exhibit A-7** is a true and correct copy of my response.

8.      On Saturday, June 27, 2026, I was personally served the same subpoena. **Exhibit A-8** is a true and correct copy of the subpoena and accompanying documents as personally served on me.

9.      During the commanded deposition time I will be on the ocean with my family in a distant time zone with an unreliable internet connection.

10.     Compliance with the subpoena as issued would require last-minute modifications to my trip itinerary and special arrangements that at a minimum would severely disrupt my family vacation we planned two years ago and significantly increase the cost of the trip.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on 06/30/2026 _____.

Chris Samojen (Jun 30, 2026 19:38:46 PDT)

Chris Samojen

Chris Samojen – 2

# Chris Declaration-4

Final Audit Report                                                                    2026-07-01

| | |
|---|---|
| Created: | 2026-07-01 |
| By: | Trevor Cook (trevor@silencelaw.com) |
| Status: | Signed |
| Transaction ID: | CBJCHBCAABAAAfDzdEe_J6Z1mjtZ6hFif8FLWREnsmTf |

## "Chris Declaration-4" History

Document created by Trevor Cook (trevor@silencelaw.com)
2026-07-01 - 2:34:09 AM GMT

Document emailed to Chris Samojen (manybadhabits@gmail.com) for signature
2026-07-01 - 2:34:13 AM GMT

Email viewed by Chris Samojen (manybadhabits@gmail.com)
2026-07-01 - 2:37:37 AM GMT

Document e-signed by Chris Samojen (manybadhabits@gmail.com)
Signature Date: 2026-07-01 - 2:38:46 AM GMT - Time Source: server - Signature Appearance Selected: MOBILE_DRAW

Agreement completed.
2026-07-01 - 2:38:46 AM GMT

**Adobe Acrobat Sign**

# EXHIBIT A-1

 **ROYAL CARIBBEAN**

# Booking Confirmation - Guest Copy
Issue Date: 04 NOV 2024
Confirmation Copy #: 4
**This booking was made Onboard**

| General Information | | | |
|---|---|---|---|
| HARR TRAVEL | Reservation ID: | 8440077  (Group ID Not Applicable) | Booking Date:    07 JUL 2024 |
| Attn: Erica MARK | Ship: | HARMONY OF THE SEAS | Booking Status    Booked |
| 9092660117 | Departure Date: | 05 JUL 2026 | |
| 11 SOUTH BUENA VISTA STREET | Itinerary: | 7 NIGHT WESTERN MEDITERRANEAN CRUISE | |
| REDLANDS,CA-92373 | Stateroom: | GT-10644 Grand Suite - 2 Bedroom's | |
| UNITED STATES | Stateroom Obstructed View Percentage | 0% | |
| | Sailing Date: | 05 JUL 2026 | |

| Guest Information | Guest #1 | Guest #2 | Guest #3 | Guest #4 |
|---|---|---|---|---|
| Guest Name | CHRIS SAMOJEN | SHANNON SAMOJEN | KIERSTEN SAMOJEN | CODY SAMOJEN |
| Crown & Anchor Number | 387393115 | 387070942 | 387585111 | 387585114 |
| Age Range | 46 - 54 | 25 - 45 | 00 - 17 | 00 - 17 |
| Dining | MY TIME() | MY TIME() | MY TIME() | MY TIME() |
| Departure Airport | Cruise Only | Cruise Only | Cruise Only | Cruise Only |
| Special Services | | | | |
| Stateroom Dining With Booking ID: | | | | |

When you make your booking with us, please ensure that you provide your first name and last name as it appears on your passport. When you complete your online check-in, please double check that all of your personal information such as your name and date of birth are correct. You can check-in on the App/website between 45 days and the morning of your sail date. Please let us know as soon as possible if any of your personal details have been recorded incorrectly.

My Time Dining has been selected for this reservation. Every evening, you may choose what time you would like to dine in the main dining room during dinner hours based on availability. Daily reservations can be made on-line beginning at 3 months and up to 4 days prior to departure at www.RoyalCaribbean.com under >Before You Board > Pre Cruise Planner. My Time Dining does not guarantee multiple tables together for parties of over 10 guests.  Parties larger than 10 guests may be seated at staggered times and may not be seated close to each other.  For more information, please contact your travel agent or go to www.RoyalCaribbean.com.

| Booking Charges - Currency: USD | Guest #1 | Guest #2 | Guest #3 | Guest #4 | Total |
|---|---|---|---|---|---|
| Cruise Fare | 9182.00 | 3912.00 | 1274.00 | 1274.00 | 15642.00 |
| Taxes, fees, and port expenses | 129.19 | 129.19 | 129.19 | 129.19 | 516.76 |
| Total Charge | 9311.19 | 4041.19 | 1403.19 | 1403.19 | 16158.76 |
| Amount Paid | | | | | 200.00 |
| Balance Due | | | | | 15958.76 |

If your stateroom is GTY (Guarantee) or WLT (Waitlist), once your state**room is assigned or confirmed, you'll receive an updated invoice advising** you of your assigned stateroom**. If your stateroom has an obstructed view, you'll receive details once your room is assigned.** Bed configuration will be displayed once your stateroom is assigned.

Stateroom 10644  has the following bed configuration:

Possible Bed Configuration: 2 LOWER TWIN BEDS - CONVERTED TO QUEEN, Queen bed & dbl sofa bed
Available Upper Berths: 2

If your stateroom includes an upper bed displayed in the Upper Berths section above. Please know the upper bed is only recommended for guests without mobility concerns who are ages 6 and older. Additionally, the upper bed has a weight limit of 300lbs. For your safety,the upper berth is stored away, and the stateroom attendant will open your upper bed during turndown.

The minimum deposit for this reservation is Non-Refundable. A change fee of $100 USD per guest will apply for ship or sail date changes.

Final Payment is due by 06 APR 2026, 5:00 PM EST

Deposit amounts may vary by promotion.

Except where expressly prohibited by law, guests who have not prepaid gratuities will be assessed a daily gratuity amount which shall be charged to each guest's SeaPass account on a per person, per day basis. Additionally, all pre-cruise and onboard purchases of spa and salon services, beverage and beverage packages, specialty dining and specialty dining packages, and mini bar purchases will be assessed a gratuity charge. Gratuity charges assessed will be at the rate(s) in effect at the time of purchase as published on https://www.royalcaribbean.com/faq/questions/onboard-service-gratuity-expense.
Gratuities may be modified in the guest's sole discretion by visiting the Guest Relations desk onboard at any time prior to the morning of disembarkation.

The booking is currently subject to USD 1631.00 cancellation penalties at time of this booking invoice 04 NOV 2024. This amount may increase based on the cruise penalty schedule.

