**UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| James Edwards,<br><br>              Plaintiff,<br><br>    v.<br><br>Tony Samojen,<br><br>              Defendant. | Case No.  3:25-CV-08174-SPL<br><br>**ORDER GRANTING NON-PARTY MOTION FOR PROTECTIVE ORDER**<br><br>(Hon. Steven Paul Logan) |

The Court has reviewed Chris Samojen's Non-Party Motion for Protective Order and subsequent briefing. Good cause appearing,

**IT IS ORDERED** granting the Motion.

**IT IS ORDERED** that Chris Samojen's deposition will be scheduled to commence on July 16, 2026, with a corresponding extension of the deposition commencement deadline and all other deadlines to remain unchanged.