**Silence Law Group, PLLC**
20235 N. Cave Creek Rd. Ste 104 # 460
Phoenix, AZ 85024

**Jeffrey Silence** (029143)
Direct Dial: (602) 932-8358
Email: jeff@silencelaw.com

**Trevor Cook** (037952)
Direct Dial: (602) 932-5868
Email: trevor@silencelaw.com

*Attorneys for Defendant*

# UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| James Edwards,<br><br>                    Plaintiff,<br><br>    v.<br><br>Tony Samojen,<br><br>                    Defendant. | Case No.  3:25-CV-08174-SPL<br><br>**GOOD FAITH CONSULTATION CERTIFICATE**<br><br>(Hon. Steven Paul Logan) |

Defendant and Plaintiff, through their counsel, have conferred in good faith in an effort to resolve without court action the disputes underlying the motion for protective order this certificate accompanies. Despite their personal telephonic consultation and sincere efforts to resolve those issues, they have been unable to do so.

DATED this 30th day of June, 2026.

**Silence Law Group, PLLC**

/S/ Trevor Cook
Jeffrey Silence
Trevor Cook

*Attorneys for Defendant*

SILENCE LAW GROUP