IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

James Edwards,

                    Plaintiff,

vs.

Tony Samojen,

                    Defendant.

)
)
)
)
)
)
)
)
)
)
)
)

No.  CV-25-08174-PCT-SPL

**ORDER**

Before the Court is Non-Party Chris Samojen's Motion for Protective Order.[1] (Doc. 71). Defendant seeks to reset the non-party deposition for Chris Samojen from July 6, 2026 to July 16, 2026, or otherwise after he returns from a family vacation he booked almost two years ago. (Doc. 17 at 1–2). The motion indicates that Plaintiff appeared amenable to stipulating to an extension, but no progress in coming to an agreement was made. (Doc. 71 at 2–3). Given the timing of the deposition, and in light of the upcoming holiday, the Court will order an expedited response.

///

///

///

///

///

[1] Counsel for Defendant are appearing on behalf of Defendant's son, Chris Samojen, for the limited purpose of filing this motion. (Doc. 71 at 1 n.1).

As this Court has previously advised, the parties are strongly encouraged to resolve matters through personal consultation and sincere effort as required by LRCiv 7.2(j). This is especially true when such issues can be easily resolved without the Court's intervention.

**IT IS THEREFORE ORDERED** that Defendant shall file a Response to the Motion for Protective Order (Doc. 71), or the parties shall otherwise file a Stipulation resolving this issue, by **July 1, 2026 at 5:00 p.m.**

Dated this 1st day of July, 2026.

Honorable Steven P. Logan
United States District Judge