**Rusing Lopez Lizardi & Saffer, P.L.L.C.**
7047 E. Greenway Parkway, Suite 400
Scottsdale, Arizona 85254
Telephone: (480) 663-9800
Facsimile: (520) 529-4262
dbernardone@rllsaz.com
aclark@rllsaz.com
*Attorneys for James Edwards*

Daniel B. Bernardone
State Bar No. 033256
Aaron Clark
State Bar No. 038534

Michael Croghan (ARDC #6312601)
Patrick O'Meara (ARDC # 6317487)
McDonald Hopkins LLC
300 North LaSalle St., Suite 1400
Chicago, IL 60654
phone (312) 280-0111
mcroghan@mcdonaldhopkins.com
pomeara@mcdonaldhopkins.com
*Attorneys for James Edwards*
*Admitted Pro Hac Vice*

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| James Edwards, | Case No. 3:25-cv-08174-SPL |
| Plaintiff, | **STIPULATION AND JOINT MOTION TO EXTEND DEADLINE TO COMMENCE CHRIS SAMOJEN'S AND HARV FALKENSTINE'S DEPOSITIONS** |
| vs. | |
| Tony Samojen, | (Hon. Steven Paul Logan) |
| Defendant. | |

Pursuant to Fed. R. Civ. P. 29, the Parties stipulate to extend the deadlines to commence Chris Samojen's and Harv Falkenstine's ("Falkenstine") depositions until three weeks after the Court rules on the discovery disputes involving them, see Doc. 61

(Falkenstine); Doc. 70 (Chris), and—as necessary—the July 21, 2026 discovery deadline as to their depositions only.

The Case Management Order requires all depositions be commenced by July 14, 2026, five working-days prior to the discovery deadline on July 21, 2026. Doc. 22. Chris Samojen will be in Europe from July 1 through July 14, preventing him from sitting for his deposition prior to July 16, 2026.

Additionally, Defendant objected to Plaintiff's seeking discovery from Falkenstine, see Doc. 61, and to portions of a subpoena for documents of Chris, see Doc. 70. Those two Joint Motions for Discovery Dispute Resolution are pending before the Court. Accordingly, the Parties agreed to stipulate to and jointly request an extension to the deadline to commence Chris's and Falkenstine's depositions until three weeks after the Court rules on the respective joint motions, including any necessary extension to the close of discovery deadline as to those depositions only.

The Parties now request, pursuant to the Case Management Order, see Doc. 22 at 8:1–5, that the Court enter an order granting the agreed extension. A proposed order is attached.

DATED this 1st day of July, 2026.

RUSING LOPEZ LIZARDI & SAFFER, P.L.L.C.

*s/ Daniel B. Bernardone*
Daniel B. Bernardone
Aaron R. Clark
*Attorneys for Plaintiffs*

SILENCE LAW GROUP PLLC

*s/ Trevor Cook (With Permission)*
Jeffery Silence
Trevor Cook
*Attorneys for Defendant*