# UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| James Edwards,<br><br>    Plaintiff,<br><br>  v.<br><br>Tony Samojen,<br><br>    Defendant. | Case No.  3:25-CV-08174-SPL<br><br>**ORDER EXTENDING DEADLINES TO COMMENCE DEPOSITIONS**<br><br>(Hon. Steven Paul Logan) |

Before the Court is the parties' Stipulation to Extend (Doc. XX), in which the parties request extensions of the deposition commencement deadlines for Chris Samojen and Harvey Falkenstine. Finding good cause appearing, and that the requested extensions would not otherwise delay this action, the stipulation will be granted. Accordingly,

**IT IS ORDERED** that the Stipulation to Extend (Doc. XX) is **granted**.

**IT IS FURTHER ORDERED** that the deadlines are modified as follows:

1. The deadline to commence Chris Samojen's deposition is extended until three weeks after the Court's rules on the discovery dispute briefed in Doc. 70.

2. The deadline to commence Harv Falkenstine's deposition is extended until three weeks after the Court rules on the discovery dispute briefed in Doc. 61.

Dated this .

39421956.1
39421956.2