IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| James Edwards,<br><br>          Plaintiff,<br><br>vs.<br><br>Tony Samojen,<br><br>          Defendant. | No.  CV-25-08174-PCT-SPL<br><br>**ORDER** |

Before the Court is Non-Party Chris Samojen's Motion for Protective Order[1] (Doc. 71) and corresponding Stipulation (Doc. 76). Good cause appearing,

**IT IS ORDERED** that the Stipulation (Doc. 76) is **granted**.

**IT IS FURTHER ORDERED** that the case management deadlines are modified as follows:

1. The deadline to commence Chris Samojen's deposition is extended to **three (3) weeks** after the Court rules on the Joint Motion for Discovery Dispute Resolution at Doc. 70; and

///

///

///

///

---

[1] Counsel for Defendant are appearing on behalf of Defendant's son, Chris Samojen, for the limited purpose of filing this motion. (Doc. 71 at 1 n.1).

2. The deadline to commence Harv Falkenstine's deposition is extended to **three (3) weeks** after the Court rules on the Joint Motion for Discovery Dispute Resolution at Doc. 61.

Dated this 6th day of July, 2026.

Honorable Steven P. Logan
United States District Judge