**Rusing Lopez Lizardi & Saffer, P.L.L.C.**
7047 E. Greenway Parkway, Suite 400
Scottsdale, Arizona 85254
Telephone: (480) 663-9800
Facsimile: (520) 529-4262
dbernardone@rllsaz.com
aclark@rllsaz.com
*Attorneys for James Edwards*

Daniel B. Bernardone
State Bar No. 033256
Aaron Clark
State Bar No. 038534

Michael Croghan (ARDC #6312601)
Patrick O'Meara (ARDC # 6317487)
McDonald Hopkins LLC
300 North LaSalle St., Suite 1400
Chicago, IL 60654
phone (312) 280-0111
mcroghan@mcdonaldhopkins.com
pomeara@mcdonaldhopkins.com
*Attorneys for James Edwards*
*Admitted Pro Hac Vice*

# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| James Edwards, | Case No. 3:25-cv-08174-SPL |
| Plaintiff, | **STIPULATION AND JOINT MOTION TO EXTEND DEADLINE TO COMMENCE TONY SAMOJEN'S DEPOSITION AND TO EXTEND DEADLINE TO ENGAGE IN IN-PERSON SETTLEMENT DISCUSSIONS** |
| vs. | |
| Tony Samojen, | (Hon. Steven Paul Logan) |
| Defendant. | |

Pursuant to Fed. R. Civ. P. 29, the Parties stipulate to extend the deadline to commence Defendant Tony Samojen's deposition until three weeks after the Court rules on the discovery disputes involving documents and communications Defendant claims are

privileged or otherwise protected related to his son, Chris Samojen, Doc. 70, and—as necessary—the July 21, 2026 discovery deadline as to his deposition.

The Case Management Order requires all depositions be commenced by July 14, 2026, five working-days prior to the discovery deadline on July 21, 2026. Doc. 22. Plaintiff noticed Tony Samojen's deposition to commence on July 13. Plaintiff also served subpoenas for documents and testimony on Chris, which Defendant objected to alleging that certain communications and documents in Chris' possession are privileged or protected work product, *see* Doc. 70. The documents currently being withheld include a number of email and text message communications between Defendant and Chris made after this lawsuit was filed. (Defendant maintains that, pursuant to Plaintiff's discovery requests, Chris has produced and Defendant will produce all records of relevant communication between them in their possession from the time when the transaction out of which this action arose occurred through the almost four subsequent years until this lawsuit was filed.) The Joint Motion for Discovery Dispute Resolution is pending before the Court. *See* Doc. 70. Accordingly, the Parties agreed to postpone Tony Samojen's July 13 deposition and stipulate to and jointly request an extension to the deadline to commence Defendant's depositions until three weeks after the Court rules on the joint motion, including any necessary extension to the close of discovery deadline as to his deposition.

The Case Management Order also requires the parties to engage in in-person settlement discussions by July 21. *See* Doc. 22 at 5:16-17. Because the parties have stipulated to commence Tony Samojen, Chris Samojen, and Harv Falkenstine's depositions within three weeks of the pending discovery disputes, including any necessary extension to the close of discovery deadline as to their depositions, the parties also believe it would be prudent and increase the likelihood of productive settlement discussions if the deadline to engage in them was likewise extended until after the completion of depositions.

The Parties now request, pursuant to the Case Management Order, *see* Doc. 22 at 8:1–5, that the Court enter an order granting the agreed extension. A proposed order is attached.

DATED this 6th day of July, 2026.

RUSING LOPEZ LIZARDI & SAFFER, P.L.L.C.

*/s/ Daniel B. Bernardone*
Daniel B. Bernardone
Aaron R. Clark
*Attorneys for Plaintiffs*

SILENCE LAW GROUP PLLC

*s/ Trevor Cook (With Permission)*
Jeffery Silence
Trevor Cook
*Attorneys for Defendant*

3