**UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| James Edwards,<br><br>             Plaintiff,<br><br>    v.<br><br>Tony Samojen,<br><br>             Defendant. | Case No.  3:25-CV-08174-SPL<br><br>**ORDER EXTENDING DEADLINES TO COMMENCE TONY SAMOJEN'S DEPOSITION AND TO EXTEND DEADLINE TO ENGAGE IN IN-PERSON SETTLEMENT DISCUSSIONS**<br><br>(Hon. Steven Paul Logan) |

Before the Court is the parties' Stipulation to Extend (Doc. XX), in which the parties request an extension of the deposition commencement deadline for Defendant Tony Samojen and the deadline to engage in in-person settlement discussions. Finding good cause appearing, and that the requested extensions would not otherwise delay this action, the stipulation will be granted. Accordingly,

**IT IS ORDERED** that the Stipulation to Extend (Doc. XX) is **granted**.

**IT IS FURTHER ORDERED** that the deadlines are modified as follows:

1. The deadline to commence Defendant Tony Samojen's deposition is extended until three weeks after the Court's rules on the discovery dispute briefed in Doc. 70.

2. The deadline to for counsel and the parties to engage in good-faith in-person settlement discussions is extended until two weeks after the completion of depositions.

Dated this .