**Silence Law Group PLLC**
20235 N. Cave Creek Rd. Ste 104 # 460
Phoenix, AZ 85024

**Jeffrey Silence** (029143)
Direct Dial: (602) 932-8358
Email: jeff@silencelaw.com

**Trevor Cook** (037952)
Direct Dial: (602) 932-5868
Email: trevor@silencelaw.com

*Attorneys for Defendant*

# UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| James Edwards,<br><br>                    Plaintiff,<br><br>          v.<br><br>Tony Samojen,<br><br>                    Defendant. | Case No.  3:25-CV-08174-SPL<br><br>**NOTICE OF SERVICE OF DISCOVERY**<br><br>(Hon. Steven Paul Logan) |

Pursuant to LRCiv. 5.2, Defendant Tony Samojen gives notice that he served the following on Plaintiff's counsel by email on July 15, 2026, together with their accompanying disclosures and productions:

Defendant's Response to Plaintiff's Second Set of Interrogatories

Defendant's Response to Plaintiff's Second Set of Requests for Admission

Defendant's Response to Plaintiff's Third Set of Requests for Production

Defendant's Fifth Supplemental Disclosure Statement

Privilege Log for emails produced in response to Plaintiff's RFP 20

DATED this 15th day of July, 2026.

SILENCE LAW GROUP

**Silence Law Group PLLC**

*/s/ Trevor Cook*
Jeffrey Silence
Trevor Cook

*Attorneys for Defendant*