IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

James Edwards,

            Plaintiff,

vs.

Tony Samojen,

            Defendant.

No.  CV-25-08174-PCT-SPL

**ORDER**

Before the Court is the parties' Stipulation (Doc. 79). Good cause appearing,

**IT IS ORDERED** that the Stipulation (Doc. 79) is **granted**.

**IT IS FURTHER ORDERED** that the case management deadlines are modified as follows:

1. The deadline to commence Defendant Tony Samojen's deposition is extended to **three (3) weeks** after the Court rules on the Joint Motion for Discovery Dispute Resolution at Doc. 70; and

2. The deadline to engage in good faith settlement discussions is extended until two weeks after the completion of depositions.

Dated this 13th day of July, 2026.

Honorable Steven P. Logan
United States District Judge