**Rusing Lopez Lizardi & Saffer, P.L.L.C.**
7047 E. Greenway Parkway, Suite 400
Scottsdale, Arizona 85254
Telephone: (480) 663-9800
Facsimile: (520) 529-4262
dbernardone@rllsaz.com
aclark@rllsaz.com
*Attorneys for James Edwards*

Daniel B. Bernardone
State Bar No. 033256
Aaron Clark
State Bar No. 038534

*Attorneys for James Edwards*

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| James Edwards,<br><br>     Plaintiff,<br><br>vs.<br><br>Tony Samojen,<br><br>     Defendant. | Case No. 3:25-cv-08174-SPL<br><br>**NOTICE OF SUPPLEMENTAL AUTHORITY** |

Today, the Arizona Supreme Court issued its decision in *Cristina Gelvin v. Hon. Parker/Kerr Gelvin*, ___ Ariz. ___ (2026), which may bear on the issues presented in the Parties' pending Joint Motion for Discovery Dispute Resolution concerning discovery on Defendant's son, Chris Samojen. (**Doc. 70**.) A copy of the Arizona Supreme Court's opinion is attached to this Notice of Supplemental Authority as **Exhibit A**.

DATED this 17th day of July, 2026.

RUSING LOPEZ LIZARDI & SAFFER, P.L.L.C.

*s/ Daniel B. Bernardone*
Daniel B. Bernardone
Aaron R. Clark
*Attorneys for Plaintiffs*