**Silence Law Group PLLC**
20235 N. Cave Creek Rd. Ste 104 # 460
Phoenix, AZ 85024
**Jeffrey Silence** (029143)
Direct Dial: (602) 932-8358
Email: jeff@silencelaw.com
**Trevor Cook** (037952)
Direct Dial: (602) 932-5868
Email: trevor@silencelaw.com
*Attorneys for Defendant*

# UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ARIZONA

James Edwards,

          Plaintiff,

    v.

Tony Samojen,

          Defendant.

Case No.  3:25-CV-08174-SPL

**NOTICE OF SERVICE OF DISCOVERY**

(Hon. Steven Paul Logan)

Pursuant to LRCiv. 5.2, Defendant Tony Samojen gives notice that he served the following on Plaintiff's counsel by email on July 20 2026:

Defendant's First Amended and Second Supplemental Responses to Plaintiff's First Set of Interrogatories,

Defendant's First Amended and Supplemental Responses to Plaintiff's First Set of Requests for Production, and

Defendant's First Amended and Supplemental Responses to Plaintiff's First Set of Requests for Admission.

DATED this 20th day of July, 2026.

SILENCE LAW GROUP

SILENCE LAW GROUP

**Silence Law Group PLLC**

*/s/ Trevor Cook*
Jeffrey Silence
Trevor Cook

*Attorneys for Defendant*