# EXHIBIT C



April 18, 2026      *Auto Appraisal & Consulting Services*

Jim Edwards
7095 Bustin Dutch Trail
Show Low, AZ 85901

Subject: Appraisal Assignment – Porsche 914/6 and associated parts/spares

Dear Jim,

Thank you again for allowing me to view your collection. Following my visit, I wanted to inform you that I have decided to recuse myself from this assignment. I realized I could not remain entirely objective, and in accordance with my professional ethics, I could not move forward. Upholding these standards is very important to me. In confirmation of my professional assessment, I sought counsel from a prominent appraiser, who enthusiastically concurred with my decision. An appraiser must confirm a car's original configuration with hard evidence and match its provenance to actual history.

I didn't take this decision lightly and considered how it affects everyone. However, I had to stand by my professional ethics, even if it causes some inconvenience. I hope you can understand.

I wanted to express my sincere appreciation for the time you and Chisholm spent allowing me to inspect the collection. While I apologize that another inspection will probably be necessary, I thoroughly enjoyed our meeting and seeing the incredible cars. I truly hope this collection ends up with a collector who appreciates the immense value of both the vehicles and the memorabilia.

Seeing the legendary Old Yeller race car in person was a true privilege. It perfectly embodies an era defined by ingenuity and an unstoppable 'can-do' attitude, reflecting the scrappy spirit of its builders and crew.

Sincerely,

Harv Falkenstine
AA&CS

www.autovaluation.net
5770 W. King Snake Drive
Tucson, AZ 85742
info@autovaluation.net
520.907.2296