**Rusing Lopez & Lizardi, P.L.L.C.**
7047 E. Greenway Parkway, Suite 400
Scottsdale, Arizona 85254
Telephone: (480) 663-9800
Facsimile: (520) 529-4262
dbernardone@rllaz.com
aclark@rllaz.com
*Attorneys for James Edwards*

Daniel B. Bernardone
State Bar No. 033256
Aaron Clark
State Bar No. 038534

Michael Croghan (ARDC #6312601)
Patrick O'Meara (ARDC # 6317487)
McDonald Hopkins LLC
300 North LaSalle St., Suite 1400
Chicago, IL 60654
phone (312) 280-0111
mcroghan@mcdonaldhopkins.com
pomeara@mcdonaldhopkins.com
*Attorneys for James Edwards*
*Admitted Pro Hac Vice*

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ARIZONA

| James Edwards, | Case No. 3:25-cv-08174-SPL |
|---|---|
| Plaintiff, | |
| vs. | **JOINT REPORT ON SETTLEMENT TALKS** |
| Tony Samojen, | |
| Defendant. | |

The parties have engaged in settlement discussions. The parties' settlement discussions are not yet complete, and neither are depositions. The remaining depositions must be completed by August 13, 2026. The parties then have until August 27, 2026 to

engage in good faith settlement discussions. See Doc. 82. The parties will report further on settlement talks by September 3, 2026 unless ordered otherwise.

RUSING LOPEZ & LIZARDI, P.L.L.C.


*/s/ Michael Croghan*
Daniel B. Bernardone
Michael Croghan
Patrick O'Meara
*Attorneys for Plaintiff*


SILENCE LAW GROUP, PLLC


*/s/ Trevor Cook (with permission)*
Jeff Silence
Trevor Cook
*Attorneys for Defendant*