**Silence Law Group PLLC**
20235 N. Cave Creek Rd. Ste 104 # 460
Phoenix, AZ 85024

**Jeffrey Silence** (029143)
Direct Dial: (602) 932-8358
Email: jeff@silencelaw.com

**Trevor Cook** (037952)
Direct Dial: (602) 932-5868
Email: trevor@silencelaw.com

*Attorneys for Defendant*

# UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| James Edwards, | Case No.  3:25-CV-08174-SPL |
| Plaintiff, | |
| v. | **NOTICE OF SERVICE OF DISCOVERY** |
| Tony Samojen, | |
| Defendant. | (Hon. Steven Paul Logan) |

Pursuant to LRCiv. 5.2, Defendant Tony Samojen gives notice that he served the following on Plaintiff's counsel by email on August 3, 2026: Defendant's Supplemental Responses to Plaintiff's Third Set of Requests for Production, the associated production, and a correspondingly updated 6th Supplemental Disclosure Statement

DATED this 3d day of August, 2026.

**Silence Law Group PLLC**

/s/ Trevor Cook
Jeffrey Silence
Trevor Cook
*Attorneys for Defendant*

SILENCE LAW GROUP