**Silence Law Group PLLC**
20235 N. Cave Creek Rd. Ste 104 # 460
Phoenix, AZ 85024

**Jeffrey Silence** (029143)
Direct Dial: (602) 932-8358
Email: jeff@silencelaw.com

**Trevor Cook** (037952)
Direct Dial: (602) 932-5868
Email: trevor@silencelaw.com

*Attorneys for Defendant*

# UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ARIZONA

James Edwards,

        Plaintiff,

    v.

Tony Samojen,

        Defendant.

Case No.  3:25-CV-08174-SPL

**NOTICE OF FILING SECOND AMENDED ANSWER**

(Hon. Steven Paul Logan)

    Defendant Tony Samojen notices the Court that he filed a Second Amended Answer. A redlined copy of the Second Amended Answer showing the amendments to the First Amended Answer is attached.

    Undersigned counsel certifies he obtained Plaintiff Jame's Edwards's consent to file the amended pleading through his counsel via email on August 3, 2026.

    DATED this 3d day of August, 2026.

                  **Silence Law Group PLLC**


                  */s/ Trevor Cook*
                  Jeffrey Silence
                  Trevor Cook
                  *Attorneys for Defendant*

SILENCE LAW GROUP