IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

James Edwards,                          )    No.  CV-25-08174-PCT-SPL
                                        )
                    Plaintiff,          )
                                        )    **ORDER**
vs.                                     )
                                        )
                                        )
Tony Samojen,                           )
                                        )
                                        )
                    Defendant.          )
                                        )
                                        )

Before the Court is the parties' Joint Motion for Clarification (Doc. 89) on the Court's most recent Order resolving the parties' discovery disputes. (Doc. 87). The parties seek clarification on the discoverability of documents pertaining to Defendant's previous expert, Mr. Falkenstine, that were created after Mr. Falkenstine's engagement as a retained expert ended. Both documents surround the expert's reasons for recusal from the case. (*See* Doc. 89). Plaintiff asks the Court to review the documents in camera in light of authority stating that Rule 26(b)(4) does not apply after the engagement of an expert has ended. (*See* Doc. 87 at 3–4).

The Court does not find that a review of the documents is necessary. The Court agrees with Defendant that the documents do not become discoverable "[j]ust because the expert reproduced [the] protected content in post-engagement communications." (Doc. 89 at 3). The parties are also well-aware of attorney work product protections included in Rule 26, and they may be applicable here.

The Court once again admonishes the parties that they are required to use their

professional judgment in working meaningfully together to resolve disputes during the pendency of this matter.

Accordingly,

**IT IS ORDERED** that the Joint Motion for Clarification (Doc. 89) is **granted** consistent with this Order.

Dated this 3rd day of August, 2026.

Honorable Steven P. Logan
United States District Judge