**Rusing Lopez & Lizardi, P.L.L.C.**
7047 E. Greenway Parkway, Suite 400
Scottsdale, Arizona 85254
Telephone: (480) 663-9800
Facsimile: (520) 529-4262
dbernardone@rllaz.com
aclark@rllaz.com
*Attorneys for James Edwards*

Daniel B. Bernardone
State Bar No. 033256
Aaron Clark
State Bar No. 038534

Michael Croghan (ARDC #6312601)
Patrick O'Meara (ARDC #6317487)
McDonald Hopkins LLC
300 North LaSalle St., Suite 1400
Chicago, IL 60654
Telephone: (312) 280-0111
mcroghan@mcdonaldhopkins.com
pomeara@mcdonaldhopkins.com
*Attorneys for James Edwards*
*Admitted Pro Hac Vice*

# UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| James Edwards,<br><br>               Plaintiff,<br><br>     v.<br><br>Tony Samojen,<br><br>               Defendant. | Case No.  3:25-CV-08174-SPL<br><br>**JOINT MOTION FOR CLARIFICATION**<br><br>(Hon. Steven Paul Logan) |

The Parties, by and through their undersigned counsel, hereby respectfully request that the Court clarify the deadline for the filing of motions to exclude or limit expert testimony under Federal Rule of Evidence 702 ("*Daubert* motions") under the Case Management Order. (Doc. 22.)

The Case Management Order does not include a specific deadline for *Daubert* motions.  The current dispositive motion deadline is September 18, 2026, *see* Doc. 51

39800480.2
39819444.2

(extending original deadline), and deadlines for briefing motions in limine will be set following the filing of the Notice for Final Pretrial Conference, *see* Doc. 22 at 6:7–12.

To avoid any misunderstanding, the Parties respectfully request that the Court clarify whether it intends that Rule 702 motions be filed by (1) the dispositive motion deadline, (2) on the briefing schedule to be set for motions in limine, or (3) on some other date.

RESPECTFULLY SUBMITTED this 10th day of August, 2026.

**RUSING LOPEZ & LIZARDI, PLLC**          **SILENCE LAW GROUP, PLLC**

*/s/ Daniel Bernardone (with permission)*          */s/ Trevor Cook (with permission)*
Daniel Bernardone                                            Jeffrey Silence
Michael Croghan                                              Trevor Cook
Rachel Dudley
Patric O'Meara                                               *Attorneys for Defendant*

*Attorneys for Plaintiff*

2

39800480.2
39819444.2