IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| James Edwards,<br>Plaintiff,<br>vs.<br>Tony Samojen,<br>Defendant. | No. CV-25-08174-PCT-SPL<br><br>**ORDER** |

Before the Court is the parties' Joint Motion for Clarification, in which the parties seek clarification regarding the deadline for motions to exclude or limit expert testimony pursuant to Federal Rule of Evidence 702. (Doc. 95). The parties shall file any such motions by the dispositive motion deadline, which is currently set for September 18, 2026. (*See* Doc. 51).

Accordingly,

**IT IS ORDERED** that the Joint Motion for Clarification (Doc. 95) is **granted** to the extent stated in this Order. Expert motions pursuant to Federal Rule of Evidence 702 shall be due along with dispositive motions.

Dated this 17th day of August, 2026.

Honorable Steven P. Logan
United States District Judge