**Silence Law Group, PLLC**
20235 N. Cave Creek Rd. Ste 104 # 460
Phoenix, AZ 85024
**Jeffrey Silence** (029143)
Direct Dial: (602) 932-8358
Email: jeff@silencelaw.com
**Trevor Cook** (037952)
Direct Dial: (602) 932-5868
Email: trevor@silencelaw.com
*Attorneys for Defendant*

**UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| James Edwards,<br><br>Plaintiff,<br><br>v.<br><br>Tony Samojen,<br><br>Defendant. | Case No. 3:25-CV-08174-SPL<br><br>**JOINT MOTION FOR REFERRAL TO MAGISTRATE JUDGE FOR SETTLEMENT CONFERENCE AND SECOND REQUEST FOR EXTENSION OF SETTLEMENT DISCUSSION DEADLINE**<br><br>(Hon. Steven Paul Logan) |

Pursuant to LRCiv 83.10(a) and the Case Management order, *see* Doc. 22 at 5:24–28, Defendant and Plaintiff jointly move the Court to refer this action to a magistrate judge for the purpose of holding a settlement conference. The parties also request a second extension of the settlement discussion deadline to coincide with the requested settlement conference.

Depositions were completed on August 18, 2026, when Plaintiff completed his deposition of Defendant, so the Court's deadline for the parties to "meet in person and engage in good faith settlement talks," *see* Doc. 22 at 5:16–23, is September 1, 2026, *see* Doc. 82 (extending settlement discussion deadline until two weeks after the completion of depositions). In the interest of avoiding unproductive check-the-box settlement discussions before a settlement conference, the parties request that the Court extend the settlement discussion deadline a second time to coincide with the scheduling of a

SILENCE LAW GROUP

settlement conference. The parties do not offer their desired settlement conference as a reason to delay the processing of the case as established in the Rule 16 scheduling order. *See* LRCiv 83.10(d).

RESPECTFULLY SUBMITTED this 20th day of August, 2026.

RUSING LOPEZ & LIZARDI, P.L.L.C.

*/s/ Daniel Bernardone (with permission)*
Daniel Bernardone
Michael Croghan
Rachel Dudley
Patrick O'Meara

*Attorneys for Plaintiff*

**Silence Law Group PLLC**

*/s/ Trevor Cook*
Jeffrey Silence
Trevor Cook

*Attorneys for Defendant*

SILENCE LAW GROUP