**UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| James Edwards,<br>Plaintiff,<br>v.<br>Tony Samojen,<br>Defendant. | Case No. 3:25-CV-08174-SPL<br><br>**ORDER REFERRING TO ADR AND EXTENDING SETTLEMENT DISCUSSION DEADLINE**<br><br>(Hon. Steven Paul Logan) |

Before the Court is the parties' Joint Motion (Doc. 97). Good cause appearing,

**IT IS ORDERED** that the Motion (Doc. 97) is granted and that this action be referred to a magistrate judge for the purpose of holding a settlement conference.

**IT IS FURTHER ORDERED** that the deadline to engage in good faith settlement discussions is extended until the day for which a settlement conference is scheduled.