IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ARIZONA

James Edwards,

Plaintiff,

vs.

Tony Samojen,

Defendant.

No. CV-25-08174-PCT-SPL

**ORDER**

Before the Court is the parties' Joint Motion for Referral for Settlement Conference. (Doc. 97). Good cause appearing

**IT IS ORDERED** that the Joint Motion for Referral for Settlement Conference (Doc. 97) is **granted**.

**IT IS FURTHER ORDERED** that this case is referred by random lot to United States Magistrate Judge Michael T. Morrissey for the purpose of conducting a settlement conference.

**IT IS FURTHER ORDERED** that the parties shall contact the chambers of the Honorable **Michael T. Morrissey** at telephone number (602) 322-7680 no later than **August 28, 2026**, to schedule a settlement conference.

///

///

///

///

**IT IS FURTHER ORDERED** that the deadline for settlement talks shall be extended to **October 1, 2026**.

Dated this 21st day of August, 2026.

Honorable Steven P. Logan
United States District Judge