**Silence Law Group PLLC**
20235 N. Cave Creek Rd. Ste 104 # 460
Phoenix, AZ 85024
**Jeffrey Silence** (029143)
Direct Dial: (602) 932-8358
Email: jeff@silencelaw.com
**Trevor Cook** (037952)
Direct Dial: (602) 932-5868
Email: trevor@silencelaw.com
*Attorneys for Defendant*

**UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| James Edwards,<br>Plaintiff,<br>v.<br>Tony Samojen,<br>Defendant. | Case No. 3:25-CV-08174-SPL<br>**NOTICE OF SERVICE OF DISCOVERY**<br>(Hon. Steven Paul Logan) |

Pursuant to LRCiv. 5.2, Defendant Tony Samojen gives notice that he served the following on Plaintiff's counsel by email on September 15, 2026: Defendant's Seventh Supplemental Disclosure Statement and an associated production of files received in response to the subpoena of RM Auctions. The disclosures comprise Defendant's supplement of his response to Plaintiff's RFP No. 24 producing all files received in response to subpoena of RM Auctions.

DATED this 15th day of September, 2026.

**Silence Law Group PLLC**

*/s/ Trevor Cook*
Jeffrey Silence
Trevor Cook
*Attorneys for Defendant*

SILENCE LAW GROUP