**Rusing Lopez Lizardi & Saffer, P.L.L.C.**
7047 E. Greenway Parkway, Suite 400
Scottsdale, Arizona 85254
Telephone: (480) 663-9800
Facsimile: (520) 529-4262
dbernardone@rllsaz.com
aclark@rllsaz.com
*Attorneys for James Edwards*

Daniel B. Bernardone
State Bar No. 033256
Aaron Clark
State Bar No. 038534

Michael Croghan (ARDC #6312601)
Patrick O'Meara (ARDC # 6317487)
Luca Giovine (ARDC #6337664)
Rachel Dudley (ARDC #6352864)
**McDonald Hopkins LLC**
300 North LaSalle St., Suite 1400
Chicago, IL 60654
phone (312) 280-0111
mcroghan@mcdonaldhopkins.com
pomeara@mcdonaldhopkins.com
*Attorneys for James Edwards*
*Admitted Pro Hac Vice*

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ARIZONA**

James Edwards,

Plaintiff,

vs.

Tony Samojen,

Defendant.

Case No. 3:25-cv-08174-SPL

**INDEX OF EXHIBITS TO PLAINTIFF'S MOTION TO EXCLUDE THE OPINIONS OF BRADLEY YOUMANS**

| Exhibit No. | Description |
|---|---|
| 1 | 1970 Porsche 914/6 (011, Orange), Targa Report |
| 2 | 1970 Porsche 914/6 GT Tribute (543, Yellow, Race), Targa Report |
| 3 | 2006 Ford GT, Coupe Report |
| 4 | Porsche Racing Parts Value Report |
| 5 | Supplemental Report |
| 6 | Youmans Deposition Transcript Excerpt |
| 7 | Proposed Order |