EXH-3
Jul 30 2026



# 2006 Ford GT, Coupe

## Appraised for Tony Samojen

## May 18, 2026



**Auto Appraisal Group Inc.**
Headquarters: 800-848-2886
Fax: 888-575-9319

# AUTO APPRAISAL GROUP INC.

Corporate Headquarters
Post Office Box 7034
Charlottesville, VA 22906
www.autoappraisal.com
(434) 295-1722
Fax (888) 575-9319

June 11, 2026

Tony Samojen
4590 Via Laguna
Newbury Park, CA 91320

RE: **2006 Ford GT, Coupe**
**AAG File Number: 169591-168**

Dear Mr. Samojen,

Enclosed please find the appraisal certificate of the 2006 Ford GT, Coupe, that was inspected on May 18, 2026 by our certified agent, Bradley Youmans, per your request. Our inspection was performed to determine the condition and fair market value of this vehicle. After our inspection of the 2006 Ford GT, Coupe, we have given it an overall condition rating of Sound. In general AAG's condition ratings are as follows:

Superior – highest quality, trailered, recent national award winner, garage kept.
Outstanding – appears show quality, very limited use, garage kept.
Very Good – above average, minor wear, limited use, garage kept.
Sound – average, normal wear.
Fair – below average, needs minor upgrade, shows heavy wear.
Serviceable – restorable, but needs work to be drivable.
Poor – not operational or parts vehicle.

Based on our research and market survey, we have determined that this 2006 Ford GT, Coupe, VIN: 1FAFP90S76Y401685, has a fair market value of $340,000.00. The appraised value of this vehicle is based on its mechanical and cosmetic conditions, options, originality, historical significance and quality of craftsmanship. The enclosed Description of Appraisal Process page further explains AAG's methodology.

Thank you for the opportunity to assist you with this certified appraisal service. Feel free to contact our Home Office at 800-848-2886 if we can be of further assistance.

Sincerely,

Bradley Youmans
Certified Agent

Enc: certificate, photos, methodology and credentials













**2006 Ford GT appraised by Auto Appraisal Group on May 18, 2026**

# AUTO APPRAISAL GROUP INC.

Corporate Headquarters
Post Office Box 7034
Charlottesville, VA 22906
www.autoappraisal.com
(434) 295-1722
Fax (888) 575-9319

**Vehicle:** 2006 Ford GT, Coupe

**VIN:** 1FAFP90S76Y401685 **Odometer:** 11,969

**Description:** Partially Repainted **Color:** Speed Yellow w/ Black Stripes

**Engine:** 8cyl 5.4L DOHC Supercharged **Transmission:** 6-Speed Ricardo

## CONDITION RATINGS

**Condition Code: 5-Excellent, 4-Very Good, 3-Good, 2-Fair, 1-Poor, 0-No Rating;**
*** indicates True Mileage Unknown**

| | | | | | | |
|---|---|---|---|---|---|---|
| **EXTERIOR:** | Body | **4** | Paint | **3** | Glass | **3** |
| | Tires | **3** | Wheels | **4** | Trim/Chrome | **4** |
| | Lights | **3** | Undercarriage | **3** | Top | **4** |
| **INTERIOR:** | Upholstery | **4** | Panels/Liner | **4** | Carpet/Mats | **3** |
| | Instruments/Dash | **4** | Trunk/Cargo Area | **4** | Spare/Jack | **0** |
| **MECHANICAL:** | Engine | **3** | Equipment | **3** | Test Ride | **3** |
| **GENERAL:** | Options | **4** | Originality | **2** | Market Personality | **4** |

**Overall Rating: Sound**
**Appraised Value: $340,000.00**

The appraised value shown was the estimated fair market value at the time of the vehicle trade in December 2021. The miles shown above was the approximate mileage at that time. The mileage at the time of our inspection on May 18, 2026 was 15,602. The vehicle is garage kept, and it is driven on a limited basis. It appears to be well maintained and mechanically sound. The aluminum body was partially repainted. The Dark Charcoal leather trimmed interior shows little wear. Options include: BBS forged aluminum lightweight wheels, red painted brake calipers, black painted racing stripes, and McIntosh sound system.

**PREPARED FOR:**
Tony Samojen
4590 Via Laguna
Newbury Park, CA 91320

AAG Tax ID: 54-1562788
Appraisal Date: 5/18/2026
AAG File Number: 169591-168
Agent: Bradley Youmans

This appraisal is based upon matters which are apparent to the appraiser from a visual inspection and unless otherwise stated, hereby certifies that we have this day carefully examined the above described vehicle. This appraisal is made with the understanding that the appraiser assumes no liability with respect to any action that may be taken on the basis of this appraisal and does not include matters which might become apparent from the disassembling of parts or from the repeated use of this vehicle. Most appraisals should be updated annually. The accompanying letter, any photographs, and definitions are an integral part of this appraisal. No portion of this report may be copied, published, or duplicated without the written permission of AAG.

