EXH-4
Jul 30 2026



# AUTO APPRAISAL GROUP INC

Corporate Headquarters
1441 Sachem Place, #1
Charlottesville, VA 22901
(434) 295-1722
Fax (888) 575-9319
www.autoappraisal.com

Trevor Cook,

Tony Samojen provided me a list of Porsche racing parts with descriptions that he sold to James Edwards together with his two Porsche 914/6s. He also provided photos of the parts. The list and photos are attached to this analysis. Based on the list and its descriptions and the photos, I provided an estimate of the fair market value of the parts individually and collectively.

I consulted the following resources for my evaluation:
MAR Motorsports, United Kingdom
Ebay Motorsports
PMB Performance, Murray, UT
AASE sales, Galena OH
Heritage Parts Center, United Kingdom
Discussions with machinists and a Porsche mechanic

I concluded that some of these parts are "new old stock" NOS, meaning they are original factory-produced parts from the era and not reproductions, in very good condition, and the remainder are serviceable rare GT factory parts. I estimate the total value of the lot to be between $75,000–$100,000.

The attached parts list given to me by Tony Samojen is reproduced below with my assessed fair market values:

Engine Parts

- **2.5L pistons and cylinders (10 in total)**: Usable vintage 2.5L race sets for correct-displacement engine builds. – **$6,000**
- **2.3L twin plug cylinder heads (10 in total) - $6,500/pair, 5 pair = $32,500**
- **934 RSR cams with fuel injection drive pins**: tested and certified OK - **$2,500**
- **914/6 gearbox with 5th gear and ZF limited slip differential**: This transaxle (serial # 7510193) is currently set up for sideshift and includes a German 904 input shaft, with a genuine ZF LSD and 904 shaft. – **$7,500**
- **930 turbo aluminum case**:This race prepped case (Serial # 930 1011043R) includes two chain covers. Bare 930 aluminum cases. - **$6,000**
- **906 chain covers (4 in total)**: * **914/6 oil coolers (5 in total)**:**6 cylinder Cooling fan assemblies (2 in total)**: - **$4,0000**
- **914/6 oil tanks (2 in total)**: Clean, rust-free original tanks. **$1,200**
- **914/6 throttle cable (2 in total)** , **$200**

- **911 cam towers (2 in total)** - **$2,500**
- **Carburetors (1st set: 46mm w/ mag intakes; 2nd set: 46mm w/ aftermarket intakes)**: Genuine 46mm triple-throat carburetors (like Webers or PMOs). - **$4,000**
- **RSR fuel tank sender - $250**
- **Grenade oil filters - $100**
- **Twin plug lower valve cover set**: **$500**
- **Fiberglass engine air shrouds (2 in total) - $1,500/each = $3,000**
- **69' 911 S/906 clutch**: This is a new clutch that comes with three clutch discs. - **$600**
- **Factory GT oil cooler lines**: These run from the engine to the front trunk were still wrapped in original factory packaging. **$1,000**
- **Front oil cooler air shroud and engine cooler screen**: - **$100**
- **Moreli twin plug distributor caps (3 in total) - $300/each = $900**
- **Modified 911 distributor configured for twin plug - $500**
- **Foam air cleaner set (new) - $200**
- **GT race exhaust system**: Mounting brackets are included. - **$2,500**
- **914/6 exhaust system with heater assembly - $2,500**
- **914/6 rally muffler**: - **$1,000**
-

---

Brakes

- **Spare 908/3 caliper**:This acts as a backup caliper for the 914/6 GT (1543) and includes 4 extra thick brake pads. - **$400**
-

