# AUTO APPRAISAL GROUP INC

Corporate Headquarters
1441 Sachem Place, #1
Charlottesville, VA 22901
(434) 295-1722
Fax (888) 575-9319
www.autoappraisal.com

Trevor Cook,

I have inspected the three cars and I have evaluated the parts list. The estimated values are listed for the cars and the parts in the appraisal documents.

Typically, transactions involving classic or specialty cars and parts should be evaluated and documented by a certified inspection agent. This would authenticate condition and correctness of the vehicles before any transaction takes place. The V.I.N. numbers and any documentation for the vehicles needs to be thoroughly evaluated to determine if the vehicles are what they are presented as. Normally a V.I.N. search will reveal the information needed. In some cases, I must go through the manufactures website to verify a vehicle. Porsche offers many options for verifying the history and original technical specifications of its vehicles accessible through its website or local dealers.

The term “GT” is used in many different ways among automotive enthusiasts and collectors. It typically is used to describe a car with upgraded performance and handling characteristics. The terminology used to describe a car with racing modifications varies from manufacturer to manufacturer. When Porsche was producing 914/6s, it referred to factory-produced race cars as “GTs.” There are only around 12-14 of these. They also produced kits with racing parts to sell to dealerships and private owners to get their cars closer to “GT” specifications. These cars meet the homologation standards so they could be raced in FIA sanctioned races. Those would not be recognized as “GTs,” by Porsche, but people would describe their modified standard vehicles as “GTs” to distinguish them from unmodified standard versions. This usage is used today among different brands. There are examples of cars built with factory racing parts added after the manufacturer’s assembly process that are referred to as “GTs,” even though they are not original factory GTs.

Regards,
Bradley Youmans
Certified Agent
Auto Appraisal Group

# AUTO APPRAISAL GROUP INC

Corporate Headquarters
1441 Sachem Place, Suite 1
Charlottesville, VA 22901
(434) 295-1722
Fax (888) 575-9319
www.autoappraisal.com

## Bradley Youmans
## Testimony and Compensation

**Expert Testimony Within the Previous 4 Years**

June 2023, Deposition
Michael Porter vs. Gary Hatfield & Hatfield Restorations
Case # 16798, 216th District, Gillespie County District Court, Texas

**Statement of Compensation**

Work on the appraisals of the two Porsches, parts, and the Ford GT was invoiced for $10,000, inclusive of all fees and associated costs. Further study and preparation time will be billed at $350 per hour. Deposition and court time, including testimony, will be billed at $500 and $400 per hour, respectively.