**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ARIZONA**

James Edwards,

Plaintiff,

vs.

Tony Samojen,

Defendant.

Case No. 3:25-cv-08174-SPL

**PROPOSED ORDER ON PLAINTIFF'S MOTION TO EXCLUDE THE OPINIONS OF BRADLEY YOUMANS**

This case coming before the Court on Plaintiff's Motion to Exclude the Opinions of Bradley Youmans ("Motion"), with the Court having considered the submissions of the parties and the applicable law, the Court GRANTS the motion in full and ORDERS as follows:

(1) The opinions in Bradley Youmans' vehicle valuation reports (Exhibits 1–3 to the Motion) and his parts valuation report (Exhibit 4 to the Motion) are based on undisclosed comparable sales data. Mr. Youmans also failed to disclose the analytical steps he took to arrive at his valuation opinions in each of those reports.

(2) Mr. Youmans' disclosure failures render all of the opinions in his four valuation reports inadmissible under Federal Rule 702 for two reasons: (i) the opinions are not based on sufficient facts or data, and (ii) the opinions are not the product of reliable principles and methods.

(3) Additionally, the Court holds that Mr. Youmans' failure to disclose the specific comparable sales he relied upon in his four valuation reports violates Federal Rule of Civil Procedure 26(a)(2)(B)(ii), and that exclusion is required under Federal Rule of Civil Procedure 37(c)(1) because the failure to disclose was not substantially justified or harmless.

(4) Mr. Youmans is further barred from offering the opinions disclosed in his Supplemental Report (Exhibit 5). Mr. Youmans has not been shown to be an expert on the subjects of the opinions in the Supplemental Report. And Mr. Youmans' opinions in the Supplemental Report do not fit the facts of this case, as they would not aid the trier-of-fact in deciding any disputed issue in this case.

(5) Because the Court has excluded all of the opinions offered in all five of Mr. Youmans' reports, Mr. Youmans is barred entirely from testifying at trial as an expert in this case.