**Silence Law Group, PLLC**
20235 N. Cave Creek Rd. Ste 104 # 460
Phoenix, AZ 85024
**Jeffrey Silence** (029143)
Direct Dial: (602) 932-8358
Email: jeff@silencelaw.com
**Trevor Cook** (037952)
Direct Dial: (602) 932-5868
Email: trevor@silencelaw.com
*Attorneys for Defendant*

**UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| James Edwards,<br>Plaintiff,<br>v.<br>Tony Samojen,<br>Defendant. | Case No. 3:25-CV-08174-SPL<br><br>**CERTIFICATE OF CONFERRAL**<br><br>(Hon. Steven Paul Logan) |

Undersigned counsel for Defendant certifies that he provided a two-page statement to and conferred with counsel for Plaintiff before filing the Motion for Partial Summary Judgment to which this certificate is attached, as required by the Case Management Order, Doc. 22 at 4:27–5:6.

DATED this 18th day of September, 2026.

**Silence Law Group, PLLC**

*/S/ Trevor Cook*
Jeffrey Silence
Trevor Cook
*Attorneys for Defendant*

SILENCE LAW GROUP