**Rusing Lopez & Lizardi, P.L.L.C.**
7047 E. Greenway Parkway, Suite 400
Scottsdale, Arizona 85254
Telephone: (480) 663-9800
Facsimile: (520) 529-4262
dbernardone@rllaz.com
aclark@rllaz.com
*Attorneys for James Edwards*

Daniel B. Bernardone
State Bar No. 033256
Aaron Clark
State Bar No. 038534

Michael Croghan (ARDC #6312601)
Patrick O'Meara (ARDC #6317487)
McDonald Hopkins LLC
300 North LaSalle St., Suite 1400
Chicago, IL 60654
Telephone: (312) 280-0111
mcroghan@mcdonaldhopkins.com
pomeara@mcdonaldhopkins.com
*Attorneys for James Edwards*
*Admitted Pro Hac Vice*

**UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| James Edwards,<br><br>Plaintiff,<br><br>v.<br><br>Tony Samojen,<br><br>Defendant. | Case No. 3:25-CV-08174-SPL<br><br>**STIPULATION AND JOINT MOTION TO EXTEND DEADLINE TO RESPOND TO DISPOSITIVE MOTIONS**<br><br>(Hon. Steven Paul Logan) |

Pursuant to Fed. R. Civ. P. 6(b)(1)(A), the Parties stipulate to extend the deadlines to respond to the pending motions filed in this matter. On September 18, 2026, Plaintiff filed a Motion to Exclude Opinions of Defendant's expert pursuant to Rule 702 of the Federal Rules of Evidence to exclude the opinions of Defendant's expert and Defendant filed a Motion for Partial Summary Judgment seeking judgment on Counts V and VI and

all claims for equitable relief in Plaintiff's Complaint. Pursuant to Local Rule 56.1(d), Plaintiff has thirty (30) days to respond to Defendant's Partial Motion for Summary Judgment, placing Plaintiff's response deadline on October 18, 2026. LRCiv 56.1(d). Pursuant to Local Rule 7.2(c), Defendant has fourteen (14) days to respond to Plaintiff's motion pursuant to Rule 702, placing Defendant's response deadline on October 2, 2026. LRCiv 7.2(c). The Parties request an extension so they can prioritize settlement discussions and the October 1 settlement conference before expending further party and judicial resources pending possible settlement. With the requested extension, the deadlines are as follows:

1. Plaintiff's deadline to respond to Defendant's Motion for Partial Summary Judgment is October 31, 2026, and
2. Defendant's deadline to respond to Plaintiff's Motion to Exclude Opinions of Defendant's expert pursuant to Rule 702 is October 16, 2026.

The Parties now request, pursuant to the Case Management Order, *see* Doc. 22 at 8:1–5, that the Court enter an order granting the agreed extension. A proposed order is attached.

RESPECTFULLY SUBMITTED this 22nd day of September, 2026.

RUSING LOPEZ & LIZARDI, P.L.L.C.

<u>/s/ *Daniel Bernardone (with permission)*</u>
Daniel Bernardone
Michael Croghan
Rachel Dudley
Patrick O'Meara

*Attorneys for Plaintiff*

**Silence Law Group PLLC**

<u>/s/ *Trevor Cook (with permission)*</u>
Jeffrey Silence
Trevor Cook

*Attorneys for Defendant*



38996391.1
39421712.1
40162335.1
40162335.2