**UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ARIZONA**

James Edwards,

Plaintiff,

v.

Tony Samojen,

Defendant.

Case No. 3:25-CV-08174-SPL

**ORDER EXTENDING DEADLINES RESPOND TO DISPOSITIVE MOTIONS**

(Hon. Steven Paul Logan)

Before the Court is the parties' Stipulation to Extend (Doc. XX), in which the parties request an extension of the deadline for Plaintiff to respond to Defendant's Motion for Partial Summary Judgment and for Defendant to respond to Plaintiff's Motion to Exclude Opinions of Defendant's expert pursuant to Rule 702. Finding good cause appearing, and that the requested extensions would not otherwise delay this action, the stipulation will be granted. Accordingly,

**IT IS ORDERED** that the Stipulation to Extend (Doc. XX) is **granted**.

**IT IS FURTHER ORDERED** that the deadlines are modified as follows:

1. Plaintiff's deadline to respond to Defendant's Motion for Partial Summary Judgment is October 31, 2026, and
2. Defendant's deadline to respond to Plaintiff's Motion to Exclude Opinions of Defendant's expert is October 16, 2026.

Dated this .