**Silence Law Group, PLLC**
20235 N. Cave Creek Rd. Ste 104 # 460
Phoenix, AZ 85024
**Jeffrey Silence** (029143)
Direct Dial: (602) 932-8358
Email: jeff@silencelaw.com
**Trevor Cook** (037952)
Direct Dial: (602) 932-5868
Email: trevor@silencelaw.com
*Attorneys for Defendant*

**UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| James Edwards,<br>Plaintiff,<br>v.<br>Tony Samojen,<br>Defendant. | Case No. 3:25-CV-08174-SPL<br><br>**NOTICE OF EXPEDITED CONSIDERATION**<br><br>(Hon. Steven Paul Logan) |

Defendant Tony Samojen requests expedited consideration of the Parties' Stipulation and Joint Motion to Extend to Respond to Dispositive Motions (Doc. 104).

The parties have a settlement conference scheduled for this Thursday, October 1, 2026, and jointly stipulated and asked the court (Doc. 104) to extend the deadlines for the parties to respond to Defendant's pending Motion to Exclude Opinions of Expert Bradley Youmans (Doc. 101) and Plaintiff's pending Motion for Partial Summary Judgment (Doc. 102) in order to focus party resources on a possible settlement and potentially avoid waste.

Defendant requests expedited consideration of the parties' Join Stipulation and Joint Motion (104) so he can know whether he needs to devote resources to responding to Plaintiff's motion (Doc. 101), which is currently due on or before the day after the settlement conference, October 2.

SILENCE LAW GROUP

RESPECTFULLY SUBMITTED this 28th day of September, 2026.

**Silence Law Group, PLLC**

*/S/ Trevor Cook*
Jeffrey Silence
Trevor Cook
*Attorneys for Defendant*

SILENCE LAW GROUP