IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ARIZONA

James Edwards,

Plaintiff,

vs.

Tony Samojen,

Defendant.

No. CV-25-08174-PCT-SPL

**ORDER**

Before the Court is the parties' Stipulation (Doc. 104), in which the parties request an extension of responsive briefing. Finding good cause appearing, and that the requested extension would not otherwise delay this action, the stipulation will be granted. Accordingly,

**IT IS ORDERED** that the Stipulation to Extend (Doc. 104) is **granted**.

**IT IS FURTHER ORDERED** that Plaintiff shall have until **October 31, 2026**, to respond to Defendant's Motion for Partial Summary Judgment.

**IT IS FURTHER ORDERED** that Defendant shall have until **October 16, 2026**, to file a response to Plaintiff's Motion to Exclude Opinions of Defendant's Expert.

///

///

///

///

///

**IT IS FURTHER ORDERED** that the Motion for Expedited Consideration (Doc. 105) is **denied**.

Dated this 28th day of September, 2026.

Honorable Steven P. Logan
United States District Judge