**Silence Law Group, PLLC**
20235 N. Cave Creek Rd. Ste 104 # 460
Phoenix, AZ 85024
**Jeffrey Silence** (029143)
Direct Dial: (602) 932-8358
Email: jeff@silencelaw.com
**Trevor Cook** (037952)
Direct Dial: (602) 932-5868
Email: trevor@silencelaw.com
*Attorneys for Defendant*

**UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| James Edwards,<br><br>Plaintiff,<br><br>v.<br><br>Tony Samojen,<br><br>Defendant. | Case No. 3:25-CV-08174-SPL<br><br>**INDEX OF EXHIBITS TO DEFENDANT'S RESPONSE IN PARTIAL OPPOSITION TO PLAINTIFF'S MOTION TO EXCLUDE THE OPINIONS OF BRADLEY YOUMANS**<br><br>(Hon. Steven Paul Logan) |

Note: Page number citations in memorandum are to the "Doc." page numbers of the exhibit for convenient browsing. Index shares attachment with Exhibit 1 for consistent exhibit and "Doc." numbering

1 Excerpts from Plaintiff's Expert's Report with effective date of valuation November 2, 2021

2 Excerpts from Plaintiff's Expert's Report with effective date of valuation March 26, 2026

3 Excerpts from Plaintiff's Supplemental Responses to Defendant's First Set of Interrogatories

4 Porsche Certificate of Authenticity for Porsche 1543 disclosed by Plaintiff as contained within the Porsche 1543 binder he received from Defendant

5 Excerpts from the deposition of Plaintiff James Edwards

6 A list of "914-6 GT Chassis Serial Numbers" disclosed by Plaintiff as contained within the Porsche 1543 binder he received from Defendant

SILENCE LAW GROUP

**Perry-Payne Appraisal, LLC**
574 Iris Place
Aurora, OH 44202
(703) 615-4678
molekappraisal@outlook.com

**Appraisal of:**
**(1) 1970 Porsche 914/6 *as-if* it were a 914/6 GT**
**VIN: #9140431543**

**(2) 1970 Porsche 914/6 as-is**
**VIN: #9140431543**

**(3) 1970 Porsche 914/6 as-is**
**VIN: #9140430011**

**(4) 2006 Ford GT as-is**
**VIN: #1FAFP90S76Y401685**

Prepared for:
Mr. Michael P. Croghan, Esq.
McDonald Hopkins LLC
300 North LaSalle Street
Suite 1400
Chicago, IL 60654

Intended Use: Litigation Support
Type of Value: Market Value

Effective Date of Valuation: November 2, 2021
Date of Inspection (Porsche 914/6 #1543 and Porsche 914/6 #0011): January 20, 2026
Date of Inspection (Ford GT #1FAFP90S76Y401685): March 26, 2026
Date of Appraisal Report: June 18, 2026

Prepared by:
Matt Oleksiak
Accredited Member (AM)
American Society of Appraisers

**Perry-Payne Appraisal, LLC**
574 Iris Place
Aurora, OH 44202
(703) 615-4678
molekappraisal@outlook.com

June 18, 2026

Mr. Michael P. Croghan, Esq.
McDonald Hopkins LLC
300 North LaSalle Street
Suite 1400
Chicago, IL 60654

Re: Retrospective Appraisal of:
(1) 1970 Porsche 914/6 *as-if* it were a 914/6 GT
VIN: #9140431543
(2) 1970 Porsche 914/6 as-is
VIN: #9140431543
(3) 1970 Porsche 914/6 as-is
VIN: #9140430011
(4) 2006 Ford GT as-is
VIN: #1FAFP90S76Y401685

Dear Mr. Croghan,

As agreed in our mutually executed contract dated March 11, 2026, I have prepared an appraisal report concluding a retrospective opinion of the Market value of the subject vehicles for the intended use of litigation support (Case No. 3:25-CV-08174-SPL). The effective date of valuation is November 2, 2021, the date of the original transaction between the plaintiff and the defendant in the referenced case.

For this assignment, I developed my opinion of value utilizing the definition of market value.

