**Perry-Payne Appraisal, LLC**
574 Iris Place
Aurora, OH 44202
(703) 615-4678
molekappraisal@outlook.com

**Appraisal of:**
**(1) 1970 Porsche 914/6 *as-if* it were a 914/6 GT**
**VIN: #9140431543**

**(2) 1970 Porsche 914/6 as-is**
**VIN: #9140431543**

**(3) 1970 Porsche 914/6 as-is**
**VIN: #9140430011**

**(4) 2006 Ford GT as-is**
**VIN: #1FAFP90S76Y401685**

Prepared for:
Mr. Michael P. Croghan, Esq.
McDonald Hopkins LLC
300 North LaSalle Street
Suite 1400
Chicago, IL 60654

Intended Use: Litigation Support
Type of Value: Market Value

Effective Date of Valuation: March 26, 2026
Date of Inspection (Porsche 914/6 #1543 and Porsche 914/6 #0011): January 20, 2026
Date of Inspection (Ford GT #1FAFP90S76Y401685): March 26, 2026
Date of Appraisal Report: June 18, 2026

Prepared by:
Matt Oleksiak
Accredited Member (AM)
American Society of Appraisers

**Perry-Payne Appraisal, LLC**
574 Iris Place
Aurora, OH 44202
(703) 615-4678
molekappraisal@outlook.com

June 18, 2026

Mr. Michael P. Croghan, Esq.
McDonald Hopkins LLC
300 North LaSalle Street
Suite 1400
Chicago, IL 60654

Re: Appraisal of:
(1) 1970 Porsche 914/6 *as-if* it were a 914/6 GT
VIN: #9140431543
(2) 1970 Porsche 914/6 as-is
VIN: #9140431543
(3) 1970 Porsche 914/6 as-is
VIN: #9140430011
(4) 2006 Ford GT as-is
VIN: #1FAFP90S76Y401685

Dear Mr. Croghan,

As agreed in our mutually executed contract dated March 11, 2026, I have prepared an appraisal report concluding an opinion of the market value of the subject vehicles for the intended use of litigation support (Case No. 3:25-CV-08174-SPL). The effective date of valuation is March 26, 2026.

For this assignment, I developed my opinion of value utilizing the definition of market value.

On the basis of inspection, research, and analysis, the market value for each property is as follows:

- 1970 Porsche 914/6 *as-if* it were a 914/6 GT (VIN: #9140431543): **$525,000 (five-hundred-twenty-five-thousand US Dollars)**
- 1970 Porsche 914/6 as-is (VIN: #9140431543): **$195,000 (one-hundred-ninety-five-thousand US Dollars)**
- 1970 Porsche 914/6 as-is (VIN: #9140430011): **$146,500 (one-hundred-forty-six-thousand-and-five-hundred US Dollars)**

- 2006 Ford GT as-is (VIN: #1FAFP90S76Y401685): **$410,000 (four-hundred-ten-thousand US Dollars)**

This appraisal is subject to the limiting conditions and assumptions as stated herein. The total submitted value is based on the whole and possessory interest of each vehicle, undiminished by liens, fractional interest, or other encumbrances. To be valid, this appraisal report must be used in its entirety of 67 pages. I have no past, present, or contemplated future interest in any of the subject vehicles.

This appraisal was prepared in compliance with *the Uniform Standards of Professional Appraisal Practice (USPAP) 2024 (effective January 1, 2024)*, promulgated by the Appraisal Standards Board of The Appraisal Foundation and the *Principles of Appraisal Practice and Code of Ethics* of the American Society of Appraisers.

Information provided to me during the preparation of this appraisal and identified as confidential will remain so, as will my opinion and conclusion, in accordance with *USPAP* and the ASA *Code of Ethics*. Perry-Payne Appraisal retains a copy of this appraisal report, together with the assignment workfile for a minimum of five (5) years, or two (2) years following the conclusion of any legal proceeding in which the appraiser has given testimony regarding the appraised property, whichever is longer.

In addition:

- I have not authored any publications over the previous ten years;
- I have not testified in any cases over the previous four years; and
- My compensation for this report was a flat fee of $6,250.00 and I was reimbursed for expenses associated with travel to inspect the Ford GT ($2,022.35).

The submission of this report completes this appraisal assignment. Thank you for allowing Perry-Payne Appraisal to be of service to you.

