PORSCHE

# Certificate of Authenticity

The Porsche vehicle with the identification number listed below was manufactured with the following assembly specifications:

**9140431543**

**Model Year/Type**
1970 914/6

**Production Completion Date**
Information Not Available

**Manufacturer's Suggested Retail Price (MSRP)**
Information Not Available

**Engine Number/Type**
6404985

**Transmission Number/Type**
Information Not Available

**Exterior Paint Color/Code**
Canary Yellow/29

**Interior Material Color/Type**
Black Leatherette/11

**Optional Equipment**
Safety Steering Wheel - Leather
White Fog Lights
No Information Available

Detlev von Platen
President and Chief Executive Officer
Porsche Cars North America, Inc.

M20033