UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

---

JAMES EDWARDS,

Plaintiff,

v. Case No.:

TONY SAMOJEN, 3:25-CV-08174-SPL

Defendant.

---

VIDEOTAPED DEPOSITION

---

WITNESS: JAMES EDWARDS

DATE: Wednesday, June 24, 2026

START TIME: 8:42 a.m., PT

END TIME: 1:57 p.m., PT

REMOTE LOCATION: Remote Legal platform

PROCEEDINGS OFFICER: Vanessa Van Wagner, CER-1602

JOB NO.: 50762

after he handed you the binders before you left?
A The visit -- what location are you asking? I was --
Q When you were at Tony's Samojen's on that October 23rd, the first day --
A Yes.
Q -- he handed you the binders.
A Yes.
Q What did you do for the remainder of the visit of that day?
A Of that day? At the visit to his garage, you're saying? I think there was some idle chit-chat between myself, Tony, and Kerry. I can't recall what the idle chit-chat was.
And then I told him I would return the information to him the next day and, you know, we could talk further. I left it at that.
Q Do you remember where you stayed that night?
A I can't recall the hotel.
Q Do you remember how much time you spent looking at the binders that night?
A Well, I probably spent a couple hours going through both of them, at least.
Q Do you remember how much time you looked at the Porsche 1543 binder in particular?

A I did not have a time clock going. I don't recall. I went through it page by page by page by page.
Q You looked at every single --
A I took everything. And anytime somebody hands me documents, I want to look at everything.
Q When did you notice you had the binder for Porsche 1543?
A Obviously when I was in my room and I opened it up and it wasn't about 011. And it was fairly obvious that it was for 1543, because there was a big photograph of the car with 914-6R on it in there with -- which turned out to be the template for some handout cards that he'd had made up for the car. So then I kind of realized this is not 011, it's the other car.
Q Were you surprised?
A I was surprised.
Q Did you try to call Tony to tell him?
A No. I did not.
Q Okay. I'm going to open file 19A. The window sticker. I opened the wrong one here. I opened 19. 19A. I see it in your left hand. Yeah. That's 19. Oh. Oh.
Well, so what's on the screen here, 19A, was disclosed by you through your lawyers as a copy of the window sticker you emailed Kerry Morse on December 4,

A That was the only time I saw the car prior to the purchase. Yes.

Q Okay. Okay. We're going to go down to paragraph 28 on the same page here. It talks about a group of photos that you found on a website called "pbase.com."

So I am going to go to that website. Yeah. We'll stop right at 11:25 regardless of whatever I'm doing here.

A Okay.

Q Okay. And you have disclosed an archived version of this website recently. I can't refer to the Bates numbers, but it's in there.

So, Jim, when were you doing the research that paragraph 27 of the complaint talks about?

A Well, I was referring to anything I could find online. I was researching. I have a fairly extensive Porsche library.

Q Sorry. My question was about the timing of it.

Was this between the -- it says in paragraph 27 you did research. When was that research conducted?

A Obviously, from the 24th forward to the time I purchased it, I was doing what research I could on it.

Q Thank you. Is -- go ahead and share that.

the disclosure. So this PDF is compiled from plaintiff's disclosure.

MR. CROGHAN: Exhibit 16?

MR. COOK: Yes. Exhibit 16. Thank you.

(Exhibit 16 marked for identification.)

BY MR. COOK:

Q Do you remember seeing this document in the binder?

A I -- I don't recall specifically. I'm very familiar with this -- this information. I -- I assume it was in there, but I can't recall specifically.

Q Okay. Do you know what this document is?

A I -- yes. I do. The factory listings for -- in this case, the factory works cars.

Q Is 1543 listed on here?

A It is not.

Q Do you know what PBase is?

A It is a 914 chat line.

Q Did you know about it when you were looking at the binder for the first time?

A I've -- I've been aware of it, yes. I've -- I've been on it before.

Q Okay. So did you recognize it was a PBase website when you saw this document?

A Well, yes. But to be honest with you, I

wouldn't give this two looks for one reason. I'm very familiar with these pages. They're in numerous Porsche reference books. So if -- if I saw it there, I would not be riveted to it. I have knowledge of what this is.

Q Okay. I'm going to move on to file 7.

MR. CROGHAN: Exhibit 17?

MR. COOK: Yes. Please mark as Exhibit 17.

(Exhibit 17 marked for identification.)

BY MR. COOK:

Q Okay. And do you recognize this document from the binder?

A I can't recall this one.

Q Okay. This was disclosed as AE_602 through -- oh. No. I'm sorry. This was disclosed as JE_635 and 636. It is very difficult to read.

Can you tell on the -- on the big screen maybe, or on -- whatever you have there, on the first page, there's what looks like a VIN number in the top right-hand table there.

Do you see what that is?

A Yes. It's 914-0431. Looks like 571.

Q Which is not the number of 1543, right?

A That's correct.

Q Okay. And then page 2. So page 2 looks like

CERTIFICATE OF NOTARY PUBLIC

State of Florida )
County of Osceola)

I hereby certify that on the 24th day of June, 2026, before me, a notary public for the State of Florida, JAMES EDWARDS remotely appeared via videoconference, and prior to testifying, swore an oath, to tell the truth.

DATED this 24th day of June, 2026.

__________/s/_____________________
Damaris Loperena
Notary Public
State of Florida
Commission No.: HH 605799
Commission Expiration: 10/23/2028

CERTIFICATE OF PROCEEDINGS OFFICER

I, Vanessa Van Wagner, hereby certify:

That the foregoing proceedings were taken before me at the time and place therein set forth;

That the proceedings were recorded by me and thereafter transcribed, and that the foregoing transcript is a true and accurate record of said proceedings to the best of the transcriber's ability.

I further certify that I am neither counsel for nor related to any parties to said action, nor in any way interested in the outcome thereof.

DATED, this 9th day of July 2026.

______________________________

Vanessa Van Wagner

CER-1602

Proceedings Officer