**1971 MODELS**

| | | | |
|---|---|---|---|
| 1971 | 9141430229 | Willow Green | Race history unknown |
| 1971 | 9141430306 | Tangerine | Raced in A.D.A.C events (1971-77) |

**BOLD face chassis numbers are noted on June 30th, 1971 Telex from Porsche-Volkswagen to Paul Gotha and Jo Hoppen at Porsche-Volkswagen-Audi of America. The note also identifies that 400 component kits by part number were all produced to update 914/6 production cars to "GT" standards.**

## 914-6 GT Chassis Serial Numbers_4.jpg

other sizes: small medium large original

previous | next

Copyright © 2001-2006 Armando Serrano. All Rights Reserved

post a comment

| | | | | | |
|---|---|---|---|---|---|
| 1971 | **9141430328** | Signal Orange | | Raffay | D |
| 1971 | **9141430332** | Light Ivory | Raced in FIA by Muniz 1972<br>Charles Guyot | Bunker | USA |
| 1971 | **9141430373** | | | Mahag | D |
| 1971 | **9141430415** | Gemini Blue | M-471 Package | Porsche Audi | USA |
| 1971 | **9141430418** | Light Ivory | | Heiderich | SP |
| 1971 | **9141430425** | Silver Metallic | M-471 Package | Porsche-Audi | USA |
| **1972 Models** | | | | | |
| 1972 | 9142430070 | Silver Metallic | | | |
| 1972 | 9142430110 | | | | |
| 1972 | 9142430123 | Saturn Yellow | | | |
| 1972 | 9142430143 | Silver Metallic | | | |
| 1972 | 9142430201 | Silver Metallic | | | |
| 1972 | 9142430255 | Saturn Yellow | | | |
| 1972 | 9142430259 | Gemini Blue | M-471 Package | | |
| 1972 | 9142430260 | | M-471 Package | | |
| **Dealer Prepared GT and M471 variants** | | | | | |
| **1970 MODELS** | | | | | |
| 1970 | 9140430163 | | Strähle GT, raced at Targa 1971 | | |
| 1970 | 9140430306 | | Raced in Germany and Sweden | | |
| 1970 | 9140430462 | Signal Orange | Raced in Germany (1970-1977) | | |
| 1970 | 9140430919 | Canary Yellow | Raced in 1972 ADAC events by Dworazik | | |
| 1970 | 9140432153 | | Partial conversion by Utah Dealer | | |

## 914-6 GT Chassis Serial Numbers_3.jpg

other sizes: small medium large original

previous | next

Copyright © 2001-2006 Armando Serrano. All Rights Reserved

post a comment

| Date | Chassis No. | Engine No. | Gearbox No. | Body No. | Paint | Notes | Client | Location |
|---|---|---|---|---|---|---|---|---|
| 1970 | 9140430012 | | | | Silver Metallic | Porsche Factory development car | Porsche | D |
| 1970 | 9140430019 | | | | Irish Green | Prototype car | Porsche | D |
| 1970 | 9140430032 | | | | Tangerine | Alexander Gebhard Stuttgart, Germany | Schulp | CH |
| 1970 | 9140430181 | | | | Canary Yellow | Raced FIA by Seiler 1970-71 | Seiler | CH |
| 1970 | 9140430315 | | | | Tangerine | Raced FIA-IMSA Brumos 71 IMSA Champ<br>Brumos Porsche, Florida USA | Loach / Brumos | LX |
| 1970 | 9140430424 | | | | Canary Yellow | | Loeber/Becker | D |
| 1970 | 9140430457 | | | | Light Ivory | 1970 Tour de France | Sonauto | F |
| 1970 | 9140430653 | | | | Signal Orange | Raced in Europe by Kramer<br>Llew USA | Liedeke | D |
| 1970 | 9140430691 | | | | Light Ivory | 71 Daytona R. Meaney 8th OA (2nd GTU)<br>Patrick Scalli, Cohasset, MA / Ed Mettleman USA | | |
| 1970 | 9140430674 | | | | Canary Yellow | | Gregor | D |
| 1970 | 9140430705 | | | | Signal Orange | Trainer at 1970 Targa | Porsche / Peter Gregg | D / USA |
| 1970 | 9140430709 | | | | Signal Orange | Trainer at 1970 Targa & 1971 Monte Carlo | Porsche | D |
| 1970 | 9140430737 | | | | Tangerine | | Gudlatt | D |
| 1970 | 9140430983 | | | | Signal Orange | Test Car | Porsche | D |
| 1970 | 9140430985 | | | | Canary Yellow | | Bocco | CH |
| 1970 | 9140431017 | | | | Light Ivory | 71 Daytona 1st GTU (7th overall)<br>Garry Wigglesworth, Dover, PA USA | Sonauto | F |
| 1970 | 9140431020 | | | | Light Ivory | 70 Le Mans 1st GT (6th overall)<br>Mike Hagen, USA | Sonauto | F |
| 1970 | 9140431028 | | | | Light Ivory | | Weber | D |
| 1970 | 9140431034 | | | | Canary Yellow | | Hoffrichter | D |
| 1970 | 9140431086 | | | | Light Ivory | | Nayler | USA |
| 1970 | 9140431258 | | | | Canary Yellow | | Mahag | D |
| 1970 | 9140431569 | | | | Canary Yellow | | Fernandez | SP |

