**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ARIZONA**

James Edwards,

Plaintiff,

v.

Tony Samojen,

Defendant.

Case No. 3:25-CV-08174-SPL

**ORDER GRANTING PLAINTIFF'S MOTION FOR LEAVE TO FILE FIRST AMENDED COMPLAINT**

(Hon. Steven Paul Logan)

Before the Court is the Plaintiff's Motion for Leave to File First Amended Complaint (Doc. 109), in which Plaintiff requests leave to file the first amended complaint.

**IT IS ORDERED** that Plaintiff's Motion for Leave to File First Amended Complaint (Doc. 109) is **granted**.

Dated this .