**Rusing Lopez & Lizardi, P.L.L.C.**
7047 E. Greenway Parkway, Suite 400
Scottsdale, Arizona 85254
Telephone: (480) 663-9800
Facsimile: (520) 529-4262
dbernardone@rllaz.com
aclark@rllaz.com
*Attorneys for James Edwards*

Daniel B. Bernardone
State Bar No. 033256
Aaron Clark
State Bar No. 038534

Michael Croghan (ARDC #6312601)
Patrick O'Meara (ARDC # 6317487)
Luca Giovine (ARDC #6337664)
Rachel Dudley (ARDC #6352864)
McDonald Hopkins LLC
300 North LaSalle St., Suite 1400
Chicago, IL 60654
Telephone: (312) 280-0111
mcroghan@mcdonaldhopkins.com
pomeara@mcdonaldhopkins.com
*Attorneys for James Edwards*
*Admitted Pro Hac Vice*

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| James Edwards,<br><br>Plaintiff,<br><br>vs.<br><br>Tony Samojen,<br><br>Defendant. | Case No. 3:25-cv-08174-SPL<br><br>**INDEX OF EXHIBITS TO PLAINTIFF'S RESPONSE TO DEFENDANT'S STATEMENT OF FACTS** |

| Exhibit No. | Description |
|---|---|
| A | James Edwards Deposition Transcript Excerpt |
| B | Combined Expert Reports |
| C | Work Orders Form |
| D | Email to Morse Re Google Search |
| E | Emails Re Window Sticker |
| F | Declaration of James Edwards |
| G | Chris Samojen Deposition Transcript Excerpt |
| H | Tony Samojen Deposition Transcript Excerpt |
| I | Defendant’s First Amended and Supplemental Responses to Plaintiff’s First Set of Requests for Admission |
| J | Defendant’s Initial Responses to Plaintiff’s First Set of Requests for Admission |
| K | Defendant's First Amended and Second Supplemental Responses to Plaintiff's First Set of Interrogatories |
| L | Defendant’s Initial Responses to Plaintiff’s First Set of Interrogatories |
| M | Window Sticker |
| N | Placards |
| O | Defendant’s Responses to Plaintiff’s Second Set of Interrogatories |
| P | Emails Re Original Window Sticker |
| Q | Emails Re Computer Forensic Examination |
| R | Kerry Morse Deposition Transcript Excerpt |

| | |
|---|---|
| S | Declaration of James Patrick |