# EXHIBIT A

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

---

JAMES EDWARDS,

Plaintiff,

v. Case No.:

TONY SAMOJEN, 3:25-CV-08174-SPL

Defendant.

---

VIDEOTAPED DEPOSITION

---

WITNESS: JAMES EDWARDS

DATE: Wednesday, June 24, 2026

START TIME: 8:42 a.m., PT

END TIME: 1:57 p.m., PT

REMOTE LOCATION: Remote Legal platform

PROCEEDINGS OFFICER: Vanessa Van Wagner, CER-1602

JOB NO.: 50762

A P P E A R A N C E S

MCDONALD HOPKINS, LLC
300 North LaSalle Street
Suite 1400
Chicago, Illinois 60654
By: MICHAEL CROGHAN, ESQUIRE
mcroghan@mcdonaldhopkins.com
Appearing for Plaintiff

SILENCE LAW GROUP, PLLC
20235 North Cave Creek Road
Suite 104, Number 460
Phoenix, Arizona 85024
By: TREVOR COOK, ESQUIRE
trevor@silencelaw.com
Appearing for Defendant

ALSO PRESENT:
Damaris Loperena, Notary Public
Tony Samojen, Defendant (Observer)

I N D E X O F T E S T I M O N Y

EXAMINATION OF JAMES EDWARDS: PAGE

By Mr. Cook 8

I N D E X O F E X H I B I T S

(available for download)


| EXHIBIT | DESCRIPTION | PAGE |
|---|---|---|
| 1 | Text messages between plaintiff and Kerry Morse | 27 |
| 2 | Email chain regarding viewing of Ford GT | 60 |
| 3 | Agreement Email between plaintiff and defendant | 70 |
| 4 | Purchase agreement | 72 |
| 5 | Email thread between plaintiff and Kerry Morse regarding window sticker | 76 |
| 6 | Email chain dated 10/31/2021 | 79 |
| 7 | Chain of emails disclosed by Kerry Morse | 81 |
| 8 | Complaint submitted by plaintiff against defendant | 93 |
| 9 | Plaintiff's supplemental responses to defendant's first set of interrogatories | 123 |
| 10 | Plaintiff's responses to defendant's Third set of interrogatories | 129 |
| 11 | Email from plaintiff to Andy Smith | 133 |
| 12 | Email chain between plaintiff and David Pateman | 143 |
| 13 | Report prepared by David Pateman for 914-043-1543 | 144 |

I N D E X O F E X H I B I T S (Continued)

(available for download)


| EXHIBIT | DESCRIPTION | PAGE |
|---|---|---|
| 14 | Email chain between plaintiff and defendant | 147 |
| 15 | Front cover of the Porsche 1543 binder | 150 |
| 16 | Factory listing of factory works cars | 152 |
| 17 | Document from stazak.com | 153 |
| 18 | Porsche 914-6 Owner's Manual | 155 |
| 19 | Certificate of Authenticity for 914-043-1543 | 156 |
| 20 | Maintenance record document for Porsche servicing | 159 |

P R O C E E D I N G S

THE PROCEEDINGS OFFICER: Good morning. We are now on the record. Today's date is June 24, 2026, and the time is approximately 8:42 a.m., Arizona Time.

My name is Vanessa Van Wagner, and I'm the officer designated by Remote Legal, 11 Broadway, Suite 468, New York, New York, to take the record of this proceeding.

This is the video-recorded deposition of James Edwards, taken in the matter of Edwards versus Samojen, Case Number 3:25-CV-08174-SPL, filed in the United States District Court for the District of Arizona.

Would all counsel please identify themselves for the record, stating their firm and who they represent, starting with the noticing attorney.

MR. COOK: I'm Trevor Cook, representing Tony Samojen, defendant in this case.

MR. CROGHAN: Michael Croghan, representing James Edwards, plaintiff.

THE PROCEEDINGS OFFICER: Will the notary please identify themselves for the record.

THE NOTARY PUBLIC: Damaris Loperena, with Remote Legal.

THE PROCEEDINGS OFFICER: This video-recorded deposition is being taken remotely on behalf of the defendant and is being conducted pursuant to the procedural rules and laws governing this matter.

As such, all parties agree to this means of capturing the official record, which may include recording by audio, audiovisual, and/or stenographic means, and agree not to oppose admissibility of the testimony in this proceeding on the basis of the personnel or method by which the testimony was captured.

Further, all parties agree that the proceedings officer or person administering the oath may be authorized to administer the oath under the rules where they reside.

Do the parties so stipulate?

MR. COOK: Yes.

MR. CROGHAN: Yes.

