# EXHIBIT D

**From:** jge@reagan.com <jge@reagan.com>
**Sent:** Monday, May 12, 2025 6:45 PM EDT
**To:** kerry morse <kerryjmorse@gmail.com>
**CC:** jge <jge@reagan.com>
**Subject:** Did I get Samojened?
**Attachment(s):** "9140431543.jpg"

Kerry,

With Peter here he wanted to do a deal on the 914-6 "R". I showed him the Windshield sticker that Tony had in his records.
Thought I would Google 914-6 R and look what turned up last year in 914 World site. Supposedly Tony either had or made up a fake WS.

You have known him for years. Is he legit or capable of phoney baloney????? This throws a total CLOUD over the car. Thought I would ask you first and see if there is a way to authenticate what Tony gave me.

Kingfish



PORSCHE | AUDI 10070

MAKE PORSCHE MODEL 914014 YEAR 1970

SERIAL NO. 9140430310 BODY TYPE 914-6 CONVERTIBLE

DISTRIBUTOR NAME & ADDRESS
PORSCHE/AUDI EASTERN
WORLD-WIDE VW CORP.
GREENBUSH ROAD
ORANGEBURG N.Y.

DEALER NAME & ADDRESS
Pray Porsche-Audi Corp.
181 West Putnam Ave.
Greenwich, Conn.

PORT OF ENTRY NEW YORK
METHOD OF TRANSP. TRUCKED
AVG. TRANSPORTATION CHARGE 36.00

SUGGESTED RETAIL PRICE WITHOUT ACCESSORIES AT PORT OF ENTRY: 5,999.00

| | |
|---|---|
| 5-SPEED TRANSMISSION | N.C. |
| AM/FM RADIO FRANKFURT | 105.00 |
| LIGHT ALLOY WHEELS 5.5 X 14 | 335.00 |

SUGGESTED RETAIL PRICE* WITH ACCESSORIES AT DEALER'S LOCATION: 6,565.00

*Importer suggested retail price includes reimbursements for federal excise tax. Gasoline, license and title fees, state and local taxes and dealer installed options and accessories are not included.

PORSCHE AUDI
A DIVISION OF VOLKSWAGEN OF AMERICA, INC.
BY: [signature]
600 SYLVAN AVE., ENGLEWOOD CLIFFS, N.J. 07632
Labels prepared by the sole authorized importer for PORSCHE AUDI in the UNITED STATES pursuant to PUBLIC LAW 85-506 bear this signature.

PRINTED IN U.S.A.



PORSCHE+AUDI

LOAD 05 76350

MAKE PORSCHE MODEL 640 6 36 901.26 YEAR 1970

SERIAL NO. 9140431543 BODY TYPE 914-6 R

DISTRIBUTOR NAME & ADDRESS
PORSCHE/AUDI EASTERN
WORLD-WIDE VW CORP
GREENBUSH ROAD
ORANGEBURG NY 10962

DEALER NAME & ADDRESS
PRESTIGE MOTORS INC
405 ROUTE 17
PARAMUS, NEW JERSEY 07652

PORT OF ENTRY NEWARK
METHOD OF TRANSP. TRUCKED
AVG. TRANSPORTATION CHARGE 34.50

IMPORTER'S SUGGESTED RETAIL PRICE WITHOUT ACCESSORIES AT PORT OF ENTRY: 15,568.00

| | |
|---|---|
| M COMPETITION OPTION GROUP INCL. | |
| WIDENED FENDERS, FRONT AND REAR | STD. |
| FORGED ALLOY WHEELS 15 X 7 FRONT 15 X 8 REAR | STD. |
| SPEC OIL COOLING | STD. |
| 100 LITER FUEL TANK | STD. |
| LIMITED SLIP DIFFERENTIAL | STD. |
| COMP TACHOMETER | STD. |
| RACING SEATS | STD. |
| ONE-PIECE BUMPERS | STD. |
| SPEC SUSPENSION | STD. |
| COMP INTERIOR-TWO WAY ADJUSTABLE SEATS | STD. |
| SPACE-SAVING TIRE | STD. |
| CHANGEABLE GEAR TRANS. | STD. |
| PERF. EXHAUST | STD. |
| SPEC. 4-WHEEL DISC BRAKES | STD. |
| FRESH AIR HEATING AND VENTILATION | N.C. |

IMPORTER'S SUGGESTED RETAIL PRICE* WITH ACCESSORIES AT DEALER'S LOCATION: 15,602.50

* Gasoline, license and title fees, state and local taxes and dealer installed options and accessories are not included.

