# EXHIBIT E

**From:** tony samojen <tesamojen@msn.com>
**Sent:** Thursday, June 12, 2025 11:24 AM CDT
**To:** jge@reagan.com
**Subject:** Re: Agreement to sell 2006 Ford GT in trade + cash for 2 Porsche 914-6 cars and all associated parts

Hi Jim,

Thank you for your patience while I completed my European trip. I just returned and want to make my response to you my top priority.

From my memory here is the history and explanation for GT window sticker for #1543 chassis that I can recollect:

The window sticker is a recreation of a Porsche 1970 Era Dealer window sticker for used cars. Based on information obtained from the selling dealer Prestage motors in phone conversations and information obtained from personnel at the dealership involved with the race car in 1970/71 approximately 45 years ago.

We purchased the car in the San Fernando valley California, as a used race car with no engine, transmission and fender flairs which had mounted 9-inch x15 front wheels and 11 wide by x 15 rear wheels. With steel fender flairs modified to accommodate those wide wheels. Race world had moved on to RSR era, resulting in the 914/6 car no longer being a competitive option. Parts for restoration were obtained from Rudi Klein @ foreign car junk yard based out of Los Angeles, California.

We obtained the selling dealer warranty book when we purchased the car, which is in your possession, Information provided a means to trace where the car came from.

Information provided by dealer personnel sometime in 1970 time period was used to reconstruct the dealer window sticker selling a used race car information sheet. Discussions on the car described as a dealer 914-6 GT with factory GT supplied parts.

The dealer widow sticker was simply a recreation to show what a typical sticker would look like, has never been claimed to be original while in my use and we didn’t not mention this during the purchasing process.

The yellow 914 was combined with the 011 orange 914 which was clearly described as the #1 production car and clearly documented. During your visit you inspected the orange 914/6 and inquired about the yellow 914/6. We stated it was a factory 914/6 with GT components. We didn’t really discuss many other details regarding the history although some history is documented in the 914 world forum. We gave you the entire file we had on the car which did include the window sticker in question. We just wanted to confirm this is a recreation of a

dealer sticker and definitely not a factory sticker and intended for personal enjoyment only as this car was originally used as a dealer race car.

We still believe the additional price paid for# 1543 was fair and reasonable for both parties and this window sticker should be considered a personal novelty as we definitely did not want to artificially inflate the value of the car to combine it in the sale.

Also as a token of our appreciation for doing business with you we wanted to go above and beyond on our end by supplying you with every remaining piece of rare and valuable GT and 911 components as part of the transaction. We documented and gave you everything we had when the cars were picked up and many of these components are nearly impossible to find today and the estimated value is in the range of $30k-$35K. For example one extra component we included for free was an ultra-rare race modified 930 Turbo crank case which currently sells for around $10k.

Let us know if this helps clear up any confusion. We highly value your relationship and definitely don't want to sour our relationship in any way due to some unreferenced documentation.

**From:** jge@reagan.com <jge@reagan.com>
**Sent:** Wednesday, June 11, 2025 3:45 PM
**To:** tony samojen <tesamojen@msn.com>
**Subject:** Re: Agreement to sell 2006 Ford GT in trade + cash for 2 Porsche 914-6 cars and all associated parts

Tony,

I hope you have returned safely from your European adventure.

I would appreciate your input into the origin of the window sticker that you supplied in the sale oh 1970 Porsche vin# 9140431543. As I mentioned in my previous email on May 24th, there are questions as to the authenticity of that window sticker. Since you owned the car for so many years I presume you can clarify any such doubts.

