# EXHIBIT F

**Rusing Lopez & Lizardi, P.L.L.C.**
7047 E. Greenway Parkway, Suite 400
Scottsdale, Arizona 85254
Telephone: (480) 663-9800
Facsimile: (520) 529-4262
dbernardone@rllaz.com
aclark@rllaz.com

Daniel B. Bernardone
State Bar No. 033256
Aaron Clark
State Bar No. 038534

*Attorneys for James Edwards*

Michael Croghan (ARDC #6312601)
Patrick O'Meara (ARDC #6317487)
McDonald Hopkins LLC
300 North LaSalle St., Suite 1400
Chicago, IL 60654
Telephone: (312) 280-0111
mcroghan@mcdonaldhopkins.com
pomeara@mcdonaldhopkins.com
*Attorneys for James Edwards*
*Admitted Pro Hac Vice*

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| James Edwards,<br><br>Plaintiff,<br><br>vs.<br><br>Tony Samojen,<br><br>Defendant. | Case No. 3:25-cv-08174-SPL<br><br>**DECLARATION OF PLAINTIFF JAMES EDWARDS** |

I, James Edwards, under penalty of perjury and in accordance with the requirements of 28 U.S.C. § 1746, hereby declare and state as follows:

1. I am over the age of 18, have personal knowledge of the facts set forth herein, and could testify competently to them if called upon to do so.

2. I am the Plaintiff in this action.

3. On November 2, 2021, Defendant Tony Samojen ("Samojen") and I executed an agreement (the "Agreement") for my purchase of a 1970 Porsche 914/6 (serial number 914 043 1543) ("Porsche 1543"), a 1970 Porsche 914/6 (serial number 914 043 0011) ("Porsche 0011"), and Porsche parts in exchange for my 2006 Ford GT and $400,000.00. (Defendant's Statement of Facts Exhibit B.)

4. When Samojen delivered Porsche 1543, it contained a twin-plug engine known as a Porsche Type 906 2.0-liter engine.

5. To my knowledge, IMSA never produced racing engines, and the engine in Porsche 1543 on November 2, 2021, was not referred to as an "IMSA engine."

6. On or around October 28, 2025, Evan Shone of RM Sotheby's suggested that I sell Porsche 0011 and Porsche 1543. I informed Shone that a sale was not possible due to this action. I did not express an interest in selling Porsche 0011 or Porsche 1543.

7. I first saw Shone's October 28, 2025, email when it was filed with Defendant's Statement of Facts, and I did not write or contribute to its drafting.

8. I own a Porsche 914/6 (serial number 914 043 0705) ("Porsche 0705").

9. In November 2025, I consigned Porsche 0705 to RM Sotheby's for its January 2026 Arizona auction. (Defendant's Statement of Facts Exhibit T.)

10. RM Sotheby's researched Porsche 0705 and created the auction listing for Porsche 0705. (Defendant's Statement of Facts Exhibit Y.)

11. I did not write or edit the auction listing for Porsche 0705.

12. Porsche 0705 did not sell at the January 2026 auction.

13. To date, I own Porsche 0705.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Dated: 10/29/2026

DocuSigned by:
James Edwards
54023E5B5C8E48E

James Edwards