# EXHIBIT M

# PORSCHE+AUDI

LOAD 05

76350

MAKE PORSCHE MODEL 640 6 36 901.26 YEAR 1970

SERIAL NO. 9140431543 BODY TYPE 914-6 R

DISTRIBUTOR NAME & ADDRESS
PORSCHE/AUDI EASTERN
WORLD-WIDE VW CORP
GREENBUSH ROAD
ORANGEBURG NY 10962

DEALER NAME & ADDRESS
PRESTIGE MOTORS INC
405 ROUTE 17
PARAMUS, NEW JERSEY 07652

PORT OF ENTRY NEWARK

METHOD OF TRANSP. TRUCKED

AVG. TRANSPORTATION CHARGE 34.50

IMPORTER'S SUGGESTED RETAIL PRICE WITHOUT ACCESSORIES AT PORT OF ENTRY: 15,568.00

R COMPETITION OPTION GROUP
INCL.

| | |
|---|---|
| WIDENED FENDERS, FRONT AND REAR | STD. |
| FORGED ALLOY WHEELS | |
| 15 X 7 FRONT 15 X 8 REAR | STD. |
| SPEC OIL COOLING | STD. |
| 100 LITER FUEL TANK | STD. |
| LIMITED SLIP DIFFERENTIAL | STD. |
| COMP TACHOMETER | STD. |
| RACING SEATS | STD. |
| ONE-PIECE BUMPERS | STD. |
| SPEC SUSPENSION | STD. |
| COMP INTERIOR-TWO WAY ADJUSTABLE SEATS | STD. |
| SPACE-SAVING TIRE | STD. |
| CHANGEABLE GEAR TRANS. | STD. |
| PERF. EXHAUST | STD. |
| SPEC. 4-WHEEL DISC BRAKES | STD. |
| FRESH AIR HEATING AND VENTILATION | N.C. |

IMPORTER'S SUGGESTED RETAIL PRICE* WITH ACCESSORIES AT DEALER'S LOCATION: 15,602.50

* Gasoline, license and title fees, state and local taxes and dealer installed options and accessories are not included.

Labels prepared by the sole authorized importer for PORSCHE AUDI in the UNITED STATES pursuant to PUBLIC LAW 85-506 bear this signature.

PORSCHE AUDI
A DIVISION OF VOLKSWAGEN OF AMERICA, INC.
BY:
818 SYLVAN AVE. ENGLEWOOD CLIFFS, N.J. 07632

PRINTED IN U.S.A.
22-99-70090.