# EXHIBIT N


Tony Samojen
805 218 1718
914/6 R