# EXHIBIT P

**From:** tony samojen <tesamojen@msn.com>
**Sent:** Sunday, October 31, 2021 8:03 AM CDT
**To:** James Edwards <jge@reagan.com>
**Subject:** RE: 914-6 GT - pictures and spec sheet
**Attachments:** porsche 1543 window .pdf

Enclosed 914-6 window sticker/

Sent from Mail for Windows

---

**From:** James Edwards
**Sent:** Saturday, October 30, 2021 5:26 PM
**To:** 'tony samojen'
**Subject:** RE: 914-6 GT - pictures and spec sheet

Thanks for the information. Did you have a copy of the original window sticker?

---

**From:** tony samojen [mailto:tesamojen@msn.com]
**Sent:** Saturday, October 30, 2021 3:05 PM
**To:** jge@reagan.com
**Subject:** FW: 914-6 GT - pictures and spec sheet

Sent from Mail for Windows

---

**From:** postmaster@outlook.com
**Sent:** Saturday, October 30, 2021 9:42 AM
**To:** jgc@roagan.com
**Subject:** Undeliverable: 914-6 GT - pictures and spec sheet

**Delivery has failed to these recipients or groups:**

jgc@roagan.com (jgc@roagan.com)
Your message couldn't be delivered. The Domain Name System (DNS) reported that the recipient's domain does not exist.

Contact the recipient by some other means (by phone, for example) and ask them to tell their email admin that it appears that their domain isn't properly registered at their domain registrar. Give them the error details shown below. It's likely that the recipient's email admin is the only one who can fix this problem.

For more information and tips to fix this issue see this article: https://go.microsoft.com/fwlink/?LinkId=389361.

**Diagnostic information for administrators:**

Generating server: BY5PR11MB4498.namprd11.prod.outlook.com

jgc@roagan.com
Remote Server returned '550 5.4.310 DNS domain roagan.com does not exist [Message=InfoDomainNonexistent] [LastAttemptedServerName=roagan.com] [BN8NAM12FT052.eop-nam12.prod.protection.outlook.com]'

