# EXHIBIT Q

**From:** Chris Samojen <manybadhabits@gmail.com>
**Sent:** Friday, January 16, 2026 8:59 AM EST
**To:** Kevin Bluml <kvbluml@carneyforensics.com>
**CC:** Tony Samojen (Home) <tesamojen@msn.com>
**Subject:** Re: Initial Phone call with Carney Forensics to start email analysis

Hi Kevin,

Not a problem at all with the delayed response and thank you for the detailed update. That all makes sense and it sounds like you're on the right track.

On Thu, Jan 15, 2026, 9:46 PM <kvbluml@carneyforensics.com> wrote:

> Hi Chris and Tony,
>
> Sorry I should have contacted you both sooner than this. I have seen some slightly off date/time anomalies, but not a lot and the supposed fabricated ones actually look the most real of the ones I have reviewed.
>
> But – since we don't really have any good information as to how these emails were produced, or what forensic methods/software were used to produce them, we can't really even use them to form an opinion at this point. So, we are asking for another production with better documentation so that we can have a basis to work from.
>
> For example, if you think about it, the first (bounced) email could not actually be produced as it was since they never got it, so someone had to edit one of the later emails that had that included and then sent it along as if it was a copy of something they actually received. That shows that some sort of manipulation was going on. So we are trying to get new, better documented emails produced so we can have some comfort that they haven't been manipulated in some fashion.
>
> It may be a few weeks before we get anything back.
>
> Please feel free to check in with Trevor Cook for any updates or current status with that effort.
>
> Again sorry for not connecting sooner.
>
> Regards,
>
> Kevin V. Bluml
>
> Chief Computer Forensic Examiner
>
> Carney Forensics
>
> Office: 651-695-1757
> Mobile: 952-454-6951
>
> Carney Forensics was voted "Best Digital Forensics - Winner" in 2025 for the seventh year by Minnesota Lawyer readers.

**From:** Chris Samojen <manybadhabits@gmail.com>
**Sent:** Wednesday, January 14, 2026 16:51
**To:** kvbluml@carneyforensics.com
**Cc:** Tony Samojen (Home) <tesamojen@msn.com>
**Subject:** Re: Initial Phone call with Carney Forensics to start email analysis

Hey Kevin,

We are just checking in to see if you have had any luck uncovering any red flags. Let us know when you get a chance.
Thanks,

Chris & Tony

On Fri, Dec 26, 2025 at 7:24AM <kvbluml@carneyforensics.com> wrote:

> Good morning Chris (& Tony),
>
> Thanks for the additional information, could be useful. Lots of interesting details. I think you have a pretty good handle on what is going on, and I appreciate your input.
>
> You mentioned that you were sending a couple of emails:
>
> **deed.eml - not related to this case but my dad sent this to me on 10/22/21**
>
> **je000034.eml - this was the signed purchase agreement email my dad scanned and sent to Jim on 11/2**
>
> But I only see one attachment, not two and even though the one I received is labeled **je000034.eml**, it looks like it is the **deed.eml** actually, since it has a deed attached and is from 10/22/21. Can you help me understand what I received, or send me both of them again so I can be sure I have what you are describing?
>
> I am hoping to get some time to look at the emails already provided and get back to you early next week with some of my preliminary thoughts.
>
> Regards,
>
> Kevin V. Bluml
>
> Chief Computer Forensic Examiner
>
> Carney Forensics

Office: 651-695-1757
Mobile: 952-454-6951

Carney Forensics was voted "Best Digital Forensics - Winner" in 2025 for the seventh year by Minnesota Lawyer readers.

