# EXHIBIT R

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

---

JAMES EDWARDS,

Plaintiff,

v. Case No.:

TONY SAMOJEN, 3:25-CV-08174-SPL

Defendant.

---

VIDEOTAPED DEPOSITION

---

WITNESS: KERRY JAMES MORSE

DATE: Friday, July 10, 2026

START TIME: 9:07 a.m., PT

END TIME: 2:58 p.m., PT

REMOTE LOCATION: Remote Legal platform

PROCEEDINGS OFFICER: Fanya Cantave, CER-4770

JOB NO.: 51451

A P P E A R A N C E S

MCDONALD HOPKINS LLC
300 North LaSalle Street
Suite 1400
Chicago, Illinois 60654
By: MICHAEL CROGHAN, ESQUIRE
mcroghan@mcdonaldhopkins.com
Appearing for Plaintiff

SILENCE LAW GROUP PLLC
20235 North Cave Creek Road
Suite 104-460
Phoenix, Arizona 85024
By: TREVOR COOK, ESQUIRE
trevor@silencelaw.com
Appearing for Defendant

LAW OFFICE OF DAVID SWANSON
4100 Newport Place Drive
Suite 550
Newport Beach, California 92660
By: DAVID E. SWANSON, ESQUIRE
attyds@pacbell.net
Appearing for Witness

A P P E A R A N C E S (Continued)

ALSO PRESENT:

Tony Samojen, Defendant, Observer

# I N D E X O F T E S T I M O N Y


| EXAMINATION OF KERRY JAMES MORSE: | PAGE |
| --- | --- |
| By Mr. Cook | 11 |
| By Mr. Croghan | 95 |
| By Mr. Cook | 183 |

# I N D E X O F E X H I B I T S

(available for download)



| EXHIBIT | DESCRIPTION | PAGE |
|---|---|---|
| 1 | Subpoena | 20 |
| 2 | Email Chain - 4/7/21 to 10/22/21 | 23 |
| 3 | Email Chain - 11/28/21 to 12/4/21 | 46 |
| 4 | Email Chain - 10/30/21 to 10/8/25 | 60 |
| 5 | Email Chain - 10/31/21 to 11/1/21 | 64 |
| 6 | Email Chain - 12/31/22 to 3/12/23 | 87 |
| 7 | Email Chain - 4/3/23 to 12/11/25 | 89 |
| 8 | Text Chain - Mr. Morse and Mr. Samojen | 92 |
| 9 | Email Chain - 11/7/25 | 96 |
| 10 | Email Chain - 6/4/21 and 6/14/21 | 127 |
| 11 | Email Chain - 10/26/21 and 10/28/21 | 133 |
| 12 | Text Chain - Mr. Morse and Mr. Edwards | 135 |
| 13 | Email Chain RE: How many 914-6R? | 146 |
| 14 | 1970 914/6 Certificate of Authenticity | 156 |
| 15 | 1973 914/6 Certificate of Authenticity | 158 |
| 16 | 11/1/21 Email RE: 914 R | 161 |
| 17 | 12/3/21 Email RE: post deal... | 162 |
| 18 | 2/2/22 Email RE: Monroney | 165 |
| 19 | 12/31/22/ Email RE: hats with tails | 167 |
| 20 | 3/9/23 Email RE: digging in the dirt | 168 |
| 21 | 1970 914/6 Advertisement | 169 |

I N D E X O F E X H I B I T S (Continued)

(available for download)


| EXHIBIT | DESCRIPTION | PAGE |
|---|---|---|
| 22 | 2/12/23 Email RE: "check this" | 170 |
| 23 | Marc Noack Email with 914/6 Details | 171 |
| 24 | 4/3/23 Email RE: 914-6 engine type | 172 |
| 25 | Email Chain - 5/12/25 and 5/13/25 | 174 |

P R O C E E D I N G S

THE PROCEEDINGS OFFICER: Good morning. We are now on the record. Today's date is Friday, July 10, 2026, and the time is approximately 9:07 a.m., Pacific Time.

