# EXHIBIT S

**Rusing Lopez & Lizardi, P.L.L.C.**
7047 E. Greenway Parkway, Suite 400
Scottsdale, Arizona 85254
Telephone: (480) 663-9800
Facsimile: (520) 529-4262
dbernardone@rllaz.com
aclark@rllaz.com

Daniel B. Bernardone
State Bar No. 033256
Aaron Clark
State Bar No. 038534

*Attorneys for James Edwards*

Michael Croghan (ARDC #6312601)
Patrick O'Meara (ARDC # 6317487)
McDonald Hopkins LLC
300 North LaSalle St., Suite 1400
Chicago, IL 60654
phone (312) 280-0111
mcroghan@mcdonaldhopkins.com
pomeara@mcdonaldhopkins.com
*Attorneys for James Edwards*
*Admitted Pro Hac Vice*

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| James Edwards,<br><br>Plaintiff,<br><br>vs.<br><br>Tony Samojen,<br><br>Defendant. | Case No. 3:25-cv-08174-SPL<br><br>**DECLARATION OF JAMES PATRICK** |

I, James Patrick, under penalty of perjury and in accordance with the requirements of 28 U.S.C. § 1746, hereby declare and state as follows:

1. I am over the age of 18, have personal knowledge of the facts set forth herein, and could testify completely to them if called upon to do so.

2. I own Patrick Motorsports USA at 4114 East Washington Street, Pheonix, Arizona 85034.

3. At Patrick Motorsports, I've worked repairing and restoring Porsches and mid-engine performance vehicles since 1989.

4. From my 37 years of experience, I have extensive knowledge of Porsches, their provenance, and the restoration of these vehicles.

5. Beginning on or around February 7, 2023, Patrick Motorsports partially restored Porsche 914/6 from 1970 (serial number 914 043 1543) ("Porsche 1543") for Plaintiff James Edwards.

6. Prior to beginning the restoration, Edwards informed me that Porsche 1543 was a 914/6 "R."

7. Patrick Motorsports completed extensive work on Porsche 1543 between on or around February 7, 2023 and on or around August 26, 2025.

8. When Patrick Motorsports started the restoration in or around February 2023, Edwards and I had no doubt that Porsche 1543 was an authentic 914/6 "R."

9. I did not discover anything during the restoration of Porsche 1543 that made me question the provenance of Porsche 1543 as an authentic 914/6 "R."

10. In or around May or June 2025, Edwards told me that Porsche 1543 was a 914/6, not a 914/6 "R." This was the first time I became aware that Porsche 1543 was not an authentic 914/6 "R."

11. Beginning on or around March 18, 2025, Patrick Motorsports did an "engine-out" major service and repair and detailing of chassis for a Porsche 914/6 from 1970 (serial number 914 043 0011) ("Porsche 0011") to bring the vehicle to 100% roadworthy condition for Edwards.

12. Edwards promptly paid Patrick Motorsports in full for all work performed on Porsche 1543 and Porsche 0011.

13. In total, Edwards paid Patrick Motorsports approximately $200,000.00 for work performed on Porsche 1543 and Porsche 0011.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

DocuSigned by:
James Patrick
AD73F93CDAF549C...

James Patrick 7/13/2026