# GROUP EXHIBIT B

**Perry-Payne Appraisal, LLC**
574 Iris Place
Aurora, OH 44202
(703) 615-4678
molekappraisal@outlook.com

**Appraisal of:**
**(1) 1970 Porsche 914/6 *as-if* it were a 914/6 GT**
**VIN: #9140431543**

**(2) 1970 Porsche 914/6 as-is**
**VIN: #9140431543**

**(3) 1970 Porsche 914/6 as-is**
**VIN: #9140430011**

**(4) 2006 Ford GT as-is**
**VIN: #1FAFP90S76Y401685**

Prepared for:
Mr. Michael P. Croghan, Esq.
McDonald Hopkins LLC
300 North LaSalle Street
Suite 1400
Chicago, IL 60654

Intended Use: Litigation Support
Type of Value: Market Value

Effective Date of Valuation: November 2, 2021
Date of Inspection (Porsche 914/6 #1543 and Porsche 914/6 #0011): January 20, 2026
Date of Inspection (Ford GT #1FAFP90S76Y401685): March 26, 2026
Date of Appraisal Report: June 18, 2026

Prepared by:
Matt Oleksiak
Accredited Member (AM)
American Society of Appraisers

## Perry-Payne Appraisal, LLC

# Table of Contents

Section ... Page
Title Page ... 1
Table of Contents ... 2-3
Transmittal Letter ... 4-5
Terms and Definitions ... 6-7
    Type of Report ... 6
    Intended Use ... 6
    Intended Users ... 6
    Type of Value (including definition) ... 6
    Approaches to Value ... 6-7
Limiting Conditions and Assumptions ... 8-10
Certification ... 11-12
Privacy Policy ... 13
Description of 1970 Porsche 914/6 *as-if* it were a 914/6 GT (VIN #1543) ... 14-26
    Property Description ... 14
    Background ... 14-16
    Photographs ... 17-20
    Market Information ... 21-22
    Market Information-Comparables ... 23-24
    Analysis ... 24-26
Description of 1970 Porsche 914/6 as-is (VIN #1543) ... 27-34
    Property Description ... 27
    Background ... 27-28
    Photographs ... 29
    Market Information ... 30
    Market Information-Comparables ... 31-32
    Analysis ... 33-34
Description of 1970 Porsche 914/6 as-is (VIN #0011) ... 35-42

Property Description ........................................ 35
Background ........................................ 35-36
Market Information ........................................ 37-38
Market Information-Comparables ........................................ 39-40
Analysis........................................ 41-42
Description of 2006 Ford GT as-is (VIN #1FAFP90S76Y401685)........................................ 43-51
Property Description ........................................ 43-44
Background ........................................ 44-45
Market Information ........................................ 46-47
Market Information-Comparables ........................................ 48-50
Analysis........................................ 50-51
Glossary ........................................ 52
Bibliography and Sources Consulted ........................................ 53-55
Appraiser's Credentials ........................................ 56-57

**Perry-Payne Appraisal, LLC**
574 Iris Place
Aurora, OH 44202
(703) 615-4678
molekappraisal@outlook.com

June 18, 2026

Mr. Michael P. Croghan, Esq.
McDonald Hopkins LLC
300 North LaSalle Street
Suite 1400
Chicago, IL 60654

Re: Retrospective Appraisal of:
(1) 1970 Porsche 914/6 *as-if* it were a 914/6 GT
VIN: #9140431543
(2) 1970 Porsche 914/6 as-is
VIN: #9140431543
(3) 1970 Porsche 914/6 as-is
VIN: #9140430011
(4) 2006 Ford GT as-is
VIN: #1FAFP90S76Y401685

Dear Mr. Croghan,

As agreed in our mutually executed contract dated March 11, 2026, I have prepared an appraisal report concluding a retrospective opinion of the Market value of the subject vehicles for the intended use of litigation support (Case No. 3:25-CV-08174-SPL). The effective date of valuation is November 2, 2021, the date of the original transaction between the plaintiff and the defendant in the referenced case.

For this assignment, I developed my opinion of value utilizing the definition of market value.

On the basis of inspection, research, and analysis, the market value for each property is as follows:

- 1970 Porsche 914/6 *as-if* it were a 914/6 GT (VIN: #9140431543): **$510,000 (five-hundred-ten-thousand US Dollars)**
- 1970 Porsche 914/6 as-is (VIN: #9140431543): **$143,000 (one-hundred-forty-three-thousand US Dollars)**

- 1970 Porsche 914/6 as-is (VIN: #9140430011): **$115,000 (one-hundred-fifteen-thousand US Dollars)**
- 2006 Ford GT as-is (VIN: #1FAFP90S76Y401685): **$340,000 (three-hundred-forty-thousand US Dollars)**

This appraisal is subject to the limiting conditions and assumptions as stated herein. The total submitted value is based on the whole and possessory interest of each vehicle, undiminished by liens, fractional interest, or other encumbrances. To be valid, this appraisal report must be used in its entirety of 57 pages. I have no past, present, or contemplated future interest in any of the subject vehicles.

This appraisal was prepared in compliance with *the Uniform Standards of Professional Appraisal Practice (USPAP) 2024 (effective January 1, 2024)*, promulgated by the Appraisal Standards Board of The Appraisal Foundation and the *Principles of Appraisal Practice and Code of Ethics* of the American Society of Appraisers.

Information provided to me during the preparation of this appraisal and identified as confidential will remain so, as will my opinion and conclusion, in accordance with *USPAP* and the ASA *Code of Ethics*. Perry-Payne Appraisal retains a copy of this appraisal report, together with the assignment workfile for a minimum of five (5) years, or two (2) years following the conclusion of any legal proceeding in which the appraiser has given testimony regarding the appraised property, whichever is longer.

In addition:

- I have not authored any publications over the previous ten years;
- I have not testified in any cases over the previous four years; and
- My compensation for this report was a flat fee of $6,250.00 and I was reimbursed for expenses associated with travel to inspect the Ford GT ($2,022.35).

The submission of this report completes this appraisal assignment. Thank you for allowing Perry-Payne Appraisal to be of service to you.

Sincerely,

Matt Oleksiak
Accredited Member (AM), American Society of Appraisers

## Terms and Definitions

The following appraisal terms and definitions are specific to this appraisal report.

### Type of Report

This appraisal is communicated in an Appraisal Report.

### Intended Use

This report is intended for use in litigation support. This report is not intended for any other use.

### Intended Users

This report is intended for your use, and the use of your client, Mr. James Edwards. Use of this report by others is not intended by the appraiser.

### Type and Definition of Value

This appraisal concludes a retrospective opinion of market value. Market value is defined as: The most probable price that a property should bring in a competitive and open market under all conditions requisite to a fair sale, the buyer and seller each acting prudently, knowledgeably, and assuming neither is under duress.

(Source: 12 CFR § 614.4240)

### Approaches to Value

There are three Approaches to Value for appraising personal property; I considered all approaches in preparation of this appraisal.

### The Cost Approach to Value

A procedure to estimate the current costs to reproduce or create a property with another of comparable use and marketability.

I considered this approach to value; however, the age (year), model, and manufacturer of the properties in this appraisal contribute to value. I therefore did not use this approach to value for analysis in this appraisal.

**The Income Approach to Value**

A procedure to conclude an opinion of present value by calculating the anticipated monetary benefits (such as a stream of income) for an income-producing property.

I considered this approach to value and did not use it for this appraisal because the subject properties are not income-generating.

**The Sales Comparison Approach to Value**

A procedure to conclude an opinion of value for a property by comparing it with similar properties that have been sold or are for sale in the relevant marketplace by making adjustments to prices based on marketplace conditions and the characteristics of value for that property.

I used the Sales Comparison Approach for analysis for this appraisal because there is a sufficient number of properties in the relevant marketplace comparable to the subject properties on which to base credible value conclusions.

(Source: American Society of Appraisers Personal Property Committee, Monograph #7, Analysis of Research, 2020.)

## Limiting Conditions and Assumptions

This appraisal has been prepared subject to the following limiting conditions and assumptions:

This appraisal was prepared for the intended use, intended users, and type of value as stated herein.

The opinion of value is valid only for the effective date of the appraisal.

The appraisal report is only valid in its entirety of 57 pages and is not valid if any page of the report is missing. Reproduction of this report must be done in its entirety.

For this appraisal report, I appraised one of the subject vehicles (Porsche 914/6 #1543) as-is, i.e., as a “tribute” Porsche 914/6. I also appraised this same subject vehicle *as-if* it were a Porsche 914/6 GT by using a hypothetical condition for the purpose of analysis. This is contrary to fact, as the subject vehicle is <u>not</u> an authentic Porsche 914/6 GT per its VIN ending in #1543 as referenced by multiple sources.

According to Advisory Opinion 9 of the *2026 Uniform Standards of Professional Appraisal Practice (USPAP) Guidance and Reference Manual*, a hypothetical condition is defined as a condition, directly related to a specific assignment, which is contrary to what is known by the appraiser to exist on the effective date of the assignment results, but is used for the purpose of analysis. I am not a Porsche authenticator, however, the use of this condition may have affected the assignment results.

This appraisal report is not a certificate of title or a warranty of ownership. Ownership was neither researched nor confirmed.

Sales results or asking prices analyzed and quoted in this report, regardless of origin, do not include any taxes or other fees. Auction sales results analyzed for this assignment included the standard buyer’s premium of that auction house, as of date of sale (unless otherwise noted).

This appraisal report makes no warranty as to the authenticity of the property appraised. The value is therefore based on the information current as of the date of this report.

This appraisal is developed subject to an extraordinary assumption for the 1970 Porsche 914/6 (VIN: #9140430011); and the 2006 Ford GT (VIN: #1FAFP90S76Y401685); that the subject vehicles’ drivetrain components – including the engine and transmission -- are original to the vehicles (i.e., “matching-numbers”) and are in sound mechanical condition, free from latent defects not readily observable during a non-invasive inspection.

An extraordinary assumption, as defined by USPAP, is an assumption directly related to a specific assignment which, if found to be false, could alter the appraiser’s opinions or

conclusions. This assumption is considered reasonable given the scope of work, the level of inspection agreed upon, and the absence of readily observable evidence to the contrary. However, the inspection did not include forensic verification of serial numbers or internal component inspection.

The value opinion reported herein is contingent upon the accuracy of this extraordinary assumption. If it were determined that the drivetrain components are not original to the three vehicles, or if significant undisclosed mechanical deficiencies exist, the concluded value could be materially affected, potentially resulting in a lower value indication.

I have also made use of an extraordinary assumption to provide an assessment of each subject vehicle's overall condition as of the effective date of November 2, 2021, as the condition of each vehicle has a material impact on the respective vehicle's value. I assumed that there were no undisclosed conditions of the subject vehicles that would have a material and/or adverse effect on the value conclusion. Should this assumption be incorrect, it may have an effect on the conclusion of value for that respective vehicle. Additionally, I reviewed the work orders describing the work performed in 2023 by Patrick Motorsports on Porsche 914/6 #1543. A significant amount of this effort focused on detailed preparation and repainting of the vehicle, which suggests that the vehicle was in very good condition prior to the commencement of this work.

The appraised vehicles were inspected under field conditions. I used a Canon G9X digital camera to photograph the Ford GT40 contained in this report; Mr. David Kinney, ASA photographed the two Porsche 914/6s contained in this report.

No removal of any areas of upholstery, trim, mechanical items, bodywork, electrical components, management systems, and/or any other systems of any vehicles was performed during the visual inspection unless otherwise noted. No disassembly of the vehicles has taken place unless otherwise noted.

The physical inspection of the vehicles was limited to the areas of the vehicles that could be physically viewed at the time that the visual inspections occurred.

A condition statement is included noting any visible, relevant damage, and/or repairs beyond what would be considered normal wear. The stated condition of each vehicle refers to its visually apparent physical state as of the effective date of this appraisal and is valid only for that date.

The images of Porsche 914/6 #1543 submitted with this report do not necessarily represent the actual color or size of the vehicle and are included for identification purposes only. The images may not be suitable for use in court and are included solely to serve as an adjunct to the descriptions included in this report.

Neither this appraisal report nor any part of it shall be disseminated to the public in any form without my prior written consent.

Access to confidential information or my opinions will not occur without your expressed written consent, unless ordered by a court of appropriate and competent jurisdiction and/or regulation, or a duly authorized panel of a professional organization.

For this appraisal, I researched a variety of reliable sources for facts and data that were available at the time of the assignment. These sources are assumed to be reliable and accurate; however, I take no responsibility for errors or omissions contained in these sources. A partial list is documented under “Bibliography and Sources Consulted” in this report and will be held for the length of time required by the standards of my profession.

Some of the data researched and information used in this assignment may have come from sources that employ artificial intelligence (AI). To the extent that is possible and appropriate, I have confirmed all data that has had a substantial impact on the approaches to value and any other analyses performed in this assignment. The opinions and conclusions stated in this report are mine and are not solely the results of analyses using AI.

I am the only individual who can amend the information conveyed in this report. I am not responsible for any misrepresentations by anyone in possession of this report.

The fee for this appraisal was based solely on fixed-fee basis and is not dependent on any conclusion of value. Any additional services related to this appraisal shall constitute a new assignment and shall be invoiced according to my current fee schedule at that time. The submission of this report concludes this appraisal assignment.

## Certification

I certify to the best of my knowledge and belief:

- The statements of fact contained in this report are true and correct.

- The reported analyses, opinions, and conclusions are limited only by the reported assumptions and limiting conditions and are my personal, impartial, and unbiased, professional analyses, opinions, and conclusions.

- I have no present or prospective interest in the property that is the subject of this report, and no personal interest or bias with respect to the parties involved.

- I have performed no services, as an appraiser or in any other capacity, regarding the property that is the subject of this report within the three-year period immediately preceding acceptance of this assignment.

- I have no bias with respect to the property that is the subject of this report or to the parties involved with this assignment. My engagement in this assignment was not contingent upon developing or reporting predetermined results.

- My compensation for this assignment was not contingent upon the development or reporting of a predetermined value or direction in value that favors the cause of the client, the amount of the value opinion, the attainment of a stipulated result or the occurrence of a subsequent event related to the intended use of this appraisal. Any associated testimony preparation will be invoiced at the rate of $250.00 per hour and the fee for actual deposition is $350.00 per hour with a two-hour minimum.

- My analyses, opinions, and conclusions were developed, and this report has been prepared, in conformity with the *Uniform Standards of Professional Appraisal Practice (USPAP) 2024* (effective January 1, 2024).

- I have made a personal inspection of the 2006 Ford GT that is the subject of this report. I relied on the photographs taken by Mr. David Kinney, ASA of the two 1970 Porsche 914/6s to assess their current condition. I also reviewed images of Porsche 914/6 #1543 from September 2006 and have included a representative sample of those images in this report.

- Mr. David Kinney, ASA provided personal property appraisal assistance to the person signing this certification in the form of capturing photographs of the two Porsche 914/6s referenced in this report.

- ASA has a mandatory reaccreditation program for its Designated Members. I am in compliance with that program.

Matt Oleksiak
Accredited Member (AM), American Society of Appraisers

## Privacy Policy

Perry-Payne Appraisal, LLC is committed to safeguarding the confidential information of our clients. We hold all our clients' personal information provided to our appraisal service company in the strictest confidence and in accordance with the USPAP and ASA ethics standards of confidentiality. Our files include information collected from clients in connection with the personal property appraisal services provided by our company. At no time in the past have we ever disclosed information to third parties, except as specifically authorized by our clients, or as required by law, and we do not anticipate doing so in the future.

We are prohibited under federal law from changing our policy without first advising a client and obtaining permission. We use the personal property information provided by our clients to help meet their appraisal requests, while guarding against any real or perceived infringements of their rights of privacy.

Our policy with respect to personal information about our clients is as follows:

- We limit employee and agent access to information only to those who have a business or professional reason to know, and only to non-affiliated parties as required by law.

- We maintain a secure office and computer environment to ensure that your information is not placed at unreasonable risk.

- The categories of non-public personal information that we collect from a client depend upon the scope of the client's appraisal engagement. This includes information about personal property assets, information about tax identification numbers, and other non-public information necessary. Additionally, it may include information about transactions between clients and third parties, and information from third party sources.

- Unaffiliated third parties that require access to our clients' personal information, such as federal and state tax regulators, may only review company records as permitted under the law.

- We do not provide client information to mailing list vendors or solicitors for any reason whatsoever.

Personally-identifiable information will be maintained during the time a client is a client of the firm and for the appropriate time thereafter that such records are required to be maintained by USPAP, and consistent with the ASA ethics code. After this required period of record retention, all such information will be destroyed in a manner consistent with providing confidentiality to our clients.

## DESCRIPTION OF THE PROPERTY, BACKGROUND, PHOTOGRAPHS, MARKET INFORMATION, AND ANALYSIS
## (1970 Porsche 914/6 *as-if it were a* 914/6 GT)

**Property Description**

**1970 Porsche 914/6 GT 2-Door Coupe**

Vehicle Identification #: 9140431543

Engine type: Twin-plug H6 1,991-cc with dual Weber carburetors

Transmission: Manual, 5-speed

Coloring: Yellow exterior with black leather and cloth interior

Options: Fender flares, Fuchs alloy wheels, 100-liter fuel tank, front-mounted oil cooler

Wheels: Five-spoke alloy

Condition: 2 (see Glossary for explanation of condition ratings).

I have made use of an extraordinary assumption to provide an assessment of the subject vehicle's overall condition as of the effective date of November 2, 2021. An extraordinary assumption, as defined by USPAP, is an assumption directly related to a specific assignment which, if found to be false, could alter the appraiser's opinions or conclusions. In this case, the condition of the vehicle has a material impact on the vehicle's value. Additionally, I reviewed the work orders describing the work performed in 2023 by Patrick Motorsports on Porsche 914/6 #1543. A significant amount of this effort focused on detailed preparation and repainting of the vehicle, which suggests that the vehicle was in very good condition prior to the commencement of this work.

Users of this report are cautioned that the value conclusion does not reflect the vehicle's actual condition as of the effective date, but rather its assumed condition under the stated extraordinary assumption. Photographs of the subject vehicle as of November 2021 were not available. However, I have included earlier photographs of the subject vehicle taken in September 2006 which show the vehicle to be in very good condition.

**Background**

In the late 1960s, Porsche and Volkswagen had independently arrived at the need for a new car model. Volkswagen desired to replace its Type 35 Karmann Ghia with something more reflective of range-topping halo car. Porsche's need centered around replacement of the 912 as an entry-level vehicle, as its marketing of the 912 as a de-contented 911 with a cheap engine had not been widely successful. Further, Datsun's impending introduction of the 240Z would potentially threaten 912 sales. The answer

arrived in the form of a Volkswagen-Porsche collaboration, dubbed the 914. The original concept stipulated one car with two engines, with the four-cylinder slated to be sold as a Volkswagen, and the six-cylinder variant to be sold as a Porsche.

Styling was considered 1970s *avant-garde*, but it avoided most of the impracticalities of the mid-engined layout with good outward vision and two large storage trunks, along with a removable targa top. Porsche had extensive experience with mid-engine designs from its racing programs, dating back to the 1930s Auto Union Silver Arrows. However, the 914 became Porsche's first mid-engine production street car.

Porsche's concern with their brand identity in the lucrative U.S. market resulted in the four-cylinder and six-cylinder cars being branded as Porsches in North America. Initial 1970 performance was modest for the four-cylinder cars, as these cars employed the base VW-derived engines of 1.7 and 1.8 liters. From 1973, the 2.0-liter cars offered the most performance within the four-cylinder variants. Despite the initially muted public reception, the 914 eventually became the best-selling Porsche of its era by the time production ceased in 1976.

The collaboration also yielded the 914/6, produced between 1970 and 1972. This model used a Weber-carbureted version of Porsche's 911T engine, with a 1,991-cc displacement producing 110-hp, joined by a Porsche Type 901 gearbox. It also had larger disc brakes, including vented front discs. Front and rear roll bars also helped to tame chassis lean. 914/6 models also featured more standard equipment, including chrome bumpers, a vinyl-covered roll bar, and fog lights. In 1971, Porsche also offered the M471 competition option on the 914/6 for an additional $1,375. This package consisted of fender flares, flared rocker panels, a flared front valence, six-inch Fuchs wheels, and extended wheel studs with spacers.

By 1972 and in the face of weak sales, Porsche discontinued the 914/6, having reportedly manufactured 3,351 units (compared to roughly 116,000 914/4s). During its brief lifespan, Porsche also constructed approximately 48 Porsche 914/6 GT models in 1970-71.[1] Of these, Porsche designated 14 "works" cars for its factory teams; these were variously used to contest the European rally circuits such as Marathon de la Route, Rally Monte Carlo, and the Royal Automobile Club (RAC) Rally. Porsche sold the other 34 914/6 GT cars as customer cars, mostly to multiple privateer race teams.

For these cars, Porsche added a steel brace laminated into the fiberglass targa top, which added structural rigidity and classified it as a "GT" entrant by the Fédération Internationale de l'Automobile (FIA). The front and rear compartment lids, bumpers, and rocker panels were made of fiberglass. Porsche also developed several 914/6 GT-specific parts while also specifying components that had been proven in other race cars, such as the 904, 906, 908, and 911. The factory also reportedly produced 400 "GT conversion kits" which were made available to dealers and customers to convert a stock 914/6 into the 914/6 GT specification.

---

[1]Jurgen Barth and Gustav Busing, *The Porsche Book*, The Complete History of Types and Models, (Phoenix: David Bull Publishing, 2009), 2:49-50.

The subject vehicle (#9140431543) is a 1970 Porsche 914/6, one of 3,351 Porsche 914/6 models reportedly manufactured between 1970 and 1972.

The value opinion expressed in this report is developed under a hypothetical condition, as defined by the Uniform Standards of Professional Appraisal Practice (USPAP), which assumes a condition contrary to what is known by the appraiser to exist on the effective date of the appraisal.

Specifically, this appraisal assumes that the subject vehicle was manufactured from the factory as a Porsche 914/6 GT. In reality, the subject vehicle likely acquired elements of a 914/6 GT conversion kit sometime over its lifetime and was apparently made to resemble a street-legal version of an authentic 914/6 GT. Its chassis serial number does not equate to one of the ~48 914/6 GT/M471 competition option vehicles originally manufactured by Porsche as per multiple sources.

This appraisal is developed also subject to the extraordinary assumption that the subject vehicle's drivetrain components – including the engine and transmission -- are in sound mechanical condition, free from latent defects not readily observable during a non-invasive inspection. This assumption is considered reasonable given the scope of work, the level of inspection agreed upon, and the absence of readily observable evidence to the contrary. However, the appraiser did not perform an internal engine component inspection.

According to its current owner, the subject vehicle was equipped with a replacement period-correct carbureted, twin-plug type 901/25 Porsche engine when he acquired it in November 2021. These racing engines included Porsche 906 twin-plug heads with large valves; along with 906-specification camshafts and rocker arms. Other components included aluminum-alloy cylinders, racing pistons, polished intake and exhaust ports, special intake manifolds, and a racing exhaust system. The retrospective opinion of value for the subject vehicle assumes it was equipped with this engine type as described above on the effective date of this appraisal report.

The value opinion reported herein is contingent upon the accuracy of this extraordinary assumption. If it were determined that significant undisclosed mechanical deficiencies exist, the concluded value could be materially affected, potentially resulting in a lower value indication.

**Market Value: US $510,000.00**

## Photographs (September 2006)

1970 Porsche 914/6 #9140431543 Exterior



1970 Porsche 914/6 #9140431543 Exterior



1970 Porsche 914/6 #9140431543 Interior



1970 Porsche 914/6 #9140431543 Interior



1970 Porsche 914/6 #9140431543 Front Compartment



1970 Porsche 914/6 #9140431543 Front Compartment



1970 Porsche 914/6 #9140431543 Engine Compartment



**Market Information**

From an economic perspective, analysts noted that most of 2021 had been marked by the legacy of massive global disruption posed by the pandemic. Labor shortages and supply chain blockages shared the headlines with multiple rounds of stimulus payments, a hot housing market, a bull stock market, and increasing wages. According to the Federal Reserve's November 2021 Beige Book, the outlook for overall activity remained positive, but some (districts) noted uncertainty about when supply chain and labor supply challenges would ease. The Fed had yet to determine whether the Q4 inflation rate of an alarming 7% (as measured year-over-year) was merely transitory or was a sign of more sustained upward inflationary pressure.

In his preface to the January-April 2021 edition of Hagerty's Price Guide, Publisher Dave Kinney noted that the collector car market had remained remarkably vibrant, despite the varied challenges posed by the global pandemic.[2] The August 2021 Monterey, California auction scene indicated that demand for collector cars had recovered from 2020 -- and then some. Buyers were still seeking a pandemic-proof pastime even as the pandemic appeared to be winding down. This was also reflected in the rising number of vehicle owners (mainstream and high-end) who believed that values were rising.[3] The final August 2021 Monterey auction numbers ($352M in sales) easily eclipsed the prior year's soft results of $245M. Consignors were offering better-condition vehicles in a generally optimistic market, while buyers were eager to pursue and land the car(s) of their dreams.

A retrospective view of Hagerty Price Guide (HPG) Porsche 914/6 GT values from January 2009 to September 2021 shows that values remained mostly static over time with the value of $270,000 (condition #2 – excellent) being identical for these two historical data points. Values for condition #1 and #2 cars commenced a modest uptick in January 2020, and this was likely skewed by the $995,000 auction sale of a blue-chip 914/6 GT example during that month, as well as the general rising tide for collectible vehicles which had begun to manifest itself during the pandemic.

For this assignment, I researched the global auction market, as well as the specialty dealer market, as both venues had offered Porsche 914/6 GTs. There is also some difficulty associated with identifying vehicles which had been on offer in the past at dealers, as online ads are frequently withdrawn or marked as "sold" with no sales price reported once a vehicle has been sold. My research yielded at least five 914/6 GTs which had sold at auction venues between January 2018 and November 2021. Given the low production number (~48) of 914/6 GTs, auction appearances had been infrequent.

Within the specialty dealer market, I was able to identify only one example which had been on offer at a retail dealer and subsequently sold in 2017, with no sales price given.

---

[2] *Hagerty Price Guide*, 44th ed. (Great Falls, VA: Hagerty's Cars That Matter, 2021), xiii.
[3] *Hagerty Price Guide,* 45th ed. (Great Falls, VA: Hagerty's Cars That Matter, 2021), xvi.

Given the auction market is the one where the most similar properties had been offered, I concluded that the auction market is the one from which to select most comparable properties to base my value conclusion.

Within the group of five auction sales, prices realized ranged from $995,000 for a blue-chip 914/6 GT with legitimate provenance including extensive and successful race history (included as comparable #1) to $298,573 for a 914/6 GT (comparable #5). However, this vehicle had been converted to GT-specification in period and so was technically not considered an original factory 914/6 GT.

There are certain characteristics which contribute value to collectible competition vehicles, such as the 914/6 GT. Factors such as race history, originality, and condition contribute to value in varying degrees. At the top of the value tier are factory (or "works") race cars. Porsche enjoyed a reputation in the 1960s and 1970s for hiring the best available drivers to pilot its works entries at well-renowned race venues (e.g., Le Mans, Sebring, or Daytona). The next tier is occupied by "customer" cars. This refers to examples manufactured by the factory as race cars for privateer teams, with the most successful privateer teams (e.g., Brumos Porsche) contributing an endowed characteristic of value via their ownership and cadre of professional drivers.

