# GROUP EXHIBIT C

PATRICK MOTORSPORTS™
PORSCHE® & MID-ENGINE PERFORMANCE SPECIALISTS
4114 EAST WASHINGTON STREET - PHOENIX, ARIZONA USA 85034
PHONE 602-244-0911 FAX 602-244-0900
sales@patrickmotorsports.com

# WORK ORDER

| DATE | |
|---|---|
| 6/3/2023 | O 1704382 |

PAID 07/17/2023

| OWNER | DESTINATION |
|---|---|
| JIM EDWARDS / MOTORSPORTS MKT<br>7095 BUSTIN DUTCH TRL<br>SHOW LOW, AZ 85901 USA | JIM EDWARDS / MOTORSPORTS MKT<br>7095 BUSTIN DUTCH TRL<br>SHOW LOW, AZ 85901 USA |

| Phone | EMAIL | P.O. NUMBER | TERMS | SHIP METHOD |
|---|---|---|---|---|
| 480-510-5510-C | jge@reagan.com | | CREDIT CARDS | WILL CALL |

| YEAR / MODEL / TYPE | ENGINE TYPE | TRANSMISISON TYPE | CAR USE / MILEAGE |
|---|---|---|---|
| 1970 | 2.0L | 901 | RALLY |

| REP | LICENSE | VIN | COLOR | SAVE OLD PARTS? |
|---|---|---|---|---|
| JEP | | | | |

| QTY | U/M | ITEM | DESCRIPTION | DATE | UNIT | EXTN. |
|---|---|---|---|---|---|---|
| 2 | hr | LABOR.FABRICATION.JS | ULTRASONIC CLEAN THE END CAPS OF THE RADIATOR. MAKE THE NEW OVERFILL PORT TUBE AND A GUSSET PLATE. PREP FOR AND WELD IN THE NEW TUBE WITH IT'S GUSSET. | 6/2/2023 | 155.00 | 310.00 |

PATRICK MOTORSPORTS

SIGNATURE & DATE:

I hereby authorize the inspection(s) above. You and your employees may operate the vehicle for the purpose of testing, inspection, delivery, and/or space accommodation at my risk. I also acknowledge that items(s) to be noted are recommended for service or replacement for preventive maintenance and/or upgrading of parts, such as suspension parts in order to improve the control and/or rid of the vehicle. I acknowledge and accept that storage charges of $15.00 per day will be imposed for cars unclaimed more than 10 days and that you are not to be held responsible for loss or damage to vehicle or its contents in case of fire, theft, accident or any other cause beyond your control, and your warranty does not cover consequential damages. I accept and agree that the customer and vehicle information and condition described above to be accurate.

| | |
|---|---|
| SUBTOTAL | $310.00 |
| SALES TAX (0.0%) | $0.00 |
| TOTAL | $310.00 |
| PAYMENT RECEIVED | -$310.00 |
| BALANCE DUE | $0.00 |

# INVOICE

**O 1704380**

PATRICK MOTORSPORTS™
PORSCHE® & MID-ENGINE PERFORMANCE SPECIALISTS
4114 EAST WASHINGTON STREET - PHOENIX, ARIZONA USA 85034
PHONE 602-244-0911 FAX 602-244-0900
sales@patrickmotorsports.com

| PURCHASE ORDER | DATE |
|---|---|
| | 6/2/2023 |

PAID 06 02 2023

| CUSTOMER | SHIP TO |
|---|---|
| JIM EDWARDS / MOTORSPORTS MKT<br>7095 BUSTIN DUTCH TRL<br>SHOW LOW, AZ 85901 USA | JIM EDWARDS / MOTORSPORTS MKT<br>7095 BUSTIN DUTCH TRL<br>SHOW LOW, AZ 85901<br>USA |

| PHONE | EMAIL | ASSOCIATE | TERMS | DELIVERY METHOD |
|---|---|---|---|---|
| 480-510-5510-C | BUSTINDUTCH@FRONTIERNET.NET | JEP | CREDIT CARDS | WILL CALL |

| YEAR / MODEL | ENGINE | TRANSMISSION | USE / MILEAGE |
|---|---|---|---|
| 1970 | 2.0L | 901 | RALLY |

| QTY | U/M | ITEM | DESCRIPTION | UNIT $ | TOTAL |
|---|---|---|---|---|---|
| 1 | ea | ELE.BAT.AG.H6.40RS | Battery - H6/Group-48 Lithium Ion Car Battery - 1500 CA - 12V - 40Amp Hours - Wireless Keyfob Remote actuated Emergency Jump Starting - Lightweight 15.45 lbs - Antigravity Batteries - Sold Each | 829.99 | 829.99 |

PATRICK MOTORSPORTS
PORSCHE® & MID-ENGINE PERFORMANCE SPECIALISTS

**TERMS OF SALE**

MERCHANDISE CANNOT BE RETURNED WITHOUT AN INVOICE COPY AND A PRE-ASSIGNED RMA # FROM PATRICK MOTORSPORTS. MISSING PARTS MUST BE REPORTED WITHIN 3 DAYS OF RECEIPT. ONLY NEW, RESELLABLE ITEMS IN COMPLETE ORIGINAL PACKAGING WILL BE CONSIDERED FOR RETURN WITH A 25% RESTOCK FEE. ADDITIONAL FREIGHT CHARGES APPLY ON ALL REFUSED SHIPMENTS. APPLICABLE CREDIT WILL BE ISSUED TO ACCOUNT UPON INSPECTION OF RETURNED MERCHANDISE. SPECIAL ORDER OR CUSTOM ITEMS CANNOT BE RETURNED OR CANCELED.
PAYMENT: ANY CHARGES INCURRED IN THE COLLECTION OF RETURNED CHECKS BY THE BANK UNPAID WILL BE BORNE BY THE BUYER INCLUDING COURT COSTS AND ATTORNEY FEES. CERTIFED FUNDS REQUIRED FOR COD ORDERS OVER $500.00
WARRANTY: LIMITED TO MANUFACTURING DEFECTS ONLY. THIS WARRANTY DOES NOT APPLY TO NORMAL WEAR OR DAMAGE CAUSED BY IMPROPER INSTALLATION / BREAK-IN, NEGLIGENCE, LACK OF MAINTENANCE, ACCIDENTS OR OFF-HIGHWAY USE. IN NO EVENT WILL SELLER BE RESPONSIBLE FOR CONSEQUENTIAL OR INCIDENTAL DAMAGES.

| | |
|---|---|
| Subtotal | $829.99 |
| Sales Tax (0.0%) | $0.00 |
| Total | $829.99 |
| Received | -$829.99 |
| Balance Due | $0.00 |