**Silence Law Group PLLC**
20235 N. Cave Creek Rd. Ste 104 # 460
Phoenix, AZ 85024
**Jeffrey Silence** (029143)
Direct Dial: (602) 932-8358
Email: jeff@silencelaw.com
**Trevor Cook** (037952)
Direct Dial: (602) 932-5868
Email: trevor@silencelaw.com
*Attorneys for Defendant*

**UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| James Edwards,<br><br>Plaintiff,<br><br>v.<br><br>Tony Samojen,<br><br>Defendant. | Case No. 3:25-CV-08174-SPL<br><br>**NOTICE OF ERRATA**<br><br>(Hon. Steven Paul Logan) |

Defendant Tony Samojen notices the Court of the following error in this Motion for Partial Summary Judgment, Doc. 102 at 10:21 and 24–25.

On a final revision pass, an AI review tool misread scanned text out of an exhibit, altered the quotation in the draft from the scanned text, and flagged the quotation as a possible error. Undersigned counsel regrets that he missed the artifact and failed to correct it before filing.

Beginning at the first full sentence, Doc. 102 at 10:20–25 should read as follows:

To the contrary, Edwards insisted, "The two Porsche vehicles will remain with Mr. Edwards," unless Samojen "fully reimburse Mr. Edwards for all expenses incurred in reliance on [his] fraud." The letter said nothing about the altered state of Porsche 1543 beyond a vague reference to "invest[ment of] nearly $180,000 out of pocket" into both Porsches. SOF at 3 ¶ 20.

SILENCE LAW GROUP

SILENCE LAW GROUP

DATED this 18th day of November, 2026.

**Silence Law Group PLLC**

*/s/ Trevor Cook*
Jeffrey Silence
Trevor Cook
*Attorneys for Defendant*