 **ROYAL CARIBBEAN**

# Booking Confirmation - Guest Copy
Issue Date: 04 NOV 2024
Confirmation Copy #: 4
**This booking was made Onboard**

| General Information | | | | |
|---|---|---|---|---|
| HARR TRAVEL | Reservation ID: | 8440077  (Group ID Not Applicable) | Booking Date: | 07 JUL 2024 |
| Attn: Erica MARK | Ship: | HARMONY OF THE SEAS | Booking Status | Booked |
| 9092660117 | Departure Date: | 05 JUL 2026 | | |
| 11 SOUTH BUENA VISTA STREET | Itinerary: | 7 NIGHT WESTERN MEDITERRANEAN CRUISE | | |
| REDLANDS,CA-92373 | Stateroom: | GT-10644 Grand Suite - 2 Bedroom's | | |
| UNITED STATES | Stateroom Obstructed View Percentage | 0% | | |
| | Sailing Date: | 05 JUL 2026 | | |

### Onboard Credit

| USD | Guest 1 | Guest 2 | Guest 3 | Guest 4 | Total |
|---|---|---|---|---|---|
| Onboard Credit | $300.00 | | | | $300.00 |

| Cancellation Schedule | Cancellation Amount | Date |
|---|---|---|
| 89 to 75 Days Prior to Sailing | 25% Per Guest | 07 APR 2026 |
| 74 to 61 Days Prior to Sailing | 50% Per Guest | 22 APR 2026 |
| 60 to 31 Days Prior to Sailing | 75% Per Guest | 06 MAY 2026 |
| 30 to 0 Days Prior to Sailing | 100% Per Guest | 05 JUN 2026 |

### Booking Itinerary

Pre Cruise Arrangements

Cruise Itinerary - Check-in Between: 11:30 AM -  3:30 PM (Embarkation time, itinerary, hotel, rail and/or transportation may change without notice as conditions warrant)

| Date | Port Location | Arrive | Depart | Date | Port Locaton | Arrive | Depart |
|---|---|---|---|---|---|---|---|
| 05 JUL | BARCELONA, SPAIN | | 5:00 PM | 09 JUL | ROME (CIVITAVECCHIA), ITALY | 7:00 AM | 7:00 PM |
| 06 JUL | PALMA DE MALLORCA, SPAIN | 8:00 AM | 6:00 PM | 10 JUL | NAPLES, ITALY | 7:00 AM | 7:00 PM |
| 07 JUL | CRUISING | | | 11 JUL | CRUISING | | |
| 08 JUL | FLORENCE/PISA(LASPEZIA)ITALY | 7:00 AM | 8:00 PM | 12 JUL | BARCELONA, SPAIN | 5:00 AM | |

Formal Night: **Make it a night out in your best black-tie look – suits and ties, tuxedos, cocktail dresses or evening gowns.**

• Usually on day 2 and 6

Post Cruise Arrangements

IMPORTANT NOTICE TO GUESTS: Your cruise ticket contract, and the terms and conditions for the purchase of any products, services, shore excursions, or other activities related to your cruise, contain important limitations on the rights of passengers, including provisions relating to limitation of liability, forum selection, governing law, and the use of alternative dispute resolution to resolve certain types of disputes.

The applicable cruise ticket contract is determined by your Primary Country of Residence. "Primary Country of Residence" means the country where you primarily reside at the time of booking the cruise. This should be indicated by you, your agent, or other representative at the time of booking the cruise or at online check-in.

To find the cruise ticket contract, and purchase terms and conditions applicable to you, please visit this link

### Important Information



- Please take a few minutes to familiarize yourself with the required travel documents you will be asked to provide prior to boarding the ship. It is the guest's responsibility to obtain all valid travel documents for their vacation.  Please review the Vital Information page that follows.
- Optional Travel Protection: The Royal Caribbean Travel ProtectionTM plan is an optional travel protection add-on to your cruise booking and may be purchased through Royal Caribbean for residents in all U.S. states except New York and Hawaii. If added, your Royal Caribbean Travel Protection TM plan is not effective until the coverage premium has been paid. The premium is not automatically included as part of your initial cruise deposit. To view the terms, conditions and exclusions, please visit www.archinsurancesolutions.com/coverage/Royal
- FOR NEW YORK AND HAWAII RESIDENTS ONLY: New Yorkor Hawaii state residents who are interested in travel protection should contact Aon Affinity by visiting www.travelcruisecare.com or calling Aon Affinity Customer Service at 800 453-4022.

 **ROYAL CARIBBEAN**

**Booking Confirmation - Guest Copy**

Issue Date: 04 NOV 2024
Confirmation Copy #: 4
**This booking was made Onboard**

| General Information | | | | |
|---|---|---|---|---|
| HARR TRAVEL | Reservation ID: | 8440077  (Group ID Not Applicable) | Booking Date: | 07 JUL 2024 |
| Attn: Erica MARK | Ship: | HARMONY OF THE SEAS | Booking Status | Booked |
| 9092660117 | Departure Date: | 05 JUL 2026 | | |
| 11 SOUTH BUENA VISTA STREET | Itinerary: | 7 NIGHT WESTERN MEDITERRANEAN CRUISE | | |
| REDLANDS,CA-92373 | Stateroom: | GT-10644 Grand Suite - 2 Bedroom's | | |
| UNITED STATES | Stateroom Obstructed View Percentage | 0% | | |
| | Sailing Date: | 05 JUL 2026 | | |

- Due to new government regulations, Guests must be checked-in and onboard no later than 90 minutes prior to the sailing time or they will not be permitted to sail. To expedite boarding, check-in online at www.RoyalCaribbean.com/onlinecheckin  This is available 24 hours after final payment has been made and up to three (3) days prior to sailing, not including the day of sailing.

 **ROYAL CARIBBEAN**

**Booking Confirmation**
**Issue Date: 04 NOV 2024**
**Booking ID: 8440077**
**Guest Last Name: SAMOJEN**

**Vital Information**

# Before You Leave: Required Travel Documents and Identification

It is the guest's responsibility to obtain all valid travel documents for their vacation. These valid travel documents such as passports, visas, inoculation certificate and family legal documents are required for boarding and re-entry into the United States and other countries. Guests should check with their travel agent and/or government authority to determine the travel documents needed for each destination, including the port of embarkation.