Copyright 2016













**2006 Ford GT appraised by Auto Appraisal Group on May 18, 2026**

AUTO APPRAISAL GROUP INC

Corporate Headquarters
Post Office Box 7034
Charlottesville, VA 22906
(434) 295-1722

# Description of Appraisal Process

This appraisal is based on the conclusion and opinion of the appraiser and is not a guarantee that this vehicle will realize the appraised value if offered for sale. The appraised value is reached by using the market data approach and by researching several sources for comparable vehicles, including but not limited to: the Auto Appraisal Group® central database, auction and retail sales results, consultation with knowledgeable specialists, and other resources as they pertain to this particular vehicle. The appraised value is the amount, in US Dollars, that the vehicle could sell for between a willing buyer and seller in the current marketplace. This is with the understanding that each party is well informed, having all applicable information pertaining to the market in which this type of vehicle is sold, and that neither party is under any duress to buy or sell.

Factors utilized in the consideration of the appraised value of the vehicle include its physical, cosmetic and mechanical condition, options, originality or authenticity, quality of restoration or repairs, model popularity, rarity or uniqueness, and the current economic state of the market. Only relevant factors are considered in the appraised value of the vehicle.

This appraisal is based upon matters that are apparent to the appraiser from a visual inspection, and assumes that there are no hidden conditions of the vehicle that would cause it to differ in value. This appraisal does not warranty the vehicle as sound and operational condition.

This appraisal is made with the understanding that the appraiser assumes no liability with respect to any action that may be taken on the basis of this appraisal and does not include matters that might become apparent from disassembling or from the repeated use of this vehicle. No refunds are issued after services have been provided. The appraiser is not required to appear in court or give testimony regarding the appraisal or the appraised vehicle unless arranged prior to the event.

This appraisal does not make any opinion to the legal status of the title of the vehicle. Information, opinions and statements given by the client or vehicle representative are considered trustworthy and the appraiser assumes no responsibility for their accuracy.

The appraiser has no current or future interest in the appraised vehicle and payment for services is not contingent upon the outcome of the appraisal. The appraiser has no personal bias concerning the subject of the appraisal or relating to any participants in transactions involving the vehicle.

# AUTO APPRAISAL GROUP INC

Corporate Headquarters
1441 Sachem Place, Suite 1
Charlottesville, VA 22901
(434) 295-1722
Fax (888) 575-9319
autoappraisal.com

**Bradley Youmans**
**119 Enon Springs Road West**
**Smyrna, TN 37167-3044**

**Certified Agent** for the Auto Appraisal Group since April 2013. Tested and graduated from the Auto Appraisal Group® agency certification program. Auto Appraisal Group Inc. (AAG) is a nationwide company providing comprehensive appraisals of all types of autos, including collectable vehicles, since 1989. AAG is the largest valuation appraisal company in the United States and the only company with tested and certified, independent agents. Auto Appraisal Group has certified over 220 agents whose offices are located across the United States. AAG has been instrumental in helping clients and insurers reach amiable claim settlements and is recognized as a leader in the auto appraisal industry.

**Market Value Research** for AAG appraisals includes investigation of current market activity, sales, trends, comparable value analysis and diminished value due to accident damage. AAG's appraisal service determines the fair market value for insurance matters, gift requirements, estate and financial matters and for consumers prior to automobile purchase or resale. AAG gathers sales results to document condition and sales prices of all types of current and late model automobiles, gathering comparable value information on vehicles based on their history of commercial, lease, rental use, accident damages and repairs.

**AAG Clients** include individuals; lenders including MIDBANC, Bank of America, JJ Best Banc & Co., US Naval Credit Union, insurers including Liberty Mutual, Safeco, Erie, GEICO, Grundy, Hagerty, Nationwide, Prudential, State Farm and others; United States government agencies including Federal Deposit Insurance Corporation, Federal Bureau of Investigation, Drug Enforcement Administration, Marshal Service, Secret Service; and corporations including General Motors, Coca-Cola, Auto Trader, Kmart, Porsche of North America and Mercedes Benz USA.

**Member** of: GoodGuys, Corvette Restorers Society, AACA, SEMA.

**Expertise** in wide variety of classic and modern vehicles. Has been working on automobiles since 1963. Worked at Toyota, Cadillac, Chevrolet, Datsun, Mercedes-Benz, Nissan, Chrysler-Dodge-Ram dealerships.

**Education:** ASE Master Technician in Mechanical, Electrical, Drivetrain, Differential, Brakes, Body Work, HVAC and Paint. 96 hours of business and automotive classes at Temple Junior College, Motlow State College, Middle Tennessee State University.

**Professional Experience: C**urrent owner of Tennessee Classic Automotive. Positions held at dealerships included Service writer, Team leader, Body Shop & Paint Shop supervisor.