---

Body Parts

- **Sigla factory original windshield**: German-made OEM glass. - **$400**
- **Original fiberglass rear deck lids (4 in total) - $750/each = $3,000**
- **Original fiberglass front deck lids (2 in total).** One has a GT fuel cutout and the other set came with 011 and is signed by the Porsche crew. The signature makes this a collector's artifact, potentially pushing its value much higher at auction. - **$2,500 (signed) + $1,000 = $3,500**
- **Rear plexiglass window (factory race) - $500**
- **Underbody side valances (set of 2) - $500**
- **Front bumpers (2 in total) - $250/each = $500**
- **Rear bumpers (2 in total) - $250/each = $500**
- **Lower front valance - $200**
- **Black GT fenders (2 in total) - $1,000**
- **Full set of fenders (set of 4)** These came with 011. - **$2,500**
- **Driving light chrome grills (3 in total) - $650/each = $1,950**

---

Miscellaneous

- **Front and rear GT deck lid mounting hardware - $250**
- **Passenger fiberglass racing seat** This seat is made to comply with FIA rules. - **$150**

- **Minilite magnesium wheels for GT (4 in total)** Authentic magnesium Minilites. - **$750/each = $3,000**

**Total = $95,400**

**Estimated Range = $75,000 – $100,000**

Bradley Youmans
Certified Agent
Auto Appraisal Group

## Parts List Summary

| Category | Included Items |
|---|---|
| Engine Parts | Pistons/cylinders , cylinder heads , RSR cams , gearbox , 930 turbo case , chain covers , oil coolers , fan assemblies , oil tanks , throttle cables , cam towers , carburetors , RSR sender , grenade filters , lower valve covers , air shrouds , clutch , GT oil cooler lines , shroud/screen , distributor parts , air cleaner set , exhaust systems & muffler. |
| Brakes | Spare 908/3 caliper & pads. |
| Body Parts | Sigla windshield , rear deck lids , front deck lids , rear plexiglass window , side valances , front/rear bumpers , lower front valance , fenders , driving light grills. |
| Miscellaneous | GT deck lid hardware , passenger racing seat , Minilite magnesium wheels. |

## Engine Parts

- **2.5L pistons and cylinders (10 in total)**: Usable vintage 2.5L race sets for correct-displacement engine builds.
- **2.3L twin plug cylinder heads (10 in total)**
- **934 RSR cams with fuel injection drive pins**: tested and certified OK
- **914/6 gearbox with 5th gear and ZF limited slip differential**: This transaxle (serial # 7510193) is currently set up for sideshift and includes a German 904 input shaft, with a genuine ZF LSD and 904 shaft..
- **930 turbo aluminum case**:This race prepped case (Serial # 930 1011043R) includes two chain covers. Bare 930 aluminum cases.
- **906 chain covers (4 in total)**: * **914/6 oil coolers (5 in total)**:**6 cylinder Cooling fan assemblies (2 in total)**:
- **914/6 oil tanks (2 in total)**: Clean, rust-free original tanks.
- **914/6 throttle cable (2 in total)**
- **911 cam towers (2 in total**)
- **Carburetors (1st set: 46mm w/ mag intakes; 2nd set: 46mm w/ aftermarket intakes)**: Genuine 46mm triple-throat carburetors (like Webers or PMOs).
- **RSR fuel tank sender**
- **Grenade oil filters**
- **Twin plug lower valve cover set**:
- **Fiberglass engine air shrouds (2 in total)**
- **69’ 911 S/906 clutch**: This is a new clutch that comes with three clutch discs.
- **Factory GT oil cooler lines**: These run from the engine to the front trunk were still wrapped in original factory packaging.
- **Front oil cooler air shroud and engine cooler screen**:
- **Moreli twin plug distributor caps (3 in total)**
- **Modified 911 distributor configured for twin plug**
- **Foam air cleaner set (new)**
- **GT race exhaust system**: Mounting brackets are included.
- **914/6 exhaust system with heater assembly**
- **914/6 rally muffler**:

---

### Brakes

- **Spare 908/3 caliper**:This acts as a backup caliper for the 914/6 GT (1543) and includes 4 extra thick brake pads.