On the basis of inspection, research, and analysis, the market value for each property is as follows:

- 1970 Porsche 914/6 *as-if* it were a 914/6 GT (VIN: #9140431543): **$510,000 (five-hundred-ten-thousand US Dollars)**
- 1970 Porsche 914/6 as-is (VIN: #9140431543): **$143,000 (one-hundred-forty-three-thousand US Dollars)**

- 1970 Porsche 914/6 as-is (VIN: #9140430011): **$115,000 (one-hundred-fifteen-thousand US Dollars)**
- 2006 Ford GT as-is (VIN: #1FAFP90S76Y401685): **$340,000 (three-hundred-forty-thousand US Dollars)**

This appraisal is subject to the limiting conditions and assumptions as stated herein. The total submitted value is based on the whole and possessory interest of each vehicle, undiminished by liens, fractional interest, or other encumbrances. To be valid, this appraisal report must be used in its entirety of 57 pages. I have no past, present, or contemplated future interest in any of the subject vehicles.

This appraisal was prepared in compliance with *the Uniform Standards of Professional Appraisal Practice (USPAP) 2024 (effective January 1, 2024)*, promulgated by the Appraisal Standards Board of The Appraisal Foundation and the *Principles of Appraisal Practice and Code of Ethics* of the American Society of Appraisers.

Information provided to me during the preparation of this appraisal and identified as confidential will remain so, as will my opinion and conclusion, in accordance with *USPAP* and the ASA *Code of Ethics*. Perry-Payne Appraisal retains a copy of this appraisal report, together with the assignment workfile for a minimum of five (5) years, or two (2) years following the conclusion of any legal proceeding in which the appraiser has given testimony regarding the appraised property, whichever is longer.

In addition:

- I have not authored any publications over the previous ten years;
- I have not testified in any cases over the previous four years; and
- My compensation for this report was a flat fee of $6,250.00 and I was reimbursed for expenses associated with travel to inspect the Ford GT ($2,022.35).

The submission of this report completes this appraisal assignment. Thank you for allowing Perry-Payne Appraisal to be of service to you.

Sincerely,

Matt Oleksiak
Accredited Member (AM), American Society of Appraisers

## DESCRIPTION OF THE PROPERTY, BACKGROUND, MARKET INFORMATION, AND ANALYSIS

### Property Description

**1970 Porsche 914/6 2-Door Targa**

Vehicle Identification #: 9140430011 (as per ID tag riveted inside front compartment)

Engine type and #: Twin-plug H6 1,991-cc with dual Weber carburetors

Transmission: Manual, 5-speed

Indicated Mileage: Unknown

Coloring: Tangerine exterior with black leatherette interior

Wheels: Steel disc with hub caps

Condition: 2- (see Glossary for explanation of condition ratings).

I have made use of an extraordinary assumption to provide an assessment of the subject vehicle's overall condition as of the effective date in November 2021. An extraordinary assumption, as defined by USPAP, is an assumption directly related to a specific assignment which, if found to be false, could alter the appraiser's opinions or conclusions. In this case, the condition of the vehicle has a material impact on the vehicle's value.

Users of this report are cautioned that the value conclusion does not reflect the vehicle's actual condition as of the effective date, but rather its assumed condition under the stated extraordinary assumption. Photographs of the subject vehicle as of November 2021 were not available; however, I have partially relied upon the Patrick Motorsports work order dated 03/18/2025 describing the work performed on the subject vehicle in 2025 to assess the vehicle's condition as it would have existed in November 2021.

### Background

(General historical background for the Porsche 914/6 series appears on pages 13-14).

The subject vehicle (#9140430011) is a 1970 Porsche 914/6, one of 3,351 Porsche 914/6 models reportedly manufactured between 1970 and 1972. Based on its serial number, it is also one of the earliest 914/6 examples manufactured by Porsche. (Some sources reportedly claim it is the first production 914/6).