Sincerely,

Matt Oleksiak
Accredited Member (AM), American Society of Appraisers

The engine compartment is very clean, with no oil or fuel residue present. The Weber carburetors are fitted with polished velocity stacks with mesh inlet screens. There are some scratches and dimples on the black plastic covers over the velocity stacks. A modern Odyssey battery is installed. The rear trunk compartment is very clean, and some paint proximate to the engine cover and between the rear shock towers and on the rear shock turrets appears to have been thickly applied. The plastic crankcase vent container appears to be new and shows no oil residue.

The front trunk compartment is very clean, and the rubber sealing gaskets appear to be in very good condition. The trunk carpet is clean and has no stains or marks. Some of the body-color paint on the inside of the front compartment has orange peel, especially near the data plate.

The underside is very clean, with no drips or evidence of fluid leakage. The rubber axle boots are in excellent condition, and there are no leaks from the transmission output seals. The painted exhaust system is in good condition and does not show any evidence of heat corrosion. The front metal underbody covering is straight and even, and shows no scrapes.

All exterior décor trim (e.g., door handles, badging, window frames, driver's side-view mirror, exhaust finisher, and bumpers) is in very good condition with no pitting. The left and right front wheels have some small rock chips, and the rear painted steel wheels are in good condition and all hubcaps wear centered Porsche crests. The Pirelli tires are in good condition and have serviceable tread; each valve stem cap is safety-wired to its wheel.

**Background**

(General historical background for the Porsche 914/6 series appears on pages 14-15).

The subject vehicle (#9140430011) is a 1970 Porsche 914/6, one of 3,351 Porsche 914/6 models reportedly manufactured between 1970 and 1972. Based on its serial number, it is also one of the earliest 914/6 examples manufactured by Porsche. (Some sources reportedly claim it is the first production 914/6).

This appraisal is developed subject to the extraordinary assumption that the subject vehicle's drivetrain components – including the engine and transmission -- are original to the vehicle (i.e., "matching-numbers") and are in sound mechanical condition, free from latent defects not readily observable during a non-invasive inspection.

This assumption is considered reasonable given the scope of work, the level of inspection agreed upon, and the absence of readily observable evidence to the contrary. However, the appraiser did not perform forensic verification of serial numbers or internal component inspection.

<u>Comparables</u> (*asterisk and *italics* indicate vehicle description as per offering venue; F/S indicates "for sale" and N/S indicates "not sold")

| | |
|---|---|
| 1. 1970 Porsche 914/6, #2350 **$148,500** Mecum Monterey 08/16/2025 (lot #S18.1) **Green Metallic/black, special order paint, rebuilt flat-six by marque specialists, original Weber carburetors, comprehensive five-year restoration, XPEL paint protection, rebuilt 5-speed manual converted to side-shifter, original Blaupunkt Frankfurt radio and door cards, Bluetooth, CA blue-plate car* - SIMILAR/SLIGHTLY SUPERIOR |  |

I selected this comparable as it illustrated the top of the 914/6 market. It featured a rebuilt, numbers-matching engine with its original Weber carbs and was the subject of a five-year comprehensive restoration, including its special-order green paint. It had also been located in Southern California since new. It also featured some understated custom touches such as Ferrari-Red powder coating on the intakes and valve covers and a custom appearance group console with Porsche gauges. I judged this comparable to be similar/slightly superior to the subject vehicle.

| | |
|---|---|
| 2. 1970 Porsche 914/6, #2026 **$128,100** on BringATrailer.com in NH (08/01/2025) **Adriatic blue/black leatherette, matching numbers overhauled 2.0-liter flat-six, 5-speed manual, original French delivery, repainted prior to 2021, 15" Mahle alloy wheels, Becker AM/FM radio, Pioneer 8-Track, partial records, Porsche Technical Certificate* – SLIGHTLY INFERIOR |  |

I included this comparable as it described a numbers-matching example that had originally been delivered in France. It featured an older repaint (prior to 2021) in its original colors with an older transaxle overhaul, although the engine had been overhauled just prior to the current sale. Given some of the apparent gaps in records, along with the older repaint/transaxle rebuild, I judged this comparable to be slightly inferior to the subject vehicle.

| | |
|---|---|
| 3. 1970 Porsche 914/6, #1057 **$105,000** on BringATrailer.com in CA (03/15/2025) **Tangerine/black vinyl, non-matching 2.0-liter flat-six, 5-speed manual, rebuilt Weber carburetors and brake calipers, 14" Fuchs wheels, repaint in original color, refreshed interior, Euro-style rear badging* - INFERIOR |  |