# 914-6 GT Chassis Serial Numbers_1.jpg

other sizes: small medium large original

previous | next

Copyright © 2001-2006 Armando Serrano. All Rights Reserved

post a comment

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 1970 | 9140431571 | 6400636 | 7501583 | 131597 | Canary Yellow | Sold new to Charles Grimes / Howard De Haven, now with Bill Noon, San Diego, CA USA | Messrs AS Motors Sociedade | Portugal |
| 1970 | **9140431605** | | | | | Test Car | Porsche | D |
| 1970 | **9140431621** | | | | | Test Car | Porsche | D |
| 1970 | **9140431640** | | | | Signal Orange | Test Car, 12,000 km continuous run | Porsche | D |
| 1970 | **9140431732** | | | | Signal Orange | Raced at 1970 RAC Rally 12th | Porsche | D |
| 1970 | **9140432541** | | | | Signal Orange | Raced at 1970 Marathon de la Route 1st | Porsche | D |
| 1970 | **9140432542** | | | | Signal Orange | Raced at 1970 Marathon de la Route 3rd<br>Miles Collier, Florida USA | Porsche | D |
| 1970 | **9140432543** | | | | Signal Orange | Raced at 1970 Marathon de la Route 2nd | Porsche | D |
| **1971 MODELS** | | | | | | | | |
| 1971 | **9141430139** | | | | Signal Orange | Raced at 1971 Monte Carlo 3rd | Porsche | D |
| 1971 | **9141430140** | | | | Signal Orange | Raced at 1971 Monte Carlo | Porsche | D |
| 1971 | **9141430141** | | | | Signal Orange | Raced at 1971 Monte Carlo | Porsche | D |
| 1971 | **9141430207** | | | | Canary Yellow | | Gloeckler | D |
| 1971 | **9141430218** | | | | Signal Orange | | Mahag | D |
| 1971 | **9141430233** | | | | Tangerine | | Hahn | D |
| 1971 | **9141430234** | | | | Bahia Red | | VW-Porsche | D |
| 1971 | **9141430242** | | | | Light Yellow | Raced by Relp<br>BEL ? | Schultz | D |
| 1971 | **9141430247** | | | | Tangerine | | Mahag | USA |
| 1971 | **9141430251** | | | | Silver Metallic | M-471 Package | Porsche-Audi | USA |
| 1971 | **9141430258** | | | | Silver Metallic | M-471 Package | Porsche-Audi | USA |
| 1971 | **9141430263** | | | | Silver Metallic | M-471 Package<br>Lenexa KS USA | Porsche-Audi | USA |
| 1971 | **9141430291** | | | | Canary Yellow | | Mahag | D |
| 1971 | **9141430318** | | | | Silver Metallic | | Mahag | D |

## 914-6 GT Chassis Serial Numbers_2.jpg

other sizes: small medium large original



Copyright © 2001-2006 Armando Serrano. All Rights Reserved

post a comment