THE PROCEEDINGS OFFICER: Will the notary please swear in the witness.

THE NOTARY PUBLIC: Will the witness please state and spell his name for the record.

MR. EDWARDS: James Edwards. J-A-M-E-S E-D-W-A-R-D-S.

THE NOTARY PUBLIC: Please raise your right hand.

Do you swear or affirm that the testimony you shall give in this proceeding today will be the truth, the whole truth, and nothing but the truth?

MR. EDWARDS: I do.

WHEREUPON,

J A M E S E D W A R D S ,

having been called as a witness, being duly sworn by the notary public present, testified as follows:

THE NOTARY PUBLIC: The witness is now sworn.

THE PROCEEDINGS OFFICER: Thank you.

Counsel, you may proceed.

MR. COOK: Thank you.

Initially, Michael, it looks like you're in the video. Could you scoot over just a little?

MR. CROGHAN: Oh. Yeah. Thank you. I guess I could do this to keep it that way. A little bit down.

MR. COOK: Yeah.

EXAMINATION

BY MR. COOK:

Q All right. Jim, have you been deposed before?

A I can't recall. I don't think so.

Q Okay. So how much time did you spend to prepare for today's deposition?

A I manufactured cleaning products.
Q Okay. Have you held any other jobs?
A At '83, yes.
Q Okay. Would you describe yourself as a car guy?
A I would describe myself as, depending how you determine that definition, a car guy from the standpoint I was a collector and I also did road racing.
Q How long have you been collecting cars?
A Probably started collecting in the mid-90s.
Q Do you remember the first car that you acquired?
A Yes. It was Porsche, 1954 Speedster.
Q You have a special interest in Porsches?
A I have been partial to those during my lifetime.
Q How many have you owned?
A I couldn't tell you.
Q More than 100?
A Yes.
Q How about Porsche 914-6s?
A Maybe six of those, to my recollection.
Q Are you active in the Porsche community?
A Not anymore.
Q But you used to be?

A Used to be.
Q How so?
A Mainly in vintage racing.
Q How does that work? Are there organizations that organize those races?
A There are vintage race organizations that sanction races that you enter and attend.
Q Which organizations' races have you participated in?
A VARA, HSR, HSMA, and -- let me think. SVRA, and the Monterey Historics when that was active.
Q Did you race Porsches?
A I raced primarily Porsches.
Q Did you ever race any 914-6s?
A I did.
Q What kind?
A 914-6s.
Q All right. I'm going to go to File Number 1.
Do you recognize this document?
A I do. Yes.
Q Did you review it before it was filed?
A I believe I did.
Q Is it factually correct?
A I believe it is factually correct.
Q All right. Please turn to page 2. Look at

paragraph 2. It says, The R designation refers to a line of rare competition vehicles. Few Porsche 914-6s with the R designation exist, and as a result, they are worth multiple times the value of an ordinary Porsche 914-6.

What is your understanding of a Porsche 916-4R (sic)?

MR. CROGHAN: Objection. Form and foundation.

THE WITNESS: You stated a 9 --

BY MR. COOK:

Q What is a Porsche 914-6R?

A That would stand for "Rennen." They could either be race cars or rally cars.

Q And who designated it an R?

A Well, they were designated by -- as R's, typically in factory documentation.

MR. CROGHAN: Trevor, are you marking this as an exhibit, or are we -- are we just referring to 1 as your internal?

MR. COOK: I'm just referring to 1 as internal. We will mark it, but.

BY MR. COOK:

Q Okay. I'm going to share a website here up on the screen. This is -- okay. This website, an archival

copy of it was disclosed by plaintiff as JE_001272 through 1278.

Do you recognize this website?

A The website?

Q Right here on the bottom left corner of the screen.

A Well, that's RM Sotheby's. That is a picture of my car, 0705, that was offered at auction in January.

Q Thank you. When did you acquire this vehicle?

A Approximately, -- probably third quarter of, I, believe, 2020. I believe.

Q Okay.

A I don't recall the exact date.

Q Did you know it was a 914-6R when you bought it?

A I did.

Q How did you know that?

A By the documentation.

Q What documentation?

A The car has an extensive history from Porsche. It's the first of the Works GT cars that were built, 0705, which was used as a training car for the 1970 Targa Florio.

Eventually, it was sold to Peter Gregg of Brumos Racing by Joe Hoppen of the Porsche, then Porsche

Racing Department, who then brought it to the U.S. and then raced it in IMSA in 1971.

Has extensive racing history during its tenure in the US, and a well-documented car. Also, it has another identifying mark on it that would definitely denote that it was a 914-6, what they would call an R, by the nomenclature on the inside of the driver's door that states 914/39, which designates that as a factory works car.