Labels prepared by the sole authorized importer for PORSCHE AUDI in the UNITED STATES pursuant to PUBLIC LAW 85-506 bear this signature.

PRINTED IN U.S.A.
22-99-70090.

PORSCHE AUDI
A DIVISION OF VOLKSWAGEN OF AMERICA, INC.
BY: [signature]
818 SYLVAN AVE. ENGLEWOOD CLIFFS, N.J. 07632



PORSCHE | AUDI 10258

MAKE PORSCHE MODEL 914014 YEAR 1970

SERIAL NO. 9140431688 BODY TYPE 914-6 CONVERTIBLE

DISTRIBUTOR NAME & ADDRESS
PORSCHE/AUDI S/C INC.
VW S/C DISTRIB. INC.
SAN ANTONIO TEXAS

DEALER NAME & ADDRESS
DAVIS BELL PORSCHE AUDI
5555 LEMMON AVENUE
P. O. BOX 7429
DALLAS, TEXAS 75209

PORT OF ENTRY HOUSTON
METHOD OF TRANSP.
AVG. TRANSPORTATION CHARGE 58.00

SUGGESTED RETAIL PRICE WITHOUT ACCESSORIES AT PORT OF ENTRY: 5,999.00

| | |
|---|---|
| 5-SPEED TRANSMISSION | N.C. |
| AM/FM RADIO FRANKFURT | 195.00 |
| LEATHER COVERED STEERING WHEEL | 35.00 |
| TINTED GLASS, ALL AROUND | 55.00 |
| CENTER ARM REST CONSOLE | 15.00 |

SUB TOTAL W/O TRANSP. CHARGE 6,299.00
Make Ready 75.00

SUGGESTED RETAIL PRICE* WITH ACCESSORIES AT DEALER'S LOCATION: 6,432.00

*Importer suggested retail price includes reimbursements for federal excise tax. Gasoline, license and title fees, state and local taxes and dealer installed options and accessories are not included.

PORSCHE AUDI
A DIVISION OF VOLKSWAGEN OF AMERICA, INC.
BY: [signature]
600 SYLVAN AVE., ENGLEWOOD CLIFFS, N.J. 07632
Labels prepared by the sole authorized importer for PORSCHE AUDI in the UNITED STATES pursuant to PUBLIC LAW 85-506 bear this signature.

PRINTED IN U.S.A.

PORSCHE | AUDI

10070

MAKE PORSCHE MODEL 914014 YEAR 1970

SERIAL NO. 9140430310 BODY TYPE 914-6 CONVERTIBLE

DISTRIBUTOR NAME & ADDRESS
PORSCHE/AUDI EASTERN
WORLD-WIDE VW CORP.
GREENBUSH ROAD
ORANGEBURG N.Y.

DEALER NAME & ADDRESS
Pray Porsche-Audi Corp.
181 West Putnam Ave.
Greenwich, Conn.

| PORT OF ENTRY | METHOD OF TRANSP. | AVG. TRANSPORTATION CHARGE |
|---|---|---|
| NEW YORK | TRUCKED | 36.00 |

SUGGESTED RETAIL PRICE WITHOUT ACCESSORIES AT PORT OF ENTRY: 5,999.00

| | |
|---|---|
| 5-SPEED TRANSMISSION | N.C. |
| AM/FM RADIO FRANKFURT | 105.00 |
| LIGHT ALLOY WHEELS 5.5 X 14 | 335.00 |

SUGGESTED RETAIL PRICE* WITH ACCESSORIES AT DEALER'S LOCATION: 6,565.00

*Importer suggested retail price includes reimbursements for federal excise tax. Gasoline, license and title fees, state and local taxes and dealer installed options and accessories are not included.

PORSCHE AUDI
A DIVISION OF VOLKSWAGEN OF AMERICA, INC.
BY: [signature]
600 SYLVAN AVE., ENGLEWOOD CLIFFS, N.J. 07632
Labels prepared by the sole authorized importer for PORSCHE AUDI in the UNITED STATES pursuant to PUBLIC LAW 85-506 bear this signature.

PRINTED IN U.S.A.