Jim Edwards

-----Original Message-----
From: "tony samojen" <tesamojen@msn.com>
Sent: Sunday, May 25, 2025 10:59pm
To: "jge@reagan.com" <jge@reagan.com>
Cc: "jge" <jge@reagan.com>
Subject: Re: Agreement to sell 2006 Ford GT in trade + cash for 2 Porsche 914-6 cars and all associated parts

Good morning Jim this is Tony Samojen. I am in Europe right now for the next two weeks. I will be back first part of June. I will go ahead and get ahead of you. Get a hold of you and explain what is available on the on the car and also there is a sister car one serial number away from 1543. That has a very interesting history too
Get Outlook for iOS

**From:** jge@reagan.com <jge@reagan.com>
**Sent:** Saturday, May 24, 2025 8:01:46 PM
**To:** tony samojen <tesamojen@msn.com>
**Cc:** jge <jge@reagan.com>
**Subject:** RE: Agreement to sell 2006 Ford GT in trade + cash for 2 Porsche 914-6 cars and all associated parts

Tony,

I hope this finds you well.

A week ago I Googled 1543 just to see if anything new cropped up on it's history which is vague.
914 World chats in august 2024 popped up, see attached, which seems to infer that the window sticker you had in your documents was not an original but, inferring, was made up. Obviously this creates a huge cloud on the car's history and value.

Could you be so kind as to help to clarify the origin of the window sticker that you supplied me when purchasing the car. Photos also showed the car at Morespeed when, I presume, you had it restored. Bernie Buschen's photos showed it on a chassis stand next to my 924 003 which it dates it before Drendel bought Dave's cars.

Look forward to your help.

Jim Edwards

-----Original Message-----
From: "tony samojen" <tesamojen@msn.com>
Sent: Sunday, November 7, 2021 5:24am
To: "jge" <jge@reagan.com>
Subject: RE: Agreement to sell 2006 Ford GT in trade + cash for 2 Porsche 914-6 cars and all associated parts

First 3 days it hurts, know the felling,  but its gets better from there

Sent from Mail for Windows

**From:** jge <jge@reagan.com>
**Sent:** Saturday, November 6, 2021 2:34:01 PM
**To:** tony samojen <tesamojen@msn.com>
**Subject:** RE: Agreement to sell 2006 Ford GT in trade + cash for 2 Porsche 914-6 cars and all associated parts

Tony,
Had a little setback with the surgery and just getting out of the hospital today.
Will try to get with a transfer next week as the recovery allows.
Hopefully Andy has coordinated a delivery plan.
Will keep in touch.
Jim
Sent from my Verizon, Samsung Galaxy smartphone
-------- Original message --------
From: tony samojen <tesamojen@msn.com>

Date: 11/2/21 7:21 AM (GMT-07:00)
To: James Edwards <jge@reagan.com>
Subject: RE: Agreement to sell 2006 Ford GT in trade + cash for 2 Porsche 914-6 cars and all associated parts

Sent from Mail for Windows

---

**From:** James Edwards
**Sent:** Monday, November 1, 2021 7:16 PM
**To:** 'tony samojen'
**Cc:** 'James Edwards'
**Subject:** Agreement to sell 2006 Ford GT in trade + cash for 2 Porsche 914-6 cars and all associated parts

On this day November 1, 2021 I James G. Edwards , hereafter referred to as" Buyer", and Tony Samojen, hereafter

referred to as "Seller", agree to the following. Buyer agrees to transfer to seller , as payment for 2 Porsche 914-6 GT

automobiles and all of their respective parts, one 2006 Ford GT automobile serial 1FAFP0S76Y401685 plus $400,000 in

the form of a wire transfer for, from "Seller", Porsche 914-6 serial 914 043 0011 and Porsche 914-6 serial 914 043 1543

plus any and all parts, literature, historical documents, display placards etc. hereafter referred to as "The Parts" that seller has

agreed to pass to "Buyer" when inspected at "Sellers" facility and in photos supplied by "Seller"

"Buyer" will transport the Ford GT to the "Sellers" location in Camarillo, California when "Buyer" and "Seller" agree on

an acceptable date to consummate the final exchange of automobiles and associated with this transaction.

____________________________________
James G. Edwards, "Buyer"

____________________________________
Tony Samojen, "Seller"

---

Virus-free. www.avast.com