Original message headers:


```
ARC-Seal: i=1; a=rsa-sha256; s=arcselector9901; d=microsoft.com; cv=none;

b=IMYxKNdIEgSpbt5p9MWRH2sg9ip8j0/SQj5o42iERwUBt34ml5SaCoIssTEG8fJt/WOZXgUWf/GZC/KkLJudq5
vKN05G/SO/t7ma8LI7C6nFbs9ti/uy2oiiegbp7zXMHBAh0FRwjXEersN4DitouyU4Fh//thUCn7r5ZseAW9hiBK
McWrBCGAnKWSd5vM/mF0RXNGSGktUuwFsWyIKfBg/3gDOXajaOKZpMgjn8J8IiROkApbndPkP+4h0q+IWNN/GbTJ
q4Jb7A1oZqn+kURSxGYBm0VQdVsZxmN1QWzaNKG6nC2IOdxajS+Pmh5ia9yp09Lac6oEVHrVKqt6beDg==
ARC-Message-Signature: i=1; a=rsa-sha256; c=relaxed/relaxed; d=microsoft.com;
 s=arcselector9901;
 h=From:Date:Subject:Message-ID:Content-Type:MIME-Version:X-MS-Exchange-AntiSpam-
MessageData-ChunkCount:X-MS-Exchange-AntiSpam-MessageData-0:X-MS-Exchange-AntiSpam-
MessageData-1;
 bh=7H08QidtGpyY9Bio0SBfBfiKLURe+gfqYyqHtGxaeg4=;

b=d941HC9mRSuNhnNpffCArWAenne3uVDaTelcSoP28/RrHm5ooGFAakpVLzE3l8wySqx1s95VKu3A1dHmxlJYVE
EkqBakfAyh6lpIRMFFrXJ72aB1cW9ygk+PN+Hr8mAJPsQl7MyJFfOQclziFeWLHhON7Pwygy952VSNRm2u1B424Z
BgopbpXJSltWKGg526BAGC4IxqAFjTPTFPrGaqW30lAxryQamzhHSo4wSmwL+EkxDyohhZM+upp+raEYfz32ngGW
ObIfyVIhCTC2Q4r7CgG3xAAxEifZYv+iDE4kDjd70jM7x7HoqaPMyeCMnTQR/Afo4dC57zz/fxhmqMJg==
ARC-Authentication-Results: i=1; mx.microsoft.com 1; spf=none; dmarc=none;
 dkim=none; arc=none
DKIM-Signature: v=1; a=rsa-sha256; c=relaxed/relaxed; d=msn.com; s=selector1;
 h=From:Date:Subject:Message-ID:Content-Type:MIME-Version:X-MS-Exchange-SenderADCheck;
 bh=7H08QidtGpyY9Bio0SBfBfiKLURe+gfqYyqHtGxaeg4=;

b=OTYKm/VsMEJ76V//2IRdXrtPKrGB3R6jLVoVralzK/BFECM9X5KyQLy9xSD9U8rdzX86ORmCcUJeJyy5vP3RuF
DkKf3ivJ4Cdcipg4UeZLAx8LziwRr86hB0qs0jj7b41WKfHQjo7uuk82eTwuGklsvNOuyED5eso6/tbpRygbwgn5
YOYNYSmaB3/Nf8fOYOVwBKOT3Jlc23gUKlr5M62udbsyrfQRMv520Ww3h3+SDhdDlg9eyNSK+PIiTH2TvEV1dMdG
FuMH/wJBlvYw4gqHZwvjN+z3L6OJ7fBmLmw9D5PmSSDWChlfw4DPFf0dDPXI0oVmjbjtXbcGZr3KP6Ag==
Received: from BYAPR11MB3541.namprd11.prod.outlook.com (2603:10b6:a03:f5::16)
 by BY5PR11MB4498.namprd11.prod.outlook.com (2603:10b6:a03:1c2::18) with
 Microsoft SMTP Server (version=TLS1_2,
 cipher=TLS_ECDHE_RSA_WITH_AES_256_GCM_SHA384) id 15.20.4649.14; Sat, 30 Oct
 2021 16:42:21 +0000
Received: from BYAPR11MB3541.namprd11.prod.outlook.com
 ([fe80::9039:5170:56d3:fb56]) by BYAPR11MB3541.namprd11.prod.outlook.com
 ([fe80::9039:5170:56d3:fb56%7]) with mapi id 15.20.4649.015; Sat, 30 Oct 2021
 16:42:21 +0000
From: tony samojen <tesamojen@msn.com>
To: "jgc@roagan.com" <jgc@roagan.com>
Subject: 914-6 GT - pictures and spec sheet
Thread-Topic: 914-6 GT - pictures and spec sheet
```

```
Thread-Index: AQHXzP3MiuB+mSMRs0ytwrVWBn2MwA==
Date: Sat, 30 Oct 2021 16:42:20 +0000
Message-ID:
<BYAPR11MB354154A0E58769D581B3B340A5879@BYAPR11MB3541.namprd11.prod.outlook.com>
Accept-Language: en-US
Content-Language: en-US
X-MS-Has-Attach: yes
X-MS-TNEF-Correlator:
x-tmn: [ZrnRjmkfAnEtKyRb+4YtOfvgg2n/U/Sb]
x-ms-publictraffictype: Email
x-ms-office365-filtering-correlation-id: cc636239-8544-4b4d-fae2-08d99bc43e49
x-ms-traffictypediagnostic: BY5PR11MB4498:
x-microsoft-antispam: BCL:0;
x-microsoft-antispam-message-info:
de/pO2Y7N5Kcz5p6noIKu36Tiw39wcnqe9a96mbXYl9vMfUmHza5pPNQBiEpJUL6FgkGApeWvLo74pMv+UB7FdGO
wOvRFtGBPBPmDaxS/R1AWQn0D208Ixt6QBQSAiH956m5UeX5POOxgev1pb+Evh0hGyjlfJRRktpSezHu6EKd/g5K
m1BROtI39K8JYiQ4a5ZUvVfNwP4YRw+6yBpoq8FqCmiSBI5k8g9m3pw1c9dw2oxXQVXXPEl4n37VIg35+PRA12kv
1VI8Y1yXcHv8BWvY/5GwtdB/Ot4DaziOoloFcfgOdpoPnyzsE+9rWG0Nabbqj/9t/4itF3zSxKlAPUp/Kk7wwbB5
vYZhSFn5oRUFFMvAnkIzCBUxTv/NmgUR7TirkiPYb1eiXjeMckHwqbvziWoUqmz9r2fdbzcJn3BW77iaxnEZbRPu
Yb9OhOhwPeX/dsDq3k3UlZikIG0OsrgK7eUDdVEUeL6lUBcYvf0SKJmjcvyGJrTLneVglu1H/9J0G0jf++IyN/Vb
5c8A6TpeykypOcRVU0bcOqFRmrcd6R20u2MNgeRasFzBe9U0
x-ms-exchange-antispam-messagedata-chunkcount: 1
x-ms-exchange-antispam-messagedata-0:
ppeIN+gUTEQpFd7ZBxOh7LLl/JEDsoPMsPQYc1/l3E95aUh4KlFHD7J4JpxWgDCx9nF6RJ0gyY8/gKFL3GRiHNN6
aqw5yPDFVPiEO32DqUO48ij3TraAfnNzeFFVSsvCQcThUQyipps5v895IIMXNaa69+abeSX43ppvXEvt5E+l9pKk
25TMlS4PkUce5KvTgztLxvKyjzCNB9w+MxdP2S/0VD75ZhBNdbSrb64gHcCWDTLaebc7zxcWbSABfIXqrcXDSxjN
sbfBoNyWRWDJUErCT53jICLrbCV+THu+13sFJ6bZSv7u6hQoKvWErWNOUTHgIEIrRfA1xloEbDLJrXH0OSHIOVpP
w1JcmzQ4QxkM6YXVcT04N/yYpix0cp9EpDfUTD50xQ6PofUzvv6cYi6XtwbyRFKcFEeGI+c+qaGFj2ZrEYrDmlx8
g+zNqEsI8HW/LEMtGj2G6tSGeYRYAksl0o+yyOQBVmY8le1dENKzA2Tx+NCLre+iAgNTcUiM5X3WiWy6kkE+o/+x
/OKV6NkubIPJbHTaGvd9HffHrRy5hIKa52OZOQOL0FWBvwzRtSP9xEDUUXxQ4YfRmHmM/TPu+JvlM8wEd1QxJ07X
b+x8MZFjazyqwxdlry2y36uyTdzv6nMLZKXd4wFhr6YaCzgsH7b1in9akXJdHHQsajCHNBDxo3hpcIWxp1u5JhIp
PSXaam2cGbCTnZsgB5hGHg==
Content-Type: multipart/mixed;
	boundary="_004_BYAPR11MB354154A0E58769D581B3B340A5879BYAPR11MB3541namp_"
MIME-Version: 1.0
X-OriginatorOrg: sct-15-20-3174-20-msonline-outlook-169dc.templateTenant
X-MS-Exchange-CrossTenant-AuthAs: Internal
X-MS-Exchange-CrossTenant-AuthSource: BYAPR11MB3541.namprd11.prod.outlook.com
X-MS-Exchange-CrossTenant-RMS-PersistedConsumerOrg: 00000000-0000-0000-0000-000000000000
X-MS-Exchange-CrossTenant-Network-Message-Id: cc636239-8544-4b4d-fae2-08d99bc43e49
X-MS-Exchange-CrossTenant-originalarrivaltime: 30 Oct 2021 16:42:20.9327
 (UTC)
X-MS-Exchange-CrossTenant-fromentityheader: Hosted
X-MS-Exchange-CrossTenant-id: 84df9e7f-e9f6-40af-b435-aaaaaaaaaaaa
X-MS-Exchange-CrossTenant-rms-persistedconsumerorg: 00000000-0000-0000-0000-000000000000
X-MS-Exchange-Transport-CrossTenantHeadersStamped: BY5PR11MB4498
```