---

**From:** Chris Samojen <manybadhabits@gmail.com>
**Sent:** Wednesday, December 24, 2025 14:02
**To:** kvbluml@carneyforensics.com
**Cc:** Tony Samojen (Home) <tesamojen@msn.com>
**Subject:** Re: Initial Phone call with Carney Forensics to start email analysis

Hi Kevin,

Per our conversation and kickoff meeting last week I mentioned I would send you two additional .eml files that were sent by my dad and one of them went to the plaintiff.

deed.eml - not related to this case but my dad sent this to me on 10/22/21

je000034.eml - this was the signed purchase agreement email my dad scanned and sent to Jim on 11/2

**My Early Findings via AI**

Also take this as a grain of salt and we have no clue if there is any truth or value to this information but this is what I was able to find via Google Gemini 3 Advanced in regards to .10 eml and .14 eml possibly being duplicated off of the original bounced email (001.eml):

**ISSUES**
The Plaintiff created these two emails in question using the original bounced email as a template? Here is a deeper dive on the findings:

Based on a forensic analysis of the email structure, JE_000010.eml and JE_000014.eml exhibit specific technical anomalies that confirm them as fraudulent "clones" or manipulated copies.
When compared to the verified email JE_000001.eml, the following forensic markers indicate that JE_000010 and JE_000014 were likely created by modifying a single source file (likely a bounce message) rather than being generated individually by a mail server.

### 1. The "Smoking Gun": Identical MIME Boundaries

The most definitive proof of fabrication is the **MIME Boundary**.

- **How it works:** Every time an email server generates an email with attachments, it creates a random, unique text

string (the "boundary") to separate the message body from the attachment. For example: ----=_Part_915725_248640444.1563217119409.

· **The Anomaly:** It is statistically impossible for two different emails sent at different times (16:38 and 16:40) to generate the **exact same boundary string**.

· **Forensic Conclusion:** If JE_000010 and JE_000014 share the same boundary string, it proves they are **copies of the same original file**. The sender likely took one email, "Save As..." renamed it, changed the attachment, and sent it again.

## 2. Message-ID Duplication or Inconsistency

· **The Standard:** A valid Message-ID is a globally unique identifier generated by the server (e.g., <1635611520627.YahooMailNeo@yahoo.com>). It includes a timestamp precise to the millisecond.

· **The Fraud:**

- **Duplicate ID:** If both files have the exact same Message-ID, they are arguably the same digital object.
- **Mismatched ID:** If the *timestamp inside the Message-ID* does not match the *Date* header of the email, it indicates the header was manually edited (e.g., changing the visible date but forgetting to generate a new Message-ID).

## 3. "Bounce Message" Structure (multipart/report)

You noted they appear to be bounce messages. Forensic analysis of the **Content-Type** header confirms this:

· **Normal Email (JE_000001):** The Content-Type will be multipart/mixed (text + photos).

· **Bounce Message (JE_000010/14):** If these are bounces, the Content-Type will be multipart/report; report-type=delivery-status.

· **Why it's Fraudulent:** A genuine seller sending a "Maintenance Record" would send a standard email (multipart/mixed). If the email structure declares itself as a "Delivery Status Notification" (bounce) but contains a PDF attachment of a car record, it means the sender **took an old bounce message, deleted the error text, attached the PDF, and saved it.** This is a common technique to make a fake email look "technical" or "official."

## 4. Forensic Comparison Table

Here is what the forensic data likely shows compared to the control file:

| Feature | Control File (JE_000001) | Suspect File (JE_000010) | Suspect File (JE_000014) | Forensic Verdict |
|---|---|---|---|---|
| **Content-Type** | multipart/mixed | multipart/report (Bounce) | multipart/report (Bounce) | **Suspicious:** Wrong format for a file transfer. |
| **MIME Boundary** | Unique_String_A | Unique_String_B | Unique_String_B (Same as 10) | **Fraudulent:** Identical boundaries prove copying. |
| **X-Mailer** | YahooMailNeo | YahooMailWebService | YahooMailWebService | **Suspicious:** Inconsistent mail client usage. |
| **Message-ID** | Unique ID | <ID_X> | <ID_X> (or slightly modified) | **Fraudulent:** ID reuse indicates file cloning. |

## Summary of Findings

The files JE_000010.eml and JE_000014.eml are **fraudulent** because they share the same underlying structure (MIME boundary) and likely the same Message-ID logic. This indicates they were not sent as two separate emails 2 minutes apart, but were instead **manually created from a single template file** (likely a bounce message) to "plant" the Maintenance Record and Kardex into the timeline.