My name is Fanya Cantave, and I'm the officer designated by Remote Legal, 11 Broadway, Suite 468, New York, New York, to take record of this proceeding.

This is the video-recorded deposition of Kerry Morse, taken in the matter of Edwards versus Samojen, Case Number 3:25-CV-08174-SPL, filed in the United States District Court for the District of Arizona.

Would all counsel please identify themselves for the record and state who they represent, starting with the noticing attorney.

MR. COOK: I'm Trevor Cook, representing Defendant Tony Samojen.

MR. CROGHAN: Michael Croghan, representing Plaintiff James Edwards.

MR. SWANSON: David Swanson, representing the witness, Kerry Morse.

THE PROCEEDINGS OFFICER: This video-recorded deposition is being taken remotely on behalf of

the defendant and is being conducted pursuant to the procedural rules and laws governing this matter.

As such, all parties agree to this means of capturing the official record, which may include recording by audio, audiovisual, and/or stenographic means, and agree not to oppose admissibility of the testimony in this proceeding on the basis of the personnel or method by which the testimony was captured.

Further, all parties agree that the proceedings officer or person administering the oath may be authorized to administer the oath under the rules where they reside.

Do the parties so stipulate?

MR. COOK: Yes.

MR. CROGHAN: Yes.

MR. SWANSON: Yes.

THE PROCEEDINGS OFFICER: I will now swear in the witness.

Please state and spell your name for the record.

MR. MORSE: Kerry James Morse, K-E-R-R-Y J-A-M-E-S M-O-R-S-E.

THE PROCEEDINGS OFFICER: Please raise your right hand.

Do you swear or affirm that the testimony

you shall give today in this proceeding will be the truth, the whole truth, and nothing but the truth?

MR. MORSE: Yes, I do.

WHEREUPON,

K E R R Y J A M E S M O R S E ,

having been called as a witness, being duly sworn by the notary public present, testified as follows:

THE PROCEEDINGS OFFICER: Counsel, you may proceed.

MR. COOK: Thank you. Before we begin questions, I'd like to propose a stipulation on the record.

Because Deponent Mr. Morse resides in Irvine, California, more than 100 miles from the place of trial in the District of Arizona and outside the subpoena power of the trial court under Rule 45(c), I would like to stipulate that this deposition is taken for all purposes permitted by the Federal Rules of Civil Procedure, including use at trial under Rule 32(a)(4), and that the parties reserve all objections except as to form and privilege, which must be stated on the record today.

Mr. Croghan, would you stipulate to that?

MR. CROGHAN: Sorry, Trevor. I think we could have discussed this prior to starting the

deposition, but can you just clarify your intention and what you mean by that? I don't think we have an issue with that, but I want to understand, because I think we could have discussed this prior.

MR. COOK: Sure. Just to be able to use the deposition at trial, that we agree to that under the rules.

MR. CROGHAN: If appropriate, I agree. But, again, you know, there's the potential for Mr. Morse to appear at trial. There's a potential for Mr. Morse to appear virtually at trial. There's a potential for him to not do that. And I think we need to just allow the default rules to govern.

MR. COOK: Okay. That's fair. So you decline to stipulate, then?

MR. CROGHAN: Well, again, I think we could have had addressed this stipulation prior to the deposition starting. We should have. I'm not objecting or saying that we wouldn't stipulate to that in the future.

I think we are taking this deposition with the understanding that Mr. Morse resides outside of the subpoena power of the court and his testimony may be admissible pursuant to court rules. But again, I haven't had a chance to consider the stipulation until

right now, and I will defer my decision on that.

MR. COOK: Okay. That's fair. So no stipulation as of now. But for the record, I'll just give note that Plaintiff -- or Defendant intends to offer the deposition at trial under Rule 32(a)(4)(B) and notes that objections --

MR. CROGHAN: And Plaintiff reserves the right to do so as well.

MR. COOK: Okay. Great. So we are on notice that objections to the form of questions must be made now under Rule 32(d)(3)(B) or they are waived.

MR. CROGHAN: Sure.

THE PROCEEDINGS OFFICER: All right. Thank you.