Examples with extensive race history typically had major bodywork and mechanical components replaced in-period, which can affect originality and condition. Any 914/6 GT which retains its original drivetrain can realize a slight premium. Those examples which had undergone a comprehensive, high-quality restoration back to original race specifications typically realized the highest auction prices. Additionally, there were a few examples built as street versions of the GT (competition option M471). These examples were typically spared the demands of regular competition and survived with largely intact original components.

The Hagerty Price Guide (HPG) listed the following values by condition number for the 1971 Porsche 914/6 GT for September 2021 (no values were indicated for the 1970 model year):

Hagerty Price Guide (September 2021) #1 **$375,000** / #2 **$270,000** / #3 **$210,000** / #4 **$166,000**

<u>Comparables</u> (*asterisk and *italics* indicate vehicle description as per offering venue; F/S indicates “for sale” and N/S indicates “not sold”)

| | |
|---|---|
| 1. 1970 Porsche 914/6 GT, #1017 **$995,000** Gooding Christie’s Scottsdale, 01/17/2020 (lot #33) **Yellow/black, Carrera 6-spec engine, 5-speed manual, Fuchs front alloys, 1 of 16 customer GTs, 1st in class at Daytona 24 Hours, 4th in class at Sebring 12 Hours, presented in 1971 race livery, Rick Carey 3* - SUPERIOR |  |

I included this comparable to illustrate the very top of the 914/6 GT market. This was a documented factory GT with very successful race history, including a class victory at the Daytona 24 Hours. It appeared to be in good condition and was wearing its original 1971 race livery. I judged this comparable to be superior to the subject vehicle due its provenance and eligibility for historic racing events.

| | |
|---|---|
| 2. 1970 Porsche 914/6 GT, #0032 **$665,000** RM Sotheby’s Monterey, 08/14/2021 (lot #354) **Tangerine/black, rebuilt original engine, 1st customer GT, documented by J. Barth, European race history, extensive restoration completed in March 2021, Rick Carey 2* - SUPERIOR |  |

I included this comparable due to its documented race history and recent restoration to a very high standard; it also retained its original engine which had been rebuilt. It had also benefited from single ownership for just over 40 years. For these reasons, I judged this comparable to be superior to the subject vehicle.

| | |
|---|---|
| 3. 1971 Porsche 914/6 ‘M471’, #0415 **$626,500** RM Sotheby’s Monterey, 08/13/2021 (lot #244) **Gemini Blue/black leatherette, numbers-matching engine, multi-year restoration by marque expert George Hussey* - SUPERIOR |  |

I included this comparable as it represented a similar specification to the subject vehicle (i.e., a street-legal GT). It was also restored with its original exterior color of Gemini Blue. Due to its comprehensive restoration to a very high standard, numbers-matching drivetrain, and documentation by a noted marque expert, I considered this comparable to be superior to the subject vehicle.

4. 1971 Porsche 914/6 ‘M471’, #0233 **$544,000** RM Sotheby’s Amelia, 03/05/2022 *Tangerine/black leatherette, 1,991-cc engine replaced in-period, factory demonstrator press car, equipped with modifications from 914/6 GT conversion kit, documented by J. Barth, older restoration – SIMILAR/SLIGHTLY SUPERIOR




I included this comparable as it was a similar spec (i.e., street-legal) car as the subject vehicle. Although the timing of its auction sale (March 2022) occurred after the effective date, it was relatively close to November 2021, and given its similar spec to the subject vehicle, I considered it to be a useful data point. I felt that its documented history and use as a factory press car (which was well known within the Porsche enthusiast community) made it slightly superior to the subject vehicle. It also has a replacement engine, although this had been documented and done in-period.

5. 1970 Porsche 914/6 GT, #2505 **$298,573** RM Sotheby’s Paris, 02/07/2018 **Blue/black, upgraded to GT spec in-period, ex-Max Moritz team car, successful European race history, fully restored by marque specialists in 2017* – INFERIOR




I included this comparable as it illustrated that values for 914/6s converted to the GT spec in-period fall considerably short of factory commissioned examples. This example even had an extensive European race history in the hands of one of the more recognized Porsche privateer teams (Max Moritz). I judged this comparable to be inferior to the subject vehicle despite its racing provenance and the fact that it had been restored by a marque specialist at the time of its auction appearance.

**Analysis**

The Porsche 914/6 GT occupies a highly specialized position within the broader collector car market, where value is driven less by model recognition and more by provenance, competition history, originality, and the degree of factory involvement. I discerned there were at least four distinct tiers based on these characteristics of value.

The top tier of the market is defined by fully-documented factory-built 914/6 GT cars with significant period race history. Comparable #1 illustrates this upper tier with its class victory at the Daytona 24 Hours and near-podium finish at Sebring. Additionally, its competition character has been maintained by its presentation in the correct 1971 race

livery. The nearly $1,000,000 auction price realized in January 2020 underscores the premium assigned to top-tier provenance, especially when linked to eligibility for historic racing events. This auction sale represents the high-water mark for 914/6 GTs where value is driven by historical importance and usability in vintage motorsports.

The second tier consists of authentic factory 914/6 GTs or early customer cars with documented race history and high-quality restorations. Comparable #2 fits into this category as the first customer 914/6 GT with a documented race history and recent restoration executed to a high standard. Similarly, comparable #3 represents a correctly specified M471 competition option restored by a recognized marque expert. These examples illustrate that strong documentation, originality (including numbers matching engines), and expert restoration can support values in the $600,000 to $665,000 range. Although they lack the racing achievements of the very top cars, their authenticity and correctness contribute to value.

Cars without top-level race histories or possessing some deviations from originality occupy the third, slightly lower tier. Comparable #4 exemplifies this segment. Its known provenance as a factory demonstrator and press car contribute to value, but its replacement engine and older restoration affect its ultimate value. However, its auction price realized of $544,000 indicates strong demand for well-documented, correctly configured M471 cars, even when they lack top-tier originality.

The lowest tier is comprised of 914/6 GTs with legitimate period competition history but lacking factory origination status as a GT. Comparable #5 shows that a successful racing career with a legitimate Porsche privateer team and a high-quality restoration cannot overcome the non-GT origin, even when converted to GT spec in-period**.** This sub-$300,000 result demonstrates that provenance must be authentic and correctly aligned with factory production to achieve top-tier status.

The data illustrates that the 914/6 GT market is defined by precision and hierarchy. Factory 914/6 GT cars with documented and successful race histories represent the top end of collectability, followed by well-documented and correctly restored customer GTs and M471 optioned cars. Following these groupings, values decline rapidly for cars with deviations from factory specification, limited documentation, or uncertain authenticity. Restoration quality, while important, ultimately ranks lower than provenance and originality, and cannot compensate for gaps in those areas.

I judged the subject vehicle to be representative of the lower end of the third tier as described above. I concluded the retrospective opinion of market value as of November 2, 2021 to be $510,000. I considered this value to be within the lower bracket of this tier, given its status as a street-legal car in very good condition with a period-correct, competition-spec carbureted twin-plug engine but lacking comprehensive historical documentation.

The value opinion expressed in this report is developed under a hypothetical condition, as defined by the Uniform Standards of Professional Appraisal Practice (USPAP), which

assumes a condition contrary to what is known by the appraiser to exist on the effective date of the appraisal.

Specifically, this appraisal assumes that the subject vehicle was manufactured from the factory as a Porsche 914/6 GT. In reality, the subject vehicle likely acquired elements of a 914/6 GT conversion kit sometime over its lifetime and was apparently made to resemble a street-legal authentic 914/6 GT. Its chassis serial number does not equate to one of the ~48 914/6 GT/M471 vehicles originally manufactured by Porsche as per multiple sources.

## DESCRIPTION OF THE PROPERTY, BACKGROUND, PHOTOGRAPHS, MARKET INFORMATION, AND ANALYSIS (1970 Porsche 914/6 "GT Tribute" *as-is*)

**Property Description**

**1970 Porsche 914/6 2-Door "GT Tribute"**

Vehicle Identification #: 9140431543

Engine type: Twin-plug H6 1,991-cc with dual Weber carburetors

Transmission: Manual, 5-speed

Coloring: Yellow exterior with black leather and cloth interior

Options: Fender flares, Fuchs alloy wheels, 100-liter fuel tank, front-mounted oil cooler

Wheels: Five-spoke alloy

Condition: 2 (see Glossary for explanation of condition ratings).

I have made use of an extraordinary assumption to provide an assessment of the subject vehicle's overall condition as of the effective date in November 2021. An extraordinary assumption, as defined by USPAP, is an assumption directly related to a specific assignment which, if found to be false, could alter the appraiser's opinions or conclusions. In this case, the condition of the vehicle has a material impact on the vehicle's value.

Users of this report are cautioned that the value conclusion does not reflect the vehicle's actual condition as of the effective date, but rather its assumed condition under the stated extraordinary assumption. Photographs of the subject vehicle as of November 2021 were not available. However, earlier photographs of the subject vehicle taken in September 2006 which show the vehicle to be in very good condition appear on pages 17-20.

**Background**

(General historical background for the Porsche 914/6 series appears on pages 14-15).

The subject vehicle (#9140431543) is a 1970 Porsche 914/6, one of 3,351 Porsche 914/6 models reportedly manufactured between 1970 and 1972. The vehicle acquired elements of a 914/6 GT conversion kit which was available in-period, such as fender flares, staggered wheels, large capacity fuel tank, and a performance exhaust; however, the chassis serial number does not equate to one of the ~48 914/6 GT/M471 vehicles

originally manufactured by Porsche. As such, it is configured as a Porsche 914/6 GT "tribute" build, as it closely resembles an authentic street-legal 914/6 GT.

This appraisal is developed also subject to the extraordinary assumption that the subject vehicle's drivetrain components – including the engine and transmission -- are in sound mechanical condition, free from latent defects not readily observable during a non-invasive inspection. This assumption is considered reasonable given the scope of work, the level of inspection agreed upon, and the absence of readily observable evidence to the contrary. However, the appraiser did not perform internal component inspection.

According to its current owner, the subject vehicle was equipped with a replacement period-correct carbureted, twin-plug type 901/25 Porsche engine when he acquired it in 2021. These racing engines included Porsche 906 twin-plug heads with large valves; along with 906-specification camshafts and rocker arms. Other components included aluminum-alloy cylinders, racing pistons, polished intake and exhaust ports, special intake manifolds, and a racing exhaust system. The retrospective opinion of value for the subject vehicle assumes it is equipped with this engine type as described above on the effective date of this appraisal report.

The value opinion reported herein is contingent upon the accuracy of this extraordinary assumption. If it were determined that significant undisclosed mechanical deficiencies exist, the concluded value could be materially affected, potentially resulting in a lower value indication.

**Market Value: US $143,000.00**

## Photographs

Please refer to pages 17-20 for field photographs of this vehicle taken in September 2006.

**Market Information**

When applied to vehicles, the term “tribute” generally refers to any vehicle modified to resemble a more desirable vehicle.[4] A tribute enables access to most of the characteristics of an historically important car at a fraction of the cost of an original example. Tributes also allow their constructors to blend some period-authentic elements with modern improvements for durability or safety. This is especially true for tribute versions of Porsche race cars, as fabricators may opt to use more robust or modern engines with updated internals along with improved braking or suspension components. This can result in a vehicle which appears to be period-correct but delivers a much enhanced driving experience compared with an original example.

An important consideration to note is that tribute vehicles generally do not achieve the investment-grade appreciation or collectability status afforded to original factory examples. While a rising tide within the collector market may lift all boats within a particularly attractive marque model, this does not necessarily translate to their tribute counterparts. Their value is more closely linked to build quality, driving experience, and emotional appeal. For tribute race cars, the value may also depend on whether or not the vehicle is accepted by the appropriate event sanctioning body.

For this assignment, I researched the global auction market, as well as the specialty dealer market, as both venues had offered examples of Porsche 914/6 GT tribute vehicles. There is also some difficulty associated with identifying vehicles which had been on offer in the past at dealers, as online ads are frequently withdrawn or marked as “sold” with no sales price reported once a vehicle has been sold. I identified one 914/6 GT tribute which had been offered in 2019 by R&H Automobile in Austria and subsequently sold at an unknown date with an undisclosed sales price.

I identified six 914/6 tribute vehicles which had appeared at auction prior to the effective date; with five sold and one withdrawn prior to the conclusion of its auction. Auction prices realized for tribute vehicles ranged from $54,600 to $159,500. Given the auction market is the one where the most similar properties had been offered, I concluded that the auction market is the one from which to select most comparable properties to base my value conclusion.

As with my observations regarding the general tribute vehicle market, I discerned that the same held true for the Porsche 914/6 GT tribute auction market. That is, the primary characteristics of value were based on chassis authenticity, build quality, and condition. Additionally, I noted that intended use contributed to value, as at least one buyer was apparently focused on pursuing a track-ready competition vehicle vs. a street-legal tribute.

---

[4] Sam Smith, “Homage to the Tribute Car: Why We Should Love Homemade Replicas,” *Hagerty Media,* November 23, 2020, https://www.hagerty.com/media/magazine-features/homage-to-the-tribute-car-why-we-should-love-homemade-replicas/

<u>Comparables</u> (*asterisk and *italics* indicate vehicle description as per offering venue; F/S indicates "for sale" and N/S indicates "not sold")

1. 1972 Porsche 914/6 M471, #0259 **$159,500** Gooding Christie's Geared Online, 10/30/2020 **Gemini Blue/black, replacement 2.7-liter RS engine, German registration records* – SLIGHTLY SUPERIOR



I include this comparable due to its being a street-legal version like the subject vehicle. It was also finished in the less-common color of Gemini Blue and appeared to be in overall excellent condition. It also had a replacement engine and its serial number did not conform to the list of original GT/M471 cars as per multiple sources. There was also scant information about the vehicle in the auction description. I concluded that this vehicle was most likely a tribute M471 vs. an authentic M471, and this was reflected in the auction price realized.

2. 3.0L-Powered 1970 Porsche 914/6, #2390 **$123,000** on BringATrailer.com in CA (10/19/2021) **Mexico Blue/black leather with plaid fabric inserts, 3.0-liter flat six, side-shift 5-speed manual, GT-style metal fender flares, 16" Fuchs wheels, front oil cooler, dual Weber carburetors* – INFERIOR



I selected this comparable due to the timing of its auction sale (less than a month prior to the effective date) and its presentation as a quality GT tribute build. The Porsche Certificate of Authenticity showed that it came from the factory as an original 914/6 so it was not a converted 914/4. It had also been equipped with several GT-specific mechanical components such as the side-shift 5-speed and front-mounted oil cooler. It also featured a replacement 3.0-liter engine from a later model Porsche.

3. 1970 Porsche 914/6 3.2L, #2153 **$121,000** on BringATrailer.com in CA (03/23/2021) **Metallic Gray/black, 3.2-liter flat six, type 915 5-speed manual, RSR flywheel, dual Weber carburetors, 914/6 GT bodywork, Scheel GT racing seats, partial roll cage, staggered-width 15" Fuchs wheels, GT vented disc brakes, 2.0-liter engine case included, extra set of BBS wheels included, ex-John Straub* – INFERIOR



I included this comparable as it was an original 914/6 and contained many 914/6 GT-specific components, including suspension reinforcement, fiberglass hoods, and plexiglass windows – all of which reportedly had been added in the early 1970s. The car had also been modified for track use by drilling certain components (e.g., doors) to eliminate weight. Although this example contained many correct GT components, I felt that its condition (dents, scratches, areas of bubbling paint) and track configuration limited its appeal and consequently judged it to be inferior to the subject vehicle.

4. Modified 1973 Porsche 914 2.8L, #4732919897 **$99,750** on BringATrailer.com in CA (08/12/2021) **Mexico Blue/black vinyl & cloth, 2.8-liter flat six, 901 5-speed manual, staggered width Fuchs wheels, steel flared fenders, Dansk dual-exit exhaust, MOMO steering wheel, JWest shifter kit, Patrick Motorsports chassis stiffening, Cibie driving lights* – INFERIOR



I included this comparable due to its apparent high-quality GT tribute build. The modifications also included a host of upgraded mechanical components designed to improve the overall driving experience (including a larger-displacement engine). I judged this comparable to be inferior due to its origin as a 914/4 chassis, although the build had been executed to a high standard.

5. 1971 Porsche 914/6, #0061 **$90,060** on CollectingCars.com in UK (09/05/2021) **Blue/black, 2.2-liter flat six rebuilt by UK specialist Tuthill with period-correct magnesium case, converted to GT spec by Mittel Motors in Germany, steel wheel arches; fiberglass hood, trunk lid, bumpers; front-mounted intercooler, FIA roll cage, rebuilt gearbox with LSD, records* – INFERIOR



Although this was a UK auction sale, the timing of the sale occurred relatively close to the effective date. I included this comparable as its conversion to GT tribute had been performed to a high mechanical standard, but it had several cosmetic flaws such as stone chips and minor contact marks; it also had an enlarged displacement engine. The seller also opined that it could be suitable for street or track use, but track configurations are seldom street-friendly owing to their stiff suspensions and engines optimized for higher revs. For these reasons, I judged it to be inferior to the subject vehicle.

6. Twin-Plug 3.2L-Powered 1975 Porsche 914, #4752905886 **$83,526** on BringATrailer.com in CA (11/10/2020) **Black/black, twin-plug 3.2-liter flat six sourced from a 1978 911, twin Weber carburetors, type 901 5-speed manual, modified as 914/6 GT tribute by Renegade Hybrids, metal fender flares, early chrome bumpers, 17" Fuchs-style wheels, 930 brakes, aftermarket stainless exhaust, service records* - INFERIOR



I included this comparable as an example of a well-executed tribute build. This example made use of several mechanical modifications to enhance the driving experience, such as later brakes from a Porsche 930 Turbo. I judged this comparable to be inferior owing to the fact that it had been converted from a 4-cylinder 914 chassis and was not an original 914/6.

**Analysis**

The market for Porsche 914/6 GT tribute vehicles occupies a distinct niche within the broader 914 collector landscape. Unlike authentic factory-built 914/6 GTs or M471 competition-option cars, tribute vehicles derive their value primarily from the quality of their construction, the desirability of their mechanical specifications, and whether they originate from an authentic six-cylinder 914/6 chassis or a converted four-cylinder 914. The six comparables presented illustrate a tiered hierarchy that places the greatest emphasis on underlying chassis authenticity while also rewarding high-quality engineering and period-correct GT styling.

At the upper end of the market are tribute vehicles built from original 914/6 chassis and executed to a high standard. Comparable #1, with an auction price realized of $159,500, establishes the upper boundary of this segment during the relevant period. Although represented as an M471, evidence suggests it was more likely a tribute rather than an authentic factory M471 car. Nevertheless, its presentation, uncommon Gemini Blue color, and apparent overall condition attracted bidder interest. Importantly, the market appears to have recognized its strengths and limitations, rewarding the vehicle as a premium tribute while discounting it substantially from values associated with documented factory GT or M471 examples. This sale demonstrates that exceptionally well-presented tribute vehicles based on genuine 914/6 chassis can command values around $150,000.

The next tier consists of highly developed GT-style builds based upon original 914/6 chassis but fitted with larger-displacement replacement engines and modernized performance components. Comparables #2 and #3 exemplify this category. Both retained their identity as original six-cylinder cars while incorporating substantial performance upgrades, including larger displacement engines, upgraded transmissions, GT-style bodywork, and competition-oriented mechanical components. The sales of $123,000 and $121,000 respectively indicate strong demand for these vehicles, particularly among enthusiasts seeking enhanced performance and drivability over strict originality. However, the market clearly discounts these examples relative to authentic GTs or highly original 914/6s due to their modified specifications.

A third tier is represented by tribute builds originating from standard four-cylinder 914 chassis. Comparables #4 and #6 demonstrate that even exceptionally well-executed conversions encounter a valuation limit because they lack the inherent rarity and authenticity of an original 914/6 chassis. Both vehicles featured extensive mechanical enhancements, larger six-cylinder engines, GT-style bodywork, upgraded braking systems, and suspension modifications. Their realized prices of approximately $84,000 to $100,000 suggest that buyers recognize and reward quality craftsmanship but remain unwilling to value converted cars at the same level as original six-cylinder examples. This distinction suggests that the basis of the underlying chassis is one of the strongest characteristics of value in the tribute market.

Comparable #5 occupies a middle position within the six comparables. Although built from an original 914/6 chassis and converted to GT specification by recognized specialists, its FIA-oriented preparation, enlarged-displacement engine, and track-focused configuration somewhat limited its appeal to the broader collector market. While such modifications may enhance performance, they can narrow the pool of prospective buyers by reducing practicality for regular street use. The result of approximately $90,000 demonstrates that even high-quality GT conversions may experience lesser values when configured primarily for competition rather than dual-purpose street and track use.

Some important market trends emerge from these comparables. First, original 914/6 chassis consistently command significant premiums over converted 914/4-based builds, regardless of the quality of the conversion. Second, buyers generally favor vehicles that successfully balance GT aesthetics and enhanced performance with street usability over dedicated track use. Finally, the quality of execution appears to be critically important, with professionally engineered and documented builds substantially outperforming less thoroughly developed examples.

The data suggests that the Porsche 914/6 GT tribute market circa 2020–2021 was centered within a range of approximately $80,000 to $160,000, with the highest values achieved by tribute cars built from authentic 914/6 chassis and finished to a very high standard – as is the case with the subject vehicle. Vehicles originating as four-cylinder 914s generally occupied the lower end of the range, while highly developed original 914/6-based tributes commanded meaningful premiums.

The subject vehicle's value position is determined primarily by the authenticity of its underlying chassis (as an original 914/6), the quality and correctness of its GT conversion (including fitment of a period competition twin-plug type 901/25 engine), its overall excellent condition, and the degree to which its modifications enhance rather than detract from its appeal to the broader Porsche collector community. For these reasons, I placed the subject vehicle within the top tier of 914/6 GT tributes and I concluded the retrospective opinion of market value as of November 2, 2021 to be $143,000.

## DESCRIPTION OF THE PROPERTY, BACKGROUND, MARKET INFORMATION, AND ANALYSIS

### Property Description

### 1970 Porsche 914/6 2-Door Targa

Vehicle Identification #: 9140430011 (as per ID tag riveted inside front compartment)

Engine type and #: Twin-plug H6 1,991-cc with dual Weber carburetors

Transmission: Manual, 5-speed

Indicated Mileage: Unknown

Coloring: Tangerine exterior with black leatherette interior

Wheels: Steel disc with hub caps

Condition: 2- (see Glossary for explanation of condition ratings).

I have made use of an extraordinary assumption to provide an assessment of the subject vehicle's overall condition as of the effective date in November 2021. An extraordinary assumption, as defined by USPAP, is an assumption directly related to a specific assignment which, if found to be false, could alter the appraiser's opinions or conclusions. In this case, the condition of the vehicle has a material impact on the vehicle's value.

Users of this report are cautioned that the value conclusion does not reflect the vehicle's actual condition as of the effective date, but rather its assumed condition under the stated extraordinary assumption. Photographs of the subject vehicle as of November 2021 were not available; however, I have partially relied upon the Patrick Motorsports work order dated 03/18/2025 describing the work performed on the subject vehicle in 2025 to assess the vehicle's condition as it would have existed in November 2021.

### Background

(General historical background for the Porsche 914/6 series appears on pages 13-14).

The subject vehicle (#9140430011) is a 1970 Porsche 914/6, one of 3,351 Porsche 914/6 models reportedly manufactured between 1970 and 1972. Based on its serial number, it is also one of the earliest 914/6 examples manufactured by Porsche. (Some sources reportedly claim it is the first production 914/6).

This appraisal is developed subject to the extraordinary assumption that the subject vehicle's drivetrain components – including the engine and transmission -- are original to the vehicle (i.e., "matching-numbers") and are in sound mechanical condition, free from latent defects not readily observable during a non-invasive inspection.

This assumption is considered reasonable given the scope of work, the level of inspection agreed upon, and the absence of readily observable evidence to the contrary. However, the appraiser did not perform forensic verification of serial numbers or internal engine component inspection.

The value opinion reported herein is contingent upon the accuracy of this extraordinary assumption. If it were determined that the drivetrain components are not original to the vehicle, or if significant undisclosed mechanical deficiencies exist, the concluded value could be materially affected, potentially resulting in a lower value indication.

**Market Value: US $115,000.00**

**Market Information**

From an economic perspective, analysts noted that most of 2021 had been marked by the legacy of massive global disruption posed by the pandemic. Labor shortages and supply chain blockages shared the headlines with multiple rounds of stimulus payments, a hot housing market, a bull stock market, and increasing wages. According to the Federal Reserve's November 2021 Beige Book, the outlook for overall activity remained positive, but some (districts) noted uncertainty about when supply chain and labor supply challenges would ease. The Fed had yet to determine whether the Q4 inflation rate of an alarming 7% (as measured year-over-year) was merely transitory or was a sign of more sustained upward inflationary pressure.

In his preface to the January-April 2021 edition of Hagerty's Price Guide, Publisher Dave Kinney noted that the collector car market had remained remarkably vibrant, despite the varied challenges posed by the global pandemic.[5] The August 2021 Monterey, California auction scene indicated that demand for collector cars had recovered from 2020 -- and then some. Buyers were still seeking a pandemic-proof pastime even as the pandemic appeared to be winding down. This was also reflected in the rising number of vehicle owners (mainstream and high-end) who believed that values were rising.[6] The final 2021 Monterey auction numbers ($352M in sales) easily eclipsed the prior year's soft results of $245M. Consignors were offering better-condition vehicles in a generally optimistic market, while buyers were eager to pursue and land the car(s) of their dreams.

A retrospective view of the Hagerty Price Guide (HPG) 1970 Porsche 914/6 values from January 2009 to September 2021 shows that values began a steady climb in January 2012, increasing from $38,500 (condition #2 – excellent) to $108,900 in September 2021, for an increase of 183% over the nine-year period. Additionally, Hagerty included the Porsche 914 series (inclusive of four- and six-cylinder cars) in its 2020 Bull Market. This annual list showcases the top vehicles that Hagerty experts project will appreciate in the coming year. At that time, Hagerty opined that the 914 "…is being reevaluated for its great handling and affordability" and "…is still the cheapest way to get into a vintage Porsche."

For this assignment, I researched the domestic auction market, as well as the specialty dealer market, as both venues appeared to offer a sufficient number of Porsche 914/6s. There is also some difficulty associated with identifying vehicles which had been on offer in the past at dealers, as online ads are frequently withdrawn or marked as "sold" with no sale price reported once a vehicle has been sold. My research yielded at least 13 914/6s which had come to auction since March 2020, with seven having sold, for a 54% sell-through rate.

Within the specialty dealer market, I was able to identify three examples which had sold at Fantasy Junction in Emeryville, CA with undisclosed sales prices within similar time

[5] *Hagerty Price Guide*, 44th ed. (Great Falls, VA: Hagerty's Cars That Matter, 2021), xiii.
[6] *Hagerty Price Guide,* 45th ed. (Great Falls, VA: Hagerty's Cars That Matter, 2021), xvi.

parameters. I found another example which had been on offer in July 2021 at LBI Limited in Pontiac, MI with an asking price of $98,000. This example had recently been the subject of a thorough mechanical restoration and had been repainted in its original colors. I located one example which had been on offer in November 2021 (via Hemmings Motor News) at Beverly Hills Car Club in California. This example “had been sitting for many years, waiting to be restored” and had an asking price of $34,750.