### Documentation and Immigration Requirements
- Guests are highly encouraged to travel with a valid passport, even when not required.
- For your protection, we recommend that your passport expiration date does not occur within six (6) months of the sailing return date.
- Some foreign ports of call require a visa.  Please contact the Embassy (Consular Services) of each country on your sailing itinerary or the visa service of your choice for specific visa requirements, information, forms and fees for your nationality. Royal Caribbean suggests the visa provider, CIBT at https://genvisa.com/rci or 1.800.845.8968 (identify yourself as a Royal Caribbean guest for discounted rates).
- The spelling of the guest(s) name as booked for a cruise must match exactly as their valid passport or proof of citizenship / identification during ship  check-in formalities.
- Certain countries may have specific travel requirements for your itinerary.  Please check any one of the websites below to understand what is necessary for your vacation.
- All guests (including children) must present a valid passport when sailing on U.S. Open Loop voyages.  These are voyages that commence in a U.S. port, travel within the Western Hemisphere, and end at a different U.S. port.  When traveling on these sailings, please take extra caution in understanding the specific documentation requirements.
- All guests (including children) require specific travel documents that may include either a passport or other documentation, such as a government-issued birth certificate and laminated government issued picture ID denoting photo, name and date of birth, when traveling on U.S. Closed Loop voyages. These are voyages that commence and end in the same U.S. port without leaving the western hemisphere. Please note that Baptismal papers, hospital certificates of birth, voter registration cards or Social Security cards are not considered proof of citizenship.  Please view the websites below for more information.
- Should the last names of the parent and minor child traveling with them differ, the parent is required to present the child's valid passport and visa (if required) and the child's birth certificate (original, a notarized copy or a certified copy). The name of the parent(s) and the child must be linked through legal documentation.
- Adults who are not the parent or legal guardian of a minor traveling with them must present an original notarized letter signed by the child's parent(s), authorizing the adult to take the child on the specific cruise, supervise the child and allow emergency medical treatment to be administered.
- Guests on consecutive sailings must ensure they have the proper travel documents for their entire cruise vacation and for any port within their itinerary(s).

### Please refer to one of the following websites for details on documentation requirements as it relates to your itinerary:

- WHTI (Western Hemisphere Travel Initiative):   Website:  www.dhs.gov/western-hemisphere-travel-initiative
- Royal Caribbean's Recommended Visa and Passport Provider:   Website:  https://genvisa.com/rci
- Alien Registration Card   Website:  http://www.usimmigrationsupport.org/greencard_renewal.html
- Royal Caribbean International   Website:  www.RoyalCaribbean.com

To find the applicable cruise ticket contract and the purchase terms and conditions, please visit www.royalcaribbean.com/guest-terms

**Enhance Your Experience**

- **Pre-Book Shore & Land Excursions:** Maximize your destination experience with our Shore and Land Excursions program which can be reserved online up to 4 days before your sail date. To book or browse, visit https://www.royalcaribbean.com/booked/shore-excursions.
- **Wine and Dine Packages:** Choose from several dining options and drink packages to create your perfect cruise vacation. Whether you're looking for fine food, a cozy setting or an evening of fun and intrigue, you can make reservations at our specialty restaurants or look for other dining experiences. You can also purchase fantastic wine packages and select the beverage packages you want before your cruise. Please visit www.RoyalCaribbean.com for more information.
- **Hotel Packages:** Looking to extend your vacation experience? Powered by Priceline, Royal Caribbean Hotels offers exclusive rates with thousands of hotels in Royal Caribbean departure and arrival ports. To browse available rates for your travel dates, please click here.
- **Book Air Transportation:** AIR2SEA **prov**ides you access to thousands of published and contracted low priced air fares.  All that is required is your guest booking number. Then, go to the website located  RoyalCaribbean.com/Air2Sea at and you are on your way to booking air transportation for your cruise vacation!

**Travel Tips**

- When packing for your cruise, we recommend that you pack a small carry-on bag with your medications, travel documents, a change of clothes, and any valuables  or electronics that you will be bringing on your cruise.
- When deciding which Credit/Debit card to associate with your SeaPass onboard spending account, please keep in mind that temporary holds or authorizations may be placed. While not actual charges, these holds will reduce available funds. Most are released within 3 – 5 days after your cruise, but some may take up to 30 days. Please contact your card issuer to remove any remaining holds after your cruise, as Royal Caribbean International doesn't control how long they remain. If the form of payment on your onboard account was changed, prior holds will remain on the original card until final charges are submitted at the end of the cruise.
- Royal Caribbean Visa Signature Cardholders: Maximize your cardholder benefits by linking your card to your onboard account, earning you double MyCruise Rewards points during your sailing. These points can then be redeemed for exciting rewards like onboard credit and discounts, stateroom upgrades, or even a free cruise! Learn more about your benefits here.
- Having the right travel documents is one of the most important parts of getting ready for your trip.  Please be sure to check your itinerary for the countries you will visit and their travel document requirements for your nationality, these may include passports, visas, inoculation certificates and family legal documents.  Obtaining these are your responsibility.

# EXHIBIT A-2

**Trevor Cook**

---

| | |
|---|---|
| **From:** | IBERIA <iberia@comunicaciones.iberia.com> |
| **Sent:** | Sunday, November 16, 2025 11:39 AM |
| **To:** | manybadhabits |
| **Subject:** | Confirmation of booking P1B7L to Los Angeles |



 **IBERIA**                                    View in browser

Booking reference: **P1B7L**

 Booking confirmed

Thank you for choosing Iberia. The details of your booking are shown below

**Manage my booking**

## Booking details:

### Passenger information

| Passenger | Loyalty card |
|---|---|
| Chris Samojen (Adult) | 148868144 |
| Shannon Samojen (Adult) | **Add** \| **Register** |
| Kiersten Samojen (Adult) | **Add** \| **Register** |
| Cailin Samojen (Adult) | **Add** \| **Register** |
| Cody Samojen (Adult) | **Add** \| **Register** |

1

 Outward  **IB2624**
LEVEL

| Departure | | Arrival |
|---|---|---|
| **LAX** |  | **BCN** |
| Los Angeles, USA | 11h 40m | Barcelona, Spain |
| Terminal B | | Terminal 1 |
| **19:50** | | **16:30** |
| Thursday 2 July 2026 | | Friday 3 July 2026 |

 CABIN **PREMIUMTOURIST** | SEAT 2A,2C,2H,2D,2E

# What does your ticket include?

 **Baggage included (per passenger)**
Equipaje de mano: 1 item max. 10 kg (56x40x25cm) and 1 personal accessory included, on flights operated by oneworld airlines. For all other airlines, check with the flight operator. Equipaje en bodega: 2 items max. 23 kg and 158 cm each included.

 **Changes**
Allowed without a fee. Not allowed for no-shows.

 **Refund (in each direction)**
Not allowed.

**Manage my booking**

 Return  **IB2623**
LEVEL

Ex. A-2 Page 2 of 6

Departure

# BCN



13h 5m

Arrival

# LAX

Barcelona, Spain
Terminal 1

Los Angeles, USA
Terminal B

## 14:00
Sunday 12 July 2026

## 18:05
Sunday 12 July 2026

 CABIN **PREMIUMTOURIST** | **SEAT** 6A,6C,6H,6D,6E

# What does your ticket include?

 **Baggage included (per passenger)**
Equipaje de mano: 1 item max. 10 kg (56x40x25cm) and 1 personal accessory included, on flights operated by oneworld airlines. For all other airlines, check with the flight operator. Equipaje en bodega: 2 items max. 23 kg and 158 cm each included.