---

### Body Parts

- **Sigla factory original windshield**: German-made OEM glass.
- **Original fiberglass rear deck lids (4 in total)**

- **Original fiberglass front deck lids (2 in total).** One has a GT fuel cutout and the other set came with 011 and is signed by the Porsche crew. The signature makes this a collector's artifact, potentially pushing its value much higher at auction.
- **Rear plexiglass window (factory race)**
- **Underbody side valances (set of 2)**
- **Front bumpers (2 in total)**
- **Rear bumpers (2 in total)**
- **Lower front valance**
- **Black GT fenders (2 in total)**
- **Full set of fenders (set of 4)** These came with 011.
- **Driving light chrome grills (3 in total)**

---

### Miscellaneous

- **Front and rear GT deck lid mounting hardware**
- **Passenger fiberglass racing seat** This seat is made to comply with FIA rules.
- **Minilite magnesium wheels for GT (4 in total)** Authentic magnesium Minilites.

- Notes:
    - The following are backup spares for 1543 (914/6 GT) and all include as part of the transaction
    - Many items have been categorized below with pictures to help assess all included parts
- Engine Parts
    - 2.5L pistons and cylinders (10 in total)
        - 
          

- 2.3L twin plug cylinder heads (10 in total)
  - From factory Peru race car
  - 
- 934 RSR cams with fuel injection drive pins
  - Tested and certified OK
  - 
- 914/6 gearbox with 5th gear and ZF limited slip differential
  - Rebuilt with no oil
  - serial # 7510193

- Currently setup for sideshift
- Includes german 904 input shaft
- 

- 930 turbo aluminum case
  - Race prepped
  - Serial # 930 1011043R
  - Plus two chain covers
  - 
- 906 chain covers (4 in total)



▪

- 914/6 oil coolers (5 in total)



▪

- 6 cylinder Cooling fan assemblies (2 in total)



SAMOJEN0037

- 

- 914/6 oil tanks (2 in total)
- 914/6 throttle cable (2 in total)
- 911 cam towers (2 in total)
  - 
- Carburetors
  - 1st set: 46mm w/ mag intakes

- 
  - 2nd set: 46mm w/ aftermarket intakes
- 

◦ RSR fuel tank sender
◦ Grenade oil filters



SAMOJEN0039

- 

- Twin plug lower valve cover set

  - 

- Fiberglass engine air shrouds (2 in total)

- 

- 69' 911 S/906 clutch
    - New clutch with three clutch discs
- Oil cooling
    - Factory GT oil cooler lines
        - From engine to front trunk (still wrapped in original factory packaging)
    - Front oil cooler air shroud and engine cooler screen
    - 

  - Distributor parts
    - Moreli twin plug distributor caps (3 in total)
    - Modified 911 distributor configured for twin plug
  - Foam air cleaner set (new)
- Exhaust system
  - GT race exhaust system
    - Mounting brackets included
  - 914/6 exhaust system with heater assembly
  - 914/6 rally muffler









- Brakes
  - Spare 908/3 caliper with 4 extra thick brake pads
    - Backup caliper for 914/6 GT (1543)

- 

* Body parts
    - Sigla factory original windshield (german made)
    - 

    - Fiberglass rear deck leds (4 in total)
    - Fiberglass front deck lids ( 2 in total)
        - One with GT fuel cutout
        - One set came with 011 signed by Porsche crew

        - 


- Rear plexiglass window (factory race)
- Underbody side valances (set of 2)
- Front bumpers (2 in total)
- Rear bumpers (2 in total)
    - 
- Lower front valance
- Fenders
    - Black gt fenders (2 in total)

- Full set of fenders (set of 4)
  - Came with 011



- Driving light chrome grills (3 in total)




- Misc:
  - Front and rear GT deck lid mounting hardware

- 

- Passenger fiberglass racing seat
  - Made to comply with FIA rules
  - 
- Rims
  - Minilite magnesium wheels for GT (4 in total)
- Records and manuals
  - Pink slips - located in front of each book for each car