<u>Comparables</u> (*asterisk and *italics* indicate vehicle description as per offering venue; F/S indicates "for sale" and N/S indicates "not sold")

| | |
|---|---|
| 1. 1970 Porsche 914/6, #1868 **$123,200** Gooding Christie's Amelia Island 03/06/2020 (lot #51) **Signal Orange/black, original 1,991-cc flat-six engine, twin Weber 40 IDT carburetors, 5-speed manual, part of Tommy Trabue collection for 13 years, supplied with tools, jack, keys, and receipts* – SLIGHTLY SUPERIOR |  |

I selected this comparable as it illustrated an example of a top tier 914/6. It had a numbers-matching drivetrain and appeared to be in excellent condition; the fact that it had resided within a collection for just over a decade helped to ensure it remained in top condition. The auction price realized also likely carried a pandemic-influenced premium, given the WHO issued its pandemic announcement on 03/11/2020.

| | |
|---|---|
| 2. 1970 Porsche 914/6, #1334 **$118,000** on PCarMarket.com in CA (03/09/2021) **Canary Yellow/black vinyl, numbers-matching rebuilt 2.0-L H6 with 911E cams, 5-speed side-shifter conversion, restored in 2013 at cost of $70K, includes tools, records, and original CA blue plates, SCM 2* – SIMILAR/SLIGHTLY SUPERIOR |  |

I included this comparable as it also provided an example of a top-tier 914/6. This numbers-matching example had also received the benefit of an older multi-year restoration, including minor mechanical enhancements, which contributed to its value. Given the older, high-quality restoration, I judged this comparable to be similar to the subject vehicle.

| | |
|---|---|
| 3. 1970 Porsche 914/6, #2290 **$107,500** on BringATrailer.com in CA (07/25/2021) **Canary Yellow/black leatherette, numbers-matching 2.0-L flat-six, 5-speed, refurbished 2011-14, 14" Fuchs wheels, fog lights, Porsche Certificate of Authenticity, owner's manuals, tools* – SIMILAR/SLIGHTLY INFERIOR |  |

This example was offered on BaT by well-known specialty dealer Fantasy Junction. I included it as it appeared to be in very good condition (i.e., above 'driver' quality) due to its older refurbishment and retaining its original engine. Respected 914 authority 'dr914' commented during the online auction that he noted 33 items which varied from the original stock specification or which required addressing for the vehicle to be taken to the next higher condition level.

4. 1970 Porsche 914/6, #1341 **$99,750** on BringATrailer.com in CA (08/27/2021) **Metallic Gray/black vinyl, color change from Irish Green, numbers-matching 2.0-L flat-six rebuilt in 2015, 5-speed manual, PMO-style carburetors, Pertronix ignition, 14" Fuchs wheels, RetroSound head unit, Porsche Certificate of Authenticity, owner's manuals, tools* – INFERIOR



I included this comparable as it showed to be a great example of the mid-tier 914/6s. I considered this example to be inferior to the subject vehicle due to its color change from the original Irish Green as well as several mechanical enhancements which, although beneficial to the overall driving experience, varied from the original stock spec. It also had a few cosmetic issues (e.g., 914/4 rear valence) which compromised its originality.

5. 1970 Porsche 914/6 Targa, #1057 **$88,000** Barrett-Jackson Scottsdale 03/24/2021 (lot #761) **Orange/black vinyl with cloth inserts, 1,991-cc flat-six, 5-speed, Momo steering wheel, Fuchs wheels, Blaupunkt cassette stereo, Rick Carey 3* - INFERIOR



I included this comparable to illustrate the lower tier of 914/6 values, although this example's auction price realized landed it at the very top of this tier. This example had been a former race car returned to street spec and it had an older cosmetic restoration. The auction catalog did not disclose the fact that it had a replacement engine – which had been noted in its previous 2013 auction sale. I judged this example to be inferior, largely due to its replacement engine and lack of originality.

6. 1970 Porsche 914/6, #2050 **N/S for $70,000** on BringATrailer.com in MI (03/11/2021) *Yellow/black leatherette, rebuilt 2.0-L flat-six, 911E camshafts, JE pistons, 930-style rocker arms, Carrera chain tensioners, 5-speed manual, overhauled brakes, recently replaced tires, 1971 sales paperwork - INFERIOR



I included this comparable to show where less original examples fell within the overall hierarchy of 914/6 values circa 2021. The seller offered no confirmation of matching numbers for this example and there was some rust evident in the driver's side door. The selling description also disclosed that this vehicle had been in extended storage for multiple decades. I felt that these reasons were sufficient to keep the bidding at this level, and judged this example to be inferior to the subject vehicle.

I judged the retrospective opinion of market value as of November 2, 2021 to be $115,000, assuming the subject vehicle has its numbers-matching drivetrain. This is the entry level of the top tier. It exhibits in very good overall condition and appears to have one of the earliest 914/6 series chassis numbers.