I included this comparable to illustrate the delta in value for 914/6 examples with a non-matching numbers engine. This example had previously been set up for autocross with modified suspension components; it also wore a repaint in its original colors, which are identical to the subject vehicle. I judged this comparable to be inferior to the subject vehicle due to its conversion to competition spec (which included the fitment of several GT-specific parts) and subsequent re-conversion back to street trim.

| | |
|---|---|
| 4. 1970 Porsche 914/6, #2297 **F/S for $99,900** at M. Brandon Motorcars in TX (04/08/2026) **Silver Metallic/black, 2.0-liter flat-six built to 911E spec in 2013; 5-speed manual, refurbished interior, known history for past 25+ years, very original* - INFERIOR |  |

I included this comparable as it appeared to be a mostly-original example; however, its Weber carburetors had been swapped for the fuel injection system from a 911E; the ad description did not disclose if the entire engine had been swapped, or only its induction system. Given the unknown factor regarding its engine origin, I judged this comparable to be inferior to the subject vehicle.

| | |
|---|---|
| 5. 2.7L-Powered 1970 Porsche 914/6, #2110 **N/S for $95,000** on BringATrailer.com in IL (03/23/2026) **Irish Green/beige leather, replacement 2.7-liter flat-six with magnesium crankcase, 5-speed manual, electronic ignition, dual Weber carburetors, GT exhaust, Carrera disc brakes, 23-mm master cylinder, 14" Fuchs alloy wheels, Danske exhaust, service records* - INFERIOR |  |

This example illustrates the shift in value which occurs for the 914/6 when multiple modifications are made which detract from the vehicle's originality. Although stock-appearing, this example had many mechanical modifications, including a replacement 2.7-liter flat-six engine and enhanced braking components. Given the highly modified nature of this example, I judged it to be inferior to the subject vehicle.

| | |
|---|---|
| 6. 1970 Porsche 914/6, #0159 **$84,000** on BringATrailer.com in IN (04/07/2026) **Adriatic Blue/black vinyl, matching numbers rebuilt 2.0-liter flat-six and transaxle, 5-speed manual converted to side-shifter, original 14" Fuchs polished alloys, repainted in original colors in early 2000s, speedometer & odometer inoperative, service records, Porsche CoA* - INFERIOR |  |

I included this comparable as it illustrated the 'driver' tier of 914/6 examples. Although it featured a rebuilt numbers-matching engine/transaxle, it had a much older repaint than

other 914/6 examples which had been offered. The fact that its speedometer and odometer were inoperative also likely gave some prospective bidders a reason to pause, given there could also be other hidden issues. The polished finish on the Fuchs alloy wheels was a bit off-putting to some bidders, who mentioned this in the online comments. The noted online 914 authority 'dr914' disclosed that he had compiled a list of 38 items (based on the auction photos) which required correcting. Given the amount of items which required attention, I judged this comparable to be inferior to the subject vehicle.

**Analysis**

The Porsche 914/6 market demonstrates strong preference for authenticity and preservation, as buyers paid higher prices for examples with a high degree of originality in contrast to those which had been equipped with performance-oriented modifications. Vehicles maintaining a factory-correct configuration while presenting in well-restored condition typically achieved the highest values.

I felt that comparable #1 ($148,500 auction price realized) and #2 ($128,100 auction price realized) represent the upper tier of the 914/6 market, with matching-numbers engines and high-quality restorations. I considered this tier to be representative of vehicles with a value range from $120,000 to $150,000.

Vehicles with some deficiencies comprise the next market tier, and comparable #3 ($105,000 auction price realized) is indicative of this grouping. This example had a replacement engine and some deviations from stock specification. This range is represented by vehicles with values from $100,000 to $120,000.

Comparables #4 ($99,900 asking price) and #5 ($95,000 high bid) confirmed the impact of non-originality and uncertainty in mechanical configuration and consequently defined a third tier for Porsche 914/6 values. These two examples illustrated that deviations from original factory specification (especially with regard to increased-displacement engines) result in market value reduction when compared to comparable condition numbers-matching cars. I considered this range to include vehicles with values ranging from $85,000 to $100,000.

The last tier below the above-described levels is comprised of examples with replacement engines and upgraded performance components, and those vehicles with original components but appearing as driver-quality (e.g., condition #3). Comparable #6 ($84,000 auction price realized) suggests that the upper boundary for these vehicles is approximately $85,000.

I judged the subject vehicle's value as falling squarely within the top end of the upper tier, given its matching-numbers drivetrain. It exhibits in excellent overall condition, appears to have no significant deviations from the correct factory specification, and also appears to have one of the earliest production series chassis numbers. For these reasons, I considered the market value of $146,500 to be appropriate.