Q Thank you. Did that documentation include a window sticker from the dealer?

A It did not.

Q Would you -- would you have expected it to?

A Cars that old, typically, you do not expect a window sticker.

Q So back to the website here. Did you approve the final content of this auction listing?

A I reviewed it, but that wasn't something they necessarily needed me to sign off on.

Q I see. Did you -- did you approve of this first bullet point as true? "Believed to be the first of 12 914-6R factory race cars constructed by Porsche's experimental division after the initial prototype."

A I did believe that.

Q Okay. Is your understanding that 12 914-6Rs

500?

A Not -- not that I recall.

Q Before you visited Tony Samojen and saw Porsche 0011, did you agree through Kerry Morse on a tentative $600,000 purchase price for Porsche 0011?

A I did not.

Q Okay. I am going to go to File Number 27. This is one of the printouts. The first printout. This is a screenshot of text messages between you and Kerry Morse provided by Kerry Morse.

So since it's on -- or from Kerry Morse's phone, we see your name at the top there. His messages are on the right side in green on the colored version on the screen, and your -- yours messages are on the left in gray.

Do you recognize or remember these text messages?

A I don't recall it.

Q Do you think Kerry would make up a screenshot of texts between him and you and give it to us?

A I could not answer that.

Q So the top text here says it was sent October 20, 2021. And Kerry says, "We are a go at 600."

And then you respond, "Might just head over Friday, do Petersen Saturday and Samogen that day too if

possible and head back Sunday."

Why does your response to "We are a go at 600" mention Samojen?

A I can't answer that. I -- he knew I was going to go over to inspect the cars. We had no discussion regarding a price on the car. I certainly didn't agree to any price prior to going. I just went to look at the car. So this I can't explain.

Q Okay. And you visited Samojen on October 23, 2021, right?

A I presume so. I -- I can't -- I'm not sure the exact date, but that would be an approximate date.

Q Okay.

MR. COOK: Can we mark this as an exhibit?

MR. CROGHAN: What is that?

MR. COOK: Exhibit 1.

(Exhibit 1 marked for identification.)

THE WITNESS: Do we have -- do you have, I should say, any more of this text line going back and forth? -- because I had also been talking to Kerry about another car. I don't know if this is part of that or what.

So this is isolating one line you're picking out. I have no idea what the rest of the chat

line is before and after. So we never discussed that I was going to buy this car for $600,000.
BY MR. COOK:
Q Okay. We do -- excuse me. We do have more screenshots and you'll get them.
Okay. So I am going to go to file 4. Do you recognize this document?
A I do.
Q Did you approve the responses to these interrogatories as true and correct?
A I did.
Q All right. Please turn to page 4. And in your answer at the top there, it says on the third line, Plaintiff first encountered the window sticker in person on or around October 23, 2021, when plaintiff visited Samojen's home in Los Angeles, California to view Porsche 0011.
So was the date of your visit to Tony Samojen, October 23, 2021?
A Evidently that was the date that we all agreed on.
Q Okay. And I'm going to just quickly pull up a calendar here.
Okay. On the screen is an October 2021 calendar. So October 23rd is a Saturday. Do you see

that there?
A I do.
Q 23rd. Okay. So now I'm going to go back to what has been marked Exhibit Number 1. So we're looking back at that text. You said, Might just head over Friday, do Samojen on Saturday, which would correspond to the visit date of October 23rd, correct?
A It appears as such.
Q Okay. But "We are a go at 600" has nothing to do with the visit to Samojen?
A Not in my mind it didn't, no.
Q Does it have anything to do with Porsche 0011?
A Not -- there was never any discussion of the price of 0011. I strictly went to look at the car. I'm not going to agree to a price of something I haven't, at least, laid eyes on.
Q Sure. Okay. We're going to talk about that visit now.
Around what time did you arrive at Tony's house on Saturday?
A As I recall, it was early afternoon.
Q Was anybody else there with you and Tony?
A Well, Tony, Kerry arrived, I believe, after I did.
Q Were you, Tony, and Kerry together for the

entire visit?

A Once Kerry arrived, then we were there for the entire visit while I was at Tony's house. Kerry was there the whole time.

Q Okay. For about what portion of the visit was Kerry there?

A I -- I can't recall whether he was there when I got there or as I -- my recollection is, I got there first and then Kerry arrived a little later. I can't tell you if it was 10 minutes or an hour.

Q That's fine. But he -- but he was there for most of the visit?

A He was there for most of the visit.

Q Were you all three together the entire time?