---

PORSCHE + AUDI

LOAD 05 76350

MAKE PORSCHE MODEL 640 6 36 901.26 YEAR 1970

SERIAL NO. 9140431543 BODY TYPE 914-6 R

DISTRIBUTOR NAME & ADDRESS
PORSCHE/AUDI EASTERN
WORLD-WIDE VW CORP
GREENBUSH ROAD
ORANGEBURG NY 10962

DEALER NAME & ADDRESS
PRESTIGE MOTORS INC
405 ROUTE 17,
PARAMUS, NEW JERSEY 07652

| PORT OF ENTRY | METHOD OF TRANSP. | AVG. TRANSPORTATION CHARGE |
|---|---|---|
| NEWARK | TRUCKED | 34.50 |

IMPORTER'S SUGGESTED RETAIL PRICE WITHOUT ACCESSORIES AT PORT OF ENTRY: 15,568.00

| | |
|---|---|
| M COMPETITION OPTION GROUP | |
| INCL. | |
| WIDENED FENDERS, FRONT AND REAR | STD. |
| FORGED ALLOY WHEELS | |
| 15 X 7 FRONT 15 X 8 REAR | STD. |
| SPEC OIL COOLING | STD. |
| 100 LITER FUEL TANK | STD. |
| LIMITED SLIP DIFFERENTIAL | STD. |
| COMP TACHOMETER | STD. |
| RACING SEATS | STD. |
| ONE-PIECE BUMPERS | STD. |
| SPEC SUSPENSION | STD. |
| COMP INTERIOR-TWO WAY ADJUSTABLE SEATS | STD. |
| SPACE-SAVING TIRE | STD. |
| CHANGEABLE GEAR TRANS. | STD. |
| PERF. EXHAUST | STD. |
| SPEC. 4-WHEEL DISC BRAKES | STD. |
| FRESH AIR HEATING AND VENTILATION | N.C. |

IMPORTER'S SUGGESTED RETAIL PRICE* WITH ACCESSORIES AT DEALER'S LOCATION: 15,602.50

* Gasoline, license and title fees, state and local taxes and dealer installed options and accessories are not included.

Labels prepared by the sole authorized importer for PORSCHE AUDI in the UNITED STATES pursuant to PUBLIC LAW 85-506 bear this signature.

PRINTED IN U.S.A.
22-99-70090.

PORSCHE AUDI
A DIVISION OF VOLKSWAGEN OF AMERICA, INC.
BY: [signature]
818 SYLVAN AVE. ENGLEWOOD CLIFFS, N.J. 07632

---

PORSCHE | AUDI

10258

MAKE PORSCHE MODEL 914014 YEAR 1970

SERIAL NO. 9140431688 BODY TYPE 914-6 CONVERTIBLE

DISTRIBUTOR NAME & ADDRESS
PORSCHE/AUDI S/C INC.
VW S/C DISTRIB. INC.
SAN ANTONIO TEXAS

DEALER NAME & ADDRESS
DAVIS BELL PORSCHE AUDI
5555 LEMMON AVENUE
P. O. BOX 7429
DALLAS, TEXAS 75209

| PORT OF ENTRY | METHOD OF TRANSP. | AVG. TRANSPORTATION CHARGE |
|---|---|---|
| HOUSTON | | 58.00 |

SUGGESTED RETAIL PRICE WITHOUT ACCESSORIES AT PORT OF ENTRY: 5,999.00

| | |
|---|---|
| 5-SPEED TRANSMISSION | N.C. |
| AM/FM RADIO FRANKFURT | 195.00 |
| LEATHER COVERED STEERING WHEEL | 35.00 |
| TINTED GLASS, ALL AROUND | 55.00 |
| CENTER ARM REST CONSOLE | 15.00 |

SUB TOTAL W/O TRANSP. CHARGE 6,299.00
Make Ready 75.00

SUGGESTED RETAIL PRICE* WITH ACCESSORIES AT DEALER'S LOCATION: 6,432.00

*Importer suggested retail price includes reimbursements for federal excise tax. Gasoline, license and title fees, state and local taxes and dealer installed options and accessories are not included.

PORSCHE AUDI
A DIVISION OF VOLKSWAGEN OF AMERICA, INC.
BY: [signature]
600 SYLVAN AVE., ENGLEWOOD CLIFFS, N.J. 07632
Labels prepared by the sole authorized importer for PORSCHE AUDI in the UNITED STATES pursuant to PUBLIC LAW 85-506 bear this signature.

PRINTED IN U.S.A.