---

Virus-free. www.avast.com

# PORSCHE+AUDI

LOAD 05

76350

MAKE PORSCHE MODEL 640 6 36 901.26 YEAR 1970

SERIAL NO. 9140431543 BODY TYPE 914-6 R

DISTRIBUTOR NAME & ADDRESS
PORSCHE/AUDI EASTERN
WORLD-WIDE VW CORP
GREENBUSH ROAD
ORANGEBURG NY 10962

DEALER NAME & ADDRESS
PRESTIGE MOTORS INC
405 ROUTE 17
PARAMUS, NEW JERSEY 07652

PORT OF ENTRY: NEWARK

METHOD OF TRANSP.: TRUCKED

AVG. TRANSPORTATION CHARGE: 34.50

IMPORTER'S SUGGESTED RETAIL PRICE WITHOUT ACCESSORIES AT PORT OF ENTRY: 15,568.00

R COMPETITION OPTION GROUP
INCL.

| | |
|---|---|
| WIDENED FENDERS, FRONT AND REAR | STD. |
| FORGED ALLOY WHEELS | |
| 15 X 7 FRONT 15 X 8 REAR | STD. |
| SPEC OIL COOLING | STD. |
| 100 LITER FUEL TANK | STD. |
| LIMITED SLIP DIFFERENTIAL | STD. |
| COMP TACHOMETER | STD. |
| RACING SEATS | STD. |
| ONE-PIECE BUMPERS | STD. |
| SPEC SUSPENSION | STD. |
| COMP INTERIOR-TWO WAY ADJUSTABLE SEATS | STD. |
| SPACE-SAVING TIRE | STD. |
| CHANGEABLE GEAR TRANS. | STD. |
| PERF. EXHAUST | STD. |
| SPEC. 4-WHEEL DISC BRAKES | STD. |
| FRESH AIR HEATING AND VENTILATION | N.C. |

IMPORTER'S SUGGESTED RETAIL PRICE* WITH ACCESSORIES AT DEALER'S LOCATION: 15,602.50

* Gasoline, license and title fees, state and local taxes and dealer installed options and accessories are not included.

Labels prepared by the sole authorized importer for PORSCHE AUDI in the UNITED STATES pursuant to PUBLIC LAW 85-506 bear this signature.

PRINTED IN U.S.A.
22-99-70090.

PORSCHE AUDI
A DIVISION OF VOLKSWAGEN OF AMERICA, INC.
BY: [signature]
818 SYLVAN AVE. ENGLEWOOD CLIFFS, N.J. 07632