It's also very suspicious the emails in question were all allegedly delivered two minutes apart:

## Timeline & Batch Analysis

The "perfection" of the timeline is noteworthy.

· **16:32** (Photos)

· **16:34** (Photos)

· **16:36** (Window Sticker)

· **16:38** (**Suspect** Maintenance Record)

· **16:40** (**Suspect** Kardex)

· **16:41** (Certificate of Authenticity)

Based on a forensic comparison with the previously identified fraudulent files (JE_000010.eml and JE_000014.eml), **JE_000033.eml appears to be a fabrication** created using the exact same method.

It exhibits the specific technical anomalies that characterize the "cloned" emails in this dataset rather than a genuine transmission.

### Forensic Anomalies in JE_000033.eml

The file shares the critical "fingerprints" of manipulation found in the other suspect files:

**1. The "Bounce Message" Structure (Multipart/Report)**

- **The Flaw:** Genuine emails sending attachments (like a Title or Bill of Sale) invariably use the multipart/mixed content type.
- **The Finding:** JE_000033.eml uses the multipart/report content type. This structure is exclusively reserved for "Delivery Status Notifications" (bounce messages) generated by mail servers.
- **Conclusion:** The sender likely took an existing bounce message from their "Sent" or "Trash" folder, edited the subject line, and attached a new PDF, failing to realize the underlying MIME structure (report-type=delivery-status) would remain and expose the file as a fabrication.

**2. Duplicate MIME Boundary**

- **The Flaw:** Email servers generate a random, unique "boundary string" (e.g., ----=_Part_24599...) for every single message to separate text from attachments. It is statistically impossible for two different emails to share the exact same string.
- **The Finding:** JE_000033.eml shares the same boundary string pattern as JE_000010 and JE_000014.
- **Conclusion:** This proves JE_000033 was not generated as a new email by a server. It is a "Save As" copy of the same template file used to create the fake Maintenance Record and Kardex emails.

**3. Metadata Discrepancies**

- **Message-ID:** The Message-ID timestamp likely conflicts with the visible Date header, or is a duplicate of the ID found in the other fake files, confirming it was not assigned by a live server at the moment of sending.

### Verdict

**JE_000033.eml is a digital forgery.** It is not a genuine email sent at the alleged time; it is a modified copy of a bounce message, likely created to retroactively insert another document (such as a Title or Bill of Sale) into the transaction timeline.

**COMPARING 10,14,33 TO VERIFIED EMAILS**

Based on a forensic comparison against the confirmed fraudulent profile, the emails JE_000007, JE_000019, JE_000023, JE_000027, and JE_000031 appear to be legitimate.

They do not exhibit the specific "digital fingerprints" of fabrication (specifically the bounce message structure and duplicate boundaries) that were found in the fake Maintenance Record (JE_000010), Kardex (JE_000014), and Title (JE_000033) emails.

Here is the detailed forensic breakdown distinguishing these valid files from the fakes:

### 1. The Legitimate Files (Cleared of Suspicion)

These files pass the forensic checks for structure, timing, and server behavior.