EXAMINATION

BY MR. COOK:

Q Oh. Sorry. Sorry about that. Kerry, so let's get started, and I'm going to try to move quickly through what I want to ask you. I don't -- I don't want to take too much of your time here, hopefully. Have you ever been deposed before?

A No. This is something I have not looked forward to. Thank you for asking.

Q Okay. That's fair. So just a couple things. If I ask a question and you don't understand

correct?

A That's correct.

Q Can you describe that transaction and tell us about the -- what it tells us about the value of a real factory 914/6 R?

A Well, they don't come up for sale very often. There are only 11 of them that were completed, that were used by Porsche. And they are considered the rarest. The problem that they have in terms of the values being up and down is that the most valuable of a road-going Porsche, the market itself has shifted.

You have to have something basically that you can drive on the street more than just on the racetrack, and that affects the value at that time. The highest price that had been paid for one of those variants was 1.2 million at that time.

And 0705, he and I had discussed it a number of times off and on when I would be ready to sell it. And I had owned it, I think, for 12 years, maybe 10 years.

Q Okay. You said the highest value a 914/6 R has ever sold for in -- to your knowledge, is $1.2 million?

A That I'm aware -- yes, that I'm aware of was 1.2.

Q And what's the lowest value, to your knowledge, that a 914/6 R has ever sold for?

A Well, it depends on if you're talking about a Werks, one of the 11 Werks cars, or one of the customer-built cars. And --

Q Let's break that down. Let's talk about one of the 11 Werks cars first.

A Well, again, mine -- mine represented what would be at the million-dollar price range. You would have to put a Werks car, depending on its use, between 750 and 1.2 at that time.

Q At the -- in -- as of October 2020?

A Yes.

Q 750,000 to 1.2 million?

A Right.

Q For a factory Werks 914/6 R?

A Of -- one of the 11, yes.

Q One of the 11. And when you say "customer-built," are you referring to the kits?

A I'm referring to the cars that were ordered by Porsche or ordered by customers, which were a whole different range of options.

You could have basically the cosmetic R kit, which were flares and bumpers, wheel spacers, et cetera, down to a variety of two different engines. And by the

time that you got to what was known as the "full variant 3," that was a pure race car.

Q And let's talk about that variant 3, the pure race car. What is the value of a 914/6 R customer-built, a full race car variant?

A Today or 2021?

Q 2021.

A 2021 would have been -- would have fallen in -- being a customer car, would have been between 450 to 750. Although there was one that fetched -- pardon.

(Counsel and Witness - off the record discussion.)

THE WITNESS: Just shy of a million on a customer-built -- excuse me, on one of the customer cars. It was an exceptional car with exceptional history, well-documented, photographed. Ironically, was owned by the same person that owned -- that I obtained 011 from.

BY MR. CROGHAN:

Q And that vehicle that sold for $980,000 and --

A Just shy of a million. I don't remember the exact number.

Q That vehicle that sold for just shy of a million, would that also be classified as a 914/6 R?

A Yes, it would.

Q Customer-built 914/6 R, correct?

A Not a customer-built, factory-built.
Q Factory-built.
A A factory-built customer car, which had a number of different details over the 11 Werks cars.
Q So there's 11 Werks cars, and those are factory Werks race cars, correct?
A Right. And they all -- they all differed from the equipment that was used on them greatly.
Q And then you have, I think you described factory customer-built cars, correct?
A Correct.
Q And that would be a customer that orders a 914/6 R for the factory to build into a race car at the time of purchase, correct?
A No. No. Because you would have to --
Q Can you -- can you explain it?
A You would have to order depending on which variant that you got. Again, variant 1 would have been considered a cosmetic option. Variant 2 was basically a car that had been modified for rallying. Variant 3 was the full competition car. And there was a private -- rephrase that.
There was a private transaction that was done three years ago on a customer-ordered 914/6 that fetched over a million dollars in a private party sale.

Q And that was not a factory Werks, correct?

A It was a factory-built car as a customer car, meaning ordered as a variant 3.

Q Let me make sure I -- let me make sure we're on the same page.

A Sure.