Given the auction market is the one where the most similar properties had been offered, I concluded that the auction market is the one from which to select the most comparable properties to base my value conclusion.

Within the group of seven auction sales, prices realized ranged from $123,200 at the top end for a matching-numbers, collector-owned vehicle; to $88,000 at the lower end for an example with an older cosmetic restoration and a replacement engine. The average auction price realized was $104,196 and the median value was $99,750.

Sellers realized higher auction prices paid for those vehicles with the following characteristics:

- Matching-numbers drivetrain (engine and transmission) with historical documentation;
- Factory-correct finishes and components (e.g., paint colors, trim, mechanical details);
- Documented ownership history; and
- Excellent condition reflected by well-preserved original finishes or high-quality, correct (i.e., not over-restored) restoration.

The Hagerty Price Guide (HPG) listed the following values by condition number for the 1970 Porsche 914/6 as of September 2021:

Hagerty Price Guide (September 2021) #1 **$170,500** / #2 **$108,900** / #3 **$72,600** / #4 **$46,200**

The above values also reflect the addition of a +10% adjustment for vehicles equipped with a five-speed manual transmission.

Comparables (*asterisk and *italics* indicate vehicle description as per offering venue; F/S indicates "for sale" and N/S indicates "not sold")

| | |
|---|---|
| 1. 1970 Porsche 914/6, #1868 **$123,200** Gooding Christie's Amelia Island 03/06/2020 (lot #51) **Signal Orange/black, original 1,991-cc flat-six engine, twin Weber 40 IDT carburetors, 5-speed manual, part of Tommy Trabue collection for 13 years, supplied with tools, jack, keys, and receipts* – SLIGHTLY SUPERIOR |  |

I selected this comparable as it illustrated an example of a top tier 914/6. It had a numbers-matching drivetrain and appeared to be in excellent condition; the fact that it had resided within a collection for just over a decade helped to ensure it remained in top condition. The auction price realized also likely carried a pandemic-influenced premium, given the WHO issued its pandemic announcement on 03/11/2020.

| | |
|---|---|
| 2. 1970 Porsche 914/6, #1334 **$118,000** on PCarMarket.com in CA (03/09/2021) **Canary Yellow/black vinyl, numbers-matching rebuilt 2.0-L H6 with 911E cams, 5-speed side-shifter conversion, restored in 2013 at cost of $70K, includes tools, records, and original CA blue plates, SCM 2* – SIMILAR/SLIGHTLY SUPERIOR |  |

I included this comparable as it also provided an example of a top-tier 914/6. This numbers-matching example had also received the benefit of an older multi-year restoration, including minor mechanical enhancements, which contributed to its value. Given the older, high-quality restoration, I judged this comparable to be similar to the subject vehicle.

| | |
|---|---|
| 3. 1970 Porsche 914/6, #2290 **$107,500** on BringATrailer.com in CA (07/25/2021) **Canary Yellow/black leatherette, numbers-matching 2.0-L flat-six, 5-speed, refurbished 2011-14, 14" Fuchs wheels, fog lights, Porsche Certificate of Authenticity, owner's manuals, tools* – SIMILAR/SLIGHTLY INFERIOR |  |

This example was offered on BaT by well-known specialty dealer Fantasy Junction. I included it as it appeared to be in very good condition (i.e., above 'driver' quality) due to its older refurbishment and retaining its original engine. Respected 914 authority 'dr914' commented during the online auction that he noted 33 items which varied from the original stock specification or which required addressing for the vehicle to be taken to the next higher condition level.

| | |
|---|---|
| 4. 1970 Porsche 914/6, #1341 **$99,750** on BringATrailer.com in CA (08/27/2021) **Metallic Gray/black vinyl, color change from Irish Green, numbers-matching 2.0-L flat-six rebuilt in 2015, 5-speed manual, PMO-style carburetors, Pertronix ignition, 14" Fuchs wheels, RetroSound head unit, Porsche Certificate of Authenticity, owner's manuals, tools* – INFERIOR |  |

I included this comparable as it showed to be a great example of the mid-tier 914/6s. I considered this example to be inferior to the subject vehicle due to its color change from the original Irish Green as well as several mechanical enhancements which, although beneficial to the overall driving experience, varied from the original stock spec. It also had a few cosmetic issues (e.g., 914/4 rear valence) which compromised its originality.

| | |
|---|---|
| 5. 1970 Porsche 914/6 Targa, #1057 **$88,000** Barrett-Jackson Scottsdale 03/24/2021 (lot #761) **Orange/black vinyl with cloth inserts, 1,991-cc flat-six, 5-speed, Momo steering wheel, Fuchs wheels, Blaupunkt cassette stereo, Rick Carey 3* - INFERIOR |  |

I included this comparable to illustrate the lower tier of 914/6 values, although this example's auction price realized landed it at the very top of this tier. This example had been a former race car returned to street spec and it had an older cosmetic restoration. The auction catalog did not disclose the fact that it had a replacement engine – which had been noted in its previous 2013 auction sale. I judged this example to be inferior, largely due to its replacement engine and lack of originality.

| | |
|---|---|
| 6. 1970 Porsche 914/6, #2050 **N/S for $70,000** on BringATrailer.com in MI (03/11/2021) *Yellow/black leatherette, rebuilt 2.0-L flat-six, 911E camshafts, JE pistons, 930-style rocker arms, Carrera chain tensioners, 5-speed manual, overhauled brakes, recently replaced tires, 1971 sales paperwork - INFERIOR |  |

I included this comparable to show where less original examples fell within the overall hierarchy of 914/6 values circa 2021. The seller offered no confirmation of matching numbers for this example and there was some rust evident in the driver's side door. The selling description also disclosed that this vehicle had been in extended storage for multiple decades. I felt that these reasons were sufficient to keep the bidding at this level, and judged this example to be inferior to the subject vehicle.

**Analysis**

The collector car market in the year prior (2020) to the effective date was still showing the effects of pandemic-influenced pricing, demonstrated by upward momentum in auction prices realized for Porsche 914/6s. During this time, the 914/6 was gaining increased legitimacy within the ranks of Porsche collectors, while also maintaining a relatively accessible entry point compared with other air-cooled Porsche models, such as early 911s. The six comparables presented provide a cross-section of the market as it existed circa 2020–2021, revealing a tiered structure driven primarily by numbers-matching status, restoration quality, and originality.

At the upper end of the range are highly original, numbers-matching cars in excellent condition with strong presentation and documented ownership history. Comparable #1 ($123,200) represents this top tier. Its originality, including the factory drivetrain and complete accessories, combined with long-term collector ownership, positioned it as a benchmark example. Similarly, comparable #2, which sold for $118,000, demonstrates that high-quality restorations when performed to a high standard with numbers-matching drivetrains can approach top-tier pricing, even when accompanied by minor performance-oriented upgrades. These auction sales established an upper market range of approximately $115,000–$125,000 for the best examples, although the March 2020 result may reflect a modest premium associated with pandemic-influenced market conditions at that time.

The mid-tier of the market is represented by well-maintained, largely original cars that may exhibit older restorations, minor deviations from factory specification, or condition issues consistent with higher quality “driver” examples. Comparable #3 ($107,500), fits squarely within this category. While retaining its numbers-matching engine and benefiting from a prior refurbishment, expert commentary identified numerous deviations from stock specification, which contributed negatively to its value. Comparable #4 ($99,750) further illustrates this segment, where value is affected by factors such as color changes, non-original components, and cosmetic inconsistencies. These examples indicate a mid-market range of approximately $95,000 to $110,000.

At the lower end of the spectrum are cars with compromised originality, incomplete documentation, or known mechanical substitutions. Comparable #5 ($88,000) reflects the upper boundary of this lower tier. Its history as a former race car, combined with a replacement engine and older restoration, limited its appeal despite its presentable condition. Comparable #6, which failed to meet its auction reserve at $70,000, represents the bottom of the range, characterized by uncertain numbers-matching status, visible corrosion, long-term storage, and significant mechanical modification. These examples suggest a lower-tier range of approximately $70,000–$95,000, with auction prices realized diminishing as originality and condition deteriorate.

In summary, the Porsche 914/6 market during this period demonstrates a defined value structure, with top examples exceeding $120,000, solid driver-quality cars clustering around $100,000, and compromised examples falling below that threshold.

I judged the retrospective opinion of market value as of November 2, 2021 to be $115,000, assuming the subject vehicle has its numbers-matching drivetrain. This is the entry level of the top tier. It exhibits in very good overall condition and appears to have one of the earliest 914/6 series chassis numbers.

## DESCRIPTION OF THE PROPERTY, BACKGROUND, MARKET INFORMATION, AND ANALYSIS

**Property Description**

**2006 Ford GT 2-Door Coupe**

Vehicle Identification #: 1FAFP90S76Y401685

Engine type: Supercharged, 5.4-Liter V8

Transmission: Manual 6-Speed

Indicated Mileage: 12,178 miles on 12/18/2021 per CarFax

Coloring: Speed Yellow exterior with black stripes and Ebony leather interior

Options: Upgraded McIntosh stereo, BBS wheels, black racing stripes, red-painted brake calipers

Condition: 2 (see Glossary for explanation of condition ratings).

I have made use of an extraordinary assumption to provide an assessment of the subject vehicle's overall condition as of the effective date in November 2021. I used the CarFax-reported mileage of 12,178 miles as of 12/18/2021 to support the extraordinary assumption, as this is 3,331 miles less than the mileage on the inspection date (03/26/2026). An extraordinary assumption, as defined by USPAP, is an assumption directly related to a specific assignment which, if found to be false, could alter the appraiser's opinions or conclusions. In this case, the condition of the vehicle has a material impact on the vehicle's value.

Users of this report are cautioned that the value conclusion does not reflect the vehicle's actual condition as of the effective date, but rather its assumed condition under the stated extraordinary assumption. Additionally, photographs of the subject vehicle as of November 2021 were not available, so I have not included any photographs of the subject vehicle in this report.

I have also made use of an extraordinary assumption to note the subject vehicle's drivetrain components – including the engine and transmission -- are original to the vehicle (i.e., "numbers-matching") and are in sound mechanical condition, free from latent defects not readily observable during a non-invasive inspection.

This assumption is considered reasonable given the scope of work, the level of inspection agreed upon, and the absence of readily observable evidence to the contrary. However, the appraiser did not perform forensic verification of serial numbers or internal component inspection.

The value opinion reported herein is contingent upon the accuracy of this extraordinary assumption. If it were determined that the drivetrain components are not original to the vehicle, or if significant undisclosed mechanical deficiencies exist, the concluded value could be materially affected, potentially resulting in a lower value indication.

**Background**

The Ford GT was born during a wave of fresh thinking, rebirth, and retro-inspired nostalgia at Ford that saw several old nameplates reappear in their product line. In 2002, Ford showed the GT40 concept car at the North American International Auto Show with a look and a name that paid tribute to the company's original GT40 race cars of four decades prior. By the end of 2004, production had begun on this mid-engined, 43-inch-tall supercar, which was now called the GT (the original GT40 nameplate was unavailable to Ford, as it was owned by Safir, who had built a run of GT40 continuation cars in the 1980s). Production of each Ford GT involved multiple facilities with each car starting life in Ohio with final assembly occurring at Ford's SVT facility in Michigan. Just over 4,000 cars were built for model years 2005 to 2006.

The two-seat Ford GT used a supercharged, 32-valve V-8 with 550 hp, which was mounted in a hydroformed aluminum and composite chassis that featured exotic suspension pieces and Brembo brakes at all four corners. Handling and braking were as impressive as the coupe's 3.7-second 0-60 sprint and 200+ mph top speed. Positive reviews as well as favorable comparisons to the contemporary Ferrari 360/430 only fueled the frenzy for this car, and many sold well above MSRP, however dealers were discounting cars by the end of production in 2006.

Other than new exterior colors, the minor changes for 2006 included a switch from silver to black finish on the engine oil reservoir brackets, and deletion of a painted clip over the top clamshell edge. Four options were available on the GT, and these included Shelby-type racing stripes, forged BBS wheels, painted brake calipers, and an upgraded sound system. Many cars were equipped with all four of these options, and some 2006 cars had a Gulf Blue and Orange "Heritage" paint scheme that hearkened back to the GT40's glory days at LeMans.

The subject vehicle (#1FAFP90S76Y401685) is a 2006 Ford GT, one of 4,038 units reportedly produced during model years 2005 to 2006.

This appraisal is developed subject to the extraordinary assumption that the subject vehicle's drivetrain components – including the engine and transmission -- are original to the vehicle and are in sound mechanical condition, free from latent defects not readily observable during a non-invasive inspection.

This assumption is considered reasonable given the scope of work, the level of inspection agreed upon, and the absence of readily observable evidence to the

contrary. However, the appraiser did not perform forensic verification of serial numbers or internal component inspection.

The value opinion reported herein is contingent upon the accuracy of this extraordinary assumption. If it were determined that the drivetrain components are not original to the vehicle, or if significant undisclosed mechanical deficiencies exist, the concluded value could be materially affected, potentially resulting in a lower value indication.

**Market Value: US $340,000.00**

**Market Information**

The Hagerty Supercar Index, a stock market-style index that averages the values of modern supercars, had not yet joined the assortment of other collector-car indices in 2021. However, a retrospective view of Hagerty values for the 2005-2006 Ford GT from September 2009 to September 2021 showed a fairly steady positive climb from $173,000 (condition #2 – excellent) in 2009 to $370,000 in September 2021 for a 113.8% change in 12 years.

For this assignment, I researched the domestic auction market, as well as the specialty dealer market, as both venues have offered 2005-2006 Ford GTs. There is also some difficulty associated with identifying vehicles on offer in the past at dealers, as online ads are frequently withdrawn or marked as "sold" with no sales price reported once a vehicle has been sold. My research yielded at least 35 2005-2006 Ford GTs which had sold at various auction venues (online and in-person) in the 12-month period prior to the effective date (11/02/2021). These vehicles sold at auction represented a wide cross-section of exterior colors, options, and mileage. I also deliberately excluded Heritage Edition GTs, as those vehicles are in a separate category due to their special paintwork (which was a $13,000 option in 2006).

Within the specialty dealer market, I identified four non-Heritage GTs which had been offered by specialty dealers in the 12-month period prior to the effective date; each of these had reportedly sold with "price undisclosed." Given the auction market is the one where the most similar properties have been offered, I concluded that the auction market is the one from which to select comparable properties to base my value conclusion.

For the group of 35 auction sale vehicles, the average auction price realized was $372,664 and the median value was $366,000. The range in auction prices realized was $291,000. This indicates a fairly wide dispersion between the top auction price realized ($555,000) and the bottom auction price realized ($264,000).

Sellers realized higher auction prices paid for those vehicles with the following characteristics:

- Low mileage, with vehicles showing < 2,000 miles commanding top prices realized;
- Excellent condition (paint/bodywork, interior, mechanical) with no accident history;
- Presence of all four factory options (McIntosh stereo, racing stripes, red or grey-painted brake calipers, forged BBS wheels); and
- Desirable colors (e.g., one-year-only available colors such as Tungsten or Silver).

The Hagerty Price Guide (HPG) listed the following values by condition number for the 2006 Ford GT (as of September 2021):

Hagerty Price Guide (online September 2021) #1 **$406,400** / #2 **$385,400** / #3 **$325,400** / #4 **$260,400**

The above values also reflect the addition of adjustments for the presence of specific factory options as per the price guide: BBS wheels +$4,000; racing stripes +$3,000; McIntosh stereo +$2,500; red or grey-painted brake calipers +900 – since the subject vehicle came equipped with all four factory options.

<u>Comparables</u> (*asterisk and *italics* indicate vehicle description as per offering venue; F/S indicates “for sale” and N/S indicates “not sold”)

| | |
|---|---|
| 1. 2006 Ford GT, #Y400584 **$555,000** RM Sotheby’s Monterey, 08/14/2021 (lot #317) **Speed Yellow with black stripes/Ebony, 255 miles, supercharged 5.4-liter V8, 6-speed manual, 4-option car with red-painted brake calipers, window sticker, Ford certificate, car cover* -SUPERIOR |  |

I selected this comparable to illustrate the top-tier of Ford GTs which had sold at auction proximate to the effective date or 12 months prior. This vehicle shared the same coloring as the subject vehicle, and it was also a four-option car like the subject vehicle. The ultra-low mileage marked this as a collector vehicle, and the auction price realized confirmed the large premium afforded to vehicles with extremely low miles and in excellent, original condition.

| | |
|---|---|
| 2. 2006 Ford GT, #Y401505 **$440,000** Barrett-Jackson Houston, 09/18/2021 (lot #726) **Speed Yellow/black, factory stripe-delete, 8,350 miles, supercharged 5.4-liter V8, 6-speed manual, red-painted calipers, black lightweight aluminum wheels, service records, Stealth paint protection film applied over entire car* -SUPERIOR |  |

I selected this comparable due to its mileage and coloring. The optional black BBS wheels are not frequently seen on Ford GTs, and their contrast against the non-striped Speed Yellow paintwork made for a good contrast. This vehicle also had an aftermarket exhaust system, which typically contributes negatively to value amongst Ford GTs. I judged this comparable to be superior to the subject vehicle due to its relatively rare factory stripe-delete appearance, which harmonized well with the black aluminum wheels. I also felt that its mileage and lack of at least two options held it below the top tier of GTs which had sold at auction in 2021.

| | |
|---|---|
| 3. 2006 Ford GT, #Y401258 **$365,000** on BringATrailer.com in NV (06/09/2021) **Tungsten with silver stripes/Ebony, 9,949 miles, supercharged 5.4-liter V8, 6-speed manual, 4-option vehicle with painted-grey calipers, front paintwork in 2012 due to road debris, clear protective film on front area, Lojack recovery system, clean CarFax, service records* -SLIGHTLY SUPERIOR |  |

I included this comparable as it had mileage close to that of the subject vehicle and shared the same four-option specification. Although there were many more Tungsten GTs made (541), I felt that this comparable's excellent condition reflected well upon the seller. The seller was directly engaged during the auction and made it known that this vehicle was always maintained to an extremely high standard, with the paint correction applied by a Ferrari dealership. I judged this comparable to be slightly superior to the subject vehicle, primarily due to its condition.

4. 2006 Ford GT, #Y401073 **$330,000** Barrett-Jackson Scottsdale, 03/27/2021 (lot #1374.1) **Performance White with blue stripes/black, 10,431 miles, supercharged 5.4-liter V8, 6-speed manual, 3-option car (stripes, forged wheels, red-painted calipers), smaller performance pulley* -SLIGHTLY INFERIOR




I selected this comparable primarily due to its having mileage similar to the subject vehicle. I judged this comparable as slightly inferior due to it having three of the four factory options and a performance modification (e.g., under-drive pulley). Also, white is a common color in the GT world, as Ford produced 726 examples in this color (the second-highest number behind red).

5. 2005 Ford GT, #Y400298 **$318,000** on BringATrailer.com in PA (05/21/2021) *Mark IV Red with white stripes/Ebony, 10,996 miles, *supercharged 5.4-liter V8, 6-speed manual, 4-option car with red-painted calipers, full paint protection film applied, deluxe Marti report, clean CarFax* -SLIGHTLY INFERIOR



I selected this comparable primarily due to its mileage being similar to the subject vehicle. Although it was a four-option car, the red color is common within the GT world. This example also had deleted rocker panel stripes, which gave the vehicle a half-finished appearance as it had contrasting white stripes over its top portion. This vehicle had sold previously on BringATrailer only five months previously for $285,000, so the 11.6% increase in auction price realized served as an indicator of the steady upward trend in GT values during this timeframe.

| | |
|---|---|
| 6. 2005 Ford GT, #Y400320 **$275,000** Mecum Kissimmee, 01/16/2021 (lot #S176) *Speed Yellow with black stripes/Ebony, 7,100 miles, *supercharged 5.4-liter V8, 6-speed manual, 4-option car with grey-painted calipers, $20K in upgrades including transaxle cooler, stainless cat-back exhaust, air box cooling system, EVAC water cooling system, XPEL paint film* -INFERIOR |  |

I selected this comparable primarily to illustrate the apparent effect that the addition of aftermarket equipment had on the value of this example, since Ford GTs in their original, unmodified form tend to realize higher auction prices. Given the rather extensive nature of the mechanical modifications and the effort required to return this vehicle to its stock configuration, I judged this comparable to be inferior to the subject vehicle.

**Analysis**

My research demonstrated that originality contributes to value for Ford GTs, with fully stock vehicles with factory equipment and documentation consistently outperforming modified examples. The presence of factory options -- particularly the “four-option” configuration (stripes, forged wheels, McIntosh stereo, painted calipers) – contributes to value, with well-optioned cars tending to cluster toward the upper end of their respective mileage/condition tiers. However, options do not override more significant factors such as mileage, condition, or provenance. More rare colors (e.g., Speed Yellow) provide some differentiation, although some market preferences tend toward less polarizing colors (e.g., red, blue, silver).

Within the overall supercar market segment, the Ford GT benefits from several factors, such as limited production numbers (4,038 units over two years); direct lineage to Ford’s successful GT40 racing program of the 1960s; and an analog driving experience sharpened by a supercharged V8, manual transmission, and the lack of traction control. Auction prices realized in 2021 demonstrated strong differentiation based on mileage, condition, and originality. The Ford GT appealed to investors and supercar enthusiasts, although then-current pricing patterns indicated a continued premium for preservation-grade examples over lesser-condition vehicles.

Given that mileage and condition appeared to be the primary value drivers for the Ford GT, I concluded that vehicles in the top tier exhibited less than 2,000 miles and included examples with ultra-low delivery mileage. The next tier included those vehicles with 3,000 to 7,000 miles. These vehicles typically realized auction prices in the range of $345,000 to $415,000. The next defined tier included vehicles with 7,000 miles and over, and these vehicles realized auction prices in the range of $265,000 to $335,000.

I judged the subject vehicle to fall within the lower end of the middle tier (despite it having over 7,000 miles) as it was in excellent (but not concours-winning) condition. The condition and presence of the four factory options also contribute to value. I based the

retrospective opinion of market value as of November 2, 2021 to be $340,000. I considered this value as aligned to just below the low end of the middle tier as explained above. The condition assessment is based on the subject vehicle as it appeared during my inspection on March 26, 2026. I have made use of an extraordinary assumption to provide an assessment of its overall condition as of the effective date in November 2021. I used the CarFax-reported mileage of 12,178 miles as of 12/18/2021 to support this assumption, as this is 3,331 miles less than the mileage on the inspection date (03/26/2026). Users of this report are cautioned that the value conclusion does not reflect the vehicle's actual condition as of the effective date, but rather its assumed condition under the previously stated extraordinary assumption.

## Glossary

For the purposes of this appraisal report, the condition of the subject vehicle was graded using the following scale: Concours (#1), Excellent (#2), Good (#3), Fair (#4), Restorable (#5), Salvage (#6). Detailed definitions are listed below[7]:

**#1 vehicles are the best in the world.** The visual image is of the best vehicle, in the right colors, driving onto the lawn at the finest concours. Perfectly clean, the vehicle has been groomed down to the tire treads. Painted and chromed surfaces are mirror-like. Dust and dirt are banned, and materials used are correct and superbly fitted. The one-word description for #1 vehicles is "concours."

**#2 vehicles could win a local or regional show.** They can be former #1 vehicles that have been driven or have aged. Seasoned observers will have to look closely for flaws, but will be able to find some not seen by the general public. The paint, chrome, glass, and finishes will all appear as excellent. No excessive smoke will be seen on startup, no unusual noises will emanate from the engine. The vehicle will drive as a new vehicle of its era would. The one-word description for #2 vehicles is "excellent."

**#3 vehicles could possess some, but not all of the issues of a #4 vehicle, but they will be balanced by other factors such as a fresh paint job or a new, correct interior where applicable**. #3 vehicles drive and run well, but might have some incorrect parts. These vehicles are not used for daily transportation but are ready for a long tour without excuses, and the casual passerby will not find any visual flaws. "Good" is the one-word description of a #3 vehicle.

**#4 vehicles are daily drivers, with flaws visible to the naked eye**. The chrome might have pitting, or scratches, the windshield might be chipped. Paintwork is imperfect, and perhaps the body has a minor dent. Split seams or a cracked dash, where applicable, might be present. No major parts are missing, but the wheels could differ from the originals, or other non- stock additions might be present. A #4 vehicle can also be a deteriorated restoration. "Fair" is the one word that describes a #4 vehicle.

**#5 vehicles need a complete restoration of body, chassis and interior**. Not drivable, but not weathered, wrecked, or stripped to the point of being useful only for parts. “Restorable” is the one word that describes a #5 vehicle.

**#6 vehicles are not drivable, and are weathered, wrecked, or stripped to the point of being useful only for parts.** “Salvage” is the one word that describes a #6 vehicle.

Matching-Numbers

Refers to a vehicle that retains its original major components—specifically the engine, transmission, and drivetrain—stamped with serial numbers or casting dates corresponding to its factory build records.

---

[7] *Hagerty Price Guide, 51st Edition*, (Great Falls, VA: Hagerty’s Cars That Matter, 2023), pp. xxxiv-xxxv.

## Bibliography and Sources Consulted

### Literature

*The Appraisal of Personal Property: Principles, Theories, Legal Issues and Practical Methods for the Professional Appraiser (Monographs 1-8 and 13)*, Personal Property Committee, American Society of Appraisers, 2012-2020.

Appraisal Standards Board. *Uniform Standards of Professional Appraisal Practice 2024 (effective January 1, 2024)*. Washington, DC: The Appraisal Foundation, 2024.

Anderson, Bruce. *Porsche 911 Performance Handbook, 2nd Edition*. Oceola, WI: Motorbooks International, 1996, 108-109.

Barth, Jurgen and Gustav Busing. *The Porsche Book. A Complete History of Types and Models. Book 2.* Phoenix: David Bull Publishing, 2009, 24-51.

Clarke, R.M. *Porsche 914 Gold Portfolio 1969-1976*. Surrey, UK: Brooklands Books.

Excellence Magazine. *Porsche Buyer's Guide 2017-2018 Edition*. Novato, CA: Ross Periodicals, 2017, 75-78.

Hagerty's Cars That Matter, LLC. *Hagerty Price Guide*. *51st Edition*. Great Falls, VA: Hagerty's Cars That Matter, 2023.

Krause Publications. *Standard Catalog of Imported Cars 1946-2002, 2nd Edition*. Iola, WI: Krause Publications, 2002, 657-658.

Ludvigsen, Karl. *Porsche: Excellence was Expected, 1st Edition*. Princeton: Princeton Publishing, 1977, 577-588.

Morse, Kerry. "Exploring the 914-6 GT Mysteries." *Porsche Panorama*, vol. 41, no. 7, July 1996, 3-8.

Robert Bosch GmbH. *Automotive Handbook*, 7th ed. West Sussex: John Wiley & Sons Ltd, 2007.