 **Changes**
Allowed without a fee. Not allowed for no-shows.

 **Refund (in each direction)**
Not allowed.

**Manage my booking**

# Important when you fly

 **Security measures**
The American authorities have introduced additional security controls for all passengers travelling to the United States. This process will increase check-in and boarding times. Iberia therefore requests that you report to the check-in desk at least four hours before departure if you are travelling from Madrid, or

3

that you proceed to the boarding gate as early as possible if you are in transit. Additional security controls will also be carried out when boarding flights to the United States from any other Spanish airport.

⚠ Please note that any traveler who has been in Cuba since January 12, 2021, will not be able to apply for ESTA and will need a B1 or B2 visa in order to travel to the US.

⚠ **Flights operated by Iberia for LEVEL**
This airline does not accept unaccompanied minors under the age of 14. They must always be accompanied by a person aged 16 or older. Pets are not accepted in either the cabin or the hold.

🔖 **Required documents**
Remember, there may be entry regulations at your destination. Check the latest information [here](here).

# 📄 Purchase summary

| Flights | Fare | Taxes | Total Price |
|---|---|---|---|
| 5 ADULTS | $ 1,480.00 | $ 111.73 | $ 7,958.65 |

**Seat selection**

| | | |
|---|---|---|
| Los Angeles - Barcelona | 2A, 2C, 2H, 2D, 2E, | $ 270 |
| Barcelona - Los Angeles | 6A, 6C, 6H, 6D, 6E, | $ 263 |

**Payment details**

| | |
|---|---|
| Payment method: | Visa |
| Card no.: | ***********0798 |
| Holder: | CHRIS SAMOJEN |
| Email: | manybadhabits@gmail.com |

4

| Final price | $ 8,491.65 |
|---|---|

# More benefits to plan your trip



Accommodation

Book nights in the best hotels.



Transport

Travel comfortably and with peace of mind



Insure your trip

Check out our insurance policies and travel with peace of mind.

**🟢 All your flight information in your pocket**

Use WhatsApp to get answers to your questions and receive real-time notifications about your flight status.

Contact

Follow us

     

Download the app

 

This email address is meant for sending information only and is not enabled to receive any messages.

Information on data privacy

Ex. A-2 Page 5 of 6

This communication is sent to you by Iberia Líneas Aéreas de España S.A. Operadora U. ("Iberia"), in its capacity as data controller, to comply with the contractual relation we have with you, and subject to the terms of Iberia Data Protection Policy. In this Policy you will find out the details of the information on the protection of your data, including the exercise of your rights of opposition, access, portability, rectification, limitation and deletion of data. Your data may be communicated to entities of the IAG Group to which Iberia belongs. Thank you.

Calle Martínez Villergas, 49, Madrid, Madrid, 28027. ES.

View in browser   |   Data Protection Policy   |

6

# EXHIBIT A-3



# EXHIBIT A-4

**From:** Dudley, Rachel <rdudley@mcdonaldhopkins.com>
**Sent:** Tuesday, June 23, 2026 10:42 AM
**To:** Chris Samojen <manybadhabits@gmail.com>
**Cc:** Croghan, Michael <mcroghan@mcdonaldhopkins.com>
**Subject:** RE: Subpoena Delivery via Email

Good morning,

Please find attached the subpoena for your deposition testimony in the above-referenced matter. We will also mail you a copy of the subpoena.

Thank you,

**Rachel Dudley**
**Attorney**

| | |
|---|---|
| **T: 312.642.4667** | **300 North LaSalle Street** |
| **rdudley@mcdonaldhopkins.com** | **Suite 1400** |
| **www.mcdonaldhopkins.com** | **Chicago, IL 60654** |



A business advisory and advocacy law firm®

# EXHIBIT A-5

AO 88A  (Rev. 12/20) Subpoena to Testify at a Deposition in a Civil Action

# UNITED STATES DISTRICT COURT
### for the
District of Arizona

| | | |
|---|---|---|
| James Edwards | ) | |
| *Plaintiff* | ) | |
| v. | ) | Civil Action No.    3:25-CV-08174-SPL |
| Tony Samojen | ) | |
| | ) | |
| *Defendant* | ) | |

### SUBPOENA TO TESTIFY AT A DEPOSITION IN A CIVIL ACTION

To:              Chris Samojen, 1480 E. Daily Drive, Camarillo, CA 93010

*(Name of person to whom this subpoena is directed)*

☑ Testimony:  YOU ARE COMMANDED to appear at the time, date, and place set forth below to testify at a deposition to be taken in this civil action. If you are an organization, you must promptly confer in good faith with the party serving this subpoena about the following matters, or those set forth in an attachment, and you must designate one or more officers, directors, or managing agents, or designate other persons who consent to testify on your behalf about these matters:

| Place: The deponent, the attorneys, and the court reporter will appear remotely, via audiovisual application, Zoom. | Date and Time:<br><br>07/06/2026 9:00 am |
|---|---|

The deposition will be recorded by this method:  _____

❒ *Production:*  You, or your representatives, must also bring with you to the deposition the following documents, electronically stored information, or objects, and must permit inspection, copying, testing, or sampling of the material:

The following provisions of Fed. R. Civ. P. 45 are attached – Rule 45(c), relating to the place of compliance; Rule 45(d), relating to your protection as a person subject to a subpoena; and Rule 45(e) and (g), relating to your duty to respond to this subpoena and the potential consequences of not doing so.

Date:      06/22/2026

| | |
|---|---|
| *CLERK OF COURT* | |
| | OR |
| _____ | /s/ Michael Croghan<br>_____ |
| *Signature of Clerk or Deputy Clerk* | *Attorney's signature* |

The name, address, e-mail address, and telephone number of the attorney representing *(name of party)*      James Edwards
Michael Croghan, McDonald Hopkins LLC
_____ , who issues or requests this subpoena, are:
300 North LaSalle, Suite 1400, Chicago, Illinois 60654

### Notice to the person who issues or requests this subpoena

If this subpoena commands the production of documents, electronically stored information, or tangible things before trial, a notice and a copy of the subpoena must be served on each party in this case before it is served on the person to whom it is directed. Fed. R. Civ. P. 45(a)(4).

Ex. A-5 Page 1 of 5

AO 88A  (Rev.  12/20) Subpoena to Testify at a Deposition in a Civil Action (Page 2)

Civil Action No.  3:25-CV-08174-SPL

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 45.)*

I received this subpoena for *(name of individual and title, if any)* _____

on *(date)* _____ .