A Well, not the entire time. We went through the parts area where he had his parts upstairs and scattered around his garage.

I think we may have gone to a restroom break where we weren't together. And another time we weren't together was when I asked Tony toward the end of the visit, What information do you have on 011 and the parts? I'd like to take that because I was staying overnight and I wanted to review whatever documents he had on 011 and anything on the Porsche parts.

Q Okay.

A So Tony left us while he went to obtain that information.
Q I see. I will talk about that in just a moment. For now, where did Tony take you to see Porsche 011? Was it in a garage?
A It was in a garage.
Q Can you describe the garage?
A Well, it was like a two or three-car garage. He had, as I recall, a lift where the car was up on a lift. We could look at it from underneath and examine the car. And the parts that he had were upstairs in a loft, as I recall.
Q All in -- all in the garage?
A It was all in the garage, yes.
Q What cars were in the garage?
A As I recall, the 011, and I can't recall if he had another car in there or not. I can't recall that.
Q Okay. During that visit, did you ever refer to Porsche 011 as a "GT"?
A No.
Q Did Tony?
A 011 as a GT? No. It was always referred to as the "first production 914-6." That was the purpose of it.
Q At that visit, by all three of you, Tony, and

Kerry, nobody referred to it as a GT ever?

A I can't recall. I don't believe so. I can't recall.

Q Okay. How did you inspect Porsche 011?

A Well, as we normally do, we look under the hood, we open the doors, get in, look around, look at the engine compartment, raise the rear deck lid, open the passenger door, go in, look around, usually look in a glove box because there's a lot of times information in there. And the car was up in the air to look at the underneath, the condition of it.

Q Was this all done in the garage?

A I'm sorry?

Q Was this all done in the garage?

A It was done in the garage because the car was on a lift.

Q Did you ask Tony any questions about it?

A I'm sure I did, but I can't recall what ones. He was pointing out the idiosyncrasies of the car that were rare for the first -- according to him, the first 19 of the production -- or the pre-production cars had a different weld stitching, pattern in them, different nuances that existed on the first pre-production production 914-6s that were built.

He told me the story of the car, that it was

used as a promotional car in factory literature. It was brought to the U.S. to -- as the show car when Porsche introduced the 914-6.

And the other -- other nuance of the car was the fact that it was the only -- out of the approximate 33 to 3,500 914-6s built, the only one that the chassis number, the transmission number, and the engine number all matched.

Because the succeeding Chassis Number 012, its transmission number was 014. So it was the only one that -- that had the chassis, tranny, and engine numbers all matching. So he explained a lot of the history and various things I didn't know about the car.

Q Did that make it more desirable to you?

A Well, it made it -- I guess as a collector, it would be more desirable.

Q Did Tony offer you a test drive?

A I -- I can't recall. If we drove it or not, I can't recall.

Q Did you -- did you or Tony start the car?

A I believe he started it.

Q When did you notice Porsche 1543?

A Well, I noticed the car because it was parked outside the garage when I arrived there.

Q Where outside the garage?

A Well, back toward his house. He had a driveway -- house-driveway garage shop.
Q When in the course of the visit did you see it?
A As I stated, it was in the driveway when I was looking at 011, but I never looked at the car. I had no interest in it.
Q You never looked at it during that visit?
A I did not on that day.
Q And why did you notice Porsche 1543?
A Could you isolate that a little more? I mean, as I stated, when I came there -- it's a -- it's a Porsche, a yellow Porsche. I noticed it in the driveway. I had no interest in looking at it. I came to look at 011 and the parts. To me, it was just a car parked there.
Q Okay. So you weren't paying any attention?
A I didn't pay any attention.
Q You didn't ask Tony about it?
A I did not.
Q Did Tony say anything about it?
A I don't recall it ever coming up in conversation. I don't recall.
Q Okay. So on that day of the visit, you said nothing about Porsche 1543?

A As far as I can recall, there was no discussion about it. I was focused on 011 and the parts.
Q Okay. It looks like my computer is restarting again. I will need to get a replacement.
THE PROCEEDINGS OFFICER: Should I -- should I go off the record?
MR. COOK: No. That's fine.
THE PROCEEDINGS OFFICER: While we're waiting?
MR. COOK: No. No. We can stay on the record. We'll break in about an hour.
THE PROCEEDINGS OFFICER: Okay.
BY MR. COOK:
Q All right. So eventually Tony handed you a binder of information about Porsche 0011, right?
A He handed me two binders. I did not know if those two binders were -- were about 011 or not. I didn't ask when he handed me. I asked him could I get any information that you have about 011 and the parts? I'm staying overnight, I'd like to review the documents first, which is -- I would normally do on any car that I bought.
Q Okay. And this was -- this was after the inspection?