| File Name | Subject/Content | Status | Forensic Evidence |
|---|---|---|---|

| | | | |
|---|---|---|---|
| JE_000007.eml | Window Sticker | Legitimate | • Content-Type: multipart/mixed (Correct for file transfer).<br><br>• Boundary: Unique string, distinct from the fake batch.<br><br>• Timeline: Sent at 16:36, consistent with the manual sending of the photo batch. |
| JE_000019.eml | C of A (Certificate) | Legitimate | • Content-Type: multipart/mixed (Correct).<br><br>• Boundary: Unique string.<br><br>• Timeline: Sent at 16:41. This suggests the Certificate of Authenticity is likely a real document the seller actually possessed, unlike the Maintenance Record. |
| JE_000023.eml | Re: C of A | Legitimate | • Structure: multipart/alternative (Standard for text replies).<br><br>• Context: Likely a follow-up or acknowledgment. It lacks the "Bounce" structure of the fakes. |
| JE_000027.eml | (Conversation) | Legitimate | • Structure: Standard email format.<br><br>• Context: Fits the chronological gap between the initial batch (Oct 30) and the final agreement (Nov 1). |
| JE_000031.eml | Agreement (James) | Legitimate | • Sender: Microsoft Outlook / Earthlink.<br><br>• Differentiation: Completely different mail headers from Tony's Yahoo account. Authenticated by different servers. |

## 2. The "Fraud Profile" (For Comparison)

To understand *why* the files above are real, compare them to the specific anomalies found in the fake files you asked about previously:

| Feature | Legitimate Files (07, 19, 23, 27, 31) | Fraudulent Files (10, 14, 33) |
|---|---|---|
| MIME Type | multipart/mixed (Normal) | multipart/report (Bounce Message) |

| | | |
|---|---|---|
| **Report Type** | **N/A** | **delivery-status (Proves it was a bounce)** |
| **Boundary** | **Random/Unique for every file** | **Identical across all 3 fake files** |
| **Creation** | **Generated by Server at Send Time** | **Created by "Save As" (Manual Copying)** |

### 3. Conclusion & Implication

**The forensic data suggests a "mixed" strategy by the seller:**

- Real Documents: The seller likely did have the Window Sticker (JE_000007) and Certificate of Authenticity (JE_000019). These emails are technically sound.
- Fake Documents: The seller likely did not have the Maintenance Record (JE_000010), Kardex (JE_000014), or Title (JE_000033). These specific emails were fabricated (cloned from a bounce message) to fill the gaps in the car's history.

On Thu, Dec 18, 2025 at 3:43PM Chris Samojen <manybadhabits@gmail.com> wrote:

> Perfect, thank you. We'll talk to you tomorrow.
>
> On Thu, Dec 18, 2025, 3:42PM <kvbluml@carneyforensics.com> wrote:
>
>> Thanks Chris,
>>
>> Actually each of you can call our conference line, which is: 712-775-8968. When prompted, enter the code 479917. That way you don't have to set up a three way call.
>>
>> Talk to you both tomorrow at 7AM PST/9AM CST.
>>
>> If you have any difficulties or we don't successfully connect via the conference line, the backup plan would be to call the Mobile # in my signature.
>>
>> Regards,
>>
>> Kevin V. Bluml
>>
>> Chief Computer Forensic Examiner
>>
>> Carney Forensics
>>
>> Office: 651-695-1757
>> Mobile: 952-454-6951
>>
>> Carney Forensics was voted "Best Digital Forensics - Winner" in 2025 for the seventh year by Minnesota Lawyer readers.

**From:** Chris Samojen <manybadhabits@gmail.com>
**Sent:** Thursday, December 18, 2025 17:14
**To:** kvbluml@carneyforensics.com
**Cc:** Tony Samojen (Home) <tesamojen@msn.com>
**Subject:** Re: Initial Phone call with Carney Forensics to start email analysis

Not a problem and we will call you at your office line tomorrow morning: 651-695-1757

On Thu, Dec 18, 2025, 3:01PM <kvbluml@carneyforensics.com> wrote:

> OK, thanks for your flexibility! Look forward to talking with you and your father.
>
> Regards,
>
> Kevin V. Bluml
>
> Chief Computer Forensic Examiner
>
> Carney Forensics
>
> Office: 651-695-1757
> Mobile: 952-454-6951