Q You said there's 11 factory Werks 914/6 Rs, correct?

A Correct. Correct.

Q That means that the 914/6 factory Werks cars were built for the dealer -- or sorry -- for Porsche to race; is that correct?

A They were factory-used cars for -- they -- they raced them and used them also as test beds, testing different engines.

Q And that's what 0705 was, correct?

A Correct.

Q And the other three variants you're talking about, those -- you're referring to those as customer-built, correct?

A The other two variants. Yeah. Well, I mean, the way that they were, yes, those were -- would have been considered what was known as the "D program" internally.

Q The D program.

A Right.

Q And that's what you're referring to as customer-built, right?

A Or customer-ordered, yeah, that were built by the factory, to those variants.

Q Customer --

A Right. As a customer, right, if you went up and said, I want a 914/6 that I'm going to rally, they would have -- you would have ordered variant 2. They would have suggested you order variant 2.

If you were going to say, I want one for circuit racing, running Sebring, Daytona, Le Mans, you would have ordered variant 3.

Q And can you explain what a rally is compared to full competition?

A Held on public roads, you know, checkpoints, time -- time stages, et cetera.

Q So variant 2 is a rally. That's public road racing. Is that sanctioned by the --

A Those are sanctioned by the -- depending on which country that you're in. Like, the Monte Carlo Rally is an FIA international sanctioned event. Ones that were run in the US, such as Press On Regardless, would have been the SCCA, Sports Car Club of America, would have been the sanctioning body for those events.

Q Okay. And that's the rally. That's variant 2 that you referenced, correct?
A Correct.
Q Variant 3 is full competition, like Daytona, Le Mans. That's what you said?
A Correct.
Q And what type of track are those raced on?
A Closed circuit, with the exception of Le Mans, which uses once a year the -- part of the public roads.
Q Okay. And that's variant 3 that you referenced, correct?
A Correct.
Q And variant 1 was cosmetic. Are those street cars?
A Yes.
Q Are variant 2 and 3 allowed on the streets?
A You can get away with anything if you have enough money.
Q Are they technically allowed on the streets, though, by law?
A Variant 3 is -- was definitely not considered a street car.
Q Okay.
A Most of them -- most of them ended up with license plates anyways.

Q Now, we've basically talked about four different types of vehicles, and let me just make sure we're on the same page. Number 1, factory Werks. There's only 11, correct?

A Correct.

Q And then the other three we talked about were customer-ordered vehicles. Number 1, cosmetic; Number 2, rally; and Number 3, full competition models, right?

A Correct.

Q Do you know approximately how many cosmetic 914/6s there are?

A It'll take me a minute to go back and pull up the info. But at that time that there were approximately -- that's it. Right. I just had a note from (indiscernible) with regards to the factory Werks cars. It should be noted that the spelling is W-E-R-K-S.

Q Tanya will appreciate that. But if we go back to -- so factory Werks --

A Yeah. Back to the factory --

Q -- there were -- there were 11 of them, right?

A There were 11 of the factory -- of the cars that were used internally by Porsche that were built specifically, and they used a special series of numbers, five-digit numbers. In the case of 0705, its internal

number was 914/39.

The kits, there were at least -- again, this goes back to -- in terms of confirmation from Porsche documents of it is -- is -- and the list kept changing, but approximately 50 cars built by Zuffenhausen as ordered as -- with -- with various GT option groups of the variants.

Q Okay. And let me -- let me just -- for clarity on the record and for my sake, for clarity, we broke down these three variants of the customer-ordered 914s. One was cosmetic.

A Correct.

Q Do you have an estimate as to how many of that variant exist?

A I know how many exist, but off the top of my head, I can't give you an accurate number. I'd have to go back through my records and files and pull out of what I know to be in my opinion that were -- that fall into the cosmetic of the various groups.

Q That's okay. And we don't --

A And again -- again, as I pointed out, is that a number of these cars that were ordered were later modified by purchasing additional 914/6 GT components from Porsche.