Tutt, Dr. Gundula. *Heritage Dictionary of Historic Vehicles*. Lehna, Germany: Karren Publishing, 2022.

### Online Articles

Hagerty. "2020 Hagerty Bull Market Selection: 1970-76 Porsche 914." *Hagerty Media*, January 15, 2020. https://www.hagerty.com/media/buying-and-selling/2020-hagerty-bull-market-selection-1970-76-porsche-914/.

Kelly, Prescott. “1970 Porsche 914/6.” *Sports Car Market*, August 16, 2018. https://www.sportscarmarket.com/profile/1970-porsche-914-6-2.

Kelly, Prescott. “1970 Porsche 914/6.” *Sports Car Market*, October 1, 2013. https://www.sportscarmarket.com/profile/1970-porsche-914-6.

Schrager, Jim. “1974 Porsche 914 2.0 Roadster.” *Sports Car Market*, September 1, 2007. https://www.sportscarmarket.com/profile/1974-porsche-914-2-0-roadster.

Schrager, Jim. “1970-76 Porsche 914-4.” *Sports Car Market*, June 1, 2002. https://www.sportscarmarket.com/profile/1970-76-porsche-914-4.

Smith, Sam, “Homage to the Tribute Car: Why We Should Love Homemade Replicas.” *Hagerty Media*, November 23, 2020. https://www.hagerty.com/media/magazine-features/homage-to-the-tribute-car-why-we-should-love-homemade-replicas/

Thorson, Thor. “1970 Porsche 914/6.” *Sports Car Market*, February 21, 2020. https://www.sportscarmarket.com/profile/1970-porsche-914-6-3.

Wiley, John. “The 2021 Monterey Auctions: By the Numbers.” *Hagerty Media*, August 20, 2021. https://www.hagerty.com/media/market-trends/valuation/monterey-auctions-numbers/.

Wiley, John. “What We Got Wrong (and Right) About 2021.” Hagerty Media, December 23, 2021. https://www.hagerty.com/media/buying-and-selling/what-we-got-wrong-and-right-about-2021/.

Wiley, John. “Year in Review: The Collector Car Market Got Larger and Younger in 2021.” *Hagerty Media*, December 31, 2021. https://www.hagerty.com/media/market-trends/ hagerty-insider/year-in-review-the-collector-car-market-got-larger-and-younger-in-2021/.

**Internet Sources**

www.914world.com
www.appraisers.org
www.autoscout24.com
www.autozin.com
www.barrettjackson.com
www.bonhams.com
www.bringatrailer.com
www.carsandbids.com
www.cars-on-line.com
www.classic.com
www.classicandsportscar.com
www.classiccars.com
www.classicdriver.com
www.classicshowcase.com

www.conceptcarz.com
www.ebay.com
www.elferspot.com
www.gaaclassiccars.com
www.goodingco.com
www.hagerty.com
www.hemmings.com
www.jamesedition.com
www.legendarymotorcar.com
www.luxurypulse.com
www.mecum.com
www.pca.org
www.porsche914.org
www.reimelmotorcars.com
www.rennlist.com
www.rickcarey.com
www.rmsothebys.com
www.stuttcars.com/porsche-914-6-gt/
www.symbolicinternational.com
www.sportscarmarket.com
www.VINwiki.com

**Specialty Automobile Dealers**

Beverly Hills Car Club; Los Angeles, CA USA
Canepa; Scotts Valley, CA USA
Coast to Coast Imports; Ft. Lauderdale, FL USA
CCS Motors; Oyster Bay, NY USA
Classic Showcase; Oceanside, CA USA
Early 911s; Wuppertal, GE
European Collectibles; Costa Mesa, CA USA
Export 56; Bedford, UK
Fantasy Junction; Emeryville, CA USA
M. Brandon Motorcars; Houston, TX USA
No Reserve Classics; Bridgeton, NJ USA
R&H Automobile GmbH; Elixhausen, Austria
Road Scholars; Durham, NC USA
RSM Motors; North Canton, OH USA
Trissl Sports Cars; Florence, AL USA
V Vine Motorcars; Austin, TX USA
Young Motorcars; Scottsdale, AZ USA

**Perry-Payne Appraisal, LLC**
574 Iris Place
Aurora, OH 44202
(703) 615-4678
molekappraisal@outlook.com

**Credentials and Qualifications of Matt Oleksiak**
**Accredited Member (AM), American Society of Appraisers**

**Appraisal Training**

- Certificate Completion in Concours Judging from Mercedes-Benz Club of America, 2008
- Uniform Standards of Professional Appraisal Practice (USPAP) 2019-2020 15-hour Class for Personal Property Appraisers (Passed; April 25, 2018)
- Completion of American Society of Appraisers Personal Property Courses PP 201 and PP 202 (March 2020); PP 203 (October 2020) and PP 204 (November 2020)
- USPAP 2024-2025 7-hour Update for Personal Property Appraisers (February 11, 2026)

**Education**

- Georgetown University, Washington, DC, B.A. 1982
- George Washington University, Washington, DC, M.B.A. 1996

**Recent Vehicle Appraisal and Valuation Experience**

Mr. Oleksiak has performed more than 100 appraisals of classic, special interest, antique, and exotic vehicles as the founder and owner of Perry-Payne Appraisal, LLC since January 2020. Mr. Oleksiak also serves as the Chair of the American Society of Appraisers Automotive Specialties Group and is instrumental in structuring the content and format of the group's annual meetings. He is currently involved in the restoration of an historic race car, the ex-SpeedVision World Challenge #2 David Leslie Mazda 626. Since January 2023, Mr. Oleksiak has volunteered at the Crawford Auto-Aviation Museum in Cleveland, Ohio and has completed 30 condition reports on the museum's vehicles.

Specific details and prior experience are as follows:

- Performed the inspection and appraisal of 20 special interest vehicles as part of the heritage collection of a Big Three auto manufacturer, Detroit, Michigan; January 2025
- Judge, Ohio Region Classic Car Club of America 66th Annual Father's Day Show at Stan Hywet Hall, Akron, Ohio; June 2024 and 2025
- Judge, Lake Mirror Classic Concours, Lakeland, Florida; October 2025

- Assisted with inspection, research, and appraisal of 68 special interest vehicles for estate valuation, Doylestown, Pennsylvania; February-June 2021
- Performed the inspection and appraisal of seven Indy race cars for sales consultation on behalf of the Indianapolis Motor Speedway Museum, Indianapolis, Indiana; February 2025
- Assisted with research of comparable properties and appraisal of 11 special interest vehicles for asset valuation update, Jupiter, Florida; January 2025
- Assisted with research of comparable properties and appraisal of four historic off-road competition vehicles for estate disposition, Kansas City, Missouri; August 2020
- Assisted with inspection of vehicle for IRS charitable contribution to Rolls Royce and Bentley Museum, Mechanicsburg, Pennsylvania; August 2019
- Concours judge, The Greenbrier Concours, White Sulphur Springs, West Virginia; 2019, 2022-2024; chief class judge 2025-2026
- Concours judge, Deutsche Marque Concours, Lorton, Virginia; May 2022 & 2023
- Assisted with inspection and report preparation of 55 classic and special interest automobiles for estate disposition, Ft. Worth, Texas; February 2018

**Previous Work Experience**

- Experienced business leader with a proven track record of executing successful software implementations in a global business environment. Led multi-disciplined teams to solve business problems and managed all stakeholder aspects including communications and project management. Promoted to positions of increased responsibility with multiple, global professional services firms including operations leadership roles with KPMG LLP, Siemens GmbH, NTT Ltd, and Grant Thornton LLP; 1991-2019
- Captain, U.S. Army. Held a variety of command and staff positions from platoon leader, battery executive officer, and battalion staff officer in field artillery battalions. This included performing the duties of motor officer, with responsibility for tracked and wheeled motor vehicle inspection and maintenance; 1982-1991

**Organizations/Memberships**

- Accredited Member, American Society of Appraisers #112476
- Associate Member, Society of Automotive Engineers (2019 to present)
- Member, Society of Automotive Historians (2019 to present)
- Member, BMW Car Club of America (2000 to present); National Capital Chapter High Performance Driving Events Coordinator (2008 to 2018)
- Member, Mercedes-Benz Club of America (2025 to present)
- Member, Aston Martin Owners Club (2025 to present)
- Member, Triumph Stag Club of the Americas (2025 to present)
- Life Member, Western Reserve Fire Museum, Cleveland, Ohio (1998 to present)
- Volunteer, Smithsonian Cultural Rescue Initiative, Washington, DC (2022)
- Volunteer, Crawford Auto-Aviation Museum, Cleveland, OH (2023-2024)

**Perry-Payne Appraisal, LLC**
574 Iris Place
Aurora, OH 44202
(703) 615-4678
molekappraisal@outlook.com

**Appraisal of:**
**(1) 1970 Porsche 914/6 *as-if* it were a 914/6 GT**
**VIN: #9140431543**

**(2) 1970 Porsche 914/6 as-is**
**VIN: #9140431543**

**(3) 1970 Porsche 914/6 as-is**
**VIN: #9140430011**

**(4) 2006 Ford GT as-is**
**VIN: #1FAFP90S76Y401685**

Prepared for:
Mr. Michael P. Croghan, Esq.
McDonald Hopkins LLC
300 North LaSalle Street
Suite 1400
Chicago, IL 60654

Intended Use: Litigation Support
Type of Value: Market Value

Effective Date of Valuation: March 26, 2026
Date of Inspection (Porsche 914/6 #1543 and Porsche 914/6 #0011): January 20, 2026
Date of Inspection (Ford GT #1FAFP90S76Y401685): March 26, 2026
Date of Appraisal Report: June 18, 2026

Prepared by:
Matt Oleksiak
Accredited Member (AM)
American Society of Appraisers

**Perry-Payne Appraisal, LLC**

## Table of Contents


Section ..... Page

Title Page ..... 1

Table of Contents ..... 2-3

Transmittal Letter ..... 4-5

Terms and Definitions ..... 6-7

- Type of Report ..... 6
- Intended Use ..... 6
- Intended Users ..... 6
- Type of Value (including definition) ..... 6
- Approaches to Value ..... 6-7

Limiting Conditions and Assumptions ..... 8-10

Certification ..... 11

Privacy Policy ..... 13

Description of 1970 Porsche 914/6 *as-if* it were a 914/6 GT (VIN #1543) ..... 14-29

- Property Description ..... 14-15
- Background ..... 15-17
- Photographs ..... 18-22
- Market Information ..... 23-25
- Market Information-Comparables ..... 26-28
- Analysis ..... 28-29

Description of 1970 Porsche 914/6 as-is (VIN #1543) ..... 30-37

- Property Description ..... 30-31
- Background ..... 31-32
- Photographs ..... 33
- Market Information ..... 34
- Market Information-Comparables ..... 35-37
- Analysis ..... 37

Description of 1970 Porsche 914/6 as-is (VIN #0011) ..... 38-49

Property Description .......... 38-39
Background .......... 39-40
Photographs .......... 41-44
Market Information .......... 45-46
Market Information-Comparables .......... 47-49
Analysis .......... 49
Description of 2006 Ford GT as-is (VIN #1FAFP90S76Y401685) .......... 50-61
Property Description .......... 50-51
Background .......... 51
Photographs .......... 52-56
Market Information .......... 57-58
Market Information-Comparables .......... 59-61
Analysis .......... 61
Glossary .......... 62
Bibliography and Sources Consulted .......... 63-65
Appraiser's Credentials .......... 66-67

**Perry-Payne Appraisal, LLC**
574 Iris Place
Aurora, OH 44202
(703) 615-4678
molekappraisal@outlook.com

June 18, 2026

Mr. Michael P. Croghan, Esq.
McDonald Hopkins LLC
300 North LaSalle Street
Suite 1400
Chicago, IL 60654

Re: Appraisal of:
(1) 1970 Porsche 914/6 *as-if* it were a 914/6 GT
VIN: #9140431543
(2) 1970 Porsche 914/6 as-is
VIN: #9140431543
(3) 1970 Porsche 914/6 as-is
VIN: #9140430011
(4) 2006 Ford GT as-is
VIN: #1FAFP90S76Y401685

Dear Mr. Croghan,

As agreed in our mutually executed contract dated March 11, 2026, I have prepared an appraisal report concluding an opinion of the market value of the subject vehicles for the intended use of litigation support (Case No. 3:25-CV-08174-SPL). The effective date of valuation is March 26, 2026.

For this assignment, I developed my opinion of value utilizing the definition of market value.

On the basis of inspection, research, and analysis, the market value for each property is as follows:

- 1970 Porsche 914/6 *as-if* it were a 914/6 GT (VIN: #9140431543): **$525,000 (five-hundred-twenty-five-thousand US Dollars)**
- 1970 Porsche 914/6 as-is (VIN: #9140431543): **$195,000 (one-hundred-ninety-five-thousand US Dollars)**
- 1970 Porsche 914/6 as-is (VIN: #9140430011): **$146,500 (one-hundred-forty-six-thousand-and-five-hundred US Dollars)**

- 2006 Ford GT as-is (VIN: #1FAFP90S76Y401685): **$410,000 (four-hundred-ten-thousand US Dollars)**

This appraisal is subject to the limiting conditions and assumptions as stated herein. The total submitted value is based on the whole and possessory interest of each vehicle, undiminished by liens, fractional interest, or other encumbrances. To be valid, this appraisal report must be used in its entirety of 67 pages. I have no past, present, or contemplated future interest in any of the subject vehicles.

This appraisal was prepared in compliance with *the Uniform Standards of Professional Appraisal Practice (USPAP) 2024 (effective January 1, 2024)*, promulgated by the Appraisal Standards Board of The Appraisal Foundation and the *Principles of Appraisal Practice and Code of Ethics* of the American Society of Appraisers.

Information provided to me during the preparation of this appraisal and identified as confidential will remain so, as will my opinion and conclusion, in accordance with *USPAP* and the ASA *Code of Ethics*. Perry-Payne Appraisal retains a copy of this appraisal report, together with the assignment workfile for a minimum of five (5) years, or two (2) years following the conclusion of any legal proceeding in which the appraiser has given testimony regarding the appraised property, whichever is longer.

The submission of this report completes this appraisal assignment. Thank you for allowing Perry-Payne Appraisal to be of service to you.

Sincerely,

Matt Oleksiak
Accredited Member (AM), American Society of Appraisers

## Terms and Definitions

The following appraisal terms and definitions are specific to this appraisal report.

### Type of Report

This appraisal is communicated in an Appraisal Report.

### Intended Use

This report is intended for use in litigation support. This report is not intended for any other use.

### Intended Users

This report is intended for your use, and the use of your client, Mr. James Edwards. Use of this report by others is not intended by the appraiser.

### Type and Definition of Value

This appraisal concludes a retrospective opinion of market value. Market value is defined as: The most probable price that a property should bring in a competitive and open market under all conditions requisite to a fair sale, the buyer and seller each acting prudently, knowledgeably, and assuming neither is under duress.

(Source: 12 CFR § 614.4240)

### Approaches to Value

There are three Approaches to Value for appraising personal property; I considered all approaches in preparation of this appraisal.

### The Cost Approach to Value

A procedure to estimate the current costs to reproduce or create a property with another of comparable use and marketability.

I considered this approach to value; however, the age (year), model, and manufacturer of the properties in this appraisal contribute to value. I therefore did not use this approach to value for analysis in this appraisal.

**The Income Approach to Value**

A procedure to conclude an opinion of present value by calculating the anticipated monetary benefits (such as a stream of income) for an income-producing property.

I considered this approach to value and did not use it for this appraisal because the subject properties are not income-generating.

**The Sales Comparison Approach to Value**

A procedure to conclude an opinion of value for a property by comparing it with similar properties that have been sold or are for sale in the relevant marketplace by making adjustments to prices based on marketplace conditions and the characteristics of value for that property.

I used the Sales Comparison Approach for analysis for this appraisal because there is a sufficient number of properties in the relevant marketplace comparable to the subject properties on which to base credible value conclusions.

(Source: American Society of Appraisers Personal Property Committee, Monograph #7, Analysis of Research, 2020.)

## Limiting Conditions and Assumptions

This appraisal has been prepared subject to the following limiting conditions and assumptions:

This appraisal was prepared for the intended use, intended users, and type of value as stated herein.

The opinion of value is valid only for the effective date of the appraisal.

The appraisal report is only valid in its entirety of 67 pages and is not valid if any page of the report is missing. Reproduction of this report must be done in its entirety.

For this appraisal report, I appraised one of the subject vehicles (Porsche 914/6 #1543) as-is, i.e., as a “tribute” Porsche 914/6. I also appraised this same subject vehicle *as-if* it were a Porsche 914/6 GT by using a hypothetical condition for the purpose of analysis. This is contrary to fact, as the subject vehicle is <u>not</u> an authentic Porsche 914/6 GT per its VIN ending in #1543 as referenced by multiple sources.

According to Advisory Opinion 9 of the *2026 Uniform Standards of Professional Appraisal Practice (USPAP) Guidance and Reference Manual*, a hypothetical condition is defined as a condition, directly related to a specific assignment, which is contrary to what is known by the appraiser to exist on the effective date of the assignment results, but is used for the purpose of analysis. I am not a Porsche authenticator, however, the use of this condition may have affected the assignment results.

This appraisal report is not a certificate of title or a warranty of ownership. Ownership was neither researched nor confirmed.

Sales results or asking prices analyzed and quoted in this report, regardless of origin, do not include any taxes or other fees. Auction sales results analyzed for this assignment included the standard buyer’s premium of that auction house, as of date of sale (unless otherwise noted).

This appraisal report makes no warranty as to the authenticity of the property appraised. The value is therefore based on the information current as of the date of this report.

I assumed that there were no undisclosed conditions of the subject vehicles that would have a material and/or adverse effect on the value conclusion. Should this assumption be incorrect, it may have an effect on the conclusion of value for that respective vehicle.

This appraisal is developed subject to an extraordinary assumption for the 1970 Porsche 914/6 (VIN: #9140430011); and the 2006 Ford GT (VIN: #1FAFP90S76Y401685); that the subject vehicles’ drivetrain components – including the engine and transmission -- are original to the vehicles (i.e., “matching-numbers”)

and are in sound mechanical condition, free from latent defects not readily observable during a non-invasive inspection.

This assumption is considered reasonable given the scope of work, the level of inspection agreed upon, and the absence of readily observable evidence to the contrary. However, the inspection did not include internal engine component inspection.

The value opinion reported herein is contingent upon the accuracy of this extraordinary assumption. If it were determined that the drivetrain components are not original to the two referenced vehicles, or if significant undisclosed mechanical deficiencies exist, the concluded value could be materially affected, potentially resulting in a lower value indication for the affected vehicle(s).

The appraised vehicles were inspected under field conditions. I used a Canon G9X digital camera to photograph the Ford GT40 contained in this report; Mr. David Kinney, ASA photographed the two Porsche 914/6s contained in this report.

No removal of any areas of upholstery, trim, mechanical items, bodywork, electrical components, management systems, and/or any other systems of any vehicles was performed during the visual inspection unless otherwise noted. No disassembly of the vehicles has taken place unless otherwise noted.

The physical inspection of the vehicles was limited to the areas of the vehicles that could be physically viewed at the time that the visual inspections occurred.

A condition statement is included noting any visible, relevant damage, and/or repairs beyond what would be considered normal wear. The stated condition of each vehicle refers to its visually apparent physical state as of the effective date of this appraisal and is valid only for that date.

I am not a professional photographer and the digital images I (and Mr. David Kinney, ASA) took and submitted with this report do not necessarily represent the actual color or size of the vehicles and are included for identification purposes only. The images may not be suitable for use in court and are included solely to serve as an adjunct to the descriptions included in this report.

Neither this appraisal report nor any part of it shall be disseminated to the public in any form without my prior written consent.

Access to confidential information or my opinions will not occur without your expressed written consent, unless ordered by a court of appropriate and competent jurisdiction and/or regulation, or a duly authorized panel of a professional organization.

For this appraisal, I researched a variety of reliable sources for facts and data that were available at the time of the assignment. These sources are assumed to be reliable and accurate; however, I take no responsibility for errors or omissions contained in these

sources. A partial list is documented under “Bibliography and Sources Consulted” in this report and will be held for the length of time required by the standards of my profession.

Some of the data researched and information used in this assignment may have come from sources that employ artificial intelligence (AI). To the extent that is possible and appropriate, I have confirmed all data that has had a substantial impact on the approaches to value and any other analyses performed in this assignment. The opinions and conclusions stated in this report are mine and are not solely the results of analyses using AI.

I am the only individual who can amend the information conveyed in this report. I am not responsible for any misrepresentations by anyone in possession of this report.

The fee for this appraisal was based solely on fixed-fee basis and is not dependent on any conclusion of value. Any additional services related to this appraisal shall constitute a new assignment and shall be invoiced according to my current fee schedule at that time. The submission of this report concludes this appraisal assignment.

## Certification

I certify to the best of my knowledge and belief:

- The statements of fact contained in this report are true and correct.
- The reported analyses, opinions, and conclusions are limited only by the reported assumptions and limiting conditions and are my personal, impartial, and unbiased, professional analyses, opinions, and conclusions.
- I have no present or prospective interest in the property that is the subject of this report, and no personal interest or bias with respect to the parties involved.
- I have performed no services, as an appraiser or in any other capacity, regarding the property that is the subject of this report within the three-year period immediately preceding acceptance of this assignment.
- I have no bias with respect to the property that is the subject of this report or to the parties involved with this assignment. My engagement in this assignment was not contingent upon developing or reporting predetermined results.
- My compensation for this assignment was not contingent upon the development or reporting of a predetermined value or direction in value that favors the cause of the client, the amount of the value opinion, the attainment of a stipulated result or the occurrence of a subsequent event related to the intended use of this appraisal. Any associated testimony preparation will be invoiced at the rate of $250.00 per hour and the fee for actual deposition is $350.00 per hour with a two-hour minimum.
- My analyses, opinions, and conclusions were developed, and this report has been prepared, in conformity with the *Uniform Standards of Professional Appraisal Practice (USPAP) 2024* (effective January 1, 2024).
- I have made a personal inspection of the 2006 Ford GT that is the subject of this report. I relied on the photographs taken by Mr. David Kinney, ASA of the two 1970 Porsche 914/6s to assess their condition.
- Mr. David Kinney, ASA provided personal property appraisal assistance to the person signing this certification in the form of capturing photographs of the two Porsche 914/6s which are included in this appraisal report.
- ASA has a mandatory reaccreditation program for its Designated Members. I am in compliance with that program.

Matt Oleksiak, Accredited Member (AM)
American Society of Appraisers

## Privacy Policy

Perry-Payne Appraisal, LLC is committed to safeguarding the confidential information of our clients. We hold all our clients' personal information provided to our appraisal service company in the strictest confidence and in accordance with the USPAP and ASA ethics standards of confidentiality. Our files include information collected from clients in connection with the personal property appraisal services provided by our company. At no time in the past have we ever disclosed information to third parties, except as specifically authorized by our clients, or as required by law, and we do not anticipate doing so in the future.

We are prohibited under federal law from changing our policy without first advising a client and obtaining permission. We use the personal property information provided by our clients to help meet their appraisal requests, while guarding against any real or perceived infringements of their rights of privacy.

Our policy with respect to personal information about our clients is as follows:

- We limit employee and agent access to information only to those who have a business or professional reason to know, and only to non-affiliated parties as required by law.

- We maintain a secure office and computer environment to ensure that your information is not placed at unreasonable risk.

- The categories of non-public personal information that we collect from a client depend upon the scope of the client's appraisal engagement. This includes information about personal property assets, information about tax identification numbers, and other non-public information necessary. Additionally, it may include information about transactions between clients and third parties, and information from third party sources.

- Unaffiliated third parties that require access to our clients' personal information, such as federal and state tax regulators, may only review company records as permitted under the law.

- We do not provide client information to mailing list vendors or solicitors for any reason whatsoever.

Personally-identifiable information will be maintained during the time a client is a client of the firm and for the appropriate time thereafter that such records are required to be maintained by USPAP, and consistent with the ASA ethics code. After this required period of record retention, all such information will be destroyed in a manner consistent with providing confidentiality to our clients.

## DESCRIPTION OF THE PROPERTY, BACKGROUND, PHOTOGRAPHS, MARKET INFORMATION, AND ANALYSIS

**(1970 Porsche 914/6 *as-if it were a* 914/6 GT)**

**Property Description**

**1970 Porsche 914/6 GT 2-Door Coupe**

Vehicle Identification #: 9140431543 (as per ID tag riveted to right side of front trunk compartment)

Engine type: Single-plug, H6 with mechanical fuel injection (MFI)

Transmission: Manual, 5-speed

License Plate: 9146GTR (AZ)

Indicated Mileage: 62,826 miles

Coloring: Yellow exterior with black leather and cloth interior

Options: Fender flares, Fuchs alloy wheels (front), 100-liter fuel tank, front-mounted oil cooler

Wheels: Five-spoke alloy (front) and eight-spoke alloy (rear)

Condition: 1- (see Glossary for explanation of condition ratings).

Overall, the subject vehicle has a straight body with shiny yellow paint. The door gaps are slightly wider at the top of both doors and the front trunk door gaps are slightly wider at the midpoint. The rear trunk gaps narrow slightly at the aft portion of the trunk. There is some light scratching on the brightwork surrounding the rear window. There are some light scratches on the brightwork comprising the bases of the front trunk securing pins. The vehicle has front and rear fender flares. All glass is clear with no scratches.

The instrument gauge bezels have some light scratches. The rubber clutch pedal pad shows some wear. A Momo Prototipo leather steering wheel is fitted, and there is no wear on the wheel rim. The dashboard is very clean and in good condition with no cracks. Competition-type Scheel leather and cloth seats with deep bolsters are fitted, and there is no apparent wear evident. There are exposed portions at the top and bottom edges of the shifter base. Both door cards are in very good condition, with no scratches or marring. The door sills are very clean with no scratches. The carpets are in excellent condition with no signs of wear. There is some slight discoloration of the driver's side rubber door gasket where it joins the A-pillar.

The engine compartment is very clean, with no oil or fuel residue present. A pressure gauge (in PSI) is fitted to the fuel distribution assembly. The black plastic cover across the top of the engine air filters is heavily scratched. The outer cloth sheathing on the larger diameter vacuum lines shows some wear. The plastic crankcase vent container in the rear compartment is dirty, and the rear compartment itself is very clean; the rubber trunk lid gasket is in very good condition. A metal brace spans the tops of the rear shock mounts. The front trunk compartment is very clean, with most of the space taken up by the large fuel tank mounted between the front fender wells. The brake fluid in the plastic reservoir appears to be clean. Dual electric fuel pumps are fitted in the front compartment and these are secured by brackets attached to the right side of the compartment. A non-adjustable strut brace functions as an attachment point for the fuel tank and is attached to the front strut turret tops. Adjustable camber plates have also been added to the strut turret tops.

All exterior décor trim (e.g., door handles, badging, and window frames) is in very good condition with no pitting. The alloy wheels are in very good condition and no center caps are present; the vehicle runs a staggered tire setup.