❐ I served the subpoena by delivering a copy to the named individual as follows: _____

_____ on *(date)* _____ ; or

❐ I returned the subpoena unexecuted because: _____

_____ .

Unless the subpoena was issued on behalf of the United States, or one of its officers or agents, I have also tendered to the witness the fees for one day's attendance, and the mileage allowed by law, in the amount of

$ _____ .

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc.:

AO 88A  (Rev.  12/20) Subpoena to Testify at a Deposition in a Civil Action (Page 3)

## Federal Rule of Civil Procedure 45 (c), (d), (e), and (g) (Effective 12/1/13)

**(c) Place of Compliance.**

**(1)** *For a Trial, Hearing, or Deposition.* A subpoena may command a person to attend a trial, hearing, or deposition only as follows:
  **(A)** within 100 miles of where the person resides, is employed, or regularly transacts business in person; or
  **(B)** within the state where the person resides, is employed, or regularly transacts business in person, if the person
    **(i)** is a party or a party's officer; or
    **(ii)** is commanded to attend a trial and would not incur substantial expense.

**(2)** *For Other Discovery.* A subpoena may command:
  **(A)** production of documents, electronically stored information, or tangible things at a place within 100 miles of where the person resides, is employed, or regularly transacts business in person; and
  **(B)** inspection of premises at the premises to be inspected.

**(d) Protecting a Person Subject to a Subpoena; Enforcement.**

**(1)** *Avoiding Undue Burden or Expense; Sanctions.* A party or attorney responsible for issuing and serving a subpoena must take reasonable steps to avoid imposing undue burden or expense on a person subject to the subpoena. The court for the district where compliance is required must enforce this duty and impose an appropriate sanction—which may include lost earnings and reasonable attorney's fees—on a party or attorney who fails to comply.

**(2)** *Command to Produce Materials or Permit Inspection.*
  **(A)** *Appearance Not Required.* A person commanded to produce documents, electronically stored information, or tangible things, or to permit the inspection of premises, need not appear in person at the place of production or inspection unless also commanded to appear for a deposition, hearing, or trial.
  **(B)** *Objections.* A person commanded to produce documents or tangible things or to permit inspection may serve on the party or attorney designated in the subpoena a written objection to inspecting, copying, testing, or sampling any or all of the materials or to inspecting the premises—or to producing electronically stored information in the form or forms requested. The objection must be served before the earlier of the time specified for compliance or 14 days after the subpoena is served. If an objection is made, the following rules apply:
    **(i)** At any time, on notice to the commanded person, the serving party may move the court for the district where compliance is required for an order compelling production or inspection.
    **(ii)** These acts may be required only as directed in the order, and the order must protect a person who is neither a party nor a party's officer from significant expense resulting from compliance.

**(3)** *Quashing or Modifying a Subpoena.*

  **(A)** *When Required.* On timely motion, the court for the district where compliance is required must quash or modify a subpoena that:

    **(i)** fails to allow a reasonable time to comply;
    **(ii)** requires a person to comply beyond the geographical limits specified in Rule 45(c);
    **(iii)** requires disclosure of privileged or other protected matter, if no exception or waiver applies; or
    **(iv)** subjects a person to undue burden.
  **(B)** *When Permitted.* To protect a person subject to or affected by a subpoena, the court for the district where compliance is required may, on motion, quash or modify the subpoena if it requires:

    **(i)** disclosing a trade secret or other confidential research, development, or commercial information; or
    **(ii)** disclosing an unretained expert's opinion or information that does not describe specific occurrences in dispute and results from the expert's study that was not requested by a party.
  **(C)** *Specifying Conditions as an Alternative.* In the circumstances described in Rule 45(d)(3)(B), the court may, instead of quashing or modifying a subpoena, order appearance or production under specified conditions if the serving party:
    **(i)** shows a substantial need for the testimony or material that cannot be otherwise met without undue hardship; and
    **(ii)** ensures that the subpoenaed person will be reasonably compensated.

**(e) Duties in Responding to a Subpoena.**

**(1)** *Producing Documents or Electronically Stored Information.* These procedures apply to producing documents or electronically stored information:
  **(A)** *Documents.* A person responding to a subpoena to produce documents must produce them as they are kept in the ordinary course of business or must organize and label them to correspond to the categories in the demand.
  **(B)** *Form for Producing Electronically Stored Information Not Specified.* If a subpoena does not specify a form for producing electronically stored information, the person responding must produce it in a form or forms in which it is ordinarily maintained or in a reasonably usable form or forms.
  **(C)** *Electronically Stored Information Produced in Only One Form.* The person responding need not produce the same electronically stored information in more than one form.
  **(D)** *Inaccessible Electronically Stored Information.* The person responding need not provide discovery of electronically stored information from sources that the person identifies as not reasonably accessible because of undue burden or cost. On motion to compel discovery or for a protective order, the person responding must show that the information is not reasonably accessible because of undue burden or cost. If that showing is made, the court may nonetheless order discovery from such sources if the requesting party shows good cause, considering the limitations of Rule 26(b)(2)(C). The court may specify conditions for the discovery.

**(2)** *Claiming Privilege or Protection.*
  **(A)** *Information Withheld.* A person withholding subpoenaed information under a claim that it is privileged or subject to protection as trial-preparation material must:
    **(i)** expressly make the claim; and
    **(ii)** describe the nature of the withheld documents, communications, or tangible things in a manner that, without revealing information itself privileged or protected, will enable the parties to assess the claim.
  **(B)** *Information Produced.* If information produced in response to a subpoena is subject to a claim of privilege or of protection as trial-preparation material, the person making the claim may notify any party that received the information of the claim and the basis for it. After being notified, a party must promptly return, sequester, or destroy the specified information and any copies it has; must not use or disclose the information until the claim is resolved; must take reasonable steps to retrieve the information if the party disclosed it before being notified; and may promptly present the information under seal to the court for the district where compliance is required for a determination of the claim. The person who produced the information must preserve the information until the claim is resolved.

**(g) Contempt.**
The court for the district where compliance is required—and also, after a motion is transferred, the issuing court—may hold in contempt a person who, having been served, fails without adequate excuse to obey the subpoena or an order related to it.

For access to subpoena materials, see Fed. R. Civ. P. 45(a) Committee Note (2013).

Ex. A-5 Page 3 of 5

**"EXHIBIT A" TO SUBPOENA TO TESTIFY AT A DEPOSITION IN A CIVIL ACTION**

**NOTICE IS HEREBY GIVEN** that the remote videotaped deposition of the party named below will be taken upon oral examination at the time and place stated below before an officer authorized by law to administer oaths. The video camera will be placed before the deponent and will capture the image of the deponent alone or with picture-in-picture exhibits. Testimony may also be recorded real-time transcription means.