A It was later in the afternoon. Yes.
Q And Kerry Morse had already left?
A No. He had not left. He was there.
Q Okay. Where were you when Tony handed you the binders?
A We were standing in his garage next to 011.
Q And he handed them to you in response to your question -- or your request for information about Porsche 0011?
A That's correct.
Q Did you look at them immediately and notice one of them was for Porsche 1543?
A I did not.
Q So you just held the binders, didn't look at them?
A Correct. I was going to look at them that night.
Q Okay. And Tony didn't say anything about them?
A He just handed me the binders and that was it. No discussion.
Q Okay. So you took the two binders back to your hotel, right?
A Eventually.
Q Did you -- what did you do during the visit

after he handed you the binders before you left?
A The visit -- what location are you asking? I was --
Q When you were at Tony's Samojen's on that October 23rd, the first day --
A Yes.
Q -- he handed you the binders.
A Yes.
Q What did you do for the remainder of the visit of that day?
A Of that day? At the visit to his garage, you're saying? I think there was some idle chit-chat between myself, Tony, and Kerry. I can't recall what the idle chit-chat was.
And then I told him I would return the information to him the next day and, you know, we could talk further. I left it at that.
Q Do you remember where you stayed that night?
A I can't recall the hotel.
Q Do you remember how much time you spent looking at the binders that night?
A Well, I probably spent a couple hours going through both of them, at least.
Q Do you remember how much time you looked at the Porsche 1543 binder in particular?

A I did not have a time clock going. I don't recall. I went through it page by page by page by page.
Q You looked at every single --
A I took everything. And anytime somebody hands me documents, I want to look at everything.
Q When did you notice you had the binder for Porsche 1543?
A Obviously when I was in my room and I opened it up and it wasn't about 011. And it was fairly obvious that it was for 1543, because there was a big photograph of the car with 914-6R on it in there with -- which turned out to be the template for some handout cards that he'd had made up for the car. So then I kind of realized this is not 011, it's the other car.
Q Were you surprised?
A I was surprised.
Q Did you try to call Tony to tell him?
A No. I did not.
Q Okay. I'm going to open file 19A. The window sticker. I opened the wrong one here. I opened 19. 19A. I see it in your left hand. Yeah. That's 19. Oh. Oh.
Well, so what's on the screen here, 19A, was disclosed by you through your lawyers as a copy of the window sticker you emailed Kerry Morse on December 4,

2021.
Is this the same window sticker you saw in the Porsche 1543 binder?
A This appears to be the same sticker that I saw in the binder for 1543 on the night that I first went through those two binders, yes.
Q Okay. And at the top, it says, "Body type 914-6R." And then below that above the components list, it says, "R competition option group," correct?
A It does.
Q When you first saw that that night, what did you understand that to mean?
A I thought this was an extremely rare occurrence to have a factory window sticker surviving from that age. You don't see them often, especially on a competition car. It was, to me, as a collector, a very valuable and rare piece of documentation to -- shall we say, if anybody questioned the authenticity of the car, that is a very valuable piece to say it is what it is.
Q So that was your first impression of the document, that it was a surprising document to exist?
A Yes. I was -- I was very surprised that something like this existed with the car, yes.
Q When you first read it, what did you

understand body type 914-6R to mean?

A Well, the body group of a 914-6R would be the obvious widened fenders, a certain type of roll bar, the way it's fitted, the type of seats, the type of headlights, the type of gas tank, the type of brakes, the type of engine. There are many components that go into distinguishing a 914-6R.

Q So when you saw that, did you think it belonged within the same group as your Porsche 0705?

A I would assume that it would be very similar. I mean, again, when these cars were being built in era, there were changes in them as the build went on. 0705, as an example, just for explanation, from when it was first built, that car also acted as a test mule when they would try and do different nuances, different thicknesses of body panels, different air scoops for oil cooling, transmission oil cooling, et cetera.

So you can have the basic configuration of what a 914-6R or factory GT would be, also understanding that not all of them are carbon copies.

Q Okay. So did you return the binders to Tony the next day, October 24th?

A I did.

Q Where did you return them to him?

A At his home, in the garage, as I recall.