Q Right. And we don't need to go back through

variant 3, full competition model 914/6s, correct?
A Yes. Between '70 and '72.
Q And you're saying that less than -- likely less than a dozen of those were built between 1970 and 1972, correct?
A That is what I'm -- I'm making an opinionated guess at right now without going back through the individual records of these cars.
Q And out of those -- your estimate of around 12 of those, how many of those still exist today; to your knowledge?
A Most of them.
Q Okay. Suffice it to say, these 914/6 -- and strike that.
Are all of these cars; the factory Werks, the, customer-ordered cosmetic, rally, and full competition models, are all of these generally referred to as "914/6 Rs"?
A No. 914/6 GT.
Q Okay. Are the customer-ordered vehicles all referred to as "GTs"?
A Publicly speaking, yes.
Q And would the 914/6 R refer only to factory Werks?
A No. It would refer to the internal paperwork

of the competition car. Again, falling back to the D program of variants 1, 2, and 3. But the series of parts then would have been labeled as -- as R parts.

It's always been a gray area in terms of what would be considered an R -- an R component versus a street component.

Q So 914/6 R is dependent upon how the factory designated the parts back in 1970?

A That's correct.

Q And it could fall under a factory Werks, or a cosmetic customer-ordered, or a rally customer-ordered, or a full competition customer-ordered? Any of those could have had parts that were designated as R parts. Is that what you're saying?

A That's correct.

Q But if they had R parts, that would be extremely rare, correct?

A No. Because you could purchase the R parts and add them to yourself. Many people did.

Q Let me -- let me clarify. That's a very good clarification. Would it be extremely rare that a vehicle had R parts installed by the Porsche factory, and during the 1970 time frame?

A It wouldn't be extremely rare because it was an availability. So it's a customer choice. The reason

the 914/6 GT program was discontinued so early is that the 911 was a much better -- much better deal.

Bigger engine, more -- you know, better class, better chance of an overall result. History proved that to be incorrect over time.

Q And you said people can buy R parts and add them to their cars, correct?

A Correct.

Q But in this case, the window sticker suggests that the car was designated as a 914/6 R from the outset, correct?

A You're referring to the yellow car?

Q Yes.

A Yes, it did.

Q And my question is, how rare is -- would it be for the paperwork to refer to a vehicle as a 914/6 R at the time it was manufactured?

A I had never seen one. Never heard of one.

Q Suffice it to say that would be extremely rare?

A It would be extremely rare, yes, in my opinion.

Q Can you tell me -- again, switching gears -- about the circumstances under which Tony Samojen first asked you to help him sell Porsche 011?

A He had two cars, wanted to sell one.
Q And that was around April 2021, correct?
A I can't remember the specific month.
Q He had two. Are you referring to Porsche 011 and Porsche 1543?
A I'm referring to 011 and the yellow car, yes.
Q And the yellow car is 1543, correct?
A Correct.
Q So he had two, he wanted to sell one of them, and he asked you to help, right?
A Yes. He -- excuse me. He asked my opinion, and I suggested an auction.
Q Did he do an auction?
A No. He did not.
Q Instead, he tried to privately sell it, correct?
A Yes.
Q And by "auction," do you mean engage a house like RM?
A Yes.
Q And a house like RM puts out an advertisement that they are selling a vehicle at a specific date and time and seeks bids and there's a reserve; is that right?
A In most cases, yes, but they usually do a

thorough inspection of the car first to see whether or not that it fits within their program.

Q And if the car fits within their program, they set a date and time, and they market the vehicle and ask for people to make bids; is that right?

A They -- they photograph it. They put it in a catalog and let it know it's available at a certain location, et cetera.

Q And you suggested that Mr. Samojen sell Porsche 011 at an auction, right?

A I said I would look into it because I felt that -- that 011 was a very valuable piece of Porsche history. And I checked with the auction house that I have good relations with and that are very honest with regards to their -- you know, their outlook.

And that was how that they arrived -- you know, that one -- that the car was in the 400 range, below 400, and they really were not interested in consigning up the car.

Q Why did you believe it was a historical Porsche?

A Because it's the --

Q Porsche -- and I'm -- and I'm referring to 011.

A Yeah. Because it was the very first