**Background**

In the late 1960s, Porsche and Volkswagen had independently arrived at the need for a new car model. Volkswagen desired to replace its Type 35 Karmann Ghia with something more reflective of range-topping halo car. Porsche's need centered around replacement of the 912 as an entry-level vehicle, as its marketing of the 912 as a de-contented 911 with a cheap engine had not been widely successful. Further, Datsun's impending introduction of the 240Z would potentially threaten 912 sales. The answer arrived in the form of a Volkswagen-Porsche collaboration, dubbed the 914. The original concept stipulated one car with two engines, with the four-cylinder slated to be sold as a Volkswagen, and the six-cylinder variant to be sold as a Porsche.

Styling was considered 1970s *avant-garde*, but it avoided most of the impracticalities of the mid-engined layout with good outward vision and two large storage trunks, along with a removable targa top. Porsche had extensive experience with mid-engine designs from its racing programs, dating back to the 1930s Auto Union Silver Arrows. However, the 914 became Porsche's first mid-engine production street car.

Porsche's concern with their brand identity in the lucrative U.S. market resulted in the four-cylinder and six-cylinder cars being branded as Porsches in North America. Initial 1970 performance was modest for the four-cylinder cars, as these cars employed the base VW-derived engines of 1.7 and 1.8 liters. From 1973, the 2.0-liter cars offered the most performance within the four-cylinder variants. Despite the initially muted public reception, the 914 eventually became the best-selling Porsche of its era by the time production ceased in 1976.

The collaboration also yielded the 914/6, produced between 1970 and 1972. This model used a Weber-carbureted version of Porsche's 911T engine, with a 1,991-cc

displacement producing 110-hp, joined by a Porsche t+ype 901 gearbox. It also had larger disc brakes, including vented front discs. Front and rear roll bars also helped to tame chassis lean. 914/6 models also featured more standard equipment, including chrome bumpers, a vinyl-covered roll bar, and fog lights. In 1971, Porsche also offered the M471 competition option on the 914/6 for an additional $1,375. This package consisted of fender flares, flared rocker panels, a flared front valence, six-inch Fuchs wheels, and extended wheel studs with spacers.

By 1972 and in the face of weak sales, Porsche discontinued the 914/6, having reportedly manufactured 3,351 units (compared to roughly 116,000 914/4s). During its brief lifespan, Porsche also constructed approximately 48 Porsche 914/6 GT models in 1970-71.[1] Of these, Porsche designated 14 “works” cars for its factory teams; these were variously used to contest the European rally circuits such as Marathon de la Route, Rally Monte Carlo, and the Royal Automobile Club (RAC) Rally. Porsche sold the other 34 914/6 GT cars as customer cars, mostly to multiple privateer race teams.

For these cars, Porsche added a steel brace laminated into the fiberglass targa top, which added structural rigidity and classified it as a “GT” entrant by the Fédération Internationale de l'Automobile (FIA). The front and rear compartment lids, bumpers, and rocker panels were made of fiberglass. Porsche also developed several 914/6 GT-specific parts while also specifying components that had been proven in other race cars, such as the 904, 906, 908, and 911. The factory also reportedly produced 400 “GT conversion kits” which were made available to dealers and customers to convert a stock 914/6 into the 914/6 GT specification.

The subject vehicle (#9140431543) is a 1970 Porsche 914/6, one of 3,351 Porsche 914/6 models reportedly manufactured between 1970 and 1972.

The value opinion expressed in this report is developed under a hypothetical condition, as defined by the Uniform Standards of Professional Appraisal Practice (USPAP), which assumes a condition contrary to what is known by the appraiser to exist on the effective date of the appraisal.

Specifically, this appraisal assumes that the subject vehicle was manufactured from the factory as a Porsche 914/6 GT. In reality, the subject vehicle likely acquired elements of a 914/6 GT conversion kit along with GT-specific mechanical components including a replacement engine sometime over its lifetime and was apparently made to resemble a street-legal version of an authentic 914/6 GT. Its chassis serial number does not equate to one of the ~48 914/6 GT/M471 competition option vehicles originally manufactured by Porsche as per multiple sources.

This appraisal is developed also subject to the extraordinary assumption that the subject vehicle’s drivetrain is in sound mechanical condition, free from latent defects not readily observable during a non-invasive inspection. This assumption is considered

---

[1]Jurgen Barth and Gustav Busing, *The Porsche Book*, The Complete History of Types and Models, (Phoenix: David Bull Publishing, 2009), 2:49-50.

reasonable given the scope of work, the level of inspection agreed upon, and the absence of readily observable evidence to the contrary. However, the appraiser did not perform an internal engine component inspection.

According to the current owner, the subject vehicle was equipped with a replacement period-correct carbureted, twin-plug type 901/25 Porsche engine when he acquired it in 2021. These racing engines included Porsche 906 twin-plug heads with large valves; along with 906-specification camshafts and rocker arms. Other components included aluminum-alloy cylinders, racing pistons, polished intake and exhaust ports, special intake manifolds, and a racing exhaust system.

The current owner subsequently replaced the carbureted, twin-plug type 901/25 Porsche engine with a mechanically fuel injected (MFI), single-plug Porsche engine during his ownership. Porsche reportedly equipped some 914/6 GTs with single-plug engines in-period, while the type 901/25, which develops its peak horsepower in the upper RPM range, was the more prevalent engine for competition use.

The value opinion reported herein is contingent upon the accuracy of this extraordinary assumption. If it were determined that significant undisclosed mechanical deficiencies exist, the concluded value could be materially affected, potentially resulting in a lower value indication.

**Market Value: US $525,000.00**

## Photographs

1970 Porsche 914/6 #9140431543 Exterior




1970 Porsche 914/6 #9140431543 Exterior



1970 Porsche 914/6 #9140431543 Exterior




1970 Porsche 914/6 #9140431543 Exterior



1970 Porsche 914/6 #9140431543 Exterior




1970 Porsche 914/6 #9140431543 Interior



1970 Porsche 914/6 #9140431543 Rear Compartment




1970 Porsche 914/6 #9140431543 Front Compartment



1970 Porsche 914/6 #9140431543 Engine Compartment



## Market Information

U.S. consumer confidence declined sharply in January 2026, as Americans were growing increasingly concerned over their financial prospects. This was likely due in part to tariff concerns, as importers who increased inventories ahead of the initial 2025 tariffs will ultimately need to replenish those goods at tariffed rates, due to the lack of any fundamental shift in domestic production. Despite the decline in consumer confidence, the Federal Reserve announced at the end of January that it was keeping interest rates unchanged at 3.6%. However, all bets were off when the U.S. and Israel combined to initiate war against Iran in late February, and energy costs began to soar. The continued price increases will almost certainly delay any Fed rate cut, especially once price hikes begin to extend beyond the energy sector. This general economic uneasiness could continue to affect consumer confidence negatively, especially for those contemplating big-ticket expenditures.

Hagerty's macroeconomic indicators for the specialty car market dropped for the fourth consecutive month in January, realizing their lowest value since Fall 2020.[2] Further, cars selling via private treaty transactions were doing so at lower sales prices, according to Hagerty. This is the market segment where the majority of transactions occur, so persistent softness here suggests a broadly weak market. At the same time, the median sales price at public auctions had fallen to $26,513 – the lowest real value in nearly six years. Industry observers have noted that this may be partly due to auction companies offering more low-value cars at auction to increase their volume figures.

Meanwhile, the traditional in-person January auction venues witnessed fairly strong results for the specialty car market. Despite approximately 500 fewer vehicles offered at the various auctions, the average sale price increased 71% to $144,161.[3] This was largely due to a plethora of supercar sales with their attendant higher auction prices realized. This trend carried into the March 2026 auctions, where modern sports cars, supercars, and hypercars highlighted top auction sales and blue-chip vehicles continued to sell for strong prices.

The March Amelia Island (FL) auctions have typically featured a heavy Porsche contingent, and auction houses Broad Arrow and Gooding Christie's offered a combined 67 examples of the marque. However, the median condition-appropriate premium was 1%. Within that bracket, there was a discount for older Porsche models (356s and pre-1974 911s) and a premium for later models (1980s-1990s 911/930 models and halo models such as the 959/Carrerra GT/918 Spyder).[4] This signals continued buyer

---

[2]Adam Wilcox, "Hagerty Collector Car Market Rating Sinks to 15-Year Low," Hagerty Media, January 21, 2026, https://www.hagerty.com/media/market-trends/hagerty-insider/hagerty-collector-car-market-rating-sinks-to-15-year-low/.

[3]John Wiley, "The 2026 Auctions: By the Numbers," *Hagerty Media*, January 28, 2026, https://www.hagerty.com/media/market-trends/hagerty-insider/the-2026-january-auctions-by-the-numbers/.

[4]John Wiley, "Modern Hypercars Sizzle at the 2026 March Auctions: Full Results and Analysis," *Hagerty Media*, March 10, 2026, https://www.hagerty.com/media/market-trends/hagerty-insider/modern-hypercars-sizzle-at-the-2026-march-auctions-full-results-and-analysis/.

interest for these cars is focused on the newer eras and not necessarily those from the 1960s and 1970s.

A retrospective view of Hagerty Price Guide (HPG) Porsche 914/6 GT values from September 2021 to April 2026 shows that values increased from $270,000 (condition #2 – excellent) in 2021 to $328,000 in April 2026 for a 21.5% increase over five years.

For this assignment, I researched the global auction market, as well as the specialty dealer market, as both venues have offered Porsche 914/6 GTs. Given the low production number (~48) of 914/6 GTs, auction appearances have been infrequent. I reviewed global auction activity since August 31, 2021 and identified eight examples which had appeared at auction, with two sold.

Within the specialty dealer market level, I identified two 914/6 GTs currently on offer. Young Motorcars in Scottsdale, AZ was offering chassis #0032 with an asking price of $850,000 in February 2026. This vehicle had been documented as the first “customer” 914/6 GT and benefited from a complete restoration performed in 2021. Export 56, a UK dealer, was offering chassis #0137 with an asking price of $496,550 in February 2026. Given the auction market is the one where the most similar properties have been offered, I concluded that the auction market is the one from which to select the most comparable properties to base my value conclusion.

Although I could only identify two auction sales realized, I reviewed the high bids offered for the six 914/6 GTs which did not sell at auction since August 2021 along with the auction prices realized for the two sold vehicles. The average high bid/price realized was $652,011 and the median value was $615,000. The range in high bids/prices realized was $750,000 which indicates a wide dispersion between the top high bid/price realized and the lowest high bid/price realized.

There are certain characteristics which contribute value to collectible competition vehicles, such as the 914/6 GT. Factors such as race history, originality, and condition contribute to value in varying degrees. At the top of the value tier are factory (or “works”) race cars. Porsche enjoyed a reputation in the 1960s and 1970s for hiring the best available drivers to pilot its works entries at well-renowned race venues (e.g., Le Mans, Sebring, or Daytona). The next tier is occupied by “customer” cars. This refers to examples manufactured by the factory as race cars for privateer teams, with the most successful privateer teams (e.g., Brumos Porsche) contributing an endowed characteristic of value via their ownership and cadre of professional drivers.

Examples with extensive race history typically had major bodywork and mechanical components replaced in-period, which can affect originality and condition. Any 914/6 GT which retains its original drivetrain can realize a slight premium. Those examples which had undergone a comprehensive, high-quality restoration back to original race specifications typically commanded the highest asking prices at specialty dealers and high bids at auctions. By contrast, those examples which had been stored for extended periods in “as-raced” condition or wore different coloring and sponsorship livery from

their competition heyday, realized lower bids at auction. Additionally, there were a few examples built as street versions of the GT (option M471). These examples were typically spared the demands of competition and survived with largely intact original components.

The Hagerty Price Guide (HPG) lists the following values by condition number for the 1971 Porsche 914/6 GT as of April 2026 (no values are indicated for the 1970 model year):

Hagerty Price Guide (online April 2026) #1 **$455,000** / #2 **$328,000** / #3 **$229,000** / #4 **$170,000**

Comparables (*asterisk and *italics* indicate vehicle description as per offering venue; F/S indicates "for sale" and N/S indicates "not sold")

| | |
|---|---|
| 1. 1971 Porsche 914/6 GT Werks Monte Carlo Rally, #0141 **N/S for $1,100,000** (estimated between $1,200,000 and $1,500,000) Broad Arrow, The Amelia Auction 03/07/2025 (lot #225) **Signal Orange/black, one of 12 factory werkswagens built for 1970-71 race seasons, Vic Elford's 1971 Targa Florio recce car, raced by G. Larrousse at 1971 Rallye Monte Carlo, 2015 Amelia Concours class winner* - SUPERIOR |  |

I selected this comparable as it illustrated the top tier of 914/6 GTs with its documented provenance as an ex-works car driven by one of Porsche's most successful drivers (G. Larrousse). It also had been subject to a comprehensive restoration to its racing configuration and subsequently won its class at the 2015 Amelia Concours. Its limited racing career likely saved it from extensive damage and repair, and its 30-year single ownership helped to ensure it was properly conserved and maintained.

| | |
|---|---|
| 2. 1970 Porsche 914/6 R, #0705 **N/S for $800,000** (estimated between $900,000 and $1,100,000) RM Sotheby's, Phoenix 01/23/2026 (lot #162) **Signal Orange/black, ex-works car driven by Vic Elford as practice car for 1970 Targa Florio, sold by factory to Brumos Racing, expertly restored and fitted with 906-spec type 901/25 2.0-liter engine* - SUPERIOR |  |

I felt that this comparable provided an excellent example of a well-preserved (and restored) ex-works car. Although used only as a practice car while in works ownership, it was later sold to the storied Brumos Racing team. Given its limited race history, excellent condition, and documentation, I judged this comparable to be superior to the subject vehicle. According to the consignor, this vehicle is fitted with the type 901/25 engine which was formerly fitted to the subject vehicle (#1543) at the time he acquired #1543 in 2021.

| | |
|---|---|
| 3. 1970 Porsche 914/6 GT, #0181 **N/S for $780,000** (estimated between $900,000 and $1,200,000) Bonhams Quail Auction 08/16/2024 (lot #160) **Yellow/black,1,991-cc flat six, dual triple-throat Weber carburetors, 5-speed manual, one of the earliest 914/6 GT customer cars, winner of 2-liter class at 1971 Monza 1,000 KM race, documented history, sympathetically refurbished in original livery, Rick Carey 3+* - SLIGHTLY SUPERIOR |  |

I included this comparable as it provided an excellent example of an original 914/6 customer car. It possessed documented race history (although not driven by top-tier drivers) including a Monza win; and appeared to be mostly original, as the 2006 refurbishment was more of a “freshening” vs. a comprehensive restoration. Given its provenance and respectable overall condition, I considered this comparable to be slightly superior to the subject vehicle.

| | |
|---|---|
| 4. 1970 Porsche 914/6 GT, #0983 **N/S for $675,000** (estimated between $850,000 and $1,000,000) Gooding Christie’s Amelia 03/07/2025 (lot #165) **Signal Orange/black, 1,991-cc twin-plug 901/25 competition engine, factory works car, then extensive privateer race history, recipient of two-year nut-and-bolt restoration by Gaswerks in NJ, documented with 65-page report by J. Barth, original colors* - SUPERIOR |  |

Although this comparable is documented as an original works car, it was used as a test vehicle and had no factory race history. Once sold, it enjoyed an extensive and successful race career in private hands. Given its extensive and documented race history, and exacting restoration by noted marque specialist Gaswerks, I judged this comparable to be superior to the subject vehicle.

| | |
|---|---|
| 5. 1971 Porsche 914/6 “M471”, #N/A **$555,000** Broad Arrow Porsche 75th Anniversary Auction 06/10/2023 (lot #216) **Gemini Blue/black leatherette, matching numbers example, restored to original delivery colors, first in class at 2013 Hilton Head Concours* – SIMILAR/SLIGHTLY SUPERIOR |  |

I included this comparable as it appeared to be a similar specification as the subject vehicle (i.e., a street version of the 914/6 GT). I judged it to be similar/slightly superior to the subject vehicle due to its matching numbers, infrequently-seen blue coloring, and the fact that it won its class at a recognized concours event.

| | |
|---|---|
| 6. 1971 Porsche 914/6 “M471”, #0233 **$544,000**<br>RM Sotheby’s Amelia 03/05/2022 (lot #122)<br>**Tangerine/black leatherette, second example built with M471 option, used as a factory demonstrator, additional in-period modifications from 914/6 GT conversion kit, documented by Porsche historian Jurgen Barth* – SLIGHTLY SUPERIOR |  |

I included this comparable as it appeared to be a similar specification as the subject vehicle (i.e., a street version of the 914/6 GT). I judged it to be slightly superior due to its extensively documented history by a noted Porsche historian, although some of the GT package parts had been added in-period after the vehicle was initially manufactured. The fact that it had been used by the Porsche factory during its early life also contributes to value.

**Analysis**

The Porsche 914/6 GT occupies a highly specialized position within the broader collector car market, where value is driven less by model recognition and more by provenance, documented competition history, originality, and the degree of factory involvement. I concluded there were at least four distinct tiers based on these characteristics of value.

At the top of the market are factory “works” cars with documented period competition history, particularly those associated with notable drivers or significant races. Comparable #1 (chassis #0141) and comparable #2 (chassis #0705) exemplify this highest echelon. Both vehicles benefit from direct factory involvement and association with legendary Porsche drivers such as Gérard Larrousse and Vic Elford. Even when competition use was limited (as in the case of #0705 serving primarily as a practice car), the mere fact of works designation materially elevates desirability. Comparable #1 further distinguishes itself through concours-level presentation and documented participation in notable events such as the Rallye Monte Carlo, justifying its position at the very top of the market despite failing to sell at a bid of $1,100,000.

The next tier consists of either works cars without significant factory race history or customer 914/6 GT cars with meaningful documented competition success. Comparable #3 (chassis #0181), a customer-delivered GT with a class victory at the Monza 1,000 KM, and comparable #4 (chassis #0983), a factory test car later campaigned in privateer hands, fall into this category. These cars derive value from a combination of authenticity, documented use, and high-quality restoration. Notably, the market appears to weigh actual race participation -- regardless of whether under factory or privateer ownership -- more heavily than mere works designation without competition history. Values in this tier cluster in the mid-to-upper six-figure range (approximately

$675,000 to $800,000), although auction results suggest some softness relative to pre-sale estimates, indicating selective buyer behavior and a preference for the most compelling vehicle histories.

The third tier is composed of a few select 914/6 models which were manufactured with the M471 option, commonly referred to as the street-legal 914/6 GT. The subject vehicle is representative of this tier, with its street-legal configuration, although it also features some GT-specific mechanical components. Given that these vehicles were designed for regular street use vs. competition, originality and condition mostly contribute to value. Auction sales have supported values in the range of $540,000 to $555,000.

The last tier is represented by largely original GT cars lacking meaningful race history but retaining strong documentation and factory attributes. However, offsetting factors -- including limited ownership, the presence of original drivetrain components, FIA papers, and a restoration to correct specifications -- help support value in the $400,000 to $500,000 range. The pricing progression of one example (#0137) from its 2023 auction result ($412,086 high bid) to a 2026 asking price of $496,550 suggests modest appreciation for well-documented, usable examples, particularly at the retail level.

In summary, the Porsche 914/6 GT market is best understood as a tiered hierarchy led by blue-chip works competition cars, followed by historically significant customer or privateer racers, and finally by well-preserved or restored examples with limited competition history. The data also indicates a degree of market caution, as several high-quality examples failed to meet reserve, suggesting that buyers at this level are highly discerning and unwilling to bid beyond perceived intrinsic value.

I judged the subject vehicle to be just below the third tier as described above and slightly above the bottom tier, as it appeared to be in excellent condition, largely due to the recent restoration work performed by a recognized marque specialist to correct GT specifications. Notwithstanding its lack of documented provenance from new and replacement engine, I concluded the market value to be $525,000. This value also takes into account that the non-original carbureted, twin-plug type 901/25 engine with which it was fitted when acquired by the current owner had since been swapped out for a mechanically fuel-injected, single-plug engine.

The value opinion expressed in this report is developed under a hypothetical condition, as defined by the Uniform Standards of Professional Appraisal Practice (USPAP), which assumes a condition contrary to what is known by the appraiser to exist on the effective date of the appraisal.

Specifically, this appraisal assumes that the subject vehicle was manufactured from the factory as a Porsche 914/6 GT. In reality, the subject vehicle acquired elements of a 914/6 GT conversion kit sometime over its lifetime and was made to resemble a street-legal version of an authentic 914/6 GT. Its chassis serial number does not equate to one of the ~48 914/6 GT/M471 vehicles originally manufactured by Porsche as per multiple sources.

## DESCRIPTION OF THE PROPERTY, BACKGROUND, PHOTOGRAPHS, MARKET INFORMATION, AND ANALYSIS
## (1970 Porsche 914/6 "GT Tribute" as-is)

**Property Description**

**1970 Porsche 914/6 2-Door "GT Tribute"**

Vehicle Identification #: 9140431543 (as per ID tag riveted to right side of front trunk compartment)

Engine type: Single-plug, H6 with mechanical fuel injection (MFI)

Transmission: Manual, 5-speed

License Plate: 9146GTR (AZ)

Indicated Mileage: 62,826 miles

Coloring: Yellow exterior with black leather and cloth interior

Options: Fender flares, Fuchs alloy wheels (front), 100-liter fuel tank, front-mounted oil cooler

Wheels: Five-spoke alloy (front) and eight-spoke alloy (rear)

Condition: 1- (see Glossary for explanation of condition ratings).

Overall, the subject vehicle has a straight body with shiny yellow paint. The door gaps are slightly wider at the top of both doors and the front trunk door gaps are slightly wider at the midpoint. The rear trunk gaps narrow slightly at the aft portion of the trunk. There is some light scratching on the brightwork surrounding the rear window. There are some light scratches on the brightwork comprising the bases of the front trunk securing pins. The vehicle has front and rear fender flares. All glass is clear with no scratches.

The instrument gauge bezels have some light scratches. The rubber clutch pedal pad shows some wear. A Momo Prototipo leather steering wheel is fitted, and there is no wear on the wheel rim. The dashboard is very clean and in good condition with no cracks. Competition-type Scheel leather and cloth seats with deep bolsters are fitted, and there is no apparent wear evident. There are exposed portions at the top and bottom edges of the shifter base. Both door cards are in very good condition, with no scratches or marring. The door sills are very clean with no scratches. The carpets are in excellent condition with no signs of wear. There is some slight discoloration of the driver's side rubber door gasket where it joins the A-pillar.

The engine compartment is very clean, with no oil or fuel residue present. A pressure gauge (in PSI) is fitted to the fuel distribution assembly. The black plastic cover across the top of the engine air filters is heavily scratched. The outer cloth sheathing on the larger diameter vacuum lines shows some wear. The plastic crankcase vent container in the rear compartment is dirty, and the rear compartment itself is very clean; the rubber trunk lid gasket is in very good condition. A metal brace spans the tops of the rear shock mounts. The front trunk compartment is very clean, with most of the space taken up by the large fuel tank mounted between the front fender wells. The brake fluid in the plastic reservoir appears to be clean. Dual electric fuel pumps are fitted in the front compartment and these are secured by brackets attached to the right side of the compartment. A non-adjustable strut brace functions as an attachment point for the fuel tank and is attached to the front strut turret tops. Adjustable camber plates have also been added to the strut turret tops.

All exterior décor trim (e.g., door handles, badging, and window frames) is in very good condition with no pitting. The alloy wheels are in very good condition and no center caps are present; the vehicle runs a staggered tire setup.

**Background**

(General historical background for the Porsche 914/6 series appears on pages 14-15).

The subject vehicle (#9140431543) is a 1970 Porsche 914/6, one of 3,351 Porsche 914/6 models reportedly manufactured between 1970 and 1972. The vehicle likely acquired elements of a 914/6 GT conversion kit which was available in-period, such as fender flares, staggered wheels, large capacity fuel tank, and a performance exhaust; however, the chassis serial number does not equate to one of the 914/6 GT vehicles originally manufactured by Porsche as per multiple sources. As such, it is configured as a Porsche 914/6 GT "tribute" build, as it closely resembles an authentic street-legal 914/6 GT/M471.

This appraisal is developed also subject to the extraordinary assumption that the subject vehicle's drivetrain is in sound mechanical condition, free from latent defects not readily observable during a non-invasive inspection. This assumption is considered reasonable given the scope of work, the level of inspection agreed upon, and the absence of readily observable evidence to the contrary. However, the appraiser did not perform an internal component inspection.

According to its current owner, the subject vehicle was equipped with a replacement period-correct carbureted, twin-plug type 901/25 Porsche engine when he acquired it in 2021. These racing engines included Porsche 906 twin-plug heads with large valves; along with 906-specification camshafts and rocker arms. Other components included aluminum-alloy cylinders, racing pistons, polished intake and exhaust ports, special intake manifolds, and a racing exhaust system.

The current owner subsequently replaced the carbureted, twin-plug type 901/25 Porsche engine with a mechanically fuel injected (MFI), single-plug Porsche engine during his ownership. Porsche reportedly equipped some 914/6 GTs with single-plug engines in-period, while the type 901/25 was the more prevalent engine.

The value opinion reported herein is contingent upon the accuracy of this extraordinary assumption. If it were determined that significant undisclosed mechanical deficiencies exist, the concluded value could be materially affected, potentially resulting in a lower value indication.

**Market Value: US $195,000.00**

**Photographs**

Please refer to pages 18 to 22 for field photographs of this vehicle.

**Market Information**

When applied to vehicles, the term “tribute” generally refers to any vehicle modified to resemble a more desirable vehicle.[5] A tribute enables access to most of the characteristics of an historically important car at a fraction of the cost of an original example. Tributes also allow their constructors to blend some period-authentic elements with modern improvements for durability or safety. This is especially true for tribute versions of Porsche race cars, as fabricators may opt to use more robust or modern engines with updated internals along with improved braking or suspension components. This can result in a vehicle which appears to be period-correct but delivers a much enhanced driving experience compared with an original example.

An important consideration to note is that tribute vehicles generally do not achieve the investment-grade appreciation or collectability status afforded to original factory examples. While a rising tide within the collector market may lift all boats within a particularly attractive marque model, this does not necessarily translate to their tribute counterparts. Their value is more closely linked to build quality, driving experience, and emotional appeal. For tribute race cars, the value may also depend on whether or not the vehicle is accepted by the appropriate event sanctioning body.

For this assignment, I researched the global auction market, as well as the specialty dealer market to focus on locating high-quality examples of 914/6 GT tribute vehicles. I reviewed global auction activity since January 2024 and identified four examples; two of these sold at auction while two did not.

Within the specialty dealer market level, I identified four 914/6 GT tributes current on offer at dealers in the U.S. and Europe. At the top end, there was a tribute on offer with an asking price of $270,245 at a dealer (Early 911s) in Germany. At the low end, there was a tribute on offer for $74,948 by a private seller in Switzerland. Given the equal distribution between auction appearances and vehicles currently on offer at specialty dealers, I selected representative examples of comparable properties from each market level upon which to base my value conclusion.

As with my observations regarding the general tribute vehicle market, I discerned that the same held true for the Porsche 914/6 GT tribute market. That is, the primary characteristics of value were based on build quality and condition. Additionally, I noted that intended use contributed to value, as some buyers were apparently focused on pursuing a track-ready competition vehicle vs. a street-legal tribute.