**DEPONENT:**                    Chris Samojen

**DATE OF DEPOSITION:**          Monday, July 6, 2026

**TIME OF DEPOSITION:**          9:00 a.m. PT (California time)

**PLACE OF DEPOSITION:**

The deponent, the attorneys, and the court reporter will each appear remotely remotely, via the audiovisual application, Zoom. Every remote location will need access to a webcam or a computer laptop with a built-in webcam. Also, each party will need to download the Zoom app, which can be accessed at https://zoom.us/signup. Plaintiff will provide the meeting information one week prior to the deposition date.

**METHOD OF RECORDING:**         Stenographer & Videographer

DATED this 23rd day of June, 2026

RUSING LOPEZ & LIZARDI, P.L.L.C.

 /s/ *Daniel B. Bernardone*
Daniel B. Bernardone
Aaron R. Clark
*Attorneys for Plaintiff*

MCDONALD HOPKINS LLC

/s/ *Michael Croghan*
Michael Croghan
Patrick O'Meara
*Attorneys for Plaintiff*
*Admitted Pro Hac Vice*

38818615.1                                                        Ex. A-5 Page 4 of 5

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that the foregoing document was sent by email to the attorneys below on this 23rd day of June, 2026.

Jeffrey Silence
Trevor Cook
Silence Law Group
20235 N. Cave Creek Rd. Ste. 104 # 460
Phoenix, AZ 85024
jeff@silencelaw.com
trevor@silencelaw.com
*Attorneys for Defendant*

By:  /s/ *Michael Croghan*

2

# EXHIBIT A-6

From: **Croghan, Michael** <mcroghan@mcdonaldhopkins.com>
Date: Thu, Jun 25, 2026, 3:26 PM
Subject: RE: Subpoena Delivery via Email
To: Chris Samojen <manybadhabits@gmail.com>
Cc: Dudley, Rachel <rdudley@mcdonaldhopkins.com>

Chris,

Please confirm that you will accept service of this subpoena for testimony by mail like you did for the document subpoena. Your father's attorney informed us that it may need to be rescheduled, which we are contemplating. But first please confirm that you will accept service of this attached subpoena by mail.

Sincerely,

**Michael Croghan**
**Member**

**T: 312.642.7446**          **300 North LaSalle Street**
**M: 314.210.5141**          **Suite 1400**
**mcroghan@mcdonaldhopkins.com**  **Chicago, IL 60654**
**www.mcdonaldhopkins.com**

McDonald Hopkins
A business advisory and advocacy law firm®

Ex. A-6 Page 1 of 1

# EXHIBIT A-7

From: **Chris Samojen** <manybadhabits@gmail.com>
Date: Fri, Jun 26, 2026 at 7:26 AM
Subject: Re: Subpoena Delivery via Email
To: Croghan, Michael <mcroghan@mcdonaldhopkins.com>
Cc: Dudley, Rachel <rdudley@mcdonaldhopkins.com>

Hi Michael,
I do not accept service of this subpoena via email or mail.
Regarding the proposed deposition date, I am unavailable due to a long-standing, pre-booked international vacation from July 1st through July 14th. I will be traveling out of the country with extremely limited connectivity during this time.
I appreciate your flexibility in rescheduling. Upon my return, I am available on the following dates:

- Wednesday, July 22nd
- Thursday, July 23rd
- Tuesday, July 28th
- Wednesday, July 29th

Please coordinate with my father's counsel to finalize one of these dates.
Sincerely,
Chris

# EXHIBIT A-8

AO 88A  (Rev. 12/20) Subpoena to Testify at a Deposition in a Civil Action

# UNITED STATES DISTRICT COURT
### for the
### District of Arizona

| | |
|---|---|
| James Edwards _____ | ) |
| *Plaintiff* | ) |
| v. | ) Civil Action No.   3:25-CV-08174-SPL |
| Tony Samojen _____ | ) |
| *Defendant* | ) |

## SUBPOENA TO TESTIFY AT A DEPOSITION IN A CIVIL ACTION

To:             Chris Samojen, 1480 E. Daily Drive, Camarillo, CA 93010

*(Name of person to whom this subpoena is directed)*

☑ Testimony: YOU ARE COMMANDED to appear at the time, date, and place set forth below to testify at a deposition to be taken in this civil action. If you are an organization, you must promptly confer in good faith with the party serving this subpoena about the following matters, or those set forth in an attachment, and you must designate one or more officers, directors, or managing agents, or designate other persons who consent to testify on your behalf about these matters:

| Place: The deponent, the attorneys, and the court reporter will appear remotely, via audiovisual application, Zoom. | Date and Time: 07/06/2026 9:00 am |
|---|---|

The deposition will be recorded by this method: _____

☐ *Production:* You, or your representatives, must also bring with you to the deposition the following documents, electronically stored information, or objects, and must permit inspection, copying, testing, or sampling of the material:

The following provisions of Fed. R. Civ. P. 45 are attached – Rule 45(c), relating to the place of compliance; Rule 45(d), relating to your protection as a person subject to a subpoena; and Rule 45(e) and (g), relating to your duty to respond to this subpoena and the potential consequences of not doing so.

Date:      06/22/2026

CLERK OF COURT

OR

/s/ Michael Croghan

_____            _____
*Signature of Clerk or Deputy Clerk*                       *Attorney's signature*

The name, address, e-mail address, and telephone number of the attorney representing *(name of party)*      James Edwards
Michael Croghan, McDonald Hopkins LLC
_____ , who issues or requests this subpoena, are:
300 North LaSalle, Suite 1400, Chicago, Illinois 60654

### Notice to the person who issues or requests this subpoena
If this subpoena commands the production of documents, electronically stored information, or tangible things before trial, a notice and a copy of the subpoena must be served on each party in this case before it is served on the person to whom it is directed. Fed. R. Civ. P. 45(a)(4).

AO 88A (Rev. 12/20) Subpoena to Testify at a Deposition in a Civil Action (Page 2)

Civil Action No.  3:25-CV-08174-SPL

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 45.)*

I received this subpoena for *(name of individual and title, if any)* _____

on *(date)* _____ .

☐ I served the subpoena by delivering a copy to the named individual as follows: _____

_____ on *(date)* _____ ; or

☐ I returned the subpoena unexecuted because: _____

_____ .

Unless the subpoena was issued on behalf of the United States, or one of its officers or agents, I have also tendered to the witness the fees for one day's attendance, and the mileage allowed by law, in the amount of

$ _____ .