Q Okay. So did you get out of your car and talk to him?
A Of course. I got out of the car, I handed him the binders.
Q Okay. Were you standing outside when you handed them to him?
A I don't recall.
Q Did you ask him about binder -- the binder for Porsche 1543?
A As I recall, I asked him whether or not he was interested in selling 1543.
Q Did you ask him why he gave you that binder?
A I did not.
Q How long did you two talk when you returned the binders?
A I don't recall. We could have spent an hour, because he told me the story about 1543. I did a cursory look at the car as it sat on the ground. We did not put it in the air.
But we went around the car. He was explaining the history of the car, and I looked at the general things you would look for on a -- that type of a car.
Q Okay. When you looked at Porsche 1543 that day, did you open the door?
A I did.

Q Was Tony with you?
A I believe he was near the car the whole time, yes.
Q So he wasn't right there with you?
A I don't recall. I'm sure he was there. I was looking at the car.
Q Okay.
A But --
Q Was the door locked?
A It was -- not that I recall. The doors were openable.
Q Okay. Did you sit inside of it?
A I got into the door edge. I didn't go and sit -- I don't believe I got in the car as such. I got in -- opened the door, sat on the door edge, looking in the car, seeing the layout of the seats, the roll bar, the things you look for, steering wheel, all the things that are nuances of a correct R-type car, GT-type car.
I did that on the driver's side. I did it on the passenger side as well, sat in the door frame, looked around, opened the glove box, and --
Q Okay. Pause right there before we get to that. You just said you looked at all the normal things you would look at on a GT-type car.
What do you mean by "GT-type car"?

A The GT-type cars are -- are basically -- they -- they could be designated as R's or factory GTs.
A So those terms can be somewhat synonymous.
Q And -- but not necessarily?
A That would be conjecture. You could have 10 witnesses in this room and they would go back and forth over that. The builds, whether it was an R or GT, are basically -- it depends what Porsche might designate them as. It could also be considered a rally car as well.
Q What's a rally car?
A A car that was designated for rallies.
Q And I'm a total layperson here. Is a rally a certain type of race?
A It is.
Q Is it different from the FIA-sanctioned racing we talked about earlier?
A They could be still FIA-sanctioned, but they're considered a rally rather than a on-track race. As an example, Targa Florio, that 0705 was the training car that basically was a (indiscernible - audio disruption). Okay. We're back.
And in the -- if you look in the Porsche literature books, designation books, all the various things that have Porsche history, you will see R, GT, or

also R at times would be for "rally."

There were nuances in the different build between them, but the basic build was -- was the same overall for the type of chassis.

Q And these -- are these Porsche designations you're talking about? Is it Porsche who says, This is an R, this is a GT?

A That's where you end up trying to consult somebody like Kerry Morse, who has the type of knowledge that could differentiate that.

Q Differentiate what?

A The differences between them, because it -- it would be designated in the factory records.

Q Because it would be designated -- I didn't hear.

A Designated in the factory records which cars would have been considered R's. An R and -- a factory R or a factory could be designated as GT. They were basically the same car.

Q Okay.

A But --

Q Sorry.

A -- what made this especially interesting was the R on a factory document would make that extremely rare, because in the collecting community, 914-6Rs were

A I don't recall.
Q It could have been you?
A It could have been me. It could have been him. It may be one of us helped the other. I don't recall.
Q And you said you didn't sit inside of it, right?
A I didn't get in the car in the seating position. I sat on the edge of the door sill and looked in the car, because, again, I'm -- because I own one of these, it doesn't take me an hour to figure out whether it looks right or not.
Q What was Tony doing while you were sitting at the door?
A Well, he was evidently standing by the car, because he wasn't in the car. So I have to assume he was outside the car.
Q Was he watching you?
A I presume.
Q Did he invite you to open the car?
A I don't recall.
Q Did he invite you to open the glove box?
A If somebody wants to sell me a car and he has to invite me to do something, I would walk away. I looked at the car as I wanted to. He did not prevent me

from doing anything in the car. And one of the things, I also did it on 011. I looked in its glove box, too. I always do.

Q Did he watch you open the glove box?

A I don't know. I can't answer for Tony.

Q Was he there in a position to see?

A I don't know. Ask Tony.

Q Had he gone inside while you were looking at it?

A I don't recall.

Q Was he not talking to you while you were looking inside the car?

A I can't recall if he was talking to me at that point or not. I don't recall.

Q Did he see you open the glove box?

A I don't know if he did or not.

Q Did he see you look at the cards?

A At the cards? I don't know.

Q Sorry. What did you find in the glove box?

A There were registration papers, other miscellaneous paperwork, and there were some cards in a rubber band that showed the car as a 914-6R, Tony Samojen, as I recall, phone number on it.

And I recognized it because the night before when I looked at the binder on 1543, the original

picture that they used to make those cards was in the binder -- 1573. I'm sorry. Was in the binder.