---

[5] Sam Smith, “Homage to the Tribute Car: Why We Should Love Homemade Replicas,” *Hagerty Media,* November 23, 2020, https://www.hagerty.com/media/magazine-features/homage-to-the-tribute-car-why-we-should-love-homemade-replicas/

<u>Comparables</u> (*asterisk and *italics* indicate vehicle description as per offering venue; F/S indicates "for sale" and N/S indicates "not sold")

| | |
|---|---|
| 1. Porsche 914/6 GT Tribute, #2433 **F/S for $270,245** by Early 911s in Wuppertal, GE (04/04/2026) **Condagrun/black, 3.0-liter type 930/02 engine, 916 transmission, engine & transmission completely overhauled, safety cage* – SUPERIOR |  |



I selected this comparable to illustrate the top tier of 914/6 GT tribute vehicles, as this example had been updated to conform to modern racing requirements. The chassis number indicates that this vehicle had originally been manufactured as a 914/6, and the GT-specific elements were added later in its transformation to a race vehicle. Given the high standard of competition preparation, I judged this example to be superior to the subject vehicle.

| | |
|---|---|
| 2. Porsche 914/6 GT Tribute, #4722920060 **F/S for $155,000** by Classic Showcase in CA, (03/26/2026) **Racing Yellow/black, conversion from 914/4, 2.4-liter flat six, Weber carburetors, 5-speed 901 transmission, new wiring harness, Fuchs 5-lug turbo wheels, new tires* – INFERIOR |  |



I included this comparable as it represented as a very good example of a street-version 914/6 GT. I judged this example as inferior as it had been converted from a four-cylinder 914 chassis whereas the subject vehicle had been originally manufactured as a 914/6. Given its 914/4 origin, it also was not built to the standard of the more robust 914/6 chassis.

| | |
|---|---|
| 3. Porsche 914/6 GT Tribute, #4722919292 **F/S for $155,000** by Classic Showcase in CA, (03/26/2026) **Shark Blue/black, conversion from 914/4, rebuilt 2.2-liter flat six, upgraded 5-speed 901 transmission, new clutch, resurfaced flywheel, Wilwood brakes, Fuchs staggered 5-lug turbo wheels, new Pirelli tires, Blaupunkt Frankfurt stereo* – INFERIOR |  |



I included this comparable as it is the sister car to comparable #2 and it was on offer at the same specialty dealer for the same asking price. The dealer website noted that this vehicle had been restored to "show-driver level" and the build standard appeared to be somewhat lower compared with the subject vehicle. As with comparable #2, this vehicle had its origin as a 914/4, so I consequently judged it to be inferior to the subject vehicle.

4. Porsche 914/6 Brumos, #4712910682 **N/S for $110,000** Mecum Kissimmee 01/13/2024 (lot #S132.1) **Orange/black, 1,991-cc flat six, 5-speed manual, 1 of 5 cars built in early 1990s for customer racing program, purchased new from Brumos by Bob Snodgrass, built by Brumos to full race spec, class win at 2018 Monterey Historics by Jack Baldwin, recently restored with engine rebuild by 901 Shop, logbooks included* – INFERIOR




This example was built to resemble the 1971 IMSA championship-winning Brumos 914/6 GT, so it was a tribute to the Gregg/Haywood car which launched the stellar reputation enjoyed by Brumos in endurance racing for several decades. As a dedicated race car, it has limited appeal to potential race drivers interested in campaigning a tribute vehicle, although it had been built to a very high standard and enjoyed success in vintage racing. Due to its limited appeal, I judged this comparable to be inferior to the subject vehicle.

5. Twin-Plug 1970 Porsche 914/6 Race Car, #2294 **$83,415** on BringATrailer.com in TX (10/29/2022) **Yellow with red and blue accents/black cloth, twin-plug 2.0-liter flat six, 901 5-speed transmission, dual PMO 40-mm carburetors, Hella driving lights, Sparco seats, Fuchs 15" alloy wheels, Wavetrac differential, Safecraft fire suppression system, MOMO steering wheel* - INFERIOR




I included this comparable as it had been represented during its previous 2022 appearance on BaT as a "1970 Porsche 914/6 GT Vintage Road Rally Racer." This vehicle had been fabricated by a noted Porsche shop, and it was configured as a full-on competition vehicle, with some GT-specific components but many modern race-specific components manufactured by a host of vendors. As with comparable #4, this comparable has limited appeal due to its competition spec. Due to its limited appeal and wide component variation from GT-specific mechanical parts, I judged this comparable to be slightly inferior to the subject vehicle.

6. Porsche 914/6 GT Tribute, #N/A **F/S for $74,948** by private owner in CH, (04/04/2026) **Tangerine/black, converted from 914/4, 2.4-liter flat four with 140-hp, Fuchs 5-lug wheels, Swiss papers, worldwide shipping available* - INFERIOR



Although offered in Switzerland, I included this comparable as it was advertised as a 914/6 GT “tribute.” I judged this comparable to be inferior, as it had been converted from a 914/4, yet it still retained a four-cylinder engine – most tribute vehicles (if they were not original 914/6s) have been converted to six-cylinder power from a late-model Porsche 911. For these reasons, I judged this comparable to be inferior to the subject vehicle.

**Analysis**

The current market for 914/6 GT tributes reflects values dictated more by the quality and execution of the individual build, with values for tributes based on original 914/6 (six-cylinder engine) platforms typically exceeding those based on converted 914/4 (four-cylinder engine) platforms. I felt that the upper end of the market was well-represented by comparable #1 with its $270,245 asking price. This example’s high level of competition preparation was reflected in its asking price, with the seller likely having perceived the intrinsic value of the build investment. The tribute’s performance capability also contributes to value, with a high level of race preparation consistent with modern historic competition standards.

I believe that the core market range is demonstrated by comparables #2 and #3 (with identical asking prices of $155,000). Although these vehicles appeared to be well-sorted and in very good condition, they had been converted from 914/4 chassis into GT tribute specification. These comparables suggest that mid-tier, street-legal 914/6 GT tributes can be grouped in the $140,000 to $165,000 tier.

The impact of race-focused configurations on the 914/6 GT tribute market is illustrated by comparables #4 and #5. Their narrow focus on track-only use (even if only used at performance drivers’ schools) effectively limits the pool of potential buyers. This is seen through reduced value levels in the $80,000 to $110,000 range, although these comparables exhibited very strong build quality -- and in the case of the Brumos tribute, respectable provenance.

The floor of the 914/6 GT tribute market is illustrated by comparable #6. This example shows that cosmetic tributes (e.g., GT-style fender flares and period race livery) without the corresponding mechanical enhancements (e.g., twin-plug flat six motor) result in significantly lower values.

I judged the subject vehicle to be representative of the upper-tier range with a market value of $195,000. Its origin as a 914/6 platform, high standard of build quality, and usability on the street, all contribute to value. Additionally, its overall excellent condition reflected well on the work performed in 2023 which had been executed by a marque specialist. If imitation can be considered the most sincere form of flattery, this particular tribute ranks as one of the best examples extant.

## DESCRIPTION OF THE PROPERTY, BACKGROUND, PHOTOGRAPHS, MARKET INFORMATION, AND ANALYSIS

### Property Description

**1970 Porsche 914/6 2-Door Targa as-is**

Vehicle Identification #: 9140430011 (as per ID tag riveted inside front compartment)

Engine type: Twin-plug H6 1,991-cc with dual Weber carburetors

Transmission: Manual, 5-speed

License Plate: 1 914 6 (AZ Dec 2026)

Indicated Mileage: 17,181 kilometers (10,676 miles)

Coloring: Tangerine exterior with black leatherette interior

Wheels: Steel disc with hub caps

Tires: Pirelli Cinturato CN 36

Documentation: AZ registration dated 12-27-2021

Condition: 2+ (see Glossary for explanation of condition ratings).

Overall, the subject vehicle has a straight body with shiny Tangerine paint and no obvious dents. The door gaps are generally consistent on both sides and the front compartment gaps are slightly wider at the top (trailing) edge of the compartment cover. The rear trunk gaps are consistent on both sides. There is some light road pepper on the front plastic lower valence. All glass is clear with no scratches.

The instrument faces and glass are very clean. There is some slight wear on the outer edges of the steering wheel center pad. The dashboard is very clean and in good condition with no cracks. The leatherette seats are in very good condition, with no wear showing on the seatback portion or lower cushion. The center console cover is also in very good condition. Both door cards are in very good condition, and the window winders and interior door latch handles show very little wear. The rubber pedal covers are in good condition and display only minor wear. The carpets are in excellent condition with no signs of wear. There is some overspray on the portion of the lower dash where it joins the front bulkhead, proximate to the steering shaft. The door sills are very clean with no scratches. Wiring underneath the dashboard is in good condition, and is cinched with black friction tape. The headliner is clean and in good condition.

The engine compartment is very clean, with no oil or fuel residue present. The Weber carburetors are fitted with polished velocity stacks with mesh inlet screens. There are some scratches and dimples on the black plastic covers over the velocity stacks. A modern Odyssey battery is installed. The rear trunk compartment is very clean, and some paint proximate to the engine cover and between the rear shock towers and on the rear shock turrets appears to have been thickly applied. The plastic crankcase vent container appears to be new and shows no oil residue.

The front trunk compartment is very clean, and the rubber sealing gaskets appear to be in very good condition. The trunk carpet is clean and has no stains or marks. Some of the body-color paint on the inside of the front compartment has orange peel, especially near the data plate.

The underside is very clean, with no drips or evidence of fluid leakage. The rubber axle boots are in excellent condition, and there are no leaks from the transmission output seals. The painted exhaust system is in good condition and does not show any evidence of heat corrosion. The front metal underbody covering is straight and even, and shows no scrapes.

All exterior décor trim (e.g., door handles, badging, window frames, driver's side-view mirror, exhaust finisher, and bumpers) is in very good condition with no pitting. The left and right front wheels have some small rock chips, and the rear painted steel wheels are in good condition and all hubcaps wear centered Porsche crests. The Pirelli tires are in good condition and have serviceable tread; each valve stem cap is safety-wired to its wheel.

**Background**

(General historical background for the Porsche 914/6 series appears on pages 14-15).

The subject vehicle (#9140430011) is a 1970 Porsche 914/6, one of 3,351 Porsche 914/6 models reportedly manufactured between 1970 and 1972. Based on its serial number, it is also one of the earliest 914/6 examples manufactured by Porsche. (Some sources reportedly claim it is the first production 914/6).

This appraisal is developed subject to the extraordinary assumption that the subject vehicle's drivetrain components – including the engine and transmission -- are original to the vehicle (i.e., "matching-numbers") and are in sound mechanical condition, free from latent defects not readily observable during a non-invasive inspection.

This assumption is considered reasonable given the scope of work, the level of inspection agreed upon, and the absence of readily observable evidence to the contrary. However, the appraiser did not perform forensic verification of serial numbers or internal component inspection.

The value opinion reported herein is contingent upon the accuracy of this extraordinary assumption. If it were determined that the drivetrain components are not original to the vehicle, or if significant undisclosed mechanical deficiencies exist, the concluded value could be materially affected, potentially resulting in a lower value indication.

**Market Value: US $146,500.00**

## Photographs

1970 Porsche 914/6 #9140430011 Exterior



1970 Porsche 914/6 #9140430011 Exterior



1970 Porsche 914/6 #9140430011 Exterior




1970 Porsche 914/6 #9140430011 Exterior



1970 Porsche 914/6 #9140430011 Interior



1970 Porsche 914/6 #9140430011 Front Compartment



1970 Porsche 914/6 #9140430011 Rear Compartment




1970 Porsche 914/6 #9140430011 Engine Compartment



**Market Information**

The March Amelia Island (FL) auctions have typically featured a heavy Porsche contingent, and Broad Arrow and Gooding Christie's offered a combined 67 examples of the marque. However, the median condition-appropriate premium was 1%. Within that bracket, there was a discount for older Porsche models (356s and pre-1974 911s) and a premium for later models (1980s-1990s 911/930 models and halo models such as the 959/Carrerra GT/918 Spyder).[6] This signals continued buyer interest for these cars is focused on the newer eras and not necessarily those from the 1960s and 1970s.
A retrospective view of Hagerty Price Guide (HPG) Porsche 914/6 values from September 2021 to April 2026 shows that values increased from $108,900 (condition #2 – excellent) in 2021 to $137,500 in April 2026 for a 26% increase over five years.

For this assignment, I researched the domestic auction market, as well as the U.S specialty dealer market, and found a representative sample of 914/6s. I reviewed domestic auction activity since March 2025 and identified 19 914/6s which came to auction, with ten having sold, for a 53% sell-through rate.

Within the specialty dealer market level, I identified two 914/6s currently on offer. V Fine Motorcars in Austin, TX was offering a Gemini Blue example in excellent condition with an asking price of $95,000. Similarly, M. Brandon Motorcars in Houston, TX was offering a Silver Metallic example with a claimed known 25+ year history with a refurbished interior for $99,900. I also located a 914/6 with a claimed full restoration being offered via private sale on Facebook Marketplace with an asking price of $91,000.

Given the auction market is the one where the most similar properties have been offered, I concluded that the auction market is the one from which to select the most comparable properties to base my value conclusion. The average auction price realized for the ten auction sales was $79,824 and the median auction price realized was $65,835. The range in auction prices realized was $104,925, indicating some dispersion between the top and bottom auction prices realized.

Sellers realized higher auction prices paid for those vehicles with the following characteristics:

- Matching-numbers drivetrain (engine and transmission) with historical documentation;
- Factory-correct finishes and components (e.g., paint colors, trim, mechanical details);
- Documented ownership history; and
- Excellent condition reflected by well-preserved original finishes or high-quality, correct (i.e., not over-restored) restoration.

---

[6] John Wiley, "Modern Hypercars Sizzle at the 2026 March Auctions: Full Results and Analysis," *Hagerty Media*, March 10, 2026, https://www.hagerty.com/media/market-trends/hagerty-insider/modern-hypercars-sizzle-at-the-2026-march-auctions-full-results-and-analysis/.

The Hagerty Price Guide (HPG) lists the following values by condition number for the 1970 Porsche 914/6 as of April 2026:

Hagerty Price Guide (online April 2026) #1 **$181,500** / #2 **$137,500** / #3 **$88,000** / #4 **$47,300**

The above values also reflect the addition of a +10% adjustment for vehicles equipped with a five-speed manual transmission.

<u>Comparables</u> (*asterisk and *italics* indicate vehicle description as per offering venue; F/S indicates “for sale” and N/S indicates “not sold”)

| | |
|---|---|
| 1. 1970 Porsche 914/6, #2350 **$148,500** Mecum Monterey 08/16/2025 (lot #S18.1) **Green Metallic/black, special order paint, rebuilt flat-six by marque specialists, original Weber carburetors, comprehensive five-year restoration, XPEL paint protection, rebuilt 5-speed manual converted to side-shifter, original Blaupunkt Frankfurt radio and door cards, Bluetooth, CA blue-plate car* - SIMILAR/SLIGHTLY SUPERIOR |  |

I selected this comparable as it illustrated the top of the 914/6 market. It featured a rebuilt, numbers-matching engine with its original Weber carbs and was the subject of a five-year comprehensive restoration, including its special-order green paint. It had also been located in Southern California since new. It also featured some understated custom touches such as Ferrari-Red powder coating on the intakes and valve covers and a custom appearance group console with Porsche gauges. I judged this comparable to be similar/slightly superior to the subject vehicle.

| | |
|---|---|
| 2. 1970 Porsche 914/6, #2026 **$128,100** on BringATrailer.com in NH (08/01/2025) **Adriatic blue/black leatherette, matching numbers overhauled 2.0-liter flat-six, 5-speed manual, original French delivery, repainted prior to 2021, 15” Mahle alloy wheels, Becker AM/FM radio, Pioneer 8-Track, partial records, Porsche Technical Certificate* – SLIGHTLY INFERIOR |  |

I included this comparable as it described a numbers-matching example that had originally been delivered in France. It featured an older repaint (prior to 2021) in its original colors with an older transaxle overhaul, although the engine had been overhauled just prior to the current sale. Given some of the apparent gaps in records, along with the older repaint/transaxle rebuild, I judged this comparable to be slightly inferior to the subject vehicle.

| | |
|---|---|
| 3. 1970 Porsche 914/6, #1057 **$105,000** on BringATrailer.com in CA (03/15/2025) **Tangerine/black vinyl, non-matching 2.0-liter flat-six, 5-speed manual, rebuilt Weber carburetors and brake calipers, 14” Fuchs wheels, repaint in original color, refreshed interior, Euro-style rear badging* - INFERIOR |  |

I included this comparable to illustrate the delta in value for 914/6 examples with a non-matching numbers engine. This example had previously been set up for autocross with modified suspension components; it also wore a repaint in its original colors, which are identical to the subject vehicle. I judged this comparable to be inferior to the subject vehicle due to its conversion to competition spec (which included the fitment of several GT-specific parts) and subsequent re-conversion back to street trim.

| | |
|---|---|
| 4. 1970 Porsche 914/6, #2297 **F/S for $99,900** at M. Brandon Motorcars in TX (04/08/2026) **Silver Metallic/black, 2.0-liter flat-six built to 911E spec in 2013; 5-speed manual, refurbished interior, known history for past 25+ years, very original* - INFERIOR |  |

I included this comparable as it appeared to be a mostly-original example; however, its Weber carburetors had been swapped for the fuel injection system from a 911E; the ad description did not disclose if the entire engine had been swapped, or only its induction system. Given the unknown factor regarding its engine origin, I judged this comparable to be inferior to the subject vehicle.

| | |
|---|---|
| 5. 2.7L-Powered 1970 Porsche 914/6, #2110 **N/S for $95,000** on BringATrailer.com in IL (03/23/2026) **Irish Green/beige leather, replacement 2.7-liter flat-six with magnesium crankcase, 5-speed manual, electronic ignition, dual Weber carburetors, GT exhaust, Carrera disc brakes, 23-mm master cylinder, 14" Fuchs alloy wheels, Danske exhaust, service records* - INFERIOR |  |

This example illustrates the shift in value which occurs for the 914/6 when multiple modifications are made which detract from the vehicle's originality. Although stock-appearing, this example had many mechanical modifications, including a replacement 2.7-liter flat-six engine and enhanced braking components. Given the highly modified nature of this example, I judged it to be inferior to the subject vehicle.

| | |
|---|---|
| 6. 1970 Porsche 914/6, #0159 **$84,000** on BringATrailer.com in IN (04/07/2026) **Adriatic Blue/black vinyl, matching numbers rebuilt 2.0-liter flat-six and transaxle, 5-speed manual converted to side-shifter, original 14" Fuchs polished alloys, repainted in original colors in early 2000s, speedometer & odometer inoperative, service records, Porsche CoA* - INFERIOR |  |

I included this comparable as it illustrated the 'driver' tier of 914/6 examples. Although it featured a rebuilt numbers-matching engine/transaxle, it had a much older repaint than

other 914/6 examples which had been offered. The fact that its speedometer and odometer were inoperative also likely gave some prospective bidders a reason to pause, given there could also be other hidden issues. The polished finish on the Fuchs alloy wheels was a bit off-putting to some bidders, who mentioned this in the online comments. The noted online 914 authority ‘dr914’ disclosed that he had compiled a list of 38 items (based on the auction photos) which required correcting. Given the amount of items which required attention, I judged this comparable to be inferior to the subject vehicle.

**Analysis**

The Porsche 914/6 market demonstrates strong preference for authenticity and preservation, as buyers paid higher prices for examples with a high degree of originality in contrast to those which had been equipped with performance-oriented modifications. Vehicles maintaining a factory-correct configuration while presenting in well-restored condition typically achieved the highest values.

I felt that comparable #1 ($148,500 auction price realized) and #2 ($128,100 auction price realized) represent the upper tier of the 914/6 market, with matching-numbers engines and high-quality restorations. I considered this tier to be representative of vehicles with a value range from $120,000 to $150,000.

Vehicles with some deficiencies comprise the next market tier, and comparable #3 ($105,000 auction price realized) is indicative of this grouping. This example had a replacement engine and some deviations from stock specification. This range is represented by vehicles with values from $100,000 to $120,000.

Comparables #4 ($99,900 asking price) and #5 ($95,000 high bid) confirmed the impact of non-originality and uncertainty in mechanical configuration and consequently defined a third tier for Porsche 914/6 values. These two examples illustrated that deviations from original factory specification (especially with regard to increased-displacement engines) result in market value reduction when compared to comparable condition numbers-matching cars. I considered this range to include vehicles with values ranging from $85,000 to $100,000.

The last tier below the above-described levels is comprised of examples with replacement engines and upgraded performance components, and those vehicles with original components but appearing as driver-quality (e.g., condition #3). Comparable #6 ($84,000 auction price realized) suggests that the upper boundary for these vehicles is approximately $85,000.

I judged the subject vehicle’s value as falling squarely within the top end of the upper tier, given its matching-numbers drivetrain. It exhibits in excellent overall condition, appears to have no significant deviations from the correct factory specification, and also appears to have one of the earliest production series chassis numbers. For these reasons, I considered the market value of $146,500 to be appropriate.

## DESCRIPTION OF THE PROPERTY, BACKGROUND, PHOTOGRAPHS, MARKET INFORMATION, AND ANALYSIS

### Property Description

**2006 Ford GT 2-Door Coupe as-is**

Vehicle Identification #: 1FAFP90S76Y401685

Engine type: Supercharged, 5.4-Liter V8

Transmission: Manual 6-Speed

License Plate: GOTTAGO (CA black plate expires July 2026)

Indicated Mileage: 15,509 miles

Coloring: Speed Yellow exterior with black stripes and Ebony leather interior

Options: Upgraded McIntosh stereo, BBS wheels, black racing stripes, red-painted brake calipers

Wheels and Tires: Bridgestone Potenza 265/40ZR18 (front); 345/35ZR19 (rear); all with 2021 date codes

Condition: 2- (see Glossary for explanation of condition ratings).

The vehicle presents well as an unrestored example in very good condition with shiny yellow paint. Clear protective paint film (PPF) has been applied over most of the entire exterior body surfaces. The superplastic-formed aluminum body has excellent fit and no apparent previous damage, although the rear gaps between the engine cover and rear fascia are a bit irregular in places. There are some slight marks from rocks in the PPF on the lower front area just above the front spoiler. The interior is in generally good condition. There are light scratches on the driver and passenger sill covers, and the driver's seat shows light wrinkling on the lower cushion and light abrading on the piping at the outer bolster. Both floors are dirty. The engine compartment is very clean and in very good condition, with no evidence of any fluid leakage. The front storage compartment is very clean. There is some light surface corrosion on both inside top corners of the front compartment cover; this was also observed on the cowling on either side just below the wiper arm mechanism and compartment lid rubber stops. The forged alloy BBS wheels are in very good condition with no curb rash, and they are fitted with Bridgestone Potenza 265/40ZR18 tires in front and 345/35ZR19 tires in the rear. All tires have 2021 date codes with serviceable tread and contain no apparent sidewall cracks.

This appraisal is developed subject to the extraordinary assumption that the subject vehicle's drivetrain components – including the engine and transmission -- are original

to the vehicle (i.e., “matching-numbers”) and are in sound mechanical condition, free from latent defects not readily observable during a non-invasive inspection.

This assumption is considered reasonable given the scope of work, the level of inspection agreed upon, and the absence of readily observable evidence to the contrary. However, the appraiser did not perform forensic verification of serial numbers or internal component inspection.

The value opinion reported herein is contingent upon the accuracy of this extraordinary assumption. If it were determined that the drivetrain components are not original to the vehicle, or if significant undisclosed mechanical deficiencies exist, the concluded value could be materially affected, potentially resulting in a lower value indication.

**Background**

The Ford GT was born during a wave of fresh thinking, rebirth, and retro-inspired nostalgia at Ford that saw several old nameplates reappear in their product line. In 2002, Ford showed the GT40 concept car at the North American International Auto Show with a look and a name that paid tribute to the company’s original GT40 race cars of four decades prior. By the end of 2004, production had begun on this mid-engined, 43-inch-tall supercar, which was now called the GT (the original GT40 nameplate was unavailable to Ford, as it was owned by Safir, who had built a run of GT40 continuation cars in the 1980s). Production of each Ford GT involved multiple facilities with each car starting life in Ohio with final assembly occurring at Ford’s SVT facility in Michigan. Just over 4,000 cars were built for model years 2005-2006.

The two-seat Ford GT used a supercharged, 32-valve V-8 with 550 hp, which was mounted in a hydroformed aluminum and composite chassis that featured exotic suspension pieces and Brembo brakes at all four corners. Handling and braking were as impressive as the coupe’s 3.7-second 0-60 sprint and 200+ mph top speed. Positive reviews as well as favorable comparisons to the contemporary Ferrari 360/430 only fueled the frenzy for this car, and many sold well above MSRP, however dealers were discounting cars by the end of production in 2006.

Other than new exterior colors, the minor changes for 2006 included a switch from silver to black finish on the engine oil reservoir brackets, and deletion of a painted clip over the top clamshell edge. Four options were available on the GT, and these included Shelby-type racing stripes, forged BBS wheels, painted brake calipers, and an upgraded sound system. Many cars were equipped with all four of these options, and some 2006 cars had a Gulf Blue and Orange “Heritage” paint scheme that hearkened back to the GT40’s glory days at LeMans.

The subject vehicle (#1FAFP90S76Y401685) is a 2006 Ford GT, one of 4,038 units reportedly produced for model years 2005-2006.

**Market Value: US $410,000.00**

## Photographs

2006 Ford GT Exterior, #Y401685




2006 Ford GT Exterior, #Y401685



2006 Ford GT Exterior, #Y401685



2006 Ford GT Exterior, #Y401685



2006 Ford GT Exterior, #Y401685




2006 Ford GT Interior, #Y401685



2006 Ford GT Interior, #Y401685



2006 Ford GT Engine Compartment, #Y401685



2006 Ford GT Engine Front Compartment, #Y401685



**Market Information**

The traditional in-person January auction venues witnessed fairly strong results for the specialty car market. Despite approximately 500 fewer vehicles offered at the various auctions, the average sale price increased 71% to $144,161.[7] This was largely due to a plethora of supercar sales with their attendant higher auction prices realized. This trend carried into the March 2026 auctions, where modern sports cars, supercars, and hypercars highlighted top auction sales and blue-chip vehicles continued to sell for strong prices.

Hagerty's Supercar Index increased by a point in January 2026 and continued to reflect the appeal of modern performance cars, mostly owing to their cross-generational appeal and relatively low production numbers. This index is a stock market-style index that averages the values of 15 collectible modern supercars, including the Ford GT. Specifically, the $521,300 value for 2005-2006 Ford GTs (condition #2 - excellent) showed a three-month change of +7% and a one-year change of +12%.

For this assignment, I researched the domestic auction market, as well as the specialty dealer market, as both venues have typically offered 2005-2006 Ford GTs. I reviewed the auction activity for the nine months prior to the effective date and attempted to ascertain the asking prices of vehicles on offer by specialty auto dealers coincident with the effective date. My research yielded at least 34 2005-2006 Ford GTs which had sold at various auction venues (online and in-person) since August 2025. These auction sales represented a wide cross-section of exterior colors, options, and mileage. I also deliberately excluded Heritage Edition GTs, as those vehicles are in a separate category due to their special paintwork (which was a $13,000 option in 2006).