My fees are $ _____ for travel and $ _____ for services, for a total of $    0.00    .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc.:

AO 88A (Rev. 12/20) Subpoena to Testify at a Deposition in a Civil Action (Page 3)

## Federal Rule of Civil Procedure 45 (c), (d), (e), and (g) (Effective 12/1/13)

**(c) Place of Compliance.**

**(1)** *For a Trial, Hearing, or Deposition.* A subpoena may command a person to attend a trial, hearing, or deposition only as follows:
 **(A)** within 100 miles of where the person resides, is employed, or regularly transacts business in person; or
 **(B)** within the state where the person resides, is employed, or regularly transacts business in person, if the person
  **(i)** is a party or a party's officer; or
  **(ii)** is commanded to attend a trial and would not incur substantial expense.

**(2)** *For Other Discovery.* A subpoena may command:
 **(A)** production of documents, electronically stored information, or tangible things at a place within 100 miles of where the person resides, is employed, or regularly transacts business in person; and
 **(B)** inspection of premises at the premises to be inspected.

**(d) Protecting a Person Subject to a Subpoena; Enforcement.**

**(1)** *Avoiding Undue Burden or Expense; Sanctions.* A party or attorney responsible for issuing and serving a subpoena must take reasonable steps to avoid imposing undue burden or expense on a person subject to the subpoena. The court for the district where compliance is required must enforce this duty and impose an appropriate sanction—which may include lost earnings and reasonable attorney's fees—on a party or attorney who fails to comply.

**(2)** *Command to Produce Materials or Permit Inspection.*
 **(A)** *Appearance Not Required.* A person commanded to produce documents, electronically stored information, or tangible things, or to permit the inspection of premises, need not appear in person at the place of production or inspection unless also commanded to appear for a deposition, hearing, or trial.
 **(B)** *Objections.* A person commanded to produce documents or tangible things or to permit inspection may serve on the party or attorney designated in the subpoena a written objection to inspecting, copying, testing, or sampling any or all of the materials or to inspecting the premises—or to producing electronically stored information in the form or forms requested. The objection must be served before the earlier of the time specified for compliance or 14 days after the subpoena is served. If an objection is made, the following rules apply:
  **(i)** At any time, on notice to the commanded person, the serving party may move the court for the district where compliance is required for an order compelling production or inspection.
  **(ii)** These acts may be required only as directed in the order, and the order must protect a person who is neither a party nor a party's officer from significant expense resulting from compliance.

**(3)** *Quashing or Modifying a Subpoena.*

 **(A)** *When Required.* On timely motion, the court for the district where compliance is required must quash or modify a subpoena that:

  **(i)** fails to allow a reasonable time to comply;
  **(ii)** requires a person to comply beyond the geographical limits specified in Rule 45(c);
  **(iii)** requires disclosure of privileged or other protected matter, if no exception or waiver applies; or
  **(iv)** subjects a person to undue burden.
 **(B)** *When Permitted.* To protect a person subject to or affected by a subpoena, the court for the district where compliance is required may, on motion, quash or modify the subpoena if it requires:

  **(i)** disclosing a trade secret or other confidential research, development, or commercial information; or
  **(ii)** disclosing an unretained expert's opinion or information that does not describe specific occurrences in dispute and results from the expert's study that was not requested by any party.
 **(C)** *Specifying Conditions as an Alternative.* In the circumstances described in Rule 45(d)(3)(B), the court may, instead of quashing or modifying a subpoena, order appearance or production under specified conditions if the serving party:
  **(i)** shows a substantial need for the testimony or material that cannot be otherwise met without undue hardship; and
  **(ii)** ensures that the subpoenaed person will be reasonably compensated.

**(e) Duties in Responding to a Subpoena.**

**(1)** *Producing Documents or Electronically Stored Information.* These procedures apply to producing documents or electronically stored information:
 **(A)** *Documents.* A person responding to a subpoena to produce documents must produce them as they are kept in the ordinary course of business or must organize and label them to correspond to the categories in the demand.
 **(B)** *Form for Producing Electronically Stored Information Not Specified.* If a subpoena does not specify a form for producing electronically stored information, the person responding must produce it in a form or forms in which it is ordinarily maintained or in a reasonably usable form or forms.
 **(C)** *Electronically Stored Information Produced in Only One Form.* The person responding need not produce the same electronically stored information in more than one form.
 **(D)** *Inaccessible Electronically Stored Information.* The person responding need not provide discovery of electronically stored information from sources that the person identifies as not reasonably accessible because of undue burden or cost. On motion to compel discovery or for a protective order, the person responding must show that the information is not reasonably accessible because of undue burden or cost. If that showing is made, the court may nonetheless order discovery from such sources if the requesting party shows good cause, considering the limitations of Rule 26(b)(2)(C). The court may specify conditions for the discovery.

**(2)** *Claiming Privilege or Protection.*
 **(A)** *Information Withheld.* A person withholding subpoenaed information under a claim that it is privileged or subject to protection as trial-preparation material must:
  **(i)** expressly make the claim; and
  **(ii)** describe the nature of the withheld documents, communications, or tangible things in a manner that, without revealing information itself privileged or protected, will enable the parties to assess the claim.
 **(B)** *Information Produced.* If information produced in response to a subpoena is subject to a claim of privilege or of protection as trial-preparation material, the person making the claim may notify any party that received the information of the claim and the basis for it. After being notified, a party must promptly return, sequester, or destroy the specified information and any copies it has; must not use or disclose the information until the claim is resolved; must take reasonable steps to retrieve the information if the party disclosed it before being notified; and may promptly present the information under seal to the court for the district where compliance is required for a determination of the claim. The person who produced the information must preserve the information until the claim is resolved.

**(g) Contempt.**
The court for the district where compliance is required—and also, after a motion is transferred, the issuing court—may hold in contempt a person who, having been served, fails without adequate excuse to obey the subpoena or an order related to it.

For access to subpoena materials, see Fed. R. Civ. P. 45(a) Committee Note (2013).

**"EXHIBIT A" TO SUBPOENA TO TESTIFY AT A DEPOSITION IN A CIVIL ACTION**

NOTICE IS HEREBY GIVEN that the remote videotaped deposition of the party named below will be taken upon oral examination at the time and place stated below before an officer authorized by law to administer oaths. The video camera will be placed before the deponent and will capture the image of the deponent alone or with picture-in-picture exhibits. Testimony may also be recorded real-time transcription means.

**DEPONENT:**                                Chris Samojen

**DATE OF DEPOSITION:**              Monday, July 6, 2026

**TIME OF DEPOSITION:**              9:00 a.m. PT (California time)

**PLACE OF DEPOSITION:**

The deponent, the attorneys, and the court reporter will each appear remotely remotely, via the audiovisual application, Zoom. Every remote location will need access to a webcam or a computer laptop with a built-in webcam. Also, each party will need to download the Zoom app, which can be accessed at https://zoom.us/signup. Plaintiff will provide the meeting information one week prior to the deposition date.

**METHOD OF RECORDING:**          Stenographer & Videographer

DATED this 23rd day of June, 2026

RUSING LOPEZ & LIZARDI,
P.L.L.C.