So it didn't do anything. I -- I wasn't astounded because, well, there's the -- there's the mother picture that they used to make up these handout cards.

Q Did you ask Tony about the cards?

A I did not ask him about the cards.

Q Did he comment on what you were doing at all as you were looking through the car?

A He did not.

Q About how long were you looking at the car?

A I can't recall the -- the exact time. We -- I had enough time to go around and see the various portions of the car that I wanted to look at.

Q Was it more than 10 minutes?

A It was definitely more than 10 minutes.

Q Was it under half an hour?

A It could have been a half an hour to an hour. I can't recall. I can't recall. I -- I had no reason to try and etch that in my brain. I just wanted to look at the car and get a feel that, Yes. This -- there was enough about that car that -- having seen the window sticker and what that was denoting as a 914-6R, there was enough about that car that in my mind triggered,

This looks correct. And then the story he told me also validated it.
Q What was the last thing you looked at with the car?
A I can't recall the last thing. Probably looking at it when I left the driveway.
Q Did Tony offer you a test drive?
A I can't recall if he did or not, but I was jammed on time. I had to catch a flight.
Q Did you ask for a test drive?
A I didn't ask for one. He started the car up, but I did not ask for a test drive, as I recall, because I didn't have time.
Q Did you ask him to start the car up?
A I can't recall if I asked him or he just started it up. I can't recall.
Q Was it running when you opened the door?
A I can't recall.
Q Going back to the first day again, you said you looked at the racing parts, right?
A I did.
Q Where were they located?
A Scattered about his garage, either upstairs or downstairs. There was a loft and then downstairs, so.
Q Where were they downstairs?

A I can't recall. I -- I did not memorize a garage. We just walked both upstairs, downstairs, the three of us, pointing stuff out. Most of it was upstairs, as I recall, and we went around just looking. It was not organized. It was stashed around in his garage.
Q Were the downstairs parts all in the same location?
A I don't know. I can't recall that.
Q And Porsche 1543 was not in the garage?
A It was not in the garage.
Q On either the first day or the second day. Never in the garage?
A Second day, I believe it was in the garage -- I believe it was in the garage on the second day.
Q Where in the garage?
A On the interior of the garage. I can't recall exactly where in the garage. I believe it was in the garage and then he -- he backed it out or pushed it out at some point so we could look at it, as I recall. I did not etch this into my brain five years ago.
Q But on the first day when I asked what caught your attention, you saw it outside, right?
A It was outside because he had his -- the 011 car on the lift. I do recall that.

Q And it was outside for the entire visit?
A The entire time I was there on the first day. We paid no attention to the yellow car on the first day. None. Zero.
Q And the second day, all the attention was on the yellow car?
A We discussed further on 011. And then that's when I asked him, Do you have any interest in selling the yellow car? And then he said, Well, yeah. I -- I would consider selling it.
Q Okay. Going back to the first day, you said Kerry Morse was there when Tony gave you the binders, right?
A He was.
Q Did he see that Tony gave you the --
A You'd -- you'd have to ask Kerry. I -- he could have seen him hand them to me. He may not have. I -- I don't know.
Q You didn't notice the binder for 1543 was handed to you at first, right?
A He handed me two binders. I did not question it. I just held on to them as we were finishing our discussions. I did not open the binders there. I didn't open them, actually, until I got to the hotel room.

Q And when you returned them, there was nobody there but you and Tony?

A As I recall.

Q Okay. When you saw the window sticker that night at the hotel, did you call and talk to anybody about it?

A Not that night.

Q How about the next day?

A I don't believe I did the next day either, as -- to my recollection.

Q Okay. Okay. Eventually, Tony came and visited you in Arizona; is that right?

A He did.

Q Was that visit on November 1st, the day before the sale?

A I believe that's correct.

Q And what was the purpose of his visit?

A He wanted to come over and see my car collection.

Q The whole car collection?

A He wanted to come and see my car collection. He'd heard about it.

Q So there was no -- you had no reason for him to come over -- sorry. Let me rephrase that.

Did he ask you to come see your car

collection?

A As I recall, he did because he'd heard I had quite an extensive car collection and he would like to see it. He was a pilot and could fly over. And I said, Fine. I'll pick you up at the airport.

Q So you did not ask him to come visit. He was the first to express interest?

A I can't recall. I believe he said he would -- he would like to see, as I recall. I can't -- I don't think I said, Gee. Come on over and see the cars. I think he asked if he could come over and see the car collection.

Q There was no specific car he came to look at?

A No. Not that I -- not to my knowledge.

Q Okay. I'm going to open file 28. This is a printout. It's the second one. This email was produced to us by Kerry Morse.

The subject is, This is what I sent to Tony. From Kerry Morse to James Edwards. Date: October 28, 2021.

Do you remember receiving this email?

A I don't remember receiving it. I -- I've read it since, but I can't recall when I received it.

This -- it was discussed that he would fly out with his son, and -- to see the car collection. So that

A My main garage building.
Q What was the first car you showed them?
A I didn't -- I can't recall.
Q Was there not a car sitting out when you --
A I can't recall. There were somewhere between 60 and 70 cars on the property at that time. And most people, when they come in, their mouths drop and they're just looking.
Q So you don't remember the first car you showed them?
A I didn't necessarily. I just let them walk around. It wasn't that I -- I wasn't sitting there trying to show them things. They wanted to come look at the collection and they had the walk -- the freedom to walk around the building.
Q Do you remember what the first car they walked to was?
A I do not.
Q Did you show them any Porsche 914s? 914 -- yeah. 914s.
A I can't specifically recall what I did, but I would have assumed they definitely looked at 0705. I think. I can't recall. I don't know. It's -- it's too far back. I can't remember where every car was on that day.

Q Did you talk -- did you -- excuse me.
During that visit, did you ever talk about Porsche 914-6Rs with Tony or Chris?
A No.
Q Where were you keeping Porsche 0705 when they visited you?
A I would assume it was in the main garage where they were visiting.
Q Are all your vehicles in one garage?
A They were in two different garages. One would be the main garage, the other was called "the show garage."
Q Did you visit both during your visit?
A I believe we did.
Q At the time the Samojens visited you, did you know that Kerry Morse had sourced some parts for Porsche 0705 from Tony Samojen?
A I did.
Q Did you at that time know which parts?
A I did not know for sure which parts.
Q How did you learn that Kerry had sourced some of those parts from Tony?
A Because Kerry told me he did.
Q When?
A Well, I can't recall when, but it was before I

met Tony.

Q Did you and Tony talk about Porsche 1543 during his visit to your home?

A I think the main discussion was relative to if we did a two-car deal. I don't think we got into a lot of specifics about either car because I'd already seen them. So the -- the main focus was the visit, and then we were casually talking about if we did a deal.

Q Before the visit, had you ever suggested to Tony that you might include another car in the exchange?

A I didn't, no. Nothing had been discussed there.

Q So before the visit, you only ever spoke with Tony about you buying Porsche 0011 and maybe Porsche 1543?

A As -- my recollection is, that was our only discussion prior to his visit.

Q Did you talk about adding an additional vehicle of yours during his visit?

A When he indicated that he would -- had always wanted to have a Ford GT, I made the proposal, Well, if we did a deal on the two cars, would you be interested if we did a partial trade and cash? And he said he'd be open to that.

Q And that was the first time you had ever

talked to him about the Ford GT?
A In my recollection.
Q Did -- were you aware that -- or, no. Sorry.
So you had never talked with Tony about the Ford GT before this visit?
A Not prior to the visit. I had no reason to.
Q Had Kerry Morse talked to him about it?
A Not that I know of.
Q Okay. The visit was on November 1st, correct? November 1, 2021. The day before the sale.
A I believe so, yes.
Q Okay. Turning back to what's been marked Exhibit 2 on --
A You're saying November or October?
Q November. The visit was on November 1st, yeah. So this is -- I'm looking at the second email here --
A (Indiscernible - simultaneous speech.)
Q The second email here that you're responding to in the middle of the page from Kerry Morse.
A Which page is that, please?
Q That's the one on the screen. If you want to look at the screen --
MR. CROGHAN: Or if you're looking at the paper, it's on page 2, the second page.

Middle of page 1?

MR. COOK: Sorry.

MR. CROGHAN: Page 1.

MR. COOK: Oh. I'm sorry. Here, I'll update it. Here we go. This is page 2 here.

MR. CROGHAN: Page 2.

MR. COOK: Yeah. The middle email here.

BY MR. COOK:

Q So from Kerry Morse to James Edwards, sent Saturday, October 30, 2021, before the visit.

Oh. Quick question. What does "KF" refer to there?

A That's a moniker. He called me "Kingfish."

Q Got you. So the last line of that email, Kerry says, "So did you and Samojen have a conversation on your Ford GT?"

Why would he have asked you that the day before the -- or two days before Tony visited you?

A I have no idea, to be honest with you. As I say, the best of my recollection, there was no discussion that I even had a Ford GT.

I can't answer for that because, again, unless I have forgotten something on my visit or even chatting with Samojen, I don't think he was aware I had a Ford GT until he saw it in my garage.