Within the specialty dealer market level, I identified eight non-Heritage Edition GTs currently on offer, with asking prices ranging from $549,989 to $599,991 and an average asking price of $570,732. Given the auction market is the one where the most similar properties have been offered, I concluded that the auction market is the one from which to select comparable properties to base my value conclusion.

The average auction price realized was $527,032 and the median value was $522,500 within the population of 34 vehicles. The range in auction prices realized was $283,500. This indicates a fairly wide dispersion between the top auction price realized ($671,000) and the bottom auction price realized ($387,500).

Sellers realized higher auction prices paid for those vehicles with the following characteristics:

- Low mileage, with vehicles showing < 2,000 miles commanding top prices realized;

---

[7]John Wiley, "The 2026 Auctions: By the Numbers," *Hagerty Media*, January 28, 2026, https://www.hagerty.com/media/market-trends/hagerty-insider/the-2026-january-auctions-by-the-numbers/.

- Excellent condition (paint/bodywork, interior, mechanical) with no accident history;
- Presence of all four factory options (McIntosh stereo, racing stripes, red or grey-painted brake calipers, forged BBS wheels); and
- Desirable colors (e.g., one-year-only available colors such as Tungsten or Silver).

The Hagerty Price Guide (HPG) lists the following values by condition number for the 2006 Ford GT (as of April 2026):

*Hagerty Price Guide* (online April 2026) #1 **$566,400** / #2 **$481,400** / #3 **$418,400** / #4 **$313,400**

The above values also reflect the addition of adjustments for the presence of specific factory options as per the price guide: BBS wheels +$4,000; racing stripes +$3,000; McIntosh stereo +$2,500; red or grey-painted brake calipers +900 – since the subject vehicle came equipped with all four factory options.

<u>Comparables</u> (*asterisk and *italics* indicate vehicle description as per offering venue; F/S indicates “for sale” and N/S indicates “not sold”)

1. 2006 Ford GT, #Y400166 **$660,000** Barrett-Jackson Scottsdale Fall, 10/18/2025 (lot #1056) **Speed Yellow w/ black stripes/Ebony, 1,306 miles, supercharged 5.4-liter V8, 6-speed manual, options include black stripes, McIntosh stereo, forged wheels, two car covers, full documentation including window sticker and build sheet* -SUPERIOR




I included this comparable to illustrate the top tier of Ford GTs sold at auction. This example had 1,306 miles and had three of the four factory options, plus it was a Speed Yellow example (same color as the subject vehicle). I judged this comparable to be superior to the subject vehicle owing to its very low mileage and overall excellent condition. For examples in this top tier, the Speed Yellow color does not appear to contribute or take away from the overall value, as yellow can be a somewhat polarizing color.

2. 2005 Ford GT, #Y401412 **$563,000** on BringATrailer.com in IL (03/13/2026) **Speed Yellow w/ black stripes/Ebony, 9,000 miles, supercharged 5.4-liter V8, 6-speed manual, forged BBS wheels, McIntosh stereo, 1 of 97 finished in Speed Yellow for 2005; car cover, clean CarFax* -SUPERIOR



I included this comparable due to its identical color to the subject vehicle; it also was equipped with three of the four factory options. The sale date also occurred very close to the effective date, thereby providing a timely data point. The mileage on this example was lower at 9,000 miles, and the lower mileage was reflective of its excellent overall condition. Given its mileage and condition, I judged this comparable to be superior to the subject vehicle.

3. 2005 Ford GT, Y400110 **$433,500** on BringATrailer.com in AZ (04/16/2025) **Midnight Blue with white stripes/Ebony, 11,184 miles, supercharged 5.4-liter V8, 6-speed manual, 4-option vehicle (stripes, forged BBS wheels, McIntosh stereo, grey-painted calipers), clean CarFax, window sticker* -SLIGHTLY SUPERIOR



I included this comparable given its mileage was in close proximity to that of the subject vehicle, and the fact that it came equipped as a four-option vehicle. Although there were more GTs painted in Midnight Blue (455 for both production years), compared with 171 painted in Speed Yellow, I felt that the blue color complemented the GT’s body lines

better than yellow. Given its slightly lower mileage and excellent overall condition, I judged this comparable to be slightly superior to the subject vehicle.

| | |
|---|---|
| 4. 2005 Ford GT, Y401330 **$407,000** Mecum Indy, 05/16/2025 (lot #F195) **Quicksilver/black, 9,016 miles, supercharged 5.4-liter V8, 6-speed manual, 4-option vehicle (stripes, forged BBS wheels, McIntosh stereo, grey-painted calipers)* -SIMILAR |  |

I included this comparable due to its mileage being somewhat close to that of the subject vehicle, and the fact that it came equipped with all four factory options. The vehicle's exterior color (Quicksilver) was a 2005-only color, and sources indicate that there were 154 Quicksilver GTs made in 2005. This compares closely with the overall number (171) of Speed Yellow GTs produced in 2005-2006. The grey-painted brake calipers also harmonized well with the exterior coloring. I judged this comparable to be similar to the subject vehicle.

| | |
|---|---|
| 5. 2006 Ford GT, Y401229 **$400,500** on BringATrailer.com in MO (03/24/2025) **Mark IV Red with white stripes/Ebony, 18,000 miles, supercharged 5.4-liter V8, 6-speed manual, aftermarket Stainless Works exhaust, 4-option vehicle (stripes, forged BBS wheels, McIntosh stereo, grey-painted calipers)* – SLIGHTLY INFERIOR |  |

I included this comparable since the vehicle had slightly higher mileage compared with the subject vehicle; however, it was also a four-option car (like the subject vehicle). It also had been equipped with an aftermarket exhaust system, which contributes a slight negative to value, since Ford GTs in their original, unmodified form tend to realize higher auction prices. For these reasons, I judged this comparable to be slightly inferior to the subject vehicle.

| | |
|---|---|
| 6. 2006 Ford GT, Y400934 **$387,500** on BringATrailer.com in TX (12/09/2025) *Speed Yellow with black stripes/Ebony, 13,358 miles, *supercharged 5.4-liter V8, 6-speed manual, three-option car (stripes, forged BBS wheels, McIntosh stereo), Heffner performance exhaust, clear paint-protection film applied to body, accident repair* - INFERIOR |  |

I included this comparable due to its identical exterior color and mileage approximating that of the subject vehicle. Although it appeared to be in excellent overall condition, the accident repair history diminishes its value. The exhaust system had been replaced with

an aftermarket unit, and this may have been done as part of the accident repair. Regardless, modifications tend to affect GT values negatively. For these reasons, I judged this comparable to be inferior to the subject vehicle.

**Analysis**

The Ford GT has firmly transitioned from a late-model exotic into a blue-chip modern collectible, evidenced by consistent auction sales ranging from the high-$300,000s to over $650,000. The presence of a $660,000 result for a near-delivery-mile example (Comparable #1) confirms a solid top tier, while even compromised examples (accident history, modifications) maintain values near $385,000, indicating a strong value floor.

My research demonstrated that originality contributes to value for Ford GTs, with fully stock vehicles with factory equipment and documentation consistently outperforming modified examples. The presence of factory options -- particularly the “four-option” configuration (stripes, forged wheels, McIntosh stereo, painted calipers) – contributes to value, with well-optioned cars tending to cluster toward the upper end of their respective mileage/condition tiers. However, options do not override more significant factors such as mileage, condition, or provenance. More rare colors (e.g., Speed Yellow) provide some differentiation, although some market preferences tend toward less polarizing colors (e.g., red, blue, silver).

Within the overall supercar market segment, the Ford GT benefits from several factors, such as limited production numbers (4,038 units over two years); direct lineage to Ford’s successful GT40 racing program of the 1960s; and an analog driving experience sharpened by a supercharged V8, manual transmission, and the lack of traction control. Auction prices realized over the past year have demonstrated strong differentiation based on mileage, condition, and originality. The Ford GT appeals to investors and supercar enthusiasts, although current pricing patterns indicate a continued premium for preservation-grade examples over lesser-condition vehicles.

Given that mileage and condition appeared to be the primary value drivers for the Ford GT, I concluded that vehicles in the top tier exhibited less than 2,000 miles and included examples with ultra-low delivery mileage. The next market tier included those vehicles with 5,000 to 12,000 miles. These vehicles typically realized auction prices in the range of $470,000 to $560,000. The next defined tier included vehicles with over 13,000 miles, and these vehicles realized auction prices in the range of $380,000 to $450,000.

I felt that the subject vehicle represented the range of vehicles in excellent (but not concours-winning) condition, with mileage representative of the lower end of the 13,000+mile tier. The condition and presence of the four factory options also contribute to value. I based the market value of $410,000 as aligned to just below the middle of the last tier as explained above.

## Glossary

For the purposes of this appraisal report, the condition of the subject vehicle was graded using the following scale: Concours (#1), Excellent (#2), Good (#3), Fair (#4), Restorable (#5), Salvage (#6). Detailed definitions are listed below[8]:

**#1 vehicles are the best in the world.** The visual image is of the best vehicle, in the right colors, driving onto the lawn at the finest concours. Perfectly clean, the vehicle has been groomed down to the tire treads. Painted and chromed surfaces are mirror-like. Dust and dirt are banned, and materials used are correct and superbly fitted. The one-word description for #1 vehicles is "concours."

**#2 vehicles could win a local or regional show.** They can be former #1 vehicles that have been driven or have aged. Seasoned observers will have to look closely for flaws, but will be able to find some not seen by the general public. The paint, chrome, glass, and finishes will all appear as excellent. No excessive smoke will be seen on startup, no unusual noises will emanate from the engine. The vehicle will drive as a new vehicle of its era would. The one-word description for #2 vehicles is "excellent."

**#3 vehicles could possess some, but not all of the issues of a #4 vehicle, but they will be balanced by other factors such as a fresh paint job or a new, correct interior where applicable**. #3 vehicles drive and run well, but might have some incorrect parts. These vehicles are not used for daily transportation but are ready for a long tour without excuses, and the casual passerby will not find any visual flaws. "Good" is the one-word description of a #3 vehicle.

**#4 vehicles are daily drivers, with flaws visible to the naked eye**. The chrome might have pitting, or scratches, the windshield might be chipped. Paintwork is imperfect, and perhaps the body has a minor dent. Split seams or a cracked dash, where applicable, might be present. No major parts are missing, but the wheels could differ from the originals, or other non- stock additions might be present. A #4 vehicle can also be a deteriorated restoration. "Fair" is the one word that describes a #4 vehicle.

**#5 vehicles need a complete restoration of body, chassis and interior**. Not drivable, but not weathered, wrecked, or stripped to the point of being useful only for parts. “Restorable” is the one word that describes a #5 vehicle.

**#6 vehicles are not drivable, and are weathered, wrecked, or stripped to the point of being useful only for parts.** “Salvage” is the one word that describes a #6 vehicle.

Matching-Numbers

Refers to a vehicle that retains its original major components—specifically the engine, transmission, and drivetrain—stamped with serial numbers or casting dates corresponding to its factory build records.

---

[8] *Hagerty Price Guide, 51st Edition*, (Great Falls, VA: Hagerty’s Cars That Matter, 2023), pp. xxxiv-xxxv.

## Bibliography and Sources Consulted

### Literature

*The Appraisal of Personal Property: Principles, Theories, Legal Issues and Practical Methods for the Professional Appraiser (Monographs 1-8 and 13)*, Personal Property Committee, American Society of Appraisers, 2012-2020.

Appraisal Standards Board. *Uniform Standards of Professional Appraisal Practice 2024 (effective January 1, 2024)*. Washington, DC: The Appraisal Foundation, 2024.

Anderson, Bruce. *Porsche 911 Performance Handbook, 2nd Edition*. Oceola, WI: Motorbooks International, 1996, 108-109.

Barth, Jurgen and Gustav Busing. *The Porsche Book. A Complete History of Types and Models. Book 2.* Phoenix: David Bull Publishing, 2009, 24-51.

Clarke, R.M. *Porsche 914 Gold Portfolio 1969-1976*. Surrey, UK: Brooklands Books.

Excellence Magazine. *Porsche Buyer's Guide 2017-2018 Edition*. Novato, CA: Ross Periodicals, 2017, 75-78.

Hagerty's Cars That Matter, LLC. *Hagerty Price Guide*. *51st Edition*. Great Falls, VA: Hagerty's Cars That Matter, 2023.

Krause Publications. *Standard Catalog of Imported Cars 1946-2002, 2nd Edition*. Iola, WI: Krause Publications, 2002, 657-658.

Ludvigsen, Karl. *Porsche: Excellence was Expected, 1st Edition*. Princeton: Princeton Publishing, 1977, 577-588.

Morse, Kerry. "Exploring the 914-6 GT Mysteries." *Porsche Panorama*, vol. 41, no. 7, July 1996, 3-8.

Robert Bosch GmbH. *Automotive Handbook*, 7th ed. West Sussex: John Wiley & Sons Ltd, 2007.

Tutt, Dr. Gundula. *Heritage Dictionary of Historic Vehicles*. Lehna, Germany: Karren Publishing, 2022.

### Online Articles

Hagerty. "2020 Hagerty Bull Market Selection: 1970-76 Porsche 914." *Hagerty Media*, January 15, 2020. https://www.hagerty.com/media/buying-and-selling/2020-hagerty-bull-market-selection-1970-76-porsche-914/.

Kelly, Prescott. "1970 Porsche 914/6." *Sports Car Market*, August 16, 2018. https://www.sportscarmarket.com/profile/1970-porsche-914-6-2.

Kelly, Prescott. "1970 Porsche 914/6." *Sports Car Market*, October 1, 2013. https://www.sportscarmarket.com/profile/1970-porsche-914-6.

Schrager, Jim. "1974 Porsche 914 2.0 Roadster." *Sports Car Market*, September 1, 2007. https://www.sportscarmarket.com/profile/1974-porsche-914-2-0-roadster.

Schrager, Jim. "1970-76 Porsche 914-4." *Sports Car Market*, June 1, 2002. https://www.sportscarmarket.com/profile/1970-76-porsche-914-4.

Smith, Sam, "Homage to the Tribute Car: Why We Should Love Homemade Replicas." *Hagerty Media*, November 23, 2020. https://www.hagerty.com/media/magazine-features/homage-to-the-tribute-car-why-we-should-love-homemade-replicas/

Thorson, Thor. "1970 Porsche 914/6." *Sports Car Market*, February 21, 2020. https://www.sportscarmarket.com/profile/1970-porsche-914-6-3.

Wilcox, Adam. "Hagerty Collector Car Market Rating Sinks to 15-Year Low." *Hagerty Media*, January 21, 2026. https://www.hagerty.com/media/market-trends/hagerty-insider/hagerty-collector-car-market-rating-sinks-to-15-year-low/.

Wiley, John. "The 2026 January Auctions: By the Numbers." *Hagerty Media*, January 28, 2026. https://www.hagerty.com/media/market-trends/hagerty-insider/the-2026-january-auctions-by-the-numbers/.

**Internet Sources**

www.914world.com
www.appraisers.org
www.autoscout24.com
www.autozin.com
www.barrettjackson.com
www.bonhams.com
www.bringatrailer.com
www.carsandbids.com
www.cars-on-line.com
www.classic.com
www.classicandsportscar.com
www.classiccars.com
www.classicdriver.com
www.classicshowcase.com
www.conceptcarz.com
www.ebay.com
www.elferspot.com
www.gaaclassiccars.com

www.goodingco.com
www.hagerty.com
www.hemmings.com
www.jamesedition.com
www.legendarymotorcar.com
www.luxurypulse.com
www.mecum.com
www.pca.org
www.porsche914.org
www.reimelmotorcars.com
www.rennlist.com
www.rickcarey.com
www.rmsothebys.com
www.stuttcars.com/porsche-914-6-gt/
www.symbolicinternational.com
www.sportscarmarket.com
www.VINwiki.com

**Specialty Automobile Dealers**

Beverly Hills Car Club; Los Angeles, CA USA
Canepa; Scotts Valley, CA USA
Coast to Coast Imports; Ft. Lauderdale, FL USA
CCS Motors; Oyster Bay, NY USA
Classic Showcase; Oceanside, CA USA
Early 911s; Wuppertal, GE
European Collectibles; Costa Mesa, CA USA
Export 56; Bedford, UK
Fantasy Junction; Emeryville, CA USA
M. Brandon Motorcars; Houston, TX USA
No Reserve Classics; Bridgeton, NJ USA
R&H Automobile GmbH; Elixhausen, Austria
Road Scholars; Durham, NC USA
RSM Motors; North Canton, OH USA
Trissl Sports Cars; Florence, AL USA
V Vine Motorcars; Austin, TX USA
Young Motorcars; Scottsdale, AZ USA

**Perry-Payne Appraisal, LLC**
574 Iris Place
Aurora, OH 44202
(703) 615-4678
molekappraisal@outlook.com

**Credentials and Qualifications of Matt Oleksiak**
**Accredited Member (AM), American Society of Appraisers**

**Appraisal Training**

- Certificate Completion in Concours Judging from Mercedes-Benz Club of America, 2008
- Uniform Standards of Professional Appraisal Practice (USPAP) 2019-2020 15-hour Class for Personal Property Appraisers (Passed; April 25, 2018)
- Completion of American Society of Appraisers Personal Property Courses PP 201 and PP 202 (March 2020); PP 203 (October 2020) and PP 204 (November 2020)
- USPAP 2024-2025 7-hour Update for Personal Property Appraisers (February 11, 2026)

**Education**

- Georgetown University, Washington, DC, B.A. 1982
- George Washington University, Washington, DC, M.B.A. 1996

**Recent Vehicle Appraisal and Valuation Experience**

Mr. Oleksiak has performed more than 100 appraisals of classic, special interest, antique, and exotic vehicles as the founder and owner of Perry-Payne Appraisal, LLC since January 2020. Mr. Oleksiak also serves as the Chair of the American Society of Appraisers Automotive Specialties Group and is instrumental in structuring the content and format of the group's annual meetings. He is currently involved in the restoration of an historic race car, the ex-SpeedVision World Challenge #2 David Leslie Mazda 626. Since January 2023, Mr. Oleksiak has volunteered at the Crawford Auto-Aviation Museum in Cleveland, Ohio and has completed 30 condition reports on the museum's vehicles.

Specific details and prior experience are as follows:

- Performed the inspection and appraisal of 20 special interest vehicles as part of the heritage collection of a Big Three auto manufacturer, Detroit, Michigan; January 2025
- Judge, Ohio Region Classic Car Club of America 66th Annual Father's Day Show at Stan Hywet Hall, Akron, Ohio; June 2024 and 2025
- Judge, Lake Mirror Classic Concours, Lakeland, Florida; October 2025

- Assisted with inspection, research, and appraisal of 68 special interest vehicles for estate valuation, Doylestown, Pennsylvania; February-June 2021
- Performed the inspection and appraisal of seven Indy race cars for sales consultation on behalf of the Indianapolis Motor Speedway Museum, Indianapolis, Indiana; February 2025
- Assisted with research of comparable properties and appraisal of 11 special interest vehicles for asset valuation update, Jupiter, Florida; January 2025
- Assisted with research of comparable properties and appraisal of four historic off-road competition vehicles for estate disposition, Kansas City, Missouri; August 2020
- Assisted with inspection of vehicle for IRS charitable contribution to Rolls Royce and Bentley Museum, Mechanicsburg, Pennsylvania; August 2019
- Concours judge, The Greenbrier Concours, White Sulphur Springs, West Virginia; 2019, 2022-2024; chief class judge 2025-2026
- Concours judge, Deutsche Marque Concours, Lorton, Virginia; May 2022 & 2023
- Assisted with inspection and report preparation of 55 classic and special interest automobiles for estate disposition, Ft. Worth, Texas; February 2018

**Previous Work Experience**

- Experienced business leader with a proven track record of executing successful software implementations in a global business environment. Led multi-disciplined teams to solve business problems and managed all stakeholder aspects including communications and project management. Promoted to positions of increased responsibility with multiple, global professional services firms including operations leadership roles with KPMG LLP, Siemens GmbH, NTT Ltd, and Grant Thornton LLP; 1991-2019
- Captain, U.S. Army. Held a variety of command and staff positions from platoon leader, battery executive officer, and battalion staff officer in field artillery battalions. This included performing the duties of motor officer, with responsibility for tracked and wheeled motor vehicle inspection and maintenance; 1982-1991

**Organizations/Memberships**

- Accredited Member, American Society of Appraisers #112476
- Associate Member, Society of Automotive Engineers (2019 to present)
- Member, Society of Automotive Historians (2019 to present)
- Member, BMW Car Club of America (2000 to present); National Capital Chapter High Performance Driving Events Coordinator (2008 to 2018)
- Member, Mercedes-Benz Club of America (2025 to present)
- Member, Aston Martin Owners Club (2025 to present)
- Member, Triumph Stag Club of the Americas (2025 to present)
- Life Member, Western Reserve Fire Museum, Cleveland, Ohio (1998 to present)
- Volunteer, Smithsonian Cultural Rescue Initiative, Washington, DC (2022)
- Volunteer, Crawford Auto-Aviation Museum, Cleveland, OH (2023-2024)

**Perry-Payne Appraisal, LLC**
574 Iris Place
Aurora, OH 44202
(703) 615-4678
molekappraisal@outlook.com

**Appraisal Review of Reports Related to:**
**(1) 1970 Porsche 914/6 GT Tribute Targa**
**VIN: #9140431543**

**(2) 1970 Porsche 914/6 Targa**
**VIN: #9140430011**

**(3) 2006 Ford GT Coupe**
**VIN: #1FAFP90S76Y401685**

Prepared for:
Mr. Michael P. Croghan, Esq.
McDonald Hopkins LLC
300 North LaSalle Street
Suite 1400
Chicago, IL 60654

Intended Use: Litigation Support

Date of Appraisal Reports: June 6, 2026 (Porsche 914/6s) and May 18, 2026 (Ford GT)
Date of Appraisal Review: June 25, 2026

Prepared by:
Matt Oleksiak
Accredited Member (AM)
American Society of Appraisers

## Perry-Payne Appraisal, LLC

# Table of Contents


Section ... Page

Title Page ... 1

Table of Contents ... 2

Transmittal Letter ... 3-4

Terms and Definitions ... 5

Type of Report ... 5

Intended Use ... 5

Intended Users ... 5

Limiting Conditions and Assumptions ... 6

Certification ... 7

Privacy Policy ... 8

Review of Report re: 1970 Porsche 914/6 GT Tribute (VIN #1543) ... 10-13

Review of Report re: 1970 Porsche 914/6 (VIN #0011) ... 14-17

Review of Report re: 2006 Ford GT (VIN #1FAFP90S76Y401685) ... 18-21

Appraiser's Credentials ... 22-23

**Perry-Payne Appraisal, LLC**
574 Iris Place
Aurora, OH 44202
(703) 615-4678
molekappraisal@outlook.com

June 25, 2026

Mr. Michael P. Croghan, Esq.
McDonald Hopkins LLC
300 North LaSalle Street
Suite 1400
Chicago, IL 60654

Re: Appraisal Review of Reports Related to:

(1) 1970 Porsche 914/6 GT Tribute Targa
VIN: #9140431543

(2) 1970 Porsche 914/6 Targa
VIN: #9140430011

(3) 2006 Ford GT Coupe
VIN: #1FAFP90S76Y401685

Dear Mr. Croghan,

As agreed in our email conversation dated June 19, 2026, I have prepared an appraisal review report of the three appraisal reports of the subject vehicles for the intended use of litigation support (Case No. 3:25-CV-08174-SPL). The effective date of reports concerning the two Porsche 914/6s was June 6, 2026 and the effective date of the report concerning the Ford GT was May 18, 2026.

This appraisal review is subject to the limiting conditions and assumptions as stated herein. To be valid, this appraisal report must be used in its entirety of 23 pages. I have no past, present, or contemplated future interest in any of the subject vehicles.

This appraisal was prepared in compliance with *the Uniform Standards of Professional Appraisal Practice (USPAP) 2024 (effective January 1, 2024)*, promulgated by the Appraisal Standards Board of The Appraisal Foundation and the *Principles of Appraisal Practice and Code of Ethics* of the American Society of Appraisers.

Information provided to me during the preparation of this appraisal and identified as confidential will remain so, as will my opinion and conclusion, in accordance with *USPAP* and the ASA *Code of Ethics*. Perry-Payne Appraisal retains a copy of this appraisal report, together with the assignment workfile for a minimum of five (5) years, or two (2) years following the conclusion of any legal proceeding in which the appraiser has given testimony regarding the appraised property, whichever is longer.

The submission of this report completes this appraisal assignment. Thank you for allowing Perry-Payne Appraisal to be of service to you.

Sincerely,

Matt Oleksiak
Accredited Member (AM), American Society of Appraisers

## Terms and Definitions

The following appraisal terms and definitions are specific to this appraisal report.

**Type of Report**

This appraisal review is communicated in an Appraisal Report.

**Intended Use**

This report is intended for use in litigation support. This report is not intended for any other use.

**Intended Users**

This report is intended for your use, and the use of your client, Mr. James Edwards. Use of this report by others is not intended by the appraiser.

**Assignment Purpose:**

To evaluate the completeness, accuracy, adequacy, relevance, credibility, and reasonableness of the analysis of three appraisal reports prepared by Mr. Bradley Youmans dated 6/6/2026 (for the two Porsche 914/6s) and May 18, 2026 (for the Ford GT), which concluded the following estimated fair market values for the referenced subject vehicles as of December 2021 (no specific date provided):

- 1970 Porsche 914/6 GT Tribute, VIN #153, $115,000
- 1970 Porsche 914/6 Targa, VIN #0011, $350,000
- 2006 Ford GT Coupe, VIN #1685, $340,000

This assignment did not include the development of the reviewer’s own opinion of value related to the work under review.

## Limiting Conditions and Assumptions

This appraisal review has been prepared subject to the following limiting conditions and assumptions:

This appraisal review was prepared for the intended use, intended users, and assignment purpose as stated herein.

The appraisal review report is only valid in its entirety of 23 pages and is not valid if any page of the report is missing. Reproduction of this report must be done in its entirety.

Neither this appraisal report nor any part of it shall be disseminated to the public in any form without my prior written consent.

Access to confidential information or my opinions will not occur without your expressed written consent, unless ordered by a court of appropriate and competent jurisdiction and/or regulation, or a duly authorized panel of a professional organization.

Some of the data researched and information used in this assignment may have come from sources that employ artificial intelligence (AI). To the extent that is possible and appropriate, I have confirmed all data that has had a substantial impact on the approaches to value and any other analyses performed in this assignment. The opinions and conclusions stated in this report are mine and are not solely the results of analyses using AI.

I am the only individual who can amend the information conveyed in this report. I am not responsible for any misrepresentations by anyone in possession of this report.

## Certification

I certify to the best of my knowledge and belief:

- The statements of fact contained in this report are true and correct.
- The reported analyses, opinions, and conclusions are limited only by the reported assumptions and limiting conditions and are my personal, impartial, and unbiased, professional analyses, opinions, and conclusions.
- I have no present or prospective interest in the property that is the subject of this report, and no personal interest or bias with respect to the parties involved.
- I have performed no services, as an appraiser or in any other capacity, regarding the property that is the subject of this report within the three-year period immediately preceding the agreement to perform this assignment.
- I have no bias with respect to the property that is the subject of the work under review or to the parties involved with this assignment.
- My engagement in this assignment was not contingent upon developing or reporting predetermined results.
- My compensation is not contingent on an action or event resulting from the analyses, opinions, or conclusions in this review or from its use.
- My compensation for completing this assignment is not contingent upon the development or reporting of predetermined assignment results or assignment results that favors the cause of the client, the attainment of a stipulated result, or the occurrence of a subsequent event directly related to the intended use of this appraisal review.
- My analyses, opinions, and conclusions were developed, and this report has been prepared, in conformity with the *Uniform Standards of Professional Appraisal Practice (USPAP) 2024* (effective January 1, 2024).
- I have made a personal inspection of the Ford GT that is the subject of this appraisal review. I relied on the photographs taken by Mr. David Kinney, ASA of the two 1970 Porsche 914/6s which are also subjects of this appraisal review.
- Mr. David Kinney, ASA provided personal property appraisal assistance to the person signing this certification in the form of capturing photographs of the two Porsche 914/6s which are subjects of this appraisal review.

- ASA has a mandatory reaccreditation program for its Designated Members. I am in compliance with that program.

Matt Oleksiak, Accredited Member (AM)
American Society of Appraisers

**Privacy Policy**

Perry-Payne Appraisal, LLC is committed to safeguarding the confidential information of our clients. We hold all our clients' personal information provided to our appraisal service company in the strictest confidence and in accordance with the USPAP and ASA ethics standards of confidentiality. Our files include information collected from clients in connection with the personal property appraisal services provided by our company. At no time in the past have we ever disclosed information to third parties, except as specifically authorized by our clients, or as required by law, and we do not anticipate doing so in the future.

We are prohibited under federal law from changing our policy without first advising a client and obtaining permission. We use the personal property information provided by our clients to help meet their appraisal requests, while guarding against any real or perceived infringements of their rights of privacy.

Our policy with respect to personal information about our clients is as follows:

- We limit employee and agent access to information only to those who have a business or professional reason to know, and only to non-affiliated parties as required by law.

- We maintain a secure office and computer environment to ensure that your information is not placed at unreasonable risk.

- The categories of non-public personal information that we collect from a client depend upon the scope of the client's appraisal engagement. This includes information about personal property assets, information about tax identification numbers, and other non-public information necessary. Additionally, it may include information about transactions between clients and third parties, and information from third party sources.

- Unaffiliated third parties that require access to our clients' personal information, such as federal and state tax regulators, may only review company records as permitted under the law.

- We do not provide client information to mailing list vendors or solicitors for any reason whatsoever.

Personally-identifiable information will be maintained during the time a client is a client of the firm and for the appropriate time thereafter that such records are required to be maintained by USPAP, and consistent with the ASA ethics code. After this required period of record retention, all such information will be destroyed in a manner consistent with providing confidentiality to our clients.

**Appraisal Review and Rebuttal Opinion**

Subject Vehicle: 1970 Porsche 914/6 GT Tribute Targa

VIN: 9140431543

Summary of Findings:

After reviewing the appraisal report, I concluded that the estimated fair market value opinion of $115,000 was not adequately supported by any market evidence. The report lacked any narrative analysis to support the value conclusion. Further, the "appraisal certificate" lacked any explanation of the effects of any assignment conditions (hypothetical conditions, extraordinary assumptions, or other assignment conditions) on value, as applicable.

I found that the "appraisal certificate" conveyed a complete lack of understanding of the basic principles of valuation which are fundamental to the appraisal discipline and the "appraisal certificate" was not compliant with the Uniform Standards of Professional Appraisal Practice (USPAP) due to the lack of many essential appraisal elements. There are no references to USPAP or any related guidance (e.g., American Society of Appraisers Monograph Series or USPAP Advisory Opinions) within the "appraisal certificate".

An appraisal is an unbiased, supportable opinion (conclusion) of a defined value prepared by an individual trained in research and analysis, who is knowledgeable regarding the property and its class and who acts in accordance with accepted and professed standards of practice. (ASA Monograph #1, P. 1-2)

The typical appraisal process follows a series of logical steps:
1. Definition of the appraisal problem (including assignment conditions)
2. Definition of the scope of work
3. Collection of data and analysis
4. Inspection of the property to be appraised and identification of the property
5. Application of the approaches to value
6. Reconciliation of values from the approaches to value and development of a final opinion of value
7. Disclosing the scope of work in an appraisal report
(ASA Monograph #5, P. 5-2)

The referenced "appraisal certificate" contained condition ratings for the subject vehicle's exterior, interior, mechanical, and general areas (indicated by numerical values) and an overall assessment of the vehicle's condition ("sound"), along with accompanying photographs. None of the other elements stated above are present; these gaps are significant and affect the credibility of the conclusion. According to USPAP Advisory Opinion 21, physical characteristics are not assignment results. Assignment results are defined as: "An appraiser's opinions or conclusions, not limited

to value, that were developed when performing an appraisal assignment, an appraisal review assignment, or a valuation service other than an appraisal or appraisal review."

1. Use of Fair Market Value

The "appraisal certificate" refers to estimated "fair market value" at the time of the vehicle trade (P. 4) but no definition is provided, nor is a source cited, other than a generic description which appears on P. 6. In its more commonly used form (when use is cited as per 26 CFR 20.2031-1(b)), fair market value is a tax standard of value and has limited utility in this instance.

2. Lack of Market Data

The "appraisal certificate" refers to use of the "market data approach" (P. 6) in reaching the appraised value. The correct term for this methodology is the "Sales Comparison Approach" which is defined as: A procedure to conclude an opinion of value for a property by comparing it with similar properties that have been sold or are for sale in the relevant marketplace by making adjustments to prices based on marketplace conditions and the properties' characteristics of value. (ASA Monograph #7, P. 7-14). No comparable properties have been included in the "appraisal certificate" to support the appraised value.

The general activity steps for the Sales Comparison Approach are as follows:

1. Gather and research available general market conditions
2. Accumulate data from all markets where the subject property sells
3. Based on the property and intended use, select the appropriate market and develop a reason for selection
4. Select comparable sales and organize the data noting value characteristics
5. Note information about specific sales (location, date, price realized, etc.)
6. Compare the data and note its reliability
7. Conclude value and develop reasoning for the conclusion

(ASA Monograph #7, P. 7-19)

Notwithstanding the lack of a description around general market conditions in late 2021, there is no comment, discussion, or acknowledgement of the appropriate market as evidence on which to develop a supported argument for value. For personal property (e.g., vehicles), there can be different markets where the same type of property can be sold at approximately the same time. For example, a particular model of vehicle can be sold at a traditional brick & mortar vehicle dealership, by an internet dealer, at auction, or by an individual via Craig's List or Facebook Marketplace. The appraiser determines which market is appropriate after a review of the different markets where the subject property sells. The decision is based on factors such as the intended use of the appraisal, the type of value and its definition, and the nature of the property. The comparable properties selected as evidence on which the argument for value is based will be sales data from that market or market sector. (ASA Monograph #7, P. 7-16)

3. Failure to Provide Market Comparables and Consider Value Characteristics

Once an appraiser has selected the appropriate market and located comparable properties to analyze, the appraiser discerns the differences and similarities among the "elements of quality" and "characteristics of value" of the comparable properties and the subject property. The elements of quality require aesthetic judgment, connoisseurship, and visual memory, usually independent of economics and fashion. Representative elements of quality are: harmony, form, content, and color. Characteristics of value reflect the tastes of consumers/collectors in the market as measured by reactions in terms of the prices realized. Representative characteristics of value are: style, condition, rarity, utility, provenance, and scale. (ASA Monograph #8, P. 8-12)

The "appraisal certificate" lacks any narrative discussion and analysis of the comparable properties selected for the subject vehicle, although this is referenced on P. 6 "…appraised value is reached by…researching several sources for comparable vehicles…" Typically, an appraiser analyzes the comparable properties selected for their characteristics of value and compares them to the subject property. These observations are then related in the appraisal narrative and each of the comparable properties are judged to be inferior, similar, or superior to the subject property. These observations should serve to support the reasoning behind the value conclusion. The "appraisal certificate" lacks any discussion of the representative characteristics of value as related to Porsche 914/6 GT tribute vehicles; therefore, it is not possible to understand which elements contribute to value for these vehicles (e.g., build quality, engine type, etc.).

The value of a component part (its "contribution") can be measured by comparing two similar properties, one with and one without the characteristic (assuming the difference in the price realized is attributable to the difference between them). The resulting positive value characteristic is then compared to the subject property and may result in an upward adjustment (if the subject property has the characteristic) or a downward adjustment (if the subject property lacks the characteristic). Further, sales that occurred closer to the effective date of the appraisal provide stronger evidence for a conclusion. (ASA Monograph #7, P. 7-17 and 7-18)

The "appraisal certificate" refers to a range of values for the vehicle having "the race tuned 911 engine" (P. 4) which was not in the vehicle at the time of inspection. No evidence supporting this higher range of values is contained in the "appraisal certificate" which suggests it is not a credible value conclusion, especially since it elevates the reported appraised value nearly 2X to the range of $215,000 to $240,000.

4. Use of Misleading Terminology

The "Description of Appraisal Process" (P. 6) is not a process description; rather, it contains a reference to general data sources and a generic definition of fair market value, although it is referred to as "appraised value." The bulk of this section contains a description of limiting conditions and some assumptions.

## Reviewer’s Conclusion

Based upon my review of the “appraisal certificate” and the available retrospective market data, I concluded that the certificate’s value opinion of $115,000 is not adequately supported. The serious deficiencies identified above do not promote credible results.

This rebuttal opinion is limited to the matters discussed herein and should not be construed as an independent appraisal of the subject vehicle unless specifically stated elsewhere in this report.

**Appraisal Review and Rebuttal Opinion**

Subject Vehicle: 1970 Porsche 914/6 Targa

VIN: 9140430011

Summary of Findings:

After reviewing the appraisal report, I concluded that the estimated fair market value opinion of $350,000 was not adequately supported by any market evidence. The report lacked any narrative analysis to support the value conclusion. Further, the “appraisal certificate” lacked any explanation of the effects of any assignment conditions (hypothetical conditions, extraordinary assumptions, or other assignment conditions) on value, as applicable.

I found that the “appraisal certificate” conveyed a complete lack of understanding of the basic principles of valuation which are fundamental to the appraisal discipline and the “appraisal certificate” was not compliant with the Uniform Standards of Professional Appraisal Practice (USPAP) due to the lack of many essential appraisal elements. There are no references to USPAP or any related guidance (e.g., American Society of Appraisers Monograph Series or USPAP Advisory Opinions) within the “appraisal certificate”.

An appraisal is an unbiased, supportable opinion (conclusion) of a defined value prepared by an individual trained in research and analysis, who is knowledgeable regarding the property and its class and who acts in accordance with accepted and professed standards of practice. (ASA Monograph #1, P. 1-2)

The typical appraisal process follows a series of logical steps:
1. Definition of the appraisal problem (including assignment conditions)
2. Definition of the scope of work
3. Collection of data and analysis
4. Inspection of the property to be appraised and identification of the property
5. Application of the approaches to value
6. Reconciliation of values from the approaches to value and development of a final opinion of value
7. Disclosing the scope of work in an appraisal report
(ASA Monograph #5, P. 5-2)

The referenced “appraisal certificate” contained condition ratings for the subject vehicle’s exterior, interior, mechanical, and general areas (indicated by numerical values) and an overall assessment of the vehicle’s condition (“very good”), along with accompanying photographs. None of the other elements stated above are present; these gaps are significant and affect the credibility of the conclusion. According to USPAP Advisory Opinion 21, physical characteristics are not assignment results. Assignment results are defined as: “An appraiser’s opinions or conclusions, not limited

to value, that were developed when performing an appraisal assignment, an appraisal review assignment, or a valuation service other than an appraisal or appraisal review."

1. Use of Fair Market Value

The "appraisal certificate" refers to estimated "fair market value" at the time of the vehicle trade (P. 4) but no definition is provided, nor is a source cited, other than a generic description which appears on P. 6. In its more commonly used form (when use is cited as per 26 CFR 20.2031-1(b)), fair market value is a tax standard of value and has limited utility in this instance.

2. Lack of Market Data

The "appraisal certificate" refers to use of the "market data approach" (P. 6) in reaching the appraised value. The correct term for this methodology is the "Sales Comparison Approach" which is defined as: A procedure to conclude an opinion of value for a property by comparing it with similar properties that have been sold or are for sale in the relevant marketplace by making adjustments to prices based on marketplace conditions and the properties' characteristics of value. (ASA Monograph #7, P. 7-14). No comparable properties have been included in the "appraisal certificate" to support the appraised value.

The general activity steps for the Sales Comparison Approach are as follows:

1. Gather and research available general market conditions
2. Accumulate data from all markets where the subject property sells
3. Based on the property and intended use, select the appropriate market and develop a reason for selection
4. Select comparable sales and organize the data noting value characteristics
5. Note information about specific sales (location, date, price realized, etc.)
6. Compare the data and note its reliability
7. Conclude value and develop reasoning for the conclusion

(ASA Monograph #7, P. 7-19)

Notwithstanding the lack of a description around general market conditions in late 2021, there is no comment, discussion, or acknowledgement of the appropriate market as evidence on which to develop a supported argument for value. For personal property (e.g., vehicles), there can be different markets where the same type of property can be sold at approximately the same time. For example, a particular model of vehicle can be sold at a traditional brick & mortar vehicle dealership, by an internet dealer, at auction, or by an individual via Craig's List or Facebook Marketplace. The appraiser determines which market is appropriate after a review of the different markets where the subject property sells. The decision is based on factors such as the intended use of the appraisal, the type of value and its definition, and the nature of the property. The comparable properties selected as evidence on which the argument for value is based will be sales data from that market or market sector. (ASA Monograph #7, P. 7-16)

3. Failure to Provide Market Comparables and Consider Value Characteristics

Once an appraiser has selected the appropriate market and located comparable properties to analyze, the appraiser discerns the differences and similarities among the “elements of quality” and “characteristics of value” of the comparable properties and the subject property. The elements of quality require aesthetic judgment, connoisseurship, and visual memory, usually independent of economics and fashion. Representative elements of quality are: harmony, form, content, and color. Characteristics of value reflect the tastes of consumers/collectors in the market as measured by reactions in terms of the prices realized. Representative characteristics of value are: style, condition, rarity, utility, provenance, and scale. (ASA Monograph #8, P. 8-12)

The “appraisal certificate” lacks any narrative discussion and analysis of the comparable properties selected for the subject vehicle, although this is referenced on P. 6 “…appraised value is reached by…researching several sources for comparable vehicles…” Typically, an appraiser analyzes the comparable properties selected for their characteristics of value and compares them to the subject property. These observations are then related in the appraisal narrative and each of the comparable properties are judged to be inferior, similar, or superior to the subject property. These observations should serve to support the reasoning behind the value conclusion. The “appraisal certificate” lacks any discussion of the representative characteristics of value as related to Porsche 914/6 vehicles; therefore, it is not possible to understand which elements contribute to value for these vehicles (e.g., originality, matching numbers drivetrain, etc.).

The value of a component part (its “contribution”) can be measured by comparing two similar properties, one with and one without the characteristic (assuming the difference in the price realized is attributable to the difference between them). The resulting positive value characteristic is then compared to the subject property and may result in an upward adjustment (if the subject property has the characteristic) or a downward adjustment (if the subject property lacks the characteristic). Further, sales that occurred closer to the effective date of the appraisal provide stronger evidence for a conclusion. (ASA Monograph #7, P. 7-17 and 7-18)

The “appraisal certificate” refers to the vehicle as “one of the first 914’s produced in late 1969 for 1970” yet there is no supporting evidence supporting the appraised value, which is considerably higher than retrospective comparables.

4. Use of Misleading Terminology

The “Description of Appraisal Process” (P. 6) is not a process description; rather, it contains a reference to general data sources and a generic definition of fair market value, although it is referred to as “appraised value.” The bulk of this section contains a description of limiting conditions and some assumptions.

Reviewer's Conclusion

Based upon my review of the "appraisal certificate" and the available retrospective market data, I concluded that the certificate's value opinion of $350,000 is not adequately supported. The serious deficiencies identified above do not promote credible results.

This rebuttal opinion is limited to the matters discussed herein and should not be construed as an independent appraisal of the subject vehicle unless specifically stated elsewhere in this report.

**Appraisal Review and Rebuttal Opinion**

Subject Vehicle: 2006 Ford GT Coupe

VIN: 1FAFP90S76Y401685

Summary of Findings:

After reviewing the appraisal report, I concluded that the estimated fair market value opinion of $340,000 was not adequately supported by any market evidence. The report lacked any narrative analysis to support the value conclusion. Further, the “appraisal certificate” lacked any explanation of the effects of any assignment conditions (hypothetical conditions, extraordinary assumptions, or other assignment conditions) on value, as applicable.

I found that the “appraisal certificate” conveyed a complete lack of understanding of the basic principles of valuation which are fundamental to the appraisal discipline and the “appraisal certificate” was not compliant with the Uniform Standards of Professional Appraisal Practice (USPAP) due to the lack of many essential appraisal elements. There are no references to USPAP or any related guidance (e.g., American Society of Appraisers Monograph Series or USPAP Advisory Opinions) within the “appraisal certificate”.

An appraisal is an unbiased, supportable opinion (conclusion) of a defined value prepared by an individual trained in research and analysis, who is knowledgeable regarding the property and its class and who acts in accordance with accepted and professed standards of practice. (ASA Monograph #1, P. 1-2)

The typical appraisal process follows a series of logical steps:
1. Definition of the appraisal problem (including assignment conditions)
2. Definition of the scope of work
3. Collection of data and analysis
4. Inspection of the property to be appraised and identification of the property
5. Application of the approaches to value
6. Reconciliation of values from the approaches to value and development of a final opinion of value
7. Disclosing the scope of work in an appraisal report
(ASA Monograph #5, P. 5-2)

The referenced “appraisal certificate” contained condition ratings for the subject vehicle’s exterior, interior, mechanical, and general areas (indicated by numerical values) and an overall assessment of the vehicle’s condition (“sound”), along with accompanying photographs. None of the other elements stated above are present; these gaps are significant and affect the credibility of the conclusion. According to USPAP Advisory Opinion 21, physical characteristics are not assignment results. Assignment results are defined as: “An appraiser’s opinions or conclusions, not limited

to value, that were developed when performing an appraisal assignment, an appraisal review assignment, or a valuation service other than an appraisal or appraisal review."

1. Use of Fair Market Value

The "appraisal certificate" refers to estimated "fair market value" at the time of the vehicle trade (P. 4) but no definition is provided, nor is a source cited, other than a generic description which appears on P. 6. In its more commonly used form (when use is cited as per 26 CFR 20.2031-1(b)), fair market value is a tax standard of value and has limited utility in this instance.

2. Lack of Market Data

The "appraisal certificate" refers to use of the "market data approach" (P. 6) in reaching the appraised value. The correct term for this methodology is the "Sales Comparison Approach" which is defined as: A procedure to conclude an opinion of value for a property by comparing it with similar properties that have been sold or are for sale in the relevant marketplace by making adjustments to prices based on marketplace conditions and the properties' characteristics of value. (ASA Monograph #7, P. 7-14). No comparable properties have been included in the "appraisal certificate" to support the appraised value.

The general activity steps for the Sales Comparison Approach are as follows:

1. Gather and research available general market conditions
2. Accumulate data from all markets where the subject property sells
3. Based on the property and intended use, select the appropriate market and develop a reason for selection
4. Select comparable sales and organize the data noting value characteristics
5. Note information about specific sales (location, date, price realized, etc.)
6. Compare the data and note its reliability
7. Conclude value and develop reasoning for the conclusion

(ASA Monograph #7, P. 7-19)

Notwithstanding the lack of a description around general market conditions in late 2021, there is no comment, discussion, or acknowledgement of the appropriate market as evidence on which to develop a supported argument for value. For personal property (e.g., vehicles), there can be different markets where the same type of property can be sold at approximately the same time. For example, a particular model of vehicle can be sold at a traditional brick & mortar vehicle dealership, by an internet dealer, at auction, or by an individual via Craig's List or Facebook Marketplace. The appraiser determines which market is appropriate after a review of the different markets where the subject property sells. The decision is based on factors such as the intended use of the appraisal, the type of value and its definition, and the nature of the property. The comparable properties selected as evidence on which the argument for value is based will be sales data from that market or market sector. (ASA Monograph #7, P. 7-16)

3. Failure to Provide Market Comparables and Consider Value Characteristics

Once an appraiser has selected the appropriate market and located comparable properties to analyze, the appraiser discerns the differences and similarities among the “elements of quality” and “characteristics of value” of the comparable properties and the subject property. The elements of quality require aesthetic judgment, connoisseurship, and visual memory, usually independent of economics and fashion. Representative elements of quality are: harmony, form, content, and color. Characteristics of value reflect the tastes of consumers/collectors in the market as measured by reactions in terms of the prices realized. Representative characteristics of value are: style, condition, rarity, utility, provenance, and scale. (ASA Monograph #8, P. 8-12)

The “appraisal certificate” lacks any narrative discussion and analysis of the comparable properties selected for the subject vehicle, although this is referenced on P. 6 “…appraised value is reached by…researching several sources for comparable vehicles…” Typically, an appraiser analyzes the comparable properties selected for their characteristics of value and compares them to the subject property. These observations are then related in the appraisal narrative and each of the comparable properties are judged to be inferior, similar, or superior to the subject property. These observations should serve to support the reasoning behind the value conclusion. The “appraisal certificate” lacks any discussion of the representative characteristics of value as related to Ford GT vehicles; therefore, it is not possible to understand which elements contribute to value for these vehicles (e.g., mileage, originality, etc.).

The value of a component part (its “contribution”) can be measured by comparing two similar properties, one with and one without the characteristic (assuming the difference in the price realized is attributable to the difference between them). The resulting positive value characteristic is then compared to the subject property and may result in an upward adjustment (if the subject property has the characteristic) or a downward adjustment (if the subject property lacks the characteristic). Further, sales that occurred closer to the effective date of the appraisal provide stronger evidence for a conclusion. (ASA Monograph #7, P. 7-17 and 7-18)

4. Use of Misleading Terminology

The “Description of Appraisal Process” (P. 6) is not a process description; rather, it contains a reference to general data sources and a generic definition of fair market value, although it is referred to as “appraised value.” The bulk of this section contains a description of limiting conditions and some assumptions.

Reviewer’s Conclusion

Based upon my review of the “appraisal certificate” and the available retrospective market data, I concluded that the certificate’s value opinion of $340,000 is not

adequately supported. The serious deficiencies identified above do not promote credible results.

This rebuttal opinion is limited to the matters discussed herein and should not be construed as an independent appraisal of the subject vehicle unless specifically stated elsewhere in this report.

**Perry-Payne Appraisal, LLC**
574 Iris Place
Aurora, OH 44202
(703) 615-4678
molekappraisal@outlook.com

**Credentials and Qualifications of Matt Oleksiak**
**Accredited Member (AM), American Society of Appraisers**

**Appraisal Training**
- Certificate Completion in Concours Judging from Mercedes-Benz Club of America, 2008
- Uniform Standards of Professional Appraisal Practice (USPAP) 2019-2020 15-hour Class for Personal Property Appraisers (Passed; April 25, 2018)
- Completion of American Society of Appraisers Personal Property Courses PP 201 and PP 202 (March 2020); PP 203 (October 2020) and PP 204 (November 2020)
- USPAP 2024-2025 7-hour Update for Personal Property Appraisers (February 11, 2026)

**Education**
- Georgetown University, Washington, DC, B.A. 1982
- George Washington University, Washington, DC, M.B.A. 1996

**Recent Vehicle Appraisal and Valuation Experience**
Mr. Oleksiak has performed more than 100 appraisals of classic, special interest, antique, and exotic vehicles as the founder and owner of Perry-Payne Appraisal, LLC since January 2020. Mr. Oleksiak also serves as the Chair of the American Society of Appraisers Automotive Specialties Group and is instrumental in structuring the content and format of the group’s annual meetings. He is currently involved in the restoration of an historic race car, the ex-SpeedVision World Challenge #2 David Leslie Mazda 626. Since January 2023, Mr. Oleksiak has volunteered at the Crawford Auto-Aviation Museum in Cleveland, Ohio and has completed 30 condition reports on the museum’s vehicles.

Specific details and prior experience are as follows:
- Performed the inspection and appraisal of 20 special interest vehicles as part of the heritage collection of a Big Three auto manufacturer, Detroit, Michigan; January 2025
- Judge, Ohio Region Classic Car Club of America 66th Annual Father’s Day Show at Stan Hywet Hall, Akron, Ohio; June 2024 and 2025
- Judge, Lake Mirror Classic Concours, Lakeland, Florida; October 2025
- Assisted with inspection, research, and appraisal of 68 special interest vehicles for estate valuation, Doylestown, Pennsylvania; February-June 2021

- Performed the inspection and appraisal of seven Indy race cars for sales consultation on behalf of the Indianapolis Motor Speedway Museum, Indianapolis, Indiana; February 2025
- Assisted with research of comparable properties and appraisal of 11 special interest vehicles for asset valuation update, Jupiter, Florida; January 2025
- Assisted with research of comparable properties and appraisal of four historic off-road competition vehicles for estate disposition, Kansas City, Missouri; August 2020
- Assisted with inspection of vehicle for IRS charitable contribution to Rolls Royce and Bentley Museum, Mechanicsburg, Pennsylvania; August 2019
- Concours judge, The Greenbrier Concours, White Sulphur Springs, West Virginia; 2019, 2022-2024; chief class judge 2025-2026
- Concours judge, Deutsche Marque Concours, Lorton, Virginia; May 2022 & 2023
- Assisted with inspection and report preparation of 55 classic and special interest automobiles for estate disposition, Ft. Worth, Texas; February 2018

**Previous Work Experience**

- Experienced business leader with a proven track record of executing successful software implementations in a global business environment. Led multi-disciplined teams to solve business problems and managed all stakeholder aspects including communications and project management. Promoted to positions of increased responsibility with multiple, global professional services firms including operations leadership roles with KPMG LLP, Siemens GmbH, NTT Ltd, and Grant Thornton LLP; 1991-2019
- Captain, U.S. Army. Held a variety of command and staff positions from platoon leader, battery executive officer, and battalion staff officer in field artillery battalions. This included performing the duties of motor officer, with responsibility for tracked and wheeled motor vehicle inspection and maintenance; 1982-1991

**Organizations/Memberships**

- Accredited Member, American Society of Appraisers #112476
- Associate Member, Society of Automotive Engineers (2019 to present)
- Member, Society of Automotive Historians (2019 to present)
- Member, BMW Car Club of America (2000 to present); National Capital Chapter High Performance Driving Events Coordinator (2008 to 2018)
- Member, Mercedes-Benz Club of America (2025 to present)
- Member, Aston Martin Owners Club (2025 to present)
- Member, Triumph Stag Club of the Americas (2025 to present)
- Life Member, Western Reserve Fire Museum, Cleveland, Ohio (1998 to present)
- Volunteer, Smithsonian Cultural Rescue Initiative, Washington, DC (2022)
- Volunteer, Crawford Auto-Aviation Museum, Cleveland, OH (2023-2024)