/s/ *Daniel B. Bernardone*
Daniel B. Bernardone
Aaron R. Clark
*Attorneys for Plaintiff*

MCDONALD HOPKINS LLC

/s/ *Michael Croghan*
Michael Croghan
Patrick O'Meara
*Attorneys for Plaintiff*
*Admitted Pro Hac Vice*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that the foregoing document was sent by email to the attorneys below on this 23rd day of June, 2026.

Jeffrey Silence
Trevor Cook
Silence Law Group
20235 N. Cave Creek Rd. Ste. 104 # 460
Phoenix, AZ 85024
jeff@silencelaw.com
trevor@silencelaw.com
*Attorneys for Defendant*

By: __/s/ *Michael Croghan*___

2

# EXHIBIT B

# Declaration of Trevor Cook

1.      I am over the age of 18 and have personal knowledge of the facts in this Declaration unless otherwise stated.

2.      My firm represents Defendant Tony Samojen in the matter in which this declaration is filed.

3.      On June 11, 2026, in the course of discussing various discovery issues in this case with Plaintiff's counsel on the telephone, Plaintiff's counsel mentioned for the first time, in passing, that Plaintiff intended to depose Chris Samojen. But he did not mention it again or suggest or ask about dates until June 23, 2026.

4.      On June 23, 2026, Chris Samojen informed me that Plaintiff had emailed him a subpoena to testify at a deposition on July 6, 2026, and we communicated about his availability for deposition.

5.      Chris also emailed me a copy of the subpoena. Neither Michael Croghan nor anyone at his firm emailed me a copy of the subpoena.

6.      I then emailed Plaintiff's counsel to explain Chris would be on vacation at the time on the subpoena but was available for deposition on June 25, 2026. Plaintiff's counsel responded saying "We can do the deposition virtually while Chris is in Europe, or we can

Trevor Cook – 1

discuss a stipulation to do it shortly after the deadline with court approval." I agreed to stipulate to an extension of Chris's deposition deadline to three weeks after the court's ruling on a related pending discovery dispute, and suggested we complete the motion for resolution of that dispute and file our stipulation on Chris's deposition deadline. **Exhibit B-1** is a true and correct copy of the email chain containing these communications.

7.      From June 23 until the day of the filing of the motion which this declaration accompanies, I have repeatedly confirmed to Plaintiff's counsel Defendant's understanding of Chris's important role as a fact witness and his willingness to stipulate to an extended deposition date and invited Plaintiff's counsel to provide a stipulation for review and joint filing. I did so by phone, email, and in person on the day of Plaintiff's deposition on June 24, 2026. But Plaintiff has not acted on the stated desire to stipulate.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on ___06/30/2026___.

*Trevor Cook*
_____

Trevor Cook

Trevor Cook – 2

# TC Declaration

Final Audit Report                                                    2026-07-01

| | |
|---|---|
| Created: | 2026-07-01 |
| By: | Trevor Cook (trevor@silencelaw.com) |
| Status: | Signed |
| Transaction ID: | CBJCHBCAABAAO_O3agaOWgN1_-592jz62SuZPyR6m1z7 |

## "TC Declaration" History

Document created by Trevor Cook (trevor@silencelaw.com)
2026-07-01 - 1:56:09 AM GMT

Document emailed to Trevor Cook (trevor@silencelaw.com) for signature
2026-07-01 - 1:56:12 AM GMT

Email viewed by Trevor Cook (trevor@silencelaw.com)
2026-07-01 - 1:57:18 AM GMT

Document e-signed by Trevor Cook (trevor@silencelaw.com)
Signature Date: 2026-07-01 - 1:58:16 AM GMT - Time Source: server - Signature Appearance Selected: IMAGE

Agreement completed.
2026-07-01 - 1:58:16 AM GMT

**Adobe Acrobat Sign**

Ex. B Page 3 of 3

# EXHIBIT B-1

## Trevor Cook

| | |
|---|---|
| **From:** | Trevor Cook |
| **Sent:** | Tuesday, June 23, 2026 12:11 PM |
| **To:** | 'Croghan, Michael' |
| **Cc:** | Jeffrey Silence; Dudley, Rachel; Dan Bernardone |
| **Subject:** | RE: Edwards v. Samojen Chris Samojen Deposition |
| | |
| **Categories:** | Orange category |

Michael,

We would be willing to stipulate to extend his deposition deadline to three weeks after the court's ruling on the privilege/work-product issue.

We can consult about our outstanding discovery issues as the court directed tomorrow if there's time around the deposition, or on Thursday. Then we can get in our 3-pager on Chris, and contemporaneously or shortly thereafter file our stipulation.

Best,
Trevor

-----Original Message-----
From: Croghan, Michael <mcroghan@mcdonaldhopkins.com>
Sent: Tuesday, June 23, 2026 11:07 AM
To: Trevor Cook <trevor@silencelaw.com>
Cc: Jeffrey Silence <jeff@silencelaw.com>; Dudley, Rachel <rdudley@mcdonaldhopkins.com>; Dan Bernardone <dbernardone@rllsaz.com>
Subject: Re: Edwards v. Samojen Chris Samojen Deposition

Trevor,

This Thursday obviously won't work because it is too soon and we won't have a ruling on his document subpoena. We can do the deposition virtually while Chris is in Europe, or we can discuss a stipulation to do it shortly after the deadline with court approval. Let me know his preference, and also he or his counsel can reach out directly to me.

Thanks,

Michael P. Croghan
Member
MCDONALD HOPKINS LLC
T: 312.642.7446
C: 314.210.5141
_____
From: Trevor Cook <trevor@silencelaw.com>
Sent: Tuesday, June 23, 2026 11:03 AM
To: Croghan, Michael <mcroghan@mcdonaldhopkins.com>; Dudley, Rachel <rdudley@mcdonaldhopkins.com>
Cc: Jeffrey Silence <jeff@silencelaw.com>
Subject: [External] Edwards v. Samojen Chris Samojen Deposition

1

Hi Michael,

Chris Samojen informed me he was emailed a subpoena to testify at a deposition on July 6, 2026, and that he won't be here. He said he booked a vacation in Europe two years ago and will be leaving July 1 and returning late in the evening on July 14th. As for times within the deposition deadline, he cannot be available Friday June 26 or Monday June 29 because it is too late to find a replacement to service his and his dad's car washes those days or on Tuesday June 30 because that is the day before his trip.

He can be available, however, this Thursday June 25.

Best,
Trevor


Trevor Cook
Silence Law Group PLLC
20235 N. Cave Creek Rd Ste 104 # 460
Phoenix, AZ 85024
trevor@silencelaw.com<mailto:trevor@silencelaw.com>
602-932-5868

2

Ex